

# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CALIFORNIA 94102
Phone: 415.522.2035

RICHARD W. WIEKING
CLERK OF COURT

March 24, 2008

Ms. Laurie M. Laskey                    Leslie N. Harvey
120 Briar Hollow Drive                  Heller Ehrman
Jacksonville, NC   28540                333 Bush Street
                                        San Francisco, CA 94104-2878

**Re:    LAURIE M. LASKEY  v. MICROSOFT CORP.**
        C08-01465 (JCS)

Dear Counsel:

       This matter has been randomly assigned to United States Magistrate Judge Joseph C. Spero for all purposes including trial.

       The magistrate judges of this district have been designated to conduct any and all proceedings in a civil case including a jury or nonjury trial and to order the entry of a final judgment, upon the consent of all parties.

       A review of  our records discloses that the Consent to Proceed Before a United States Magistrate Judge or Declination to Proceed before a Magistrate Judge and Request for Reassignment to a United States District Judge  has not been filed in this case.  All parties are requested to complete **one** of the attached forms documenting either consent or request for reassignment and e-file it with the Court by **April 7, 2008.**  These forms can be found on the Court's website at www.cand.uscourts.gov.

                                        Sincerely,


                                        RICHARD W. WIEKING


                                        By: Karen L.Hom
                                             Deputy Clerk

Attachments

**United States District Court**
For the Northern District of California

1

2

3

4           UNITED STATES DISTRICT COURT

5           NORTHERN DISTRICT OF CALIFORNIA

6

7    LAURIE M. LASKEY,                          No.  C 08-01465 JCS

8             Plaintiff(s),                     **CONSENT TO PROCEED BEFORE A
                                                UNITED STATES MAGISTRATE JUDGE**
9         v.

10   MICROSOFT CORP.,

11            Defendant(s).

12   _____/

13

14        CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

15        In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party

16   in the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate

17   Judge conduct any and all further proceedings in the case, including trial, and order the entry of a

18   final judgment. Appeal from the judgment shall be taken directly to the United States Court of

19   Appeals for the Ninth Circuit

20

21   Dated: _____    _____
                                               Signature
22

23                                             Counsel for _____
                                               (Name or party or indicate "pro se")
24

25

26

27

28

                                               2

**United States District Court**
For the Northern District of California

1

2

3

4                      UNITED STATES DISTRICT COURT

5                   NORTHERN DISTRICT OF CALIFORNIA

6

7    LAURIE M. LASKEY,                          No.  C 08-01465 JCS

8              Plaintiff(s),

9         v.                                    **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE**
                                                               **AND**
10   MICROSOFT CORP.,                           **REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

11             Defendant(s).

12   _____/

13

14        REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

15        The undersigned party in the above-captioned civil matter hereby declines to consent to the

16   assignment of this case to a United States Magistrate Judge for trial and disposition and hereby

17   requests the reassignment of this case to a United States District Judge.

18

19

20   Dated: _____        _____
                                            Signature
21

22                                          Counsel for _____
                                            (Name or party or indicate "pro se")
23

24

25

26

27

28

3

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

LAURIE M. LASKEY,

          Plaintiff,

  v.

MICROSOFT CORP.,

          Defendant.

Case Number: CV08-01465 JCS

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 24, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Laurie Marie Laskey
120 Briar Hollow Drive
Jacksonville, NC 28540

Leslie Neeland Harvey
Heller Ehrman LLP
333 Bush St.
San Francisco, CA 94104

Dated: March 24, 2008

Richard W. Wieking, Clerk
By: Karen Hom, Deputy Clerk