1  LESLIE N. HARVEY, State Bar No. 241203
   HELLER EHRMAN LLP
2  333 Bush Street
   San Francisco, California 94104-2878
3  Telephone: (415) 772-6000
   Facsimile: (415) 772-6268
4  Email: Leslie.Harvey@hellerehrman.com

5  Attorneys for Defendant
   MICROSOFT CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURIE MARIE LASKEY,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>MICROSOFT CORPORATION, and DOES 1 through 1000, inclusive,<br><br>　　　　　　　　Defendants. | Case No. CV-08-1465-JCS<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT MICROSOFT CORPORATION'S MOTION FOR A MORE DEFINITE STATEMENT** |

Heller Ehrman LLP

[PROPOSED] ORDER GRANTING MICROSOFT'S MOTION FOR A MORE DEFINITE STATEMENT; Case No. CV-08-1465-JCS

1   The motion of Microsoft Corporation ("Microsoft") for a more definite statement of
2   plaintiff Laurie Marie Laskey's ("Laskey") Complaint came on for hearing on May 2, 2008,
3   in the above-captioned court.  Microsoft was represented by counsel.
4   After full consideration of the evidence and points and authorities submitted by the
5   parties and oral argument of counsel, and good cause appearing therefor, the Court finds
6   that Laskey's Complaint (including each and every claim stated therein) is so ambiguous
7   that defendant Microsoft cannot reasonably be required to respond.  Federal Rule of Civil
8   Procedure 12(e).
9   Accordingly, the Court ORDERS plaintiff Laskey to amend the Complaint.  The
10  Complaint must (1) state which facts are applicable to each defendant on an individual basis
11  (rather than refer to defendants generally); (2) allege facts rather than present questions; and
12  (3) allege a factual basis for the damages theories set forth in the Complaint.  Unless Laskey
13  files an amended Complaint within 10 days, the action shall be dismissed.

SO ORDERED.

_____, 2008                    _____

                                                Magistrate Judge Joseph Spero

Heller Ehrman LLP

2

[PROPOSED] ORDER GRANTING MICROSOFT'S MOTION FOR A MORE DEFINITE STATEMENT; Case No. CV-08-1465-JCS