LESLIE N. HARVEY, State Bar No. 241203
HELLER EHRMAN LLP
333 Bush Street
San Francisco, California 94104-2878
Telephone: (415) 772-6000
Facsimile: (415) 772-6268
Email: Leslie.Harvey@hellerehrman.com

Attorneys for Defendant
MICROSOFT CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURIE MARIE LASKEY,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>MICROSOFT CORPORATION, and DOES 1 through 1000, inclusive,<br><br>　　　　　　Defendants. | Case No. CV-08-1465-JCS<br><br>CERTICATION OF INTERESTED ENTITIES OR PERSONS |

　　　　Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: March 24, 2008　　　　　　　　HELLER EHRMAN LLP


　　　　　　　　　　　　　　　　　　By:*/s/Leslie N. Harvey*_____
　　　　　　　　　　　　　　　　　　　　LESLIE N. HARVEY
　　　　　　　　　　　　　　　　　　　　Attorneys for Defendants
　　　　　　　　　　　　　　　　　　　　MICROSOFT CORPORATION

Heller Ehrman LLP

1
MICROSOFT'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS;
Case No. CV-08-1465-JCS