1  LESLIE N. HARVEY, State Bar No. 241203
2  HELLER EHRMAN LLP
   333 Bush Street
3  San Francisco, California  94104-2878
   Telephone: (415) 772-6000
4  Facsimile: (415) 772-6268

5

6  Attorneys for Defendant
   MICROSOFT CORPORATION

7
                    IN THE UNITED STATES DISTRICT COURT
8
                   FOR THE NORTHERN DISTRICT OF CALIFORNIA
9

10 LAURIE MARIE LASKEY                    No. CV-08-1465-JCS

11         Plaintiff,

12    v.                                  **CONSENT TO PROCEED BEFORE A
                                          UNITED STATES MAGISTRATE JUDGE**
13 MICROSOFT CORPORATION, and DOES 1
   through 1000, inclusive
14         Defendant.                 /

15

16         CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

17         In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party in

18 the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate

19 Judge conduct any and all further proceedings in the case, including trial, and order the entry of a

20 final judgment.  Appeal from the judgment shall be taken directly to the United States Court of

21 Appeals for the Ninth Circuit.

22

23 Dated: March 25, 2008                    */s/ Leslie N. Harvey*
                                               Leslie N. Harvey
24                                             HELLER EHRMAN LLP
                                            Attorney for Defendant,
25                                          MICROSOFT CORPORATION

26

27

28

American LegalNet, Inc.
www.Forms*Workflow*.com

**PROOF OF SERVICE BY FEDERAL EXPRESS**
CASE NO. CV-08-1465-JCS, N.D. CAL.

I, Mark C. Williams, declare as follows:

I am and was at the time of the service mentioned in this certificate employed with Heller Ehrman at 333 Bush Street, San Francisco, CA 94104. I am over the age of 18 years and not a party to the within action.

On March 25, 2008 I served the following documents:

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

on the party to this action by placing a true and correct copy in an envelope marked for delivery via Federal Express for next day delivery to the attention of:

Laurie Marie Laskey
120 Briar Hollow Drive
Jacksonville, NC 28540
Tel. (910) 548-3345

I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct and that this proof of service was executed on this 25th day of March, 2008 at San Francisco, CA.

_____
Mark C. Williams