1  LESLIE HARVEY (BAR NO. 241203)
   Leslie.Harvey@hellerehrman.com
2  HELLER EHRMAN, LLP
3  333 Bush Street
   San Francisco, CA 94104
4  Tel (415) 772-6000; Fax (415) 772-6268



FILED
08 APR -9 PH 3:56
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

6  Attorneys for Defendant,
   MICROSOFT, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

**ORIGINAL**

| | |
|---|---|
| LAURIE MARIE LASKEY,<br><br>           Plaintiff,<br><br>v.<br><br>MICROSOFT, INC.,<br><br>           Defendant. | CASE NO. 08-CV-1465-VRW<br><br>**APPLICATION FOR ADMISSION** *PRO HAC VICE* **FOR WARREN J. RHEAUME** |

APPLICATION FOR ADMISSION *PRO HAC VICE*                           08-CV-1465-VRW

Heller Ehrman LLP

1  Pursuant to Civil L.R. 11-3, Warren J. Rheaume, an active member in good standing
2  of the bar of the _Washington_, hereby applies for admission to practice in the
3  Northern District of California on a *pro hac vice* basis representing Defendant Microsoft,
4  Inc., in the above-entitled action.

5  In support of this application, I certify on oath that:

6  1.   I am an active member in good standing of __WA__, as indicated above;

7  2.   I agree to abide by the Standards of Professional Conduct set forth in Civil
8  Local Rule 11-4, to comply with General Order No. 45, *Electronic Case Filing*, and to
9  become familiar with the Local Rules and the Alternative Dispute Resolution programs of
10 this Court; and,

11 3.   An attorney who is a member of the bar of this Court in good standing and
12 who maintains an office within the State of California has been designated as co-counsel in
13 the above-entitled action. The name, address, and telephone number of that attorney is:

Leslie N. Harvey
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA 94104
Telephone: (415) 772-6000

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 7, 2008

Warren J. Rheaume

Heller Ehrman LLP

APPLICATION FOR ADMISSION *PRO HAC VICE*      03-CV-02232 JF (RS)

**PROOF OF SERVICE BY FEDERAL EXPRESS**
CASE NO. 08-CV-1465-VRW, N.D. CAL.

I, Mark C. Williams, declare as follows:

I am and was at the time of the service mentioned in this certificate employed with Heller Ehrman at 333 Bush Street, San Francisco, CA 94104. I am over the age of 18 years and not a party to the within action.

On April 9, 2008 I served the following document:

**APPLICATION FOR ADMISSION *PRO HAC VICE* FOR WARREN J. RHEAUME**

on the party to this action by placing a true and correct copy in an envelope marked for delivery via Federal Express for next day delivery to the attention of:

Ms. Laurie Marie Laskey
120 Briar Hollow Drive
Jacksonville, NC 28540
(910) 548-3345

I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct and that this proof of service was executed on this 9th day of April, 2008 at San Francisco, CA.

Mark C. Williams

Heller Ehrman LLP

From: Origin ID: APCA (415)772-6683
Mark Williams
HELLER EHRMAN WHITE & MCAULIFF
333 BUSH STREET

SAN FRANCISCO, CA 94104



Ship Date: 09APR08
ActWgt: 1 LB
System#: 1296724/INET8011
Account#: S ********

Delivery Address Bar Code



SHIP TO: 9105483345          BILL SENDER

**Laurie Marie Laskey**

**120 Briar Hollow Drive**

**Jacksonville, NC 28540**

Ref # 36548-0130
Invoice #
PO #
Dept #



TRK# 7918 8190 5094
0201

THU - 10APR    AM
**STANDARD OVERNIGHT**

28540
NC-US
GSO

**XH EWNA**



---

Shipping Label: Your shipment is complete
1. Use the 'Print' feature from your browser to send this page to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.**

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.
FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see current FedEx Service Guide.