LESLIE HARVEY (BAR NO. 241203)
Leslie.Harvey@hellerehrman.com
HELLER EHRMAN, LLP
333 Bush Street
San Francisco, CA 94104
Tel (415) 772-6000; Fax (415) 772-6268

Attorneys for Defendant,
MICROSOFT, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LAURIE MARIE LASKEY, | CASE NO. 08-CV-1465-VRW |
| Plaintiff, | [PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION *PRO HAC VICE* FOR WARREN J. RHEAUME |
| v. | |
| MICROSOFT, INC., | |
| Defendant. | |

[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION *PRO HAC VICE*, RHEAUME: 08-CV-1465-VRW

1  Warren J. Rheaume, an active member in good standing of the bar of the Supreme
2  Court of the State of Washington, whose business address and telephone number is Heller
3  Ehrman LLP, 701 Fifth Avenue, Suite 6100, Seattle, WA 98104, (206) 447-0900, has
4  
5  applied in the above-entitled action for admission to practice in the Northern District of
6  California on a *pro hac vice* basis, representing Defendant Microsoft, Inc.
7  IT IS HEREBY ORDERED THAT the application is granted, subject to the terms
8  and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance
9  
10 *pro hac vice*. Service of papers upon and communication with co-counsel designated in the
11 application will constitute notice to the party. All future filings in this action are subject to
12 the requirements contained in General Order No. 45, *Electronic Case Filing*.
13 
14 
15 Dated: April __, 2008
                                                        _____
16                                                      The Honorable Vaughn R. Walker,
                                                        United States Chief District Judge
                                                        for the Northern District of California

Heller Ehrman LLP

[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION *PRO HAC VICE*, RHEAUME:08-CV-01465 VRW

**PROOF OF SERVICE BY FEDERAL EXPRESS**
CASE NO. 08-CV-1465-VRW, N.D. CAL.

I, Mark C. Williams, declare as follows:

I am and was at the time of the service mentioned in this certificate employed with Heller Ehrman at 333 Bush Street, San Francisco, CA 94104. I am over the age of 18 years and not a party to the within action.

On April 11, 2008 I served the following document:

**[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION *PRO HAC VICE* FOR WARREN J. RHEAUME**

on the party to this action by placing a true and correct copy in an envelope marked for delivery via Federal Express for next day delivery to the attention of:

Ms. Laurie Marie Laskey
120 Briar Hollow Drive
Jacksonville, NC 28540
(910) 548-3345

I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct and that this proof of service was executed on this 11th day of April, 2008 at San Francisco, CA.

Mark C. Williams

Heller Ehrman LLP