LESLIE N. HARVEY, State Bar No. 241203
HELLER EHRMAN LLP
333 Bush Street
San Francisco, California 94104-2878
Telephone: (415) 772-6000
Facsimile: (415) 772-6268
Email: Leslie.Harvey@hellerehrman.com

Attorneys for Defendant
MICROSOFT CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LAURIE MARIE LASKEY,

              Plaintiff,

v.

MICROSOFT CORPORATION, and DOES 1
through 1000, inclusive,

              Defendants.

Case No. CV-08-1465-VRW

**MICROSOFT'S NOTICE OF MOTION AND MOTION FOR A MORE DEFINITE STATEMENT; MEMORANDUM OF POINTS AND AUTHORITIES**

Date: June 12, 2008
Time: 2:30 p.m.
Courtroom: 6, 17th floor
Judge: Vaughn R. Walker

Heller
Ehrman LLP

1

MICROSOFT'S MOTION FOR A MORE DEFINITE STATEMENT
Case No. CV-08-1465-VRW

## NOTICE OF MOTION AND MOTION[1]

TO PLAINTIFF LAURIE MARIE LASKEY:  NOTICE IS HEREBY GIVEN that on June 12, 2008 at 2:30 p.m. or as soon thereafter as the matter can be heard, in the Courtroom of the Honorable Vaughn R. Walker of the United States District Court of the Northern District of California located at 450 Golden Gate Ave., 17th Floor, Courtroom 6, San Francisco, CA 94102, defendant Microsoft Corporation ("Microsoft") will, and hereby does, move for a more definite statement pursuant to Federal Rule of Civil Procedure 12(e). Plaintiff's Complaint is so unintelligible that Microsoft cannot reasonably be required to frame a responsive pleading.

Microsoft bases its motion for a more definite statement on this notice of motion and motion, the memorandum of points and authorities in support thereof, the pleadings on file with the Court, and on such other evidence as may be presented before or at the hearing on this motion.

---

[1] Microsoft originally filed this motion on March 24, 2008, and noticed it for hearing before Judge Spero.  On April 4, 2008, the action was reassigned to Judge Walker and all hearing dates were vacated.  Microsoft hereby re-notices this previously-filed motion for hearing before Judge Walker.

Heller
Ehrman LLP

MICROSOFT'S MOTION FOR A MORE DEFINITE STATEMENT
Case No. CV-08-1465-VRW

**MEMORANDUM OF POINTS AND AUTHORITIES**

## I.    INTRODUCTION

Plaintiff's Complaint against Defendant Microsoft Corporation ("Microsoft") is filled with questions and sweeping statements utterly lacking even a basic level of factual detail, rendering the Complaint unintelligible.  Plaintiff purportedly attempts to allege claims for negligence, intentional torts, premises liability, and products liability, but the scant facts alleged in support of these causes of action are nonsensical, confusing, and unclear.  In fact, rather than affirmatively alleging facts in support of these causes of action, Plaintiff's Complaint is littered with questions, indicating that Plaintiff has no idea what she is alleging that Microsoft did wrong.  The Complaint appears to state nothing more than the fact that "strange things appear on [Plaintiff's] computer."  Microsoft is left without fair notice of the claims that Plaintiff makes and is unable to tell what Plaintiff believes Microsoft (as opposed to the other "Doe" defendants) did to cause her harm.  Because Microsoft cannot formulate a coherent response to this Complaint without further clarification, the Court should grant Microsoft's motion for a more definite statement.

## II.    BACKGROUND AND SUMMARY OF PLAINTIFF'S ALLEGATIONS

Plaintiff Laurie Marie Laskey filed the Complaint in California state court on January 30, 2008.  After Microsoft was served with the Complaint on February 15, 2008, Microsoft removed the case to this Court on March 17, 2008.  Microsoft has not yet answered.

In the Complaint, Plaintiff asserts claims for negligence, various intentional torts, premises liability, and products liability using the Judicial Counsel of California's form complaint for Personal Injury, Property Damage, and Wrongful Death.[2]  The Complaint further indicates that she seeks to hold Microsoft liable for "other" causes of action such as "Computer crimes, Identity Theft, FCC Invasions, Code Violations, Technical Violations, Split Tunneling, Security Breach, Invasion of privacy, stalking, etc."  Complaint at 3, ¶ 10.

---

[2] A courtesy copy of the Complaint is attached hereto as Exhibit 1.

Heller
Ehrman LLP

MICROSOFT'S MOTION FOR A MORE DEFINITE STATEMENT
Case No. CV-08-1465-VRW

According to the Complaint, Plaintiff was "attached to a Virtual Private Network without my knowledge and hacked into." *Id.* at 3, ¶ 15. She alleges that a "faulty system has created a security breach." *Id.* For the causes of action labeled by Plaintiff as "other" (i.e., Computer crimes, Identity Theft, FCC Invasions, Code Violations, Technical Violations, Split Tunneling, Security Breach, Invasion of privacy, stalking, etc.), no further factual allegations are stated.

For the negligence, intentional tort, premises liability, and products liability claims, Plaintiff's Complaint attaches Judicial Council Causes of Action forms for each claim. In support of her cause of action for general negligence, plaintiff states only that "[y]ou have a faulty system which created a security breach that allowed other [sic] to hack into my computer and caused me to lose my means of employment." *Id.* at Cause of Action – General Negligence No. 2. She then presents the following questions: "A virtual server is being used? Is that a game server? or does it relate to a virtual private network?" *Id.*

Plaintiff pleads a second cause of action for general negligence, again stating simply that "[y]ou have a faulty system which created a security breach." *Id.* at Cause of Action – General Negligence No. 1. Again, she offers merely questions in place of factual details, including the following:

> was the Windows 95 print program ever upgraded? the hackers work in the background and the printer icon shows up in Windows 98 and the other current versions if it was never upgraded Microsofts employees would have knowledge of that. My printer does strange things and strange things appear on my computer(s).

*Id.*

Plaintiff further attempts to plead two causes of action for "Intentional Torts," again stating only that "Microsoft maintained a faulty system." *Id.* at Cause of Action – Intentional Tort Nos. 1 and 2. She claims that Microsoft's servers "are not being maintained properly" and that Microsoft has therefore "created a premises liability issue" and "is supporting a crime ring." *Id.* at No. 1. In support of her second intentional tort claim, she

MICROSOFT'S MOTION FOR A MORE DEFINITE STATEMENT
Case No. CV-08-1465-VRW

1  refers to warnings received in "DNS reports," asking "[d]o they switch it back and forth

2  whenever they want to hack?"  *Id.* at No. 2.

3      For the cause of action for premises liability, plaintiff states that she was "connected

4  to a faulty system and it created a fault" while she was at home on her computer.  *Id.* at

5  Cause of Action – Premises Liability.  She specifies three counts of premises liability –

6  negligence, willful failure to warn, and dangerous condition of public property.  *Id.*

7      Finally, Plaintiff also brings a claim for products liability, stating that Microsoft's

8  "equipment, wiring, servers, routers, filters, computers, software, etc." caused her injury,

9  seeking to hold Microsoft strictly liable.  *Id.* at Cause of Action – Products Liability.

10     Plaintiff seeks compensatory and punitive damages.  *Id.* at 3 ¶ 14.  She claims to have

11 suffered damages for wage loss, loss of use of property, hospital and medical expenses,

12 general damage, property damage, loss of earning capacity, along with other damages such

13 as a lower credit score, expense of discovery, case related expenses, emotional distress,

14 attorneys fees, and discrimination.  *Id.* at 3 ¶ 11.

15 **III.   ARGUMENT**

16     **A.    Legal Standard**

17     A Rule 12(e) motion for a more definite statement is proper "if a pleading to which a

18 responsive pleading is permitted is so vague or ambiguous that a party cannot reasonably be

19 required to frame a responsive pleading."  Fed. R. Civ. P 12(e).  Courts may grant such

20 motions when pleading is "so vague or ambiguous that the opposing party cannot respond,

21 even with a simple denial, in good faith or without prejudice to himself."  *Cellars v. Pacific*

22 *Coast Packaging, Inc.*, 189 F.R.D. 575, 578 (N.D. Cal. 1999).

23     The decision to grant a motion for a more definite statement is within the discretion

24 of the trial court, based upon the particular facts alleged in each case.  *Kuenzell v. United*

25 *States*, 20 F.R.D. 96, 98 (N.D. Cal. 1957) ("Whether or not the motion should be granted or

26 denied depends primarily on the facts of each individual case, and it is ultimately within the

27 Court's discretion to determine whether the information sought by the movant is necessary

28 to enable him to prepare a responsive pleading"); s*ee also McHenry v. Renne*, 84 F.3d 1172,

Heller
Ehrman LLP

5

1   1179 (9th Cir. 1996) (Even though a complaint is not required to designate which statute or

2   other provision of law has been violated, a court may in its discretion, in response to motion

3   for more definite statement under Rule 12(e), require such detail as may be appropriate in

4   the particular case).

5           **B.**     **Plaintiff's Complaint Is Unintelligible and Prevents Microsoft from Formulating a Responsive Pleading.**

6

7        Plaintiff's Complaint is so confusing and unintelligible that it prevents Microsoft

8   from drafting its answer.

9           **1.**     **To the extent that the Complaint alleges some wrongdoing by anyone, Microsoft is unable to ascertain whether Plaintiff is even alleging that Microsoft committed a wrong.**

10

11        From the Complaint, Microsoft is only able to ascertain that Plantiff believes that

12   somehow and somewhere Microsoft maintained a "faulty system."  Complaint at 3 ¶ 15.

13   Plaintiff makes exceedingly broad and sweeping generalizations in support of this claim,

14   such as "Microsoft is supporting a crime ring," *Id.* at Cause of Action – Intentional Tort No.

15   1, and "I was continually exposed to a harmfull [sic] environment and lost my means of

16   employment because of it." *Id.* at Cause of Action – Intentional Tort No. 2.

17        It is impossible for Microsoft to answer these highly general allegations without at

18   least some additional detail.  For example, nowhere in the Complaint does Plaintiff identify

19   specific products or services she was allegedly using.  Moreover, Plaintiff completely fails

20   to allege how those products or services are connected to Microsoft.  She refers to

21   "equipment, wiring, servers, routers, computers, software, etc.," but these types of products

22   could literally implicate thousands of different products distributed by Microsoft or by other

23   software or hardware manufacturers.  Microsoft is left to guess whether Plaintiff was, for

24   example, a user of the Microsoft Windows operating system, a user of Microsoft software

25   such as Internet Explorer or Word, or a person accessing websites maintained by Microsoft.

26   In fact, Microsoft is unable to tell for certain whether the Plaintiff even had any connection

27   to Microsoft or its products whatsoever.

28

Heller
Ehrman LLP

6

MICROSOFT'S MOTION FOR A MORE DEFINITE STATEMENT
Case No. CV-08-1465-VRW

1    Much of the confusion created by the Complaint is due to the fact that the Plaintiff

2  never specifies the parties who caused her alleged harms.  In addition to Microsoft, Plaintiff

3  has filed this action against 1000 "Doe" defendants, many of whom could be hackers she

4  believes stole her personal information.  However, many of the allegations Plaintiff makes

5  appear to be directed at those defendants – but not Microsoft.  The Complaint, however,

6  makes no attempt to distinguish between Microsoft and the other defendants, instead

7  referring generally to "they" and "them".  For example, in one place in the Complaint,

8  Plaintiff asks the question: "A virtual server is being used?"  *Id.* at Cause of Action-General

9  Negligence No. 2.  It is unclear whether Plaintiff is suggesting that hackers used a virtual

10  server to access her data or whether she instead means that Microsoft somehow used or

11  distributed a virtual server.  Without some greater specification of the multitude of "theys"

12  and "thems" in the Complaint, Microsoft cannot determine whether Plaintiff's various

13  allegations are directed to Microsoft or to someone else.

14    Many of the "facts" alleged in support of the specific causes of action only further

15  confuse the matter.  In her claim for premises liability, for example, Plaintiff has checked a

16  box indicating that she is alleging a count for "Dangerous Condition of Public Property."

17  *Id.* at Cause of Action – Premises Liability.  She indicates that the condition for which she is

18  bringing suit was "created by employees of the defendant public entity."  Microsoft is not

19  able to respond to this claim because it has no way of knowing whether Plaintiff is alleging

20  that an unnamed Doe defendant that is also a public entity caused Plaintiff's harm or

21  whether Plaintiff mistakenly believes that Microsoft is a public entity.

22    This situation is precisely the kind of situation in which courts routinely grant

23  motions for a more definite statement.  In *Parker v. Brush Wellman, Inc.*, 377 F. Supp. 2d

24  1290 (N.D. Ga. 2005), the plaintiff's complaint referred only generally to a group of

25  defendants, but failed to identify the role that each individual defendant's products played in

26  causing Plaintiff's harm.  The court granted a defendant's motion for a more definite

27  statement, finding that the absence of critical allegations as to *each* individual defendant

28  rendered the Complaint defective, as defendants "are left without 'fair notice' of the factual

1  basis underlying the claims that they must now attempt to defend." *Id.* at 1295. The court

2  held that "the Federal Rules do not permit a party to aggregate allegations against several

3  defendants in a single, unspecific statement, but instead require the pleader to identify

4  (albeit generally) the conduct of each defendant giving rise to his claims." *Id.* at 1294; *see*

5  *also Van Dyke Ford, Inc. v. Ford Motor Co.*, 399 F. Supp. 277, 284 (E.D. Wi. 1975)

6  (granting a motion for a more definite statement where complaint referred generally to

7  "plaintiffs" and "defendants" but failed make specific references to wrongful actions by

8  each individual plaintiff and defendant).

9        Microsoft is therefore entitled to a clear and concise statement in the Complaint

10  about its own actions that allegedly caused Plaintiff's harm. Plaintiff's general allegations

11  about wrongs committed by unspecified entities are insufficient.

12              **2.    Plaintiff's Complaint is filled with questions, rather than
                        affirmative allegations of fact, demonstrating that Plaintiff does not
13                      know what she alleges.**

14        The Complaint is further unintelligible because rather than stating facts supporting

15  the claims for relief, Plaintiff's Complaint is instead filled with a multitude of questions.

16  These questions indicate that Plaintiff herself is unsure of what she alleges in the Complaint

17  and whom she is alleging caused her harm.

18        For example, in her description of one of the claims for general negligence, Plaintiff

19  offers the following questions: "A virtual server is being used? Is that a game server? or

20  does it relate to a virtual private network?." Complaint at Cause of Action – General

21  Negligence No. 2. In support of an intentional tort claim, plaintiff similarly poses another

22  question: "do they switch it back and forth when they want to hack?" *Id.* at Cause of Action

23  – Intentional Tort No. 2. Furthermore, attached to the Complaint are exhibits covered in

24  handwritten questions such as the following:

25        Is this why the phone wiring on the side of my home was installed different
          than it should have been?
26

27        Is there a file open at the DA's? FBI? CIA?

Heller
Ehrman LLP    28

MICROSOFT'S MOTION FOR A MORE DEFINITE STATEMENT
Case No. CV-08-1465-VRW

Does this have something todo [sic] with the time and time zones?

What did I cut off of the side of my house at the phone box?

*Id.* at ex. page 36. The questions demonstrate that even the Plaintiff is unsure of what she is alleging *anyone* – much less Microsoft – did wrong.  Without further clarification, Microsoft cannot formulate a coherent response to these claims, as it cannot even ascertain what Plaintiff alleges Microsoft did wrong.

> **3.    Plaintiff has not stated facts demonstrating any causal connection between Microsoft's actions and the damages Plaintiff allegedly suffered.**

The damages allegations in the Complaint are likewise flawed and unintelligible. Plaintiff states, for example, that she is entitled to compensatory damages for hospital and medical expenses.  *Id.* at 3 ¶ 11.  The Complaint, however, fails to allege even a single fact suggesting that Plaintiff may have suffered any injury requiring medical attention.  The facts that Plaintiff has pled suggest only that hackers *remotely* accessed her computer.  Microsoft is again simply left to guess how Plaintiff could have possibly sustained bodily harm on these facts.

Plaintiff's allegations that she suffered other damages such as wage loss or discrimination, *id.*,  are similarly perplexing.  The Complaint contains no facts explaining any causal link between the actions (or inactions) of Microsoft and Plaintiff's alleged loss of employment or discrimination she suffered.  Microsoft cannot possible admit or deny these allegations without more information from the Plaintiff about the supposed factual connection.

## IV.    CONCLUSION

For the reasons set forth above, the Court should grant Microsoft's motion for a more definite statement. Fed. R. Civ. P. 12(e).

Heller
Ehrman LLP

MICROSOFT'S MOTION FOR A MORE DEFINITE STATEMENT
Case No. CV-08-1465-VRW

1

2    Dated:  April 15, 2008                    HELLER EHRMAN LLP

3

4                                              By:_____/s/_____
                                                  LESLIE N. HARVEY
5                                                 Attorneys for Defendants
                                                  MICROSOFT CORPORATION
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

Heller
Ehrman LLP   28
                                            10
             MICROSOFT'S MOTION FOR A MORE DEFINITE STATEMENT
             Case No. CV-08-1465-VRW

**EXHIBIT 1**

PLD-PI-001

| | |
|---|---|
| **ATTORNEY OR PARTY WITHOUT ATTORNEY** *(Name, State Bar number, and address):*<br>Laurie Marie Laskey<br>120 Briar Hollow Dr<br>Jacksonville NC 28540<br><br>TELEPHONE NO: 910-548-3345    FAX NO. *(Optional):*<br>E-MAIL ADDRESS *(Optional):*<br>ATTORNEY FOR *(Name):* | FOR COURT USE ONLY<br><br>**ENDORSED<br>FILED**<br><br>JAN 3 0 2008<br><br>SUPERIOR COURT OF CALIFORNIA<br>COUNTY OF SONOMA |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** Sonoma
STREET ADDRESS: 600 Administration Dr
MAILING ADDRESS:
CITY AND ZIP CODE: Santa Rosa CA 95403
BRANCH NAME: civil

PLAINTIFF: Laurie Marie Laskey

DEFENDANT: Microsoft Corporation

[✓] DOES t TO  1000

| | |
|---|---|
| **COMPLAINT—Personal Injury, Property Damage, Wrongful Death**<br>[ ] **AMENDED** *(Number):*<br>**Type** *(check all that apply):*<br>[ ] **MOTOR VEHICLE**  [✓] **OTHER** *(specify):* Identity Theft<br>  [ ] Property Damage    [ ] Wrongful Death<br>  [✓] Personal Injury    [ ] Other Damages *(specify):* | |
| **Jurisdiction** *(check all that apply):*<br>[ ] **ACTION IS A LIMITED CIVIL CASE**<br>  Amount demanded  [ ] does not exceed $10,000<br>            [ ] exceeds $10,000, but does not exceed $25,000<br>[✓] **ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)**<br>[ ] **ACTION IS RECLASSIFIED** by this amended complaint<br>  [ ] from limited to unlimited<br>  [ ] from unlimited to limited | CASE NUMBER:<br><br>SCV 242287 |

t.  **Plaintiff** *(name or names):* Laurie Marie Laskey
alleges causes of action against defendant *(name or names):*
Microsoft Corporation                                      47

2.  This pleading, including attachments and exhibits, consists of the following number of pages: 47

3.  Each plaintiff named above is a competent adult
   a.  [ ] **except plaintiff** *(name):*
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity *(describe):*
      (3) [ ] a public entity *(describe):*
      (4) [ ] a minor  [ ] an adult
         (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) [ ] other *(specify):*
      (5) [ ] other *(specify):*
   b.  [ ] **except plaintiff** *(name):*
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity *(describe):*
      (3) [ ] a public entity *(describe):*
      (4) [ ] a minor  [ ] an adult
         (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) [ ] other *(specify):*
      (5) [ ] other *(specify):*

   [ ] Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

Page 1 of 3

| | | |
|---|---|---|
| Form Approved for Optional Use<br>Judicial Council of California<br>PLD-PI-001 [Rev. January 1, 2007] | **COMPLAINT—Personal Injury, Property<br>Damage, Wrongful Death** | Code of Civil Procedure, § 425.12<br>www.courtinfo.ca.gov<br><br>American LegalNet, Inc.<br>www.FormsWorkflow.com |

PLD-PI-001

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| Laurie Marie Laskey v Microsoft Corporation | |

4. ☐ Plaintiff (name):
    is doing business under the fictitious name (specify):

    and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person
   a. ☑ except defendant (name): Microsoft Corporation  c. ☐ except defendant (name):
     (1) ☐ a business organization, form unknown     (1) ☐ a business organization, form unknown
     (2) ☑ a corporation     (2) ☐ a corporation
     (3) ☐ an unincorporated entity (describe):     (3) ☐ an unincorporated entity (describe):

     (4) ☐ a public entity (describe):     (4) ☐ a public entity (describe):

     (5) ☐ other (specify):     (5) ☐ other (specify):

   b. ☐ except defendant (name):  d. ☐ except defendant (name):
     (1) ☐ a business organization, form unknown     (1) ☐ a business organization, form unknown
     (2) ☐ a corporation     (2) ☐ a corporation
     (3) ☐ an unincorporated entity (describe):     (3) ☐ an unincorporated entity (describe):

     (4) ☐ a public entity (describe):     (4) ☐ a public entity (describe):

     (5) ☐ other (specify):     (5) ☐ other (specify):

   ☐ Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.
   a. ☑ Doe defendants (specify Doe numbers): 1 to 1000 _____ were the agents or employees of other named defendants and acted within the scope of that agency or employment.
   b. ☑ Doe defendants (specify Doe numbers): 1 to 1000 _____ are persons whose capacities are unknown to plaintiff.

7. ☐ Defendants who are joined under Code of Civil Procedure section 382 are (names):

8. This court is the proper court because
   a. ☐ at least one defendant now resides in its jurisdictional area.
   b. ☐ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
   c. ☑ injury to person or damage to personal property occurred in its jurisdictional area.
   d. ☑ other (specify):
     Court of Appeals sent me to the lower court

9. ☑ Plaintiff is required to comply with a claims statute, and
   a. ☐ has complied with applicable claims statutes, or
   b. ☑ is excused from complying because (specify):
     Computer crimes that involves the theft of my identity based on product liability and premise liability and negligence. I just figured it out and have not been able to find anyone to help me. They are all afraid.

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**

PLD-PI-001

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| Laurie Marie Laskey v Microsoft Corporation | |

10. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached)*:
   a. [ ] Motor Vehicle
   b. [✓] General Negligence
   c. [✓] Intentional Tort
   d. [✓] Products Liability
   e. [✓] Premises Liability
   f. [✓] Other *(specify)*:

   Computer crimes, Identity Theft, FCC Violations, Code Violations, Technical Violations, Split Tunneling, Security Breach, Invasion of privacy, stalking, etc.

11. Plaintiff has suffered
   a. [✓] wage loss
   b. [✓] loss of use of property
   c. [✓] hospital and medical expenses
   d. [✓] general damage
   e. [✓] property damage
   f. [✓] loss of earning capacity
   g. [✓] other damage *(specify)*:

   Lower credit score, expense of discovery, case related expenses, emotional distress, attorneys fees, discrimination, etc.

12. [ ] The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
   a. [ ] listed in Attachment 12.
   b. [ ] as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. Plaintiff prays for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
   a. (1) [✓] compensatory damages
      (2) [✓] punitive damages
      The amount of damages is *(in cases for personal injury or wrongful death, you must check (1))*:
      (1) [ ] according to proof
      (2) [✓] in the amount of: $ A + B = C (C x D) see attached

15. [✓] The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers)*:

   I've been attached to a Virtual Private Network without my knowledge and hacked into.
   faulty system has created a security breach per RFC1918

Date: 1-22-08

Laurie Marie Laskey
_____
(TYPE OR PRINT NAME)

*Laurie Marie Laskey*
_____
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**

CM-010

**ATTORNEY OR PARTY WITHOUT ATTORNEY** *(Name, State bar number, and address):*

Laurie Marie Laskey
120 Briar Hollow Dr
Jacksonville NC 28540
TELEPHONE NO.: 910-548-3345          FAX NO.:
ATTORNEY FOR *(Name):*

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** Sonoma
STREET ADDRESS: 600 Administration Drive
MAILING ADDRESS:
CITY AND ZIP CODE: Santa Rosa CA 95403
BRANCH NAME: civil

CASE NAME:
Laurie Marie Laskey v Microsoft Corporation

**FOR COURT USE ONLY**

**ENDORSED
FILED**

JAN 30 2008
by
SUPERIOR COURT OF CALIFORNIA
COUNTY OF SONOMA

| CIVIL CASE COVER SHEET | Complex Case Designation | CASE NUMBER: SCV 242287 |
|---|---|---|
| [✓] Unlimited  [ ] Limited | [ ] Counter   [ ] Joinder | JUDGE: |
| (Amount demanded exceeds $25,000)  (Amount demanded is $25,000 or less) | Filed with first appearance by defendant (Cal. Rules of Court, rule 3.402) | DEPT: |

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check one box below for the case type that best describes this case:

**Auto Tort**
[ ] Auto (22)
[ ] Uninsured motorist (46)

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
[ ] Asbestos (04)
[ ] Product liability (24)
[ ] Medical malpractice (45)
[ ] Other PI/PD/WD (23)

**Non-PI/PD/WD (Other) Tort**
[ ] Business tort/unfair business practice (07)
[ ] Civil rights (08)
[ ] Defamation (13)
[ ] Fraud (16)
[ ] Intellectual property (19)
[ ] Professional negligence (25)
[ ] Other non-PI/PD/WD tort (35)

**Employment**
[ ] Wrongful termination (36)
[ ] Other employment (15)

**Contract**
[ ] Breach of contract/warranty (06)
[ ] Rule 3.740 collections (09)
[ ] Other collections (09)
[ ] Insurance coverage (18)
[ ] Other contract (37)

**Real Property**
[ ] Eminent domain/Inverse condemnation (14)
[ ] Wrongful eviction (33)
[ ] Other real property (26)

**Unlawful Detainer**
[ ] Commercial (31)
[ ] Residential (32)
[ ] Drugs (38)

**Judicial Review**
[ ] Asset forfeiture (05)
[ ] Petition re: arbitration award (11)
[ ] Writ of mandate (02)
[ ] Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
[ ] Antitrust/Trade regulation (03)
[ ] Construction defect (10)
[✓] Mass tort (40)
[ ] Securities litigation (28)
[ ] Environmental/Toxic tort (30)
[ ] Insurance coverage claims arising from the above listed provisionally complex case types (41)

**Enforcement of Judgment**
[ ] Enforcement of judgment (20)

**Miscellaneous Civil Complaint**
[ ] RICO (27)
[ ] Other complaint *(not specified above)* (42)

**Miscellaneous Civil Petition**
[ ] Partnership and corporate governance (21)
[ ] Other petition *(not specified above)* (43)

2. This case [✓] is [ ] is not  complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. [✓] Large number of separately represented parties
   b. [✓] Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. [✓] Substantial amount of documentary evidence
   d. [ ] Large number of witnesses
   e. [✓] Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   f. [ ] Substantial postjudgment judicial supervision

3. Remedies sought *(check all that apply):* a. [✓] monetary  b. [ ] nonmonetary; declaratory or injunctive relief  c. [✓] punitive
4. Number of causes of action *(specify):* 20
5. This case [ ] is [✓] is not  a class action suit.
6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*

Date: 1-22-08
Laurie Marie Laskey
(TYPE OR PRINT NAME)                    *Laurie Marie Laskey*
                                         (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California

**CIVIL CASE COVER SHEET**

Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;
Cal. Standards of Judicial Administration, std. 3.10

PLD-PI-001(2)

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| Laurie Marie Laskey v Microsoft Corporation | |

<u>2</u>                    **CAUSE OF ACTION—General Negligence**     Page  2
     *(number)*

ATTACHMENT TO  ☑ Complaint    ☐ Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

GN-1. Plaintiff *(name):*   Laurie Marie Laskey

       alleges that defendant *(name):*  Microsoft Corporation

             ☑ Does  1            to  1000

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant
negligently caused the damage to plaintiff
on *(date):*
at *(place):* 930 Shiloh Road, Windsor CA 95492

*(description of reasons for liability):*

You have a faulty system which created a security breach that allowed other to hack into my
computer and caused me to lose my means of employment.

A virtual server is being used? Is that a
game server? or does it relate to a virtual
private network?

Form Approved for Optional Use
Judicial Council of California
PLD-001(2) [Rev January 1, 2007]

**CAUSE OF ACTION—General Negligence**

Code of Civil Procedure 425.12
www.courtinfo.ca.gov

American LegalNet, Inc.
www.FormsWorkflow.com

PLD-PI-001(3)

| SHORT TITLE: | CASE NUMBER |
|---|---|
| Laurie Marie Laskey v Microsoft Corporation | |

**CAUSE OF ACTION—Intentional Tort**     Page ___1___

___1_____
(number)

ATTACHMENT TO   ☑ Complaint    ☐ Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

IT-1. Plaintiff *(name)*:  Laurie Marie Laskey

alleges that defendant *(name)*:  Microsoft Corporation

☑ Does 1_____ to 1000_____

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant intentionally
caused the damage to plaintiff
on *(date)*: 11-19-2002
at *(place)*: 7882 Shira Street, Windsor CA 95492

*(description of reasons for liability)*:

Microsoft maintained a faulty system.

microsoft will need to provide a history report on
the maintenance of ther servers since they are not
being maintained properly. This is an intentional
act.
microsoft has created a premises liability issue.

(1) would be a hacker more than one
would be a crime ring. Microsoft
is supporting a crime ring.

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(3) [Rev. January 1, 2007]

**CAUSE OF ACTION—Intentional Tort**

Code of Civil Procedure, § 426 12
www.courtinfo.ca.gov

American LegalNet, Inc.
www.FormsWorkflow.com

PLD-PI-001(3)

| SHORT TITLE: | CASE NUMBER |
|---|---|
| Laurie Marie Laskey v Microsoft Corporation | |

2
_____
(number)

**CAUSE OF ACTION—Intentional Tort**    Page  *2*

ATTACHMENT TO  [✓] Complaint    [ ] Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

IT-1. Plaintiff *(name)*:  Laurie Marie Laskey

alleges that defendant *(name)*:  Microsoft Corporation

[✓] Does  1_____  to  1000_____

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant intentionally caused the damage to plaintiff
on *(date)*:  5-08-2003
at *(place)*930 Shiloh Road, Windsor CA 95492

*(description of reasons for liability)*:

Microsoft maintained a faulty system.

On 11-8-2005 DNS report 4 warnings

on 1-11-2006 DNS report 4 warnings 2 fails
went from bad to worse? An intentional act.
Do they switch it back and forth when ever
they want to hack? i was continually
exposed to a harmfull environment and lost
my means of employment because of it.

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(3) [Rev. January 1, 2007]

**CAUSE OF ACTION—Intentional Tort**

Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

American LegalNet, Inc.
www.FormsWorkflow.com

PLD-PI-001(4)

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| Laurie Marie Laskey v Microsoft Corporation | |

_1_                    **CAUSE OF ACTION—Premises Liability**         Page ___1___
*(number)*

ATTACHMENT TO    [✓] Complaint    [ ] Cross - Complaint
*(Use a separate cause of action form for each cause of action.)*

Prem.L-1. Plaintiff *(name):* **Laurie Marie Laskey**
alleges the acts of defendants were the legal (proximate) cause of damages to plaintiff.
On *(date):* **10 - 17 - 2 0 0 2**        plaintiff was injured on the following premises in the following
fashion *(description of premises and circumstances of injury):*
I was connected to a faulty system and it created a fault. I do not know where Microsoft
Corporation servers are located.
At the time of the injury I was at home on my
computer.

Prem.L-2.    [✓] **Count One—Negligence** The defendants who negligently owned, maintained, managed and
operated the described premises were *(names):*
Microsoft Corporation

[✓] Does _1_     to _1000_

Prem.L-3.    [✓] **Count Two—Willful Failure to Warn** [Civil Code section 846] The defendant owners who willfully
or maliciously failed to guard or warn against a dangerous condition, use, structure, or activity were
*(names):*
Microsoft Corporation

[✓] Does _1_     to _1000_

Plaintiff, a recreational user, was    [ ] an invited guest    [ ] a paying guest.

Prem.L-4.    [✓] **Count Three—Dangerous Condition of Public Property** The defendants who owned public property
on which a dangerous condition existed were *(names):*
Microsoft Corporation

[✓] Does _1_     to _1000_

a. [ ]  The defendant public entity had  [ ] actual  [ ] constructive notice of the existence of the
dangerous condition in sufficient time prior to the injury to have corrected it.
b. [✓] The condition was created by employees of the defendant public entity.

Prem.L-5.  a. [✓] **Allegations about Other Defendants** The defendants who were the agents and employees of the
other defendants and acted within the scope of the agency were *(names):*
Microsoft Corporation will have to provide the names of anyone who worked on their
servers or had access to their system.
[✓] Does _1_     to _1000_

b. [✓] The defendants who are liable to plaintiffs for other reasons and the reasons for their liability are
[ ] described in attachment Prem.L-5.b  [✓] as follows *(names):*
Microsoft Corporation created a premise liability issue which allowed other access to
my personal information and theft of my identity online. etc.

Page 1 of 1

Form Approved for Optional Use        **CAUSE OF ACTION—Premises Liability**        Code of Civil Procedure, § 425.12
Judicial Council of California                                                                  www.courtinfo.ca.gov
PLD-PI-001(4) [Rev. January 1, 2007]                                          American LegalNet, Inc.
                                                                              www.FormsWorkflow.com

PLD-PI-001(5)

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| Laurie Marie Laskey v Microsoft Corporation | |

1 _____ (number)          **CAUSE OF ACTION—Products Liability**          Page   1 _____

**ATTACHMENT TO** [✓] Complaint   [ ] Cross - Complaint
*(Use a separate cause of action form for each cause of action.)*

Plaintiff *(name):* Laurie Marie Laskey

Prod. L-1. On or about *(date):* file date on Computer  plaintiff was injured by the following product:
Microsoft Corporations equipment, wiring, servers, routers, filters, computers, software, etc
my evidence dates back to 1996.

Prod. L-2. Each of the defendants knew the product would be purchased and used without inspection for defects.
The product was defective when it left the control of each defendant. The product at the time of injury was being
[✓] used in the manner intended by the defendants.
[ ] used in the manner that was reasonably foreseeable by defendants as involving a substantial danger not readily apparent. Adequate warnings of the danger were not given.

Prod. L-3. Plaintiff was a
[✓] purchaser of the product.                        [✓] user of the product.
[✓] bystander to the use of the product.          [ ] other *(specify):*

**PLAINTIFF'S INJURY WAS THE LEGAL (PROXIMATE) RESULT OF THE FOLLOWING:**

Prod. L- 4. [✓] **Count One—Strict liability** of the following defendants who
a. [✓] manufactured or assembled the product *(names):*
Microsoft Corporation

[✓] Does 1 _____ to 1000 _____

b. [✓] designed and manufactured component parts supplied to the manufacturer *(names):*
Microsoft Corporation

[✓] Does 1 _____ to 1000 _____

c. [✓] sold the product to the public *(names):*
Microsoft Corporation

[✓] Does 1 _____ to 1000 _____

Prod. L-5. [ ] **Count Two—Negligence** of the following defendants who owed a duty to plaintiff *(names):*

[ ] Does _____ to _____

Prod. L-6. [ ] **Count Three—Breach of warranty** by the following defendants *(names):*

[ ] Does _____ to _____

a. [ ] who breached an implied warranty
b. [ ] who breached an express warranty which was
[ ] written   [ ] oral

Prod. L-7. [✓] The defendants who are liable to plaintiffs for other reasons and the reasons for the liability are
[ ] listed in Attachment-Prod. L-7 [✓] as follows:
The theft of my identity online, their product(s) and system allow for that.
Premise liability

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(5) [Rev. January 1, 2007]

**CAUSE OF ACTION—Products Liability**

Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov
American LegalNet, Inc.
www.FormsWorkflow.com

PLD-PI-001(2)

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| Laurie Marie Laskey v Microsoft Corporation | |

1
(number)                    **CAUSE OF ACTION—General Negligence**    Page    1

ATTACHMENT TO    [✓] Complaint    [ ] Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

GN-1. Plaintiff *(name):*   Laurie Marie Laskey

alleges that defendant *(name):*   Microsoft Corporation

[✓] Does    1            to    1000

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant
negligently caused the damage to plaintiff
on *(date):*   11 - 19 - 2002
at *(place):*   7882 Shira Street, Windsor CA 95492

*(description of reasons for liability):*
You have a faulty system which created a security breach.

was the windows 95 print program ever upgraded?
the hackers work in the background and the
printer icon shows up in windows 98 and the
other current versions if it was never upgraded
microsofts employees would have knowledge
of that. My printer does strange things and
strange things appear on my computer(s)

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(2) [Rev. January 1, 2007]

**CAUSE OF ACTION—General Negligence**

Code of Civil Procedure 425.12
www.courtinfo.ca.gov

American LegalNet, Inc.
www.FormsWorkflow.com

**156** Part II: Making Windows 95 Do Something _____

# Leaving Scraps on the Desktop Deliberately

The Clipboard is a handy way to copy information from one place to another, but it has a major limitation: Every time you copy something new to the Clipboard, it replaces what was copied there before. What if you want to copy a *bunch* of things from a document?

If you were cutting and pasting over a real desktop, you could leave little scraps lying everywhere, ready for later use. The same *scraps* concept works with Windows 95: You can move information from window to window, using the desktop as a temporary storage area for your scraps of information.

For example, suppose that you have some paragraphs in a WordPad document you want to copy to some other places. Highlight the first paragraph, drag it out of the WordPad window, and drop it onto the desktop. Poof! A small Scrap icon appears on your desktop. See another interesting paragraph? Drag it onto the desktop, as well: Another Scrap icon appears.

Eventually, you'll have copies of your report's best paragraphs sitting in little scraps on your desktop. To move any of the scraps into another document, just drag them into that other document's window and let go.

Any remaining, unused scraps can be dumped into the Recycling Bin, or simply left on the desktop, adding a nice, comfortable layer of clutter.



To make a scrap, highlight the information you want to move, usually by running the mouse pointer over it while holding down the mouse button. Then, point at the highlighted information and, while holding down the mouse button, point at the Desktop. Let go of the mouse button, and a scrap containing that information appears on the Desktop.

*Note:* Not all Windows 95 applications support Scraps. In fact, WordPad is the only program in the Windows 95 box that can use Scraps.

# Controlling the Printer

Many of the Windows 95 features work in the background. You know that they're there *only* when something is wrong and weird messages start flying around. The Windows 95 print program is one of those programs.

When you choose the Print command in a program, you may see the little Windows 95 printer icon appear at the bottom corner of your screen. When your printer stops spitting out pages, the little printer icon disappears.

Controlling someones computer via the printer?
The hackers work in the back
The printer icon shows up in window
windows 95 feature ever



# DNSstuff.com
YOUR DESTINATION FOR DNS AND NETWORKING TOOLS

**ServerBeach**
Self-managed hosting

**FREE iPOD**

Home   Products   Tools   DNSreport   Resource Center   Forum   How Tools Work

Your IP: 12.109.34.167   ASN: 7018 [ATT-INTERNET4]   Near: Quantico, Virginia United States

## Tools

Email link to

## DNSreport for msft.net

Generated by www.DNSreport.com at 17:29:11 GMT on 20 Jan 2008.

| Category | Status | Test Name | Information |
|---|---|---|---|
| | PASS | Missing Direct Parent check | OK. Your direct parent zone exists, which is good. Some domains (usually third or fourth level domains, such as example.co.us) do not have a direct parent zone ('co.us' in this example), which is legal but can cause confusion. |
| | INFO | NS records at parent servers | Your NS records at the parent servers are:<br><br>ns1.msft.net. [207.68.160.190] [TTL=172800] [US]<br>ns2.msft.net. [65.54.240.126] [TTL=172800] [US]<br>ns3.msft.net. [213.199.161.77] [TTL=172800] [GB]<br>ns4.msft.net. [207.46.66.126] [TTL=172800] [US]<br>ns5.msft.net. [65.55.238.126] [TTL=172800] [US]<br><br>[These were obtained from a.gtld-servers.net] |

| | | | |
|---|---|---|---|
| Parent | PASS | Parent nameservers have your nameservers listed | OK. When someone uses DNS to look up your domain, the first step (if doesn't already know about your domain) is to go to the parent server. If you aren't listed there, you can't be found. But you are listed there. |
| | PASS | Glue at parent nameservers | OK. The parent servers have glue for your nameservers. That means they send out the IP address of your nameservers, as well as their host names. |
| | PASS | DNS servers have A records | OK. All your DNS servers either have A records at the zone parent servers, or do not need them (if the DNS servers are on other TLDs). A records are required for your hostnames to ensure that other DNS servers can reach your DNS servers. Note that there will be problems your DNS servers do not have these same A records. |
| | INFO | NS records at your nameservers | Your NS records at your nameservers are:<br><br>`ns4.msft.net.  [207.46.66.126]  [TTL=172800]`<br>`ns5.msft.net.  [65.55.238.126]  [TTL=172800]`<br>`ns1.msft.net.  [207.68.160.190] [TTL=172800]`<br>`ns2.msft.net.  [65.54.240.126]  [TTL=172800]`<br>`ns3.msft.net.  [213.199.161.77] [TTL=172800]` |
| | PASS | Open DNS servers | OK. Your DNS servers do not announce that they are open DNS servers. Although there is a slight chance that they really are open DNS servers this is very unlikely. Open DNS servers increase the chances that of cache poisoning, can degrade performance of your DNS, and can cause your DNS servers to be used in an attack (so it is good that your DNS servers do not appear to be open DNS servers). |
| | PASS | Mismatched glue | OK. The DNS report did not detect any discrepancies between the glue provided by the parent servers and that provided by your authoritative |

| PASS | Category | Description |
|---|---|---|
| PASS | No NS A records at nameservers | DNS servers. OK. Your nameservers do include corresponding A records when asked your NS records. This ensures that your DNS servers know the A record corresponding to all your NS records. |
| PASS | All nameservers report identical NS records | OK. The NS records at all your nameservers are identical. |
| PASS | All nameservers respond | OK. All of your nameservers listed at the parent nameservers responde |
| PASS | Nameserver name validity | OK. All of the NS records that your nameservers report seem valid (no or partial domain names). |
| PASS | Number of nameservers | OK. You have 5 nameservers. You must have at least 2 nameservers (RFC2182 section 5 recommends at least 3 nameservers), and preferal no more than 7. |
| PASS | Lame nameservers | OK. All the nameservers listed at the parent servers answer authoritatively for your domain. |
| PASS | Missing (stealth) nameservers | OK. All 5 of your nameservers (as reported by your nameservers) are a listed at the parent servers. |
| PASS | Missing nameservers 2 | OK. All of the nameservers listed at the parent nameservers are also listed as NS records at your nameservers. |
| PASS | No CNAMEs for domain | OK. There are no CNAMEs for msft.net. RFC1912 2.4 and RFC2181 10. state that there should be no CNAMEs if an NS (or any other) record is |

| | | | present. |
|---|---|---|---|
| PASS | No NSs with CNAMEs | | OK. There are no CNAMEs for your NS records. RFC1912 2.4 and RFC2181 10.3 state that there should be no CNAMEs if an NS (or any other) record is present. |
| PASS | Nameservers on separate class C's | | OK. You have nameservers on different Class C (technically, /24) IP ranges. You must have nameservers at geographically and topologically dispersed locations. RFC2182 3.1 goes into more detail about seconda nameserver location. |
| PASS | All NS IPs public | | OK. All of your NS records appear to use public IPs. If there were any private IPs, they would not be reachable, causing DNS delays. |
| WARN | TCP Allowed | | WARNING: One or more of your DNS servers does not accept TCP connections. Although rarely used, TCP connections are occasionally used instead of UDP connections. When firewalls block the TCP DNS connections, it can cause hard-to-diagnose problems. The problem servers are:<br><br>`207.68.160.190: Error [No response to TCP packets].`<br>`65.54.240.126: Error [No response to TCP packets].`<br>`213.199.161.77: Error [No response to TCP packets].`<br>`207.46.66.126: Error [No response to TCP packets].`<br>`65.55.238.126: Error [No response to TCP packets].` |
| INFO | Nameservers versions | | [For security reasons, this test is limited to members] |
| PASS | Stealth NS record leakage | | Your DNS servers do not leak any stealth NS records (if any) in non-NS requests. |
| | | | Your SOA record [TTL=86400] is:<br><br>`Primary nameserver: ns1.msft.net.` |

```
Hostmaster E-mail address: msnhst.microsoft.com.
Serial #: 2007121102
Refresh: 1800
Retry: 900
Expire: 2419200
Default TTL: 3600
```

| | | |
|---|---|---|
| SOA | INFO | SOA record | |
| | PASS | NS agreement on SOA Serial # | OK. All your nameservers agree that your SOA serial number is 2007121102. That means that all your nameservers are using the same data (unless you have different sets of data with the same serial number which would be very bad)! Note that the DNSreport only checks the NS records listed at the parent servers (not any stealth servers). |
| | PASS | SOA MNAME Check | OK. Your SOA (Start of Authority) record states that your master (primary) name server is: ns1.msft.net.. That server is listed at the parent servers, which is correct. |
| | PASS | SOA RNAME Check | OK. Your SOA (Start of Authority) record states that your DNS contact E-mail address is: msnhst@microsoft.com. (techie note: we have changed the initial '.' to an @ for display purposes). |
| | PASS | SOA Serial Number | OK. Your SOA serial number is: 2007121102. This appears to be in the recommended format of YYYYMMDDnn, where 'nn' is the revision. So the revision is 02 and was indicates that your DNS was last updated on 11 Dec 2007 (and was revision #2). This number must be incremented every time you make a DNS change. |
| | PASS | SOA REFRESH value | OK. Your SOA REFRESH interval is: 1800 seconds. This seems normal (about 3600-7200 seconds is good if not using DNS NOTIFY; RFC1912 2.2 recommends a value between 1200 to 43200 seconds (20 minutes to 12 hours)). This value determines how often secondary/slave nameservers check with the master for updates. |
| | PASS | | OK. Your SOA RETRY interval is: 900 seconds. This seems normal (abo |

| | | | |
|---|---|---|---|
| | PASS | SOA RETRY value | 120-7200 seconds is good). The retry value is the amount of time your secondary/slave nameservers will wait to contact the master nameserver again if the last attempt failed. |
| | PASS | SOA EXPIRE value | OK. Your SOA EXPIRE time: 2419200 seconds. This seems normal (about 1209600 to 2419200 seconds (2-4 weeks) is good). RFC1912 suggests 2-4 weeks. This is how long a secondary/slave nameserver will wait before considering its DNS data stale if it can't reach the primary nameserver. |
| | PASS | SOA MINIMUM TTL value | OK. Your SOA MINIMUM TTL is: 3600 seconds. This seems normal (about 3,600 to 86400 seconds or 1-24 hours is good). RFC2308 suggests a value of 1-3 hours. This value used to determine the default (technically, minimum) TTL (time-to-live) for DNS entries, but now is used for negative caching. |
| MX | FAIL | MX Category | ERROR: I couldn't find any MX records for msft.net. If you want to receive E-mail on this domain, you should have MX record(s). Without any MX records, mailservers should attempt to deliver mail to the A record for msft.net. I can't continue in a case like this, so I'm assuming you don't receive mail on this domain. |
| Mail | FAIL | Connect to mail servers | ERROR: I could not find any mailservers for msft.net. |
| WWW | FAIL | WWW Category | ERROR: I couldn't find any A records for www.msft.net. But I did find a referral to ns1.msft.net. (and maybe others). If you want a website at www.msft.net, you will need an A record for www.msft.net. If you do not want a website at www.msft.net, you can ignore this error. |

\*

\*

\*

Legend:



| ippages.com Shortcuts... | ☒ |
| Please support our advertisers if you can... | ☒ |
| ippages.com Featured Articles... | ☒ |

**Microsoft Help & Updates**
Fix Microsoft Errors, Free Download Free
Microsoft Support Today!
dllfix.net

**Repair for Windows XP**
Free Registry Scan, fix errors and improve
performance - 5 Star Rated.
www.pctools.com

**Network Analysis Tools**
Get the Network Visibility You Need
Troubleshoot & Resolve Problems
www.FlukeNetworks.com

Ad

| | |
|---|---|
| Lookup IP Address: | 207.46.130.108 |
| | • *Find other web sites (if any) besides microsoft.com hosted at this IP Address* |
| Lookup IP Address Long: | 3475931756 |
| | • *Do lookups with ?ipn=3475931756 rather than ?ip=207.46.130.108 if you wish* |
| Lookup Host Name: | microsoft.com |
| | • *Get DNSreport.com report* <br> • *Get Alexa Site Info* <br> • *Get whois.sc report* <br> • *Find similar domain names* <br> • *See ICANN list of accredited domain-name registrars* |
| Lookup Internet Service Provider (ISP): | Microsoft Corp **(verified)** |
| Lookup IP Address belongs to (Organization): | Microsoft Corp **(verified)** <br> Microsoft Corp IP Address Range(s)... ☒ |
| Lookup Country: | US-United States **(verified)** 🖼 <br> US-United States Country Web Sites ☒ |
| Lookup Country Code3: | USA **(verified)** |
| Lookup Country Currency: | USD-US Dollar **(verified)** <br> • *Calculate currency exchanges at xe.com* <br> • *Conversions of Area, Capacity, Volume, Circular measure, Computer storage, Distance, Length, Energy, Work, Fuel Consumption, Power, Pressure, Speed, Temperature, Time, Torque, Mass and Weight at convertplus.com* |
| Lookup Continent: | North America **(verified)** |
| Lookup IP Address in EU: | no **(verified)** |
| Lookup Nationality: | American **(verified)** |
| Lookup Nationality Plural: | Americans **(verified)** |



| | |
|---|---|
| Lookup State: | WA-Washington **(verified)** |
| | Yahoo! State maps ▼ |
| Lookup City: | Redmond |

- *Map of Redmond at Mapquest.com*
- *Map of Redmond at GlobeXplorer.com*
- *Map of Redmond at Terraserver-usa.com*
- *Map of Redmond at Maptech.com*
- *Map of Redmond at Multimap.com*
- *Map of Redmond at Google Maps*

| | |
|---|---|
| Lookup Latitude: | 47.6738 **(verified)** |
| Lookup Longitude: | -122.089 **(verified)** |
| Lookup Timezone (relative to UTC): | -08:00 |
| | Timezones near Latitude 47.6738, Longitude -122.089... ▼ |
| | Timezones near Redmond WA... ▼ |
| Lookup Area Code: | provided to subscribers only |
| Lookup Postal/Zip Code: | provided to subscribers only |
| Lookup DMA Code: | provided to subscribers only |
| Lookup Nmap scan of 207.46.130.108 port 80: | 80/tcp open http |
| Lookup Nmap scan of 207.46.130.108 port 25: | 25/tcp filtered smtp |
| Lookup .com whois.internic.net: | Whois Server Version 1.3 |

Domain names in the .com and .net domains can now be registered
with many different competing registrars. Go to http://www.internic.net
for detailed information.

*[handwritten: mirrors AoL →]*

MICROSOFT.COM.ZZZZ.DNSW.COM
MICROSOFT.COM.ZZZ.IS.0WNED.AND.HAX0RED.BY.SUB7.NET
MICROSOFT.COM.WILL.LIVE.FOREVER.BECOUSE.UNIXSUCKS.COM
MICROSOFT.COM.WILL.BE.SLAPPED.IN.THE.FACE.BY.MY.BLUE.VEINED.SPANNER.NET
MICROSOFT.COM.WILL.BE.BEATEN.WITH.MY.SPANNER.NET
MICROSOFT.COM.WAREZ.AT.TOPLIST.GULLI.COM
MICROSOFT.COM.WANADOODOO.COM
MICROSOFT.COM.SMELLS.SIMPLECODES.COM
MICROSOFT.COM.SHOULD.GIVE.UP.BECAUSE.LINUXISGOD.COM
MICROSOFT.COM.RAWKZ.MUH.WERLD.MENTALFLOSS.CA
MICROSOFT.COM.OHMYGODITBURNS.COM
MICROSOFT.COM.LIVES.AT.SHAUNEWING.COM
MICROSOFT.COM.IS.NOT.HOSTED.BY.ACTIVEDOMAINDNS.NET
MICROSOFT.COM.IS.NOT.AS.COOL.AS.SIMPLECODES.COM
MICROSOFT.COM.IS.IN.BED.WITH.CURTYV.COM
MICROSOFT.COM.IS.GOD.BECOUSE.UNIXSUCKS.COM
MICROSOFT.COM.IS.A.STEAMING.HEAP.OF.FUCKING-BULLSHIT.NET

*[handwritten left margin: Not very professional!]*

*[handwritten: ?]*

*[handwritten bottom: The F word shows up on my computer?]*

MICROSOFT.COM.HAS.ITS.OWN.CRACKLAB.COM
MICROSOFT.COM.HAS.A.PRESENT.COMING.FROM.HUGHESMISSILES.COM
MICROSOFT.COM.FLINGS.POO.AT.MONKEYCORE.COM
MICROSOFT.COM.FILLS.ME.WITH.BELLIGERENCE.NET
MICROSOFT.COM.CAN.GO.FUCK.ITSELF.AT.SECZY.COM
MICROSOFT.COM.ARE.GODDAMN.PIGFUCKERS.NET.NS-NOT-IN-SERVICE.COM
MICROSOFT.COM.AND.MINDSUCK.BOTH.SUCK.HUGE.ONES.AT.EXEGETE.NET
MICROSOFT.COM

To single out one record, look it up with "xxx", where xxx is one of the
of the records displayed above. If the records are the same, look them up
with "=xxx" to receive a full display for each record.

>>> Last update of whois database: Tue, 8 Nov 2005 02:18:48 EST <<<

NOTICE: The expiration date displayed in this record is the date the
registrar's sponsorship of the domain name registration in the registry is
currently set to expire. This date does not necessarily reflect the expiration
date of the domain name registrant's agreement with the sponsoring
registrar. Users may consult the sponsoring registrar's Whois database to
view the registrar's reported date of expiration for this registration.

TERMS OF USE: You are not authorized to access or query our Whois
database through the use of electronic processes that are high-volume and
automated except as reasonably necessary to register domain names or
modify existing registrations; the Data in VeriSign Global Registry
Services' ("VeriSign") Whois database is provided by VeriSign for
information purposes only, and to assist persons in obtaining information
about or related to a domain name registration record. VeriSign does not
guarantee its accuracy. By submitting a Whois query, you agree to abide
by the following terms of use: You agree that you may use this Data only
for lawful purposes and that under no circumstances will you use this Data
to: (1) allow, enable, or otherwise support the transmission of mass
unsolicited, commercial advertising or solicitations via e-mail, telephone,
or facsimile; or (2) enable high volume, automated, electronic processes
that apply to VeriSign (or its computer systems). The compilation,
repackaging, dissemination or other use of this Data is expressly
prohibited without the prior written consent of VeriSign. You agree not to
use electronic processes that are automated and high-volume to access or
query the Whois database except as reasonably necessary to register
domain names or modify existing registrations. VeriSign reserves the right
to restrict your access to the Whois database in its sole discretion to ensure
operational stability. VeriSign may restrict or terminate your access to the
Whois database for failure to abide by these terms of use. VeriSign
reserves the right to modify these terms at any time.

The Registry database contains ONLY .COM, .NET, .EDU domains and
Registrars.

Google™ [ microsoft.com          ]  [Search]

Lookup microsoft.com in simple text at http://www.ippages.com/simple
or in xml format at http://www.ippages.com/xml

**IP Address Lookup Form**

IP Address: [_____]

or Host Name: [_____]

Lookup Subscription Key: [_____]

**Lookup**    8 more Lookups allowed today.

Check your Subscription status here.

Choose the lookup fields you want to see. Using our simple text or xml interface, you can specify with the &get= parameter any available field name, in any sequence. For example http://www.ippages.com/simple/?host=yahoo.com&get=ip,country,state_name,city,timezone will get you a comma-delimited list of only the 5 lookup fields specified.

Multiple data sources are used for some lookup fields. You will see **(verified)** whenever and wherever we can get the same result from more than 1 data source. In some instances, though, this will only be available to subscribers.

**IP Address Lookup file to upload:**

[_____]    **Browse...**

Lookup Subscription Key: [_____]

Lookup data fields to retrieve: [ip,country_code,remaining_count]

• For a complete list of available Lookup data fields, do your file upload from here.

**Upload Lookup file**

Need to purchase additional IP Address Lookups? Or get access to all returned data fields? Or need more consistent, faster lookup results? ⊕

ippages.com Shortcuts...    ▼

Version 3.04.085. Dynamically created with PHP, MySQL, Javascript, MaxMind GeoIP, and Ip2Location in 72.8575 seconds. Maps and boundary data are copyrighted by FOTW Flags of the World. Use more than once every 10 seconds is not allowed. Now providing services to over 500,000 IP Addresses per month, from over 150 countries. Comments? Ideas? Click here.
Print... | Close |

XML Powered

# Whois Source

sponsored in part by
**DOMAIN SPONSOR .COM**



Whois Source | Mark Alert | Internet Statistics | Domain News | Whois Directory | Webmaster Information | XML API Partners | Registry Partners | Newsletter | About us

Reverse IP - Bulk Check - Preferences - Remote Search - Shopping Cart - Login

Name Spinner Domain Explorer At Auction For Sale (new)

Search **Name Spinner**: [microsoft_____] [Search]

Search **Domain Explorer**: [microsoft_____] [Search] · advanced · preferences

| **Block:** | ☐ numbers | **Adult Filter:** ⦿ on ○ off | |
|---|---|---|---|
| **Hyphens:** | ○ No | ○ Yes | ⦿ Show both |
| **Options:** | ☐ Left Anchor | ☐ Right Anchor | ☐ Ordered |
| **Search:** | ○ Active only | ○ Deleted only | ⦿ Both |
| **Options:** | Results: [100] | Domain Length: [25] | |

Search **At Auction**: [microsoft_____] [Search] · advanced · preferences

Search **For Sale**: (new) [microsoft_____] [Search]

**Spry VPS Hosting**
cPanel/Plesk | 100% Root | Pick OS
Unlimited Domains from $33.29/mo
www.spry.com

**DomainSponsor.com**
Get paid to Park your domains,
Fastest Payout in the industry.
www.domainsponsor.com

**Simply the best Whois**
Whois Source respects privacy.
We protect your email address.
www.whois.sc

Advertise on Whois S

## MICROSOFT.COM

| | |
|---|---|
| **Website Title:** | Microsoft Corporation |
| **Meta Description:** | The entry page to Microsoft's Web site. Fin software, solutions, answers, support, and Microsoft news. |
| **Meta Keywords:** | products; headlines; downloads; news; Wel site; what's new; solutions; services; softwa contests; corporate news; |
| **Response Code:** | 200 |
| **SSL Cert:** | www.microsoft.com expires in 106 days |
| **Alexa Trend/Rank:** | ⬇ 13 (1 Month)   11 (3 Month) |
| **DMOZ:** | 1039 listings |
| **Y! Directory:** | 244 listings |



Image updated 2005-10-01

| | |
|---|---|
| **Website Status:** | Active |
| **Reverse IP:** | Web server hosts 6 websites (reverse ip tool require free login) |
| **Server Type:** | Microsoft-IIS/6.0 |
| **IP Address:** | 207.46.18.30 (ARIN & RIPE IP search) |
| **IP Location:** | ▓ - Washington - Redmond - Microsoft C( |
| **Blacklist Status:** | Clear |
| **Cached Whois:** | Cached today |
| **Whois History:** | 968 records stored |
| | Oldest:  2001-12-19 |
| | Newest: 2005-11-08 |
| **Record Type:** | Domain Name |
| **Monitor:** | Monitor or Backorder |
| **Wildcard search:** | 'microsoft' in all domains. |
| **Other TLDs:** | .com .net .org .info .biz .us |
| | X    X    X    X    X   X |

**Alexa Related Sites: 11**
sun.com
adobe.com
redhat.com
novell.com
linux.org
ibm.com
hp.com
corel.com
apple.com
pspinc.com
yahoo.com

| | |
|---|---|
| **Name Server:** | NS3.MSFT.NET |
| **ICANN Registrar:** | TUCOWS INC. |
| **Created:** | 1991-05-02 |
| **Expires:** | 2014-05-03 |
| **Status:** | REGISTRAR-LOCK |

Registrant:
Microsoft Corporation
One Microsoft Way
Redmond, WA 98052
US

Domain name: MICROSOFT.COM

Administrative Contact:
  Administrator, Domain  domains@microsoft.com
  One Microsoft Way
  Redmond, WA 98052
  US
  +1.4258828080
Technical Contact:
  Hostmaster, MSN  msnhst@microsoft.com
  One Microsoft Way

Redmond, WA 98052
US
+1.4258828080

Registration Service Provider:
DBMS VeriSign, dbms-support@verisign.com

800-579-2848 x4
Please contact DBMS VeriSign for domain updates, DNS/Nameserver
changes, and general domain support questions.

Registrar of Record: TUCOWS, INC.
Record last updated on 27-Jan-2005.
Record expires on 03-May-2014.
Record created on 02-May-1991.

Domain servers in listed order:
NS5.MSFT.NET   207.46.138.20
NS3.MSFT.NET   213.199.144.151
NS2.MSFT.NET   64.4.25.30
NS4.MSFT.NET   207.46.66.75
NS1.MSFT.NET   207.46.245.230

Domain status: REGISTRAR-LOCK



## Domains
### For Sale
by Name Intelligence

| Price | Domain | Price | Domain | Price | Domain |
|---|---|---|---|---|---|
| $500.00 | microsoftwireless.com | $75.00 | microsoftbooks.com | $700.00 | microsoftlinks.com |
| $700.00 | microsoftsystems.com | $100.00 | microsofthistory.com | $300.00 | microsoftwin.com |
| $400.00 | badmicrosoft.com | $300.00 | microsoftgate.com | $200.00 | microsoftguru.com |
| $60.00 | microsoftproduct.com | $500.00 | microsoftprograms.com | $500.00 | microsoftpatches.cc |



### Domains at Auction
by Name Intelligence

microsoftsecuritylitigation.com    microsoftsecuritysettlement.com    microsoftsecurityclassaction.co

microsoftsecuritylawsuit.com    elpleitomicrosoft.com    microsoft-e.com

procesmicrosoft.com    plejtomicrosoft.com    rechtsstreitmicrosoft.com

# DNS Report for microsoft.com

Generated by www.DNSreport.com at 16:12:04 GMT on 08 Nov 2005.

| Category | Status | Test Name | Information |
|---|---|---|---|
| Parent | PASS | Missing Direct Parent check | OK. Your direct parent zone exists, which is good. Some domains (usually third or fourth level domains, such as example.co.us) do not have a direct parent zone ('co.us' in this example), which is legal but can cause confusion. |
| | INFO | NS records at parent servers | Your NS records at the parent servers are:<br><br>`ns1.msft.net. [207.46.245.230] [TTL=172800] [US]`<br>`ns2.msft.net. [64.4.25.30] [TTL=172800] [US]`<br>`ns3.msft.net. [213.199.144.151] [TTL=172800] [UK]`<br>`ns4.msft.net. [207.46.66.75] [TTL=172800] [US]`<br>`ns5.msft.net. [207.46.138.20] [TTL=172800] [US]`<br><br>[These were obtained from h.gtld-servers.net] |
| | PASS | Parent nameservers have your nameservers listed | OK. When someone uses DNS to look up your domain, the first step (if it doesn't already know about your domain) is to go to the parent servers. If you aren't listed there, you can't be found. But you are listed there. |
| | PASS | Glue at parent nameservers | OK. The parent servers have glue for your nameservers. That means they send out the IP address of your nameservers, as well as their host names. |
| | PASS | DNS servers have A records | OK. All your DNS servers either have A records at the zone parent servers, or do not need them (if the DNS servers are on other TLDs). A records are required for your hostnames to ensure that other DNS servers can reach your DNS servers. Note that there will be problems if your DNS servers do not have these same A records. |
| | INFO | NS records at your nameservers | Your NS records at your nameservers are:<br><br>`ns1.msft.net. [207.46.245.230] [TTL=172800]`<br>`ns2.msft.net. [64.4.25.30] [TTL=172800]`<br>`ns3.msft.net. [213.199.144.151] [TTL=172800]`<br>`ns4.msft.net. [207.46.66.75] [TTL=172800]`<br>`ns5.msft.net. [207.46.138.20] [TTL=172800]` |
| | PASS | Mismatched glue | OK. The DNS report did not detect any discrepancies between the glue provided by the parent servers and that provided by your authoritative DNS servers. |
| | PASS | No NS A records at nameservers | OK. Your nameservers do include corresponding A records when asked for your NS records. This ensures that your DNS servers know the A records corresponding to all your NS records. |

| | PASS | All nameservers report identical NS records | OK. The NS records at all your nameservers are identical. |
|---|---|---|---|
| NS | PASS | All nameservers respond | OK. All of your nameservers listed at the parent nameservers responded. |
| | PASS | Nameserver name validity | OK. All of the NS records that your nameservers report seem valid (no IPs or partial domain names). |
| | PASS | Number of nameservers | OK. You have 5 nameservers. You must have at least 2 nameservers (RFC2182 section 5 recommends at least 3 nameservers), and preferably no more than 7. |
| | PASS | Lame nameservers | OK. All the nameservers listed at the parent servers answer authoritatively for your domain. |
| | PASS | Missing (stealth) nameservers | OK. All 5 of your nameservers (as reported by your nameservers) are also listed at the parent servers. |
| | PASS | Missing nameservers 2 | OK. All of the nameservers listed at the parent nameservers are also listed as NS records at your nameservers. |
| | PASS | No CNAMEs for domain | OK. There are no CNAMEs for microsoft.com. RFC1912 2.4 and RFC2181 10.3 state that there should be no CNAMEs if an NS (or any other) record is present. |
| | PASS | No NSs with CNAMEs | OK. There are no CNAMEs for your NS records. RFC1912 2.4 and RFC2181 10.3 state that there should be no CNAMEs if an NS (or any other) record is present. |
| | PASS | Nameservers on separate class C's | OK. You have nameservers on different Class C (technically, /24) IP ranges. You must have nameservers at geographically and topologically dispersed locations. RFC2182 3.1 goes into more detail about secondary nameserver location. |
| | PASS | All NS IPs public | OK. All of your NS records appear to use public IPs. If there were any private IPs, they would not be reachable, causing DNS delays. |
| | INFO | Nameservers versions | Your nameservers have the following versions:<br><br>207.46.245.230: No version info available (CHAOS not implemented).<br>64.4.25.30: No version info available (CHAOS not implemented).<br>213.199.144.151: No version info available (CHAOS not implemented).<br>207.46.66.75: No version info available (CHAOS not |

| | | | implemented). 207.46.138.20: No version info available (CHAOS not implemented). |
|---|---|---|---|
| | PASS | Stealth NS record leakage | Your DNS servers do not leak any stealth NS records (if any) in non-NS requests. |
| SOA | INFO | SOA record | Your SOA record [TTL=3600] is:<br><br>`Primary nameserver: dns.cp.msft.net.`<br>`Hostmaster E-mail address: msnhst.microsoft.com.`<br>`Serial #: 2005110701`<br>`Refresh: 300`<br>`Retry: 600`<br>`Expire: 2419200`<br>`Default TTL: 3600` |
| | PASS | NS agreement on SOA serial # | OK. All your nameservers agree that your SOA serial number is 2005110701. That means that all your nameservers are using the same data (unless you have different sets of data with the same serial number, which would be very bad)! Note that the DNS Report only checks the NS records listed at the parent servers (not any stealth servers). |
| | WARN | SOA MNAME Check | WARNING: Your SOA (Start of Authority) record states that your **master** (primary) name server is: **dns.cp.msft.net.**. However, that server is not listed at the parent servers as one of your NS records! This is probably legal, but you should be sure that you know what you are doing. |
| | PASS | SOA RNAME Check | OK. Your SOA (Start of Authority) record states that your DNS contact E-mail address is: **msnhst@microsoft.com.** (techie note: we have changed the initial '.' to an '@' for display purposes). |
| | PASS | SOA Serial Number | OK. Your SOA serial number is: **2005110701**. This appears to be in the recommended format of YYYYMMDDnn, where 'nn' is the revision. For example, if you are making the 3rd change on 02 May 2000, you would use 2000050203. This number **must** be incremented every time you make a DNS change. |
| | WARN | SOA REFRESH value | WARNING: Your SOA REFRESH interval is : **300 seconds**. This seems low. You should consider increasing this value to about 3600-7200 seconds. RFC1912 2.2 recommends a value between 1200 to 43200 seconds (20 minutes to 12 hours). A value that is too low will unncessarily increase Internet traffic. |
| | PASS | SOA RETRY | OK. Your SOA RETRY interval is : **600 seconds**. This seems normal (about 120-7200 seconds is good). The retry value is the amount of time your secondary/slave |

| | | | |
|---|---|---|---|
| | | value | nameservers will wait to contact the master nameserver again if the last attempt failed. |
| | PASS | SOA EXPIRE value | OK. Your SOA EXPIRE time: **2419200 seconds**. This seems normal (about 1209600 to 2419200 seconds (2-4 weeks) is good). RFC1912 recommends 2-4 weeks. This is how long a secondary/slave nameserver will wait before considering its DNS data stale if it can't reach the primary nameserver. |
| | PASS | SOA MINIMUM TTL value | OK. Your SOA MINIMUM TTL is: **3600 seconds**. This seems normal (about 3,600 to 86400 seconds or 1-24 hours is good). RFC2308 suggests a value of 1-3 hours. This value used to determine the default (technically, minimum) TTL (time-to-live) for DNS entries, but now is used for negative caching. |
| MX | INFO | MX Record | Your 3 MX records are: 10 mailc.microsoft.com. [TTL=3600] IP=205.248.102.79 [TTL=3600] [US] IP=205.248.102.78 [TTL=3600] [US] 10 maila.microsoft.com. [TTL=3600] IP=131.107.3.125 [TTL=3600] [US] IP=131.107.3.124 [TTL=3600] [US] 10 mailb.microsoft.com. [TTL=3600] IP=131.107.3.123 [TTL=3600] [US] IP=205.248.102.77 [TTL=3600] [US] |
| | PASS | Invalid characters | OK. All of your MX records appear to use valid hostnames, without any invalid characters. |
| | PASS | All MX IPs public | OK. All of your MX records appear to use public IPs. If there were any private IPs, they would not be reachable, causing slight mail delays, extra resource usage, and possibly bounced mail. |
| | PASS | MX records are not CNAMEs | OK. Looking up your MX record did not just return a CNAME. If an MX record query returns a CNAME, extra processing is required, and some mail servers may not be able to handle it. |
| | PASS | MX A lookups have no CNAMEs | OK. There appear to be no CNAMEs returned for A records lookups from your MX records (CNAMEs are prohibited in MX records, according to RFC974, RFC1034 3.6.2, RFC1912 2.4, and RFC2181 10.3). |
| | PASS | MX is host name, not IP | OK. All of your MX records are host names (as opposed to IP addresses, which are not allowed in MX records). |
| | PASS | Multiple MX records | OK. You have multiple MX records. This means that if one is down or unreachable, the other(s) will be able to accept mail for you. |
| | PASS | Differing MX-A | OK. I did not detect differing IPs for your MX records (this would happen if your DNS servers return different IPs than the DNS servers that are |

| | | records | authoritative for the hostname in your MX records). |
|---|---|---|---|
| | **PASS** | Duplicate MX records | OK. You do not have any duplicate MX records (pointing to the same IP). Although technically valid, duplicate MX records can cause a lot of confusion, and waste resources. |
| | **PASS** | Reverse DNS entries for MX records | OK. The IPs of all of your mail server(s) have reverse DNS (PTR) entries. RFC1912 2.1 says you should have a reverse DNS for all your mail servers. It is strongly urged that you have them, as many mailservers will not accept mail from mailservers with no reverse DNS entry. Note that this information is *cached*, so if you changed it recently, it will not be reflected here (see the www.DNSstuff.com Reverse DNS Tool for the current data). The reverse DNS entries are:<br><br>`78.102.248.205.in-addr.arpa mail5.microsoft.com. [TTL=2460]`<br>`124.3.107.131.in-addr.arpa mail2.microsoft.com. [TTL=2460]`<br>`77.102.248.205.in-addr.arpa mailb.microsoft.com. [TTL=2460]` |
| Mail | **PASS** | Connect to mail servers | OK: I was able to connect to all of your mailservers. |
| | **PASS** ✳→ | Mail server host name in greeting | OK: All of your mailservers have their host name in the greeting:<br><br>`mailb.microsoft.com:`<br>`   220 IGS-IMC-01.northamerica.corp.microsoft.com <Inbound SM`<br>`Virtual Server> Tue, 8 Nov 2005 08:12:10 -0800`<br>`mailc.microsoft.com:`<br>`   220 IGS-IMC-02.northamerica.corp.microsoft.com <Inbound SM`<br>`Virtual Server> Tue, 8 Nov 2005 08:12:10 -0800`<br>`maila.microsoft.com:`<br>`   220 IGR-IMC-02.redmond.corp.microsoft.com <Inbound SMTP`<br>`Virtual Server> Tue, 8 Nov 2005 08:12:11 -0800`  ←✳ |
| | **PASS** | Acceptance of NULL <> sender | OK: All of your mailservers accept mail from "<>". You are required (RFC11 5.2.9) to receive this type of mail (which includes reject/bounce messages and return receipts). |
| | **PASS** | Acceptance of postmaster address | OK: All of your mailservers accept mail to postmaster@microsoft.com (as required by RFC822 6.3, RFC1123 5.2.7, and RFC2821 4.5.1). |
| | **PASS** | Acceptance of abuse address | OK: All of your mailservers accept mail to abuse@microsoft.com. |
| | **INFO** ✳ | Acceptance of domain | WARNING: One or more of your mailservers does not accept mail in the domain literal format (user@[0.0.0.0]). Mailservers are technically required RFC1123 5.2.17 to accept mail to domain literals for any of its IP addresses. I accepting domain literals can make it more difficult to test your mailserver, ar can prevent you from receiving E-mail from people reporting problems with your mailserver. However, it is unlikely that any problems will occur if the domain literals are not accepted (mailservers at many common large domains have this problem). |

| | literals | `mailb.microsoft.com's postmaster@[205.248.102.77] response:`<br>`    >>> RCPT TO:<postmaster@[205.248.102.77]>`<br>`    <<< 550 5.7.1 Unable to relay for postmaster@[205.248.102.`<br>`mailc.microsoft.com's postmaster@[205.248.102.78] response:`<br>`    >>> RCPT TO:<postmaster@[205.248.102.78]>`<br>`    <<< 550 5.7.1 Unable to relay for postmaster@[205.248.102.`<br>`maila.microsoft.com's postmaster@[131.107.3.124] response:`<br>`    >>> RCPT TO:<postmaster@[131.107.3.124]>`<br>`    <<< 550 5.7.1 Unable to relay for postmaster@[131.107.3.12` |
|---|---|---|
| **PASS** | Open relay test | OK: All of your mailservers appear to be closed to relaying. This is *not* a thorough check, you can get a thorough one here.<br>mailb.microsoft.com OK: 550 5.7.1 Unable to relay for Not.abuse.see.www.DNSreport.com.from.IP.12.109.34.158@DNSreport.com<br>mailc.microsoft.com OK: 550 5.7.1 Unable to relay for Not.abuse.see.www.DNSreport.com.from.IP.12.109.34.158@DNSreport.com<br>maila.microsoft.com OK: 550 5.7.1 Unable to relay for Not.abuse.see.www.DNSreport.com.from.IP.12.109.34.158@DNSreport.com |
| **PASS** | SPF record | You have an SPF record. This is very good, as it will help prevent spammers from abusing your domain. Your SPF record is:<br>`"v=spf1 mx redirect=_spf.microsoft.com" [TTL=3600]` |

| WWW | | | |
|---|---|---|---|
| | **INFO** | WWW Record | Your www.microsoft.com A record is:<br>`www.microsoft.com.   CNAME  toggle.www.ms.akadns.net.` |
| | **PASS** | All WWW IPs public | OK. All of your WWW IPs appear to be public IPs. If there were IPs, they would not be reachable, causing problems reaching you |
| | **WARN** ✳ | CNAME Lookup | WARNING. Your web site (www.microsoft.com) has a CNAME pointing to toggle.www.ms.akadns.net.. That by itself is confusin acceptable. However, the CNAME record in this case causes an e lookup, which will slightly delay visitors to your website, and use bandwidth. |

Legend:

- Rows with a FAIL indicate a problem that in most cases really should be fixed.
- Rows with a WARN indicate a possible minor problem, which often is not worth pursuing.
- Note that all information is accessed in real-time (except where noted), so this is the freshest information about your domain.

(C) Copyright 2000-2005 R. Scott Perry

Find law 10

lh⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚Return-Path: <unit11bb@hotmail.com>
Received: from mx10.nyc.untd.com (mx10.nyc.untd.com [10.140.24.70]) ⟵ ✳
    by maildeliver07.lax.untd.com with SMTP id AAA87W8DXAW9CH3A
    for <temptress2000@juno.com> (sender <unit11bb@hotmail.com>);
    Tue, 19 Nov 2002 09:44:25 -0800 (PST)
Received: from hotmail.com (f122.law4.hotmail.com [216.33.149.122])
    by mx10.nyc.untd.com with SMTP id AAA87W8DDAQCNERJ
    for <temptress2000@juno.com> (sender <unit11bb@hotmail.com>);
    Tue, 19 Nov 2002 12:44:03 -0500 (EST)
Received: from mail pickup service by hotmail.com with Microsoft
SMTPSVC;
    Tue, 19 Nov 2002 09:44:02 -0800
Received: from 12.218.155.165 by lw4fd.law4.hotmail.msn.com with HTTP;
    Tue, 19 Nov 2002 17:44:01 GMT
✳ ⟶ X-Originating-IP: [12.218.155.165] ⟵ ✳
From: "Butch Davis" <unit11bb@hotmail.com>
To: temptress2000@juno.com
Bcc:
Subject: Chemistry Test while swimming...
Date: Tue, 19 Nov 2002 09:44:01 -0800
Mime-Version: 1.0
Content-Type: multipart/mixed; boundary="----=_NextPart_000_1439_37b3_
1052"
Message-ID: <F122vHHNxE87diADJHF0000eaf4@hotmail.com>    ⟶ ?
X-OriginalArrivalTime: 19 Nov 2002 17:44:02.0305 (UTC) FILETIME=
[3F62A710:01C28FF3]

why does law 4 Show up?

now I have a match

☒ showmyip.com

showmyip.com Shortcuts...
Please support our advertisers if you can...

showmyip.com Featured Articles...

**Spyware Virus Remover**
PC Magazine Editor's Choice Winner Best Anti-Spyware. Download
Now!
www.pctools.com

**Wireless Lan Sniffer**
Advanced network tools for IT professionals. Learn more here.
optiview.flukenetworks.com

Ads by Google

Advertise on this site

.ookup IP Address:

207.68.172.246

- *Find other web sites (if any) besides msn.com hosted at this IP Address*

.ookup IP Address Long:

3477384438

- *Do lookups with ?ipn=3477384438 rather than ? ip=207.68.172.246 if you wish*

.ookup Host Name:

msn.com

- *Get DNSreport.com report*
- *Get Alexa Site Info*
- *Get whois.sc report*
- *Find similar domain names*
- *See ICANN list of accredited domain-name registrars*

.ookup Reverse Host Name (DNS lookup on 207.68.172.246) :

email.msn.com

- *Get DNSreport.com report*
- *Get Alexa Site Info*
- *Get whois.sc report*
- *find similar domain names*

.ookup Internet Service Provider (ISP):

Microsoft Corp **(verified)**

.ookup IP Address belongs to (Organization):

Microsoft Corp **(verified)**

Microsoft Corp IP Address Range(s)...

.ookup Domain Name Server(s):

- *ns1.msft.net (207.46.245.230) in Redmond, Washington, United States*
- *ns2.msft.net (64.4.25.30) in Redmond, Washington, United States*
- *ns3.msft.net (213.199.144.151) in London, Lambeth, United Kingdom*
- *ns4.msft.net (207.46.66.75) in Redmond, Washington, United States*
- *ns5.msft.net (207.46.138.20) in Redmond, Washington, United States*

.ookup Domain Mail Server(s):

- *5 mx2.hotmail.com (65.54.244.40) in Redmond, Washington, United States*
- *5 mx3.hotmail.com (65.54.244.72) in Redmond, Washington, United States*
- *5 mx4.hotmail.com (65.54.245.104) in Redmond, Washington, United States*
- *5 mx1.hotmail.com (64.4.50.50) in Redmond, Washington, United States*

' Address properties of msn.com --> showmyip.com ~--

| | |
|---|---|
| Lookup Country: | US-United States (verified) |
| | US-United States Country Web Sites |
| Lookup Country Code3: | USA (verified) |
| Lookup Country Currency: | USD-US Dollar (verified) |
| | • Calculate currency exchanges at xe.com<br>• Conversions of Area, Capacity, Volume, Circular measure, Computer storage, Distance, Length, Energy, Work, Fuel Consumption, Power, Pressure, Speed, Temperature, Time, Torque, Mass and Weight at convertplus.com |
| Lookup Continent: | North America (verified) |
| Lookup IP Address in EU: | no (verified) |
| Lookup Nationality: | American (verified) |
| Lookup Nationality Plural: | Americans (verified) |
| Lookup State: | WA-Washington (verified) |
| | Yahoo! State maps |
| | Washington, United States best web sites... [Go...] |
| Lookup City: | Redmond |
| | Try Google Location Search in Redmond? |
| | • Map of Redmond at Mapquest.com<br>• Map of Redmond at GlobeXplorer.com<br>• Map of Redmond at Terraserver-usa.com<br>• Map of Redmond at Maptech.com<br>• Map of Redmond at Multimap.com<br>• Map of Redmond at Google Maps |
| Lookup Latitude: | 47.6738 (verified) |
| Lookup Longitude: | -122.089 (verified) |
| Lookup Timezone (relative to UTC): | -08:00 |
| | Timezones near Latitude 47.6738, Longitude -122.089... |
| | Timezones near Redmond WA... |
| Lookup Area Code: | provided to subscribers only |
| Lookup Postal/Zip Code: | provided to subscribers only |
| Lookup DMA Code: | provided to subscribers only |
| Lookup Nmap scan of 207.68.172.246 port 80: | available only with &get=nmap parameter |
| Lookup Nmap scan of 207.68.172.246 port 25: | available only with &get=nmap parameter |

Google™ msn.com        [Search]

ookup msn.com in simple text at http://  .showmyip.com/simple
or in xml format at http://www.showmyip.com/xml

## Address Lookup Form

IP Address:

or Host Name:

Lookup Subscription Key:

| Lookup |    95 more Lookups allowed today.

Check your Subscription status here.

Choose the lookup fields you want to see. Using our simple text or xml interface, you can specify with the &get= parameter any available field name, in any sequence. For example http://www.showmyip.com/simple/?host=yahoo.com&get=ip,country,state_name,city,timezone will get you a comma-delimited list of only the 5 lookup fields specified.

Multiple data sources are used for some lookup fields. You will see **(verified)** whenever and wherever we can get the same result from more than 1 data source. In some instances, though, this will only be available to subscribers.

**IP Address Lookup file to upload:**                                        | Browse... |

Lookup Subscription Key:

Lookup data fields to retrieve:  ip,country_code,remaining_count

• For a complete list of available Lookup data fields, do your file upload from here.

| Upload Lookup File |

Need to purchase additional IP Address Lookups? Or get access to all returned data fields? Or need more consistent, faster lookup results? ⊕

                                                                showmyip.com Shortcuts...

rsion 3.05.010. Dynamically created with PHP, MySQL, Javascript, MaxMind GeoIP, and Ip2Location in 6.7324 seconds. Maps and boundary data are yrighted by FOTW Flags of the World. Use more than once every 10 seconds is not allowed. Now providing services to over 500,000 IP Addresses per nth, from over 150 countries. Comments? Ideas? Click here.
nt... | Close |

XML Powered

# Whois Source



Reverse IP - Bulk Check - Preferences - Remote Search - Shopping Cart - Login

Name Spinner Domain Explorer At Auction For Sale (new)

Search **Name Spinner:** msn    [ Search ]

Search **Domain Explorer:** msn    [ Search ] : advanced preferences

| Block: | ☐ numbers | **Adult Filter:** ◉ on ◯ off | |
|---|---|---|---|
| **Hyphens:** | ◯ No | ◯ Yes | ◉ Show both |
| **Options:** | ☐ Left Anchor | ☐ Right Anchor | ☐ Ordered |
| **Search:** | ◯ Active only | ◯ Deleted only | ◉ Both |
| **Options:** | Results: 100 | Domain Length: 25 | |

Search **At Auction:** msn    [ Search ] : advanced preferences

Search **For Sale:** (new) msn    [ Search ]

**DomainSponsor.com**
Get paid to Park your domains.
Fastest Payout in the industry.
www.domainsponsor.com

**Spry VPS Hosting**
cPanel/Plesk | 100% Root | Pick OS
Unlimited Domains from $33.29/mo
www.spry.com

**Simply the best Whois**
Whois Source respects privacy.
We protect your email address.
www.whois.sc

Advertise on Whois Source

❦ **MSN.COM**



| | |
|---|---|
| **Website Title:** | MSN.com |
| **Response Code:** | 200 |
| **SSL Cert:** | No valid SSL on this Host, Get Secure |
| **Alexa Trend/Rank:** | 2 (1 Month)   2 (3 Month) |
| **DMOZ:** | 3514 listings |
| **Y! Directory:** | 461 listings |
| **Website Status:** | Active |
| **Reverse IP:** | Web server hosts 3 websites (reverse ip tool requires free login) |
| **Server Type:** | Microsoft-IIS/6.0 |
| **IP Address:** | 207.68.183.32 (ARIN & RIPE IP search) |
| **IP Location:** | ▨ - Washington - Redmond - Microsoft Corp |
| **Blacklist Status:** | Clear |
| **Cached Whois:** | Cached today |
| | 920 records stored |

Image updated 2005-10-02

**Alexa Related Sites: 11**
altavista.com
netscape.com
microsoft.com
hotbot.com
google.com
go.com
geocities.com
excite.com
cnet.com
aol.com
yahoo.com

**Whois History:** Oldest: 2002-06-01
Newest: 2006-01-11

**Record Type:** Domain Name

**Monitor:** Monitor or Backorder

**Wildcard search:** 'msn' in all domains.

.com .net .org .info .biz .us

**Other TLDs:**

□ [1 available domains]

**Name Server:** NS3.MSFT.NET
**ICANN Registrar:** TUCOWS INC.
**Created:** 1994-11-10
**Expires:** 2014-06-04
**Status:** REGISTRAR-LOCK

Registrant:
Microsoft Corporation
One Microsoft Way
Redmond, WA 98052
US

Domain name: MSN.COM

Administrative Contact:
  Administrator, Domain  domains@microsoft.com

  One Microsoft Way
  Redmond, WA 98052
  US
  +1.4258828080
Technical Contact:
  Hostmaster, MSN  msnhst@microsoft.com

  One Microsoft Way
  Redmond, WA 98052
  US
  +1.4258828080

Registration Service Provider:
  DBMS VeriSign,  dbms-support@verisign.com

  800-579-2848 x4
  Please contact DBMS VeriSign for domain updates, DNS/Nameserver
  changes, and general domain support questions.

Registrar of Record: TUCOWS, INC.
Record last updated on 28-Jan-2005.
Record expires on 04-Jun-2014.
Record created on 10-Nov-1994.

Domain servers in listed order:
  NS1.MSFT.NET  207.46.245.230

Whois - msn.com [2006-01-11]

```
NS3.MSFT.NET   213.199.14
NS5.MSFT.NET   207.46.138.20
NS2.MSFT.NET   64.4.25.30
NS4.MSFT.NET   207.46.66.75
```

**Domain status:** REGISTRAR-LOCK

## Domains
### For Sale
by Name Intelligence

| Price | Domain | Price | Domain | Price | Domain |
|---|---|---|---|---|---|
| $10.00 | MsnBz.com | $699.00 | GayMsn.com | $499.00 | MsnGay.com |
| $60.00 | YesMsn.com | $200.00 | MsnNo.com | $200.00 | EzMsn.com |
| $300.00 | MsnBbs.com | $60.00 | 96Msn.com | $20.00 | YoMsn.com |
| $800.00 | Msn04.com | $60.00 | Msn55.com | $200.00 | Msn51.com |

## Domains at Auction
by Name Intelligence

LOIMetMsn.com          MsnWarez.com          CoMsnArt.com

MsnLawsuit.com          PoMsnGriffs.com          CoolMsn.net

NyMsn.com

SERVICE OF  nameintelligence

Whois | About us | Reverse IP | Whois History | Mark Alert | XML Name Spinner | Holiday

Members | Silver Membership | Domain News | Web Hosting | Whois Privacy | Site Map

Similar: eNom's Domain Name

Copyright © 1998-2006
All rights reserved.
Patents Pending.

# DNS Report for msn.com

Generated by www.DNSreport.com at 20:42:42 GMT on 11 Jan 2006.

| Category | Status | Test Name | Information |
|---|---|---|---|
| Parent | PASS | Missing Direct Parent check | OK. Your direct parent zone exists, which is good. Some domains (usually third or fourth level domains, such as example.co.us) do not have a direct parent zone ('co.us' in this example), which is legal but can cause confusion. |
| | INFO | NS records at parent servers | Your NS records at the parent servers are:<br>`ns1.msft.net. [207.46.245.230]`<br>`[TTL=172800] [US]`<br>`ns2.msft.net. [64.4.25.30]`<br>`[TTL=172800] [US]`<br>`ns3.msft.net. [213.199.144.151]`<br>`[TTL=172800] [UK]`<br>`ns4.msft.net. [207.46.66.75]`<br>`[TTL=172800] [US]`<br>`ns5.msft.net. [207.46.138.20]`<br>`[TTL=172800] [US]`<br>[These were obtained from g.gtld-servers.net] |
| | PASS | Parent nameservers have your nameservers listed | OK. When someone uses DNS to look up your domain, the first step (if it doesn't already know about your domain) is to go to the parent servers. If you aren't listed there, you can't be found. But you are listed there. |
| | PASS | Glue at parent nameservers | OK. The parent servers have glue for your nameservers. That means they send out the IP address of your nameservers, as well as their host names. |
| | PASS | DNS servers have A records | OK. All your DNS servers either have A records at the zone parent servers, or do not need them (if the DNS servers are on other TLDs). A records are required for your hostnames to ensure that other DNS servers can reach your DNS servers. Note that there will be problems if your DNS servers do not have these same A records. |
| NS | INFO | NS records at your | Your NS records at your nameservers are:<br>`ns2.msft.net. [64.4.25.30] [TTL=172800]` |

| | nameservers | ns3.msft.net. [213.199.144.151] [TTL=172800] ns4.msft.net. [207.46.66.75] [TTL=172800] ns5.msft.net. [207.46.138.20] [TTL=172800] ns1.msft.net. [207.46.245.230] [TTL=172800] |
|---|---|---|
| **PASS** | Mismatched glue | OK. The DNS report did not detect any discrepancies between the glue provided by the parent servers and that provided by your authoritative DNS servers. |
| **PASS** | No NS A records at nameservers | OK. Your nameservers do include corresponding A records when asked for your NS records. This ensures that your DNS servers know the A records corresponding to all your NS records. |
| **PASS** | All nameservers report identical NS records | OK. The NS records at all your nameservers are identical. |
| **PASS** | All nameservers respond | OK. All of your nameservers listed at the parent nameservers responded. |
| **PASS** | Nameserver name validity | OK. All of the NS records that your nameservers report seem valid (no IPs or partial domain names). |
| **PASS** | Number of nameservers | OK. You have 5 nameservers. You must have at least 2 nameservers (RFC2182 section 5 recommends at least 3 nameservers), and preferably no more than 7. |
| **PASS** | Lame nameservers | OK. All the nameservers listed at the parent servers answer authoritatively for your domain. |
| **PASS** | Missing (stealth) nameservers | OK. All 5 of your nameservers (as reported by your nameservers) are also listed at the parent servers. |
| **PASS** | Missing nameservers 2 | OK. All of the nameservers listed at the parent nameservers are also listed as NS records at your nameservers. |
| **PASS** | No CNAMEs for domain | OK. There are no CNAMEs for msn.com. RFC1912 2.4 and RFC2181 10.3 state that there should be no CNAMEs if an NS (or any other) record is present. |

|  | PASS | No NSs with CNAMEs | OK. There are no CNAMEs for your NS records. RFC1912 2.4 and RFC2181 10.3 state that there should be no CNAMEs if an NS (or any other) record is present. |
|  | PASS | Nameservers on separate class C's | OK. You have nameservers on different Class C (technically, /24) IP ranges. You must have nameservers at geographically and topologically dispersed locations. RFC2182 3.1 goes into more detail about secondary nameserver location. |
|  | PASS | All NS IPs public | OK. All of your NS records appear to use public IPs. If there were any private IPs, they would not be reachable, causing DNS delays. |
|  | INFO | Nameservers versions | Your nameservers have the following versions:<br><br>207.46.245.230: No version info available (CHAOS not implemented).<br>64.4.25.30: No version info available (CHAOS not implemented).<br>213.199.144.151: No version info available (CHAOS not implemented).<br>207.46.66.75: No version info available (CHAOS not implemented).<br>207.46.138.20: No version info available (CHAOS not implemented). |
|  | PASS | Stealth NS record leakage | Your DNS servers do not leak any stealth NS records (if any) in non-NS requests. |
| SOA | INFO | SOA record | Your SOA record [TTL=86400] is:<br>`Primary nameserver: dns.cp.msft.net.`<br>`Hostmaster E-mail address:`<br>`msnhst.microsoft.com.`<br>`Serial #: 2006010504`<br>`Refresh: 1800`<br>`Retry: 900`<br>`Expire: 2419200`<br>`Default TTL: 900` |
|  | PASS | NS agreement on SOA serial # | OK. All your nameservers agree that your SOA serial number is 2006010504. That means that all your nameservers are using the same data (unless you have different sets of data with the same serial number, which would be very bad)! Note that the DNS Report only checks the NS records listed at the parent servers (not any stealth servers). |
|  | WARN | SOA | WARNING: Your SOA (Start of Authority) |

| | MNAME Check | record states that your **master** (primary) name server is: **dns.cp.msft.net.**. However, that server is not listed at the parent servers as one of your NS records! This is probably legal, but you should be sure that you know what you are doing. |
|---|---|---|
| **PASS** | SOA RNAME Check | OK. Your SOA (Start of Authority) record states that your DNS contact E-mail address is: **msnhst@microsoft.com.** (techie note: we have changed the initial '.' to an '@' for display purposes). |
| **PASS** | SOA Serial Number | OK. Your SOA serial number is: **2006010504.** This appears to be in the recommended format of YYYYMMDDnn, where 'nn' is the revision. For example, if you are making the 3rd change on 02 May 2000, you would use 2000050203. This number **must** be incremented every time you make a DNS change. |
| **PASS** | SOA REFRESH value | OK. Your SOA REFRESH interval is : **1800 seconds**. This seems normal (about 3600-7200 seconds is good if not using DNS NOTIFY; <u>RFC1912</u> 2.2 recommends a value between 1200 to 43200 seconds (20 minutes to 12 hours)). This value determines how often secondary/slave nameservers check with the master for updates. |
| **PASS** | SOA RETRY value | OK. Your SOA RETRY interval is : **900 seconds**. This seems normal (about 120-7200 seconds is good). The retry value is the amount of time your secondary/slave nameservers will wait to contact the master nameserver again if the last attempt failed. |
| **PASS** | SOA EXPIRE value | OK. Your SOA EXPIRE time: **2419200 seconds**. This seems normal (about 1209600 to 2419200 seconds (2-4 weeks) is good). <u>RFC1912</u> recommends 2-4 weeks. This is how long a secondary/slave nameserver will wait before considering its DNS data stale if it can't reach the primary nameserver. |
| **PASS** | SOA MINIMUM TTL value | OK. Your SOA MINIMUM TTL is: **900 seconds**. This seems normal (about 3,600 to 86400 seconds or 1-24 hours is good). <u>RFC2308</u> suggests a value of 1-3 hours. This value used to determine the default (technically, minimum) TTL (time-to-live) for DNS entries, but now is used for negative |

| | | | |
|---|---|---|---|
| | | | caching. |
| MX | INFO | MX Record | Your 4 MX records are:<br>5 mx4.hotmail.com. [TTL=900] IP=65.54.245.104 [TTL=3600] [US]<br>IP=65.54.190.179 [TTL=3600] [US]<br>IP=65.54.244.104 [TTL=3600] [US]<br>IP=65.54.244.232 [TTL=3600] [US]<br>5 mx1.hotmail.com. [TTL=900] IP=65.54.244.8 [TTL=3600] [US]<br>IP=64.4.50.50 [TTL=3600] [US]<br>IP=65.54.245.8 [TTL=3600] [US]<br>IP=65.54.244.136 [TTL=3600] [US]<br>5 mx2.hotmail.com. [TTL=900] IP=65.54.245.40 [TTL=3600] [US]<br>IP=65.54.244.168 [TTL=3600] [US]<br>IP=65.54.244.40 [TTL=3600] [US]<br>IP=65.54.190.50 [TTL=3600] [US]<br>5 mx3.hotmail.com. [TTL=900] IP=65.54.244.200 [TTL=3600] [US]<br>IP=64.4.50.179 [TTL=3600] [US]<br>IP=65.54.244.72 [TTL=3600] [US]<br>IP=65.54.245.72 [TTL=3600] [US] |
| | PASS | Invalid characters | OK. All of your MX records appear to use valid hostnames, without any invalid characters. |
| | PASS | All MX IPs public | OK. All of your MX records appear to use public IPs. If there were any private IPs, they would not be reachable, causing slight mail delays, extra resource usage, and possibly bounced mail. |
| | PASS | MX records are not CNAMEs | OK. Looking up your MX record did not just return a CNAME. If an MX record query returns a CNAME, extra processing is required, and some mail servers may not be able to handle it. |
| | PASS | MX A lookups have no CNAMEs | OK. There appear to be no CNAMEs returned for A records lookups from your MX records (CNAMEs are prohibited in MX records, according to RFC974, RFC1034 3.6.2, RFC1912 2.4, and RFC2181 10.3). |
| | PASS | MX is host name, not IP | OK. All of your MX records are host names (as opposed to IP addresses, which are not allowed in MX records). |
| | PASS | Multiple MX records | OK. You have multiple MX records. This means that if one is down or unreachable, the other(s) will be able to accept mail for you. |

| | | | |
|---|---|---|---|
| | **PASS** | Differing MX-A records | OK. I did not detect differing IPs for your MX records (this would happen if your DNS servers return different IPs than the DNS servers that are authoritative for the hostname in your MX records). |
| | **PASS** | Duplicate MX records | OK. You do not have any duplicate MX records (pointing to the same IP). Although technically valid, duplicate MX records can cause a lot of confusion, and waste resources. |
| | **PASS** | Reverse DNS entries for MX records | OK. The IPs of all of your mail server(s) have reverse DNS (PTR) entries. RFC1912 2.1 says you should have a reverse DNS for all your mail servers. It is strongly urged that you have them, as many mailservers will not accept mail from mailservers with no reverse DNS entry. Note that this information is *cached*, so if you changed it recently, it will not be reflected here (see the www.DNSstuff.com Reverse DNS Tool for the current data). The reverse DNS entries are: `232.244.54.65.in-addr.arpa mx4.hotmail.com. [TTL=2455] 136.244.54.65.in-addr.arpa mail.hotmail.com. [TTL=2698] 50.190.54.65.in-addr.arpa mail.hotmail.com. [TTL=2455] 72.245.54.65.in-addr.arpa bay0-mc11-f.bay0.hotmail.com. [TTL=3325]` |
| Mail ✳ | **FAIL** | Connect to mail servers | ERROR: I could not complete a connection to one or more of your mailservers: mx2.hotmail.com: Timed out [Last data sent: [Did not connect]] |
| ✳ | **WARN** | Mail server host name in greeting | WARNING: One or more of your mailservers is claiming to be a host other than what it really is (the SMTP greeting should be a 3-digit code, followed by a space or a dash, then the host name). This probably won't cause any harm, but is a technical violation of RFC821 4.3 (and RFC2821 4.3.1). Note that the hostname given in the SMTP greeting should have an A record pointing back to the same server. `mx4.hotmail.com claims to be host bay0-` |

| | | |
|---|---|---|
| | | is at 65.54.244.143, not 65.54.244.136]. mx3.hotmail.com claims to be host bay0-mc11-f2.bay0.hotmail.com [but that host is at 65.54.245.74, not 65.54.245.72]. |
| **PASS** | Acceptance of NULL <> sender | OK: All of your mailservers accept mail from "<>". You are required (RFC1123 5.2.9) to receive this type of mail (which includes reject/bounce messages and return receipts). |
| | **Acceptance of postmaster address** | ERROR: One or more of your mailservers does not accept mail to postmaster@msn.com. Mailservers are required (RFC822 6.3, RFC1123 5.2.7, and RFC2821 4.5.1) to accept mail to postmaster. mx4.hotmail.com's postmaster response: >>> RCPT TO:<postmaster@msn.com> <<< 550 Requested action not taken: mailbox unavailable mx1.hotmail.com's postmaster response: >>> RCPT TO:<postmaster@msn.com> <<< 550 Requested action not taken: mailbox unavailable mx3.hotmail.com's postmaster response: >>> RCPT TO:<postmaster@msn.com> <<< 550 Requested action not taken: mailbox unavailable |
| **PASS** | Acceptance of abuse address | OK: All of your mailservers accept mail to abuse@msn.com. |
| **INFO** | Acceptance of domain literals | WARNING: One or more of your mailservers does not accept mail in the domain literal format (user@[0.0.0.0]). Mailservers are technically required RFC1123 5.2.17 to accept mail to domain literals for any of its IP addresses. Not accepting domain literals can make it more difficult to test your mailserver, and can prevent you from receiving E-mail from people reporting problems with your mailserver. However, it is unlikely that any problems will occur if the |

domain literals are not accepted (mailservers at many common large domains have this problem). mx1.hotmail.com's

| | | |
|---|---|---|
| | | ```<<< 501 Invalid Address
mx3.hotmail.com's
postmaster@[65.54.245.72] response:
>>> RCPT
TO:<postmaster@[65.54.245.72]>
<<< 501 Invalid Address``` |
| PASS | Open relay test | OK: All of your mailservers appear to be closed to relaying. This is *not* a thorough check, you can get a thorough one <u>here</u>. mx1.hotmail.com OK: 550 Requested action not taken: mailbox unavailable mx4.hotmail.com OK: 550 Requested action not taken: mailbox unavailable mx3.hotmail.com OK: 550 Requested action not taken: mailbox unavailable |
| PASS | SPF record | You have an <u>SPF record</u>. This is very good, as it will help prevent spammers from abusing your domain. Your SPF record is: ```"v=spf1 include:spf-a.hotmail.com include:spf-b.hotmail.com include:spf-c.hotmail.com include:spf-d.hotmail.com -all" [TTL=900]``` |

| WWW | INFO | WWW Record | Your www.msn.com A record is: ```www.msn.com.   CNAME
www.msn.com.nsatc.net. [TTL=900]``` |
|---|---|---|---|
| | PASS | All WWW IPs public | OK. All of your WWW IPs appear to be public IPs. If there were any private IPs, they would not be reachable, causing problems reaching your web site. |
| | WARN | CNAME Lookup | WARNING. Your web site (www.msn.com) has a CNAME record pointing to www.msn.com.nsatc.net.. That by itself is confusing, but acceptable. However, the CNAME record in this case causes an extra DNS lookup, which will slightly delay visitors to your website, and use extra bandwidth. |



Received: from mx5.nyc.untd.com (mx5.nyc.untd.com [10...24.65])
    by m24.bos.untd.com with SMTP id AAA848JJ6A6N0EJS
    for <Temptress20008juno.com> (sender <dizzyd_213@hotmail.com>);
    Thu, 17 Oct 2002 16:44:15 -0400 (EST)
Received: from hotmail.com (f53.law10.hotmail.com [64.4.15.53])
    by mx5.nyc.untd.com with SMTP id AAA848JJYA29CDPJ
    for <Temptress20008juno.com> (sender <dizzyd_213@hotmail.com>);
    Thu, 17 Oct 2002 16:44:06 -0400 (EST)
Received: from mail pickup service by hotmail.com with Microsoft
SMTPSVC;
    Thu, 17 Oct 2002 13:44:06 -0700
Received: from 216.127.163.43 by lw10fd.law10.hotmail.msn.com with HTTP;
    Thu, 17 Oct 2002 20:44:05 GMT
X-Originating-IP: [216.127.163.43]
From: "Desiree Perry" <dizzyd_213@hotmail.com>
To: Temptress20008juno.com
Bcc:
Subject: Fwd: Noises
Date: Thu, 17 Oct 2002 19:44:05 -0700    Time zone ?
Mime-Version: 1.0
Content-Type: multipart/mixed; boundary="----=_NextPart_000_5c6c_2f21_
1fdb"
Message-ID: <F53StMVhEUsebmspH2q0000006e8hotmail.com>
X-OriginalArrivalTime: 17 Oct 2002 20:44:06.0032 (UTC) FILETIME=
[EF46D100:01C27761D]

Desiree and I did exchange e-mails
(my co-worker at McClures)

what does law10 mean? Is this the trace file?

Is this why the phone wiring on the
side of my home was installed different
then it should have been?

Is there a file open at the DA's?, FBI?
CIA?

Does this have something todo with the
time and time zones?

what did I cut off of the side of my
house at the phone box?

6

*Tower Comp.*    *M3oE a C.4.1*
*need file date.*

[illegible binary/garbled text]

HTTPMail Polling□□□Domain is MSN.com□□□HTTPMail Friendly Name□□□HTTPMail
Use Sicily□HTTPMail Prompt for Password□□□HTTPMail Password2□□HTTPMail User
Name□□HTTPMail Server□□□SMTP Prompt for Password□□□SMTP Signature□□SMTP
Certificate□□□SMTP Split Message Size□□□SMTP Split Messages□SMTP Reply To Email
Address□□□SMTP Email Address□□□SMTP Organization Name□□SMTP Display Name□□SMTP
Timeout□□□SMTP Secure Connection□□SMTP Port□□□SMTP Use Sicily□SMTP
Password2□□SMTP User Name□□SMTP Server□POP3 Prompt for Password□□□Outlook Cache
Name□□POP3 Skip□□□Account□□Expire Days□Remove When Expired□Remove When
Deleted□Leave Mail On Server□□□POP3 Timeout□□□POP3 Secure Connection□□POP3
Port□□POP3 Use Sicily□POP3 Password2□□POP3 User Name□□POP3 Server□NNTP Prompt
for Password□□□NNTP Signature□NNTP Posting□□□NNTP Polling□□□NNTP Data
Directory□Use Group Descriptions□□NNTP Split Message Size□NNTP Split
Messages□NNTP Reply To Email Address□NNTP Email Address□□NNTP Organization
Name□NNTP Display Name□□NNTP Timeout□□□NNTP Secure Connection□□NNTP
Port□□NNTP Use Sicily□NNTP Password2□□NNTP User Name□NNTP Server□LDAP
NTDS□□LDAP Paged Result Support□□LDAP Advanced Search Attributes□LDAP Simple
Search□□LDAP Bind DN□□□LDAP Logo□□LDAP Secure Connection□□LDAP Port□□LDAP
URL□□LDAP Resolve Flag□□□LDAP Server ID□□LDAP Search Base□□LDAP Search
Return□□LDAP Timeout□□□LDAP Authentication□□LDAP Password2□□LDAP User Name□LDAP
Server□IMAP Poll All Folders□□□IMAP Dirty□□IMAP Prompt for Password□□□IMAP
Drafts Folder□□IMAP Sent Items Folder□□□IMAP Svr-side Special Folders□□IMAP NOOP
Interval□□IMAP Full List□□IMAP Polling□□□IMAP Use LSUB□□IMAP Data
Directory□□IMAP Root Folder□□□IMAP Timeout□□□IMAP Secure Connection□□IMAP
Port□□IMAP Use Sicily□IMAP Password2□□IMAP User Name□□IMAP Server□Server Read
Only□□□Unique ID□□□Make Available Offline□□Service□Backup Connectoid□□□Account
ID□□Connection Flags□□□Connectoid□□Connection Type□Last Updated□□□Temporary
Account□□□Account Name□□□□## Athena_Account_Manager_Notification_Message ##□□□No
modify accts□Server

*why?*

*where does the other half of the email go ...*

## Motions

3:08-cv-01465-JCS Laskey v. Microsoft Corporation
ADRMOP, E-Filing, ProSe

U.S. District Court
Northern District of California
**Notice of Electronic Filing or Other Case Activity**

NOTE: Please read this entire notice before calling the Help Desk. If you have questions, please email the Help Desk by replying to this message; include your question or comment along with the original text.

Please note that these Notices are sent for all cases in the system when any case activity occurs, regardless of whether the case is designated for e-filing or not, or whether the activity is the filing of an electronic document or not.

If there are **two** hyperlinks below, the first will lead to the docket and the second will lead to an e-filed document.
*If there is no second hyperlink, there is no electronic document available .*
See the FAQ posting 'I have a Notice of Electronic Filing that was e-mailed to me but there's no hyperlink...' on the ECF home page at https://ecf.cand.uscourts.gov for more information.

The following transaction was received from by Harvey, Leslie entered on 3/24/2008 4:58 PM and filed on 3/24/2008

| | |
|---|---|
| **Case Name:** | Laskey v. Microsoft Corporation |
| **Case Number:** | 3:08-cv-1465 |
| **Filer:** | Microsoft Corporation |
| **Document Number:** | 4 |

**Docket Text:**
**MOTION for More Definite Statement filed by Microsoft Corporation. Motion Hearing set for 5/2/2008 09:30 AM in Courtroom A, 15th Floor, San Francisco. (Attachments: # (1) Exhibit 1)(Harvey, Leslie) (Filed on 3/24/2008)**

**3:08-cv-1465 Notice has been electronically mailed to:**

Leslie Neeland Harvey     leslie.harvey@hellerehrman.com

**3:08-cv-1465 Notice has been delivered by other means to:**

Laurie Marie Laskey
120 Briar Hollow Drive
Jacksonville, NC 28540

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**T:\cases\36548\0130\Efiling\1450545_1.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=3/24/2008] [FileNumber=4244993-0]

[18052551599ca38f4d17234e8532a8dde8df8b9036c500b90fd4f3b5f75ebdaa632ba
08d3c2249ee637ed4e1a108a27196d9c4883188985b6c040c750450ad5d]]
**Document description:**Exhibit 1
**Original filename:**T:\cases\36548\0130\Efiling\Ex_1.PDF
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=3/24/2008] [FileNumber=4244993-1]

[941481db377e1874aecb4cabc0e7c53c047afc6a3f8dab660e4310d5baa405da08aff
739bd07de18b1aa1c2964857383592653eeb79b0d2062d00bf8e67fcfa6]]