| | |
|---|---|
| 1 | LESLIE N. HARVEY, State Bar No. 241203 |
| | HELLER EHRMAN LLP |
| 2 | 333 Bush Street |
| | San Francisco, California 94104-2878 |
| 3 | Telephone: (415) 772-6000 |
| | Facsimile: (415) 772-6268 |
| 4 | Email: Leslie.Harvey@hellerehrman.com |
| 5 | Attorneys for Defendant |
| | MICROSOFT CORPORATION |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURIE MARIE LASKEY, | Case No. CV-08-1465-JCS |
| Plaintiff, | **PROOF OF SERVICE** |
| v. | |
| MICROSOFT CORPORATION, and DOES 1 through 1000, inclusive, | |
| Defendants. | |

Heller Ehrman LLP

1

PROOF OF SERVICE
Case No. CV-08-1465-VRW

**PROOF OF SERVICE BY FEDERAL EXPRESS**
CASE NO. CV-08-1465-VRW, N.D. CAL.

I, Mark C. Williams, declare as follows:

I am and was at the time of the service mentioned in this certificate employed with Heller Ehrman at 333 Bush Street, San Francisco, CA 94104. I am over the age of 18 years and not a party to the within action.

On April 15, 2008 I served the following document:

**MICROSOFT'S NOTICE OF MOTION AND MOTION FOR A MORE DEFINITE STATEMENT: MEMORANDUM OF POINTS AND AUTHORITIES**

**[PROPOSED] ORDER GRANTING DEFENDANT MICROSOFT CORPORATION'S MOTION FOR A MORE DEFINITE STATEMENT**

on the party to this action by placing a true and correct copy in an envelope marked for delivery via Federal Express for next day delivery to the attention of:

Ms. Laurie Marie Laskey
120 Briar Hollow Drive
Jacksonville, NC 28540
(910) 548-3345

I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct and that this proof of service was executed on this 15th day of April, 2008 at San Francisco, CA.

Mark C. Williams