1  LESLIE HARVEY (BAR NO. 241203)
2  Leslie.Harvey@hellerehrman.com
   HELLER EHRMAN, LLP
3  333 Bush Street
   San Francisco, CA 94104
4  Tel (415) 772-6000; Fax (415) 772-6268
5
   Attorneys for Defendant,
6  MICROSOFT, INC.

7                  UNITED STATES DISTRICT COURT
8                 NORTHERN DISTRICT OF CALIFORNIA
9                     SAN FRANCISCO DIVISION

10

11 | LAURIE MARIE LASKEY,            | CASE NO. 08-CV-1465-VRW |
12 |                                  | [PROPOSED] ORDER GRANTING |
   |         Plaintiff,               | APPLICATION FOR ADMISSION |
13 | v.                               | *PRO HAC VICE* FOR WARREN J. |
14 | MICROSOFT, INC.,                 | RHEAUME |
15 |         Defendant.               | |

ORIGINAL

[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION *PRO HAC VICE*, RHEAUME: 08-CV-1465-VRW

1  Warren J. Rheaume, an active member in good standing of the bar of the Supreme
2  Court of the State of Washington, whose business address and telephone number is Heller
3
4  Ehrman LLP, 701 Fifth Avenue, Suite 6100, Seattle, WA 98104, (206) 447-0900, has
5  applied in the above-entitled action for admission to practice in the Northern District of
6  California on a *pro hac vice* basis, representing Defendant Microsoft, Inc.
7  IT IS HEREBY ORDERED THAT the application is granted, subject to the terms
8  and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance
9
10 *pro hac vice*. Service of papers upon and communication with co-counsel designated in the
11 application will constitute notice to the party. All future filings in this action are subject to
12 the requirements contained in General Order No. 45, *Electronic Case Filing*.
13
14
15 Dated: April 15, 2008
16


The Honorable Vaughn R. Walker,
United States Chief District Judge
for the Northern District of California

Heller
Ehrman LLP

[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION *PRO HAC VICE*, RHEAUME:08-CV-01465 VRW