WARREN J. RHEAUME (admitted *pro hac vice*)
HELLER EHRMAN LLP
701 Fifth Avenue, Suite 6100
Seattle, WA 98104-7098
Telephone: (206) 447-0900
Facsimile: (206) 447-0849
Email: Warren.Rheaume@hellerehrman.com

LESLIE N. HARVEY, State Bar No. 241203
HELLER EHRMAN LLP
333 Bush Street
San Francisco, California 94104-2878
Telephone:  (415) 772-6000
Facsimile:  (415) 772-6268
Email:  Leslie.Harvey@hellerehrman.com

Attorneys for Defendant
MICROSOFT CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURIE MARIE LASKEY,<br><br>                    Plaintiff,<br><br>v.<br><br>MICROSOFT CORPORATION,<br><br>                    Defendants. | Case No. 3:08-CV-01465-VRW<br><br>**NOTICE OF FILING OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED IN CASE NO. 3:08-CV-01333-WHA** |

Heller
Ehrman LLP

1

NOTICE OF FILING OF ADMINSTRATIVE MOTION TO CONSIDER WHETHER CASES
SHOULD BE RELATED, CASE NO. 3:08-CV-1465-VRW

**<u>Notice of Related Cases</u>**

On April 29, 2008, Defendant Microsoft Corporation ("Microsoft") filed an Administrative Motion to Consider Whether Cases Should be Related in *Laskey v. RCN Corporation*, 3:08-CV-01333-WHA.  For the convenience of this court, Microsoft hereby gives notice of the same and attaches a copy of that filing as Exhibit A and the proposed order as Exhibit B.

Dated:  April 29, 2008                    HELLER EHRMAN LLP


By:    /s/ Leslie N. Harvey_____
     LESLIE N. HARVEY
     Attorneys for Defendants
     MICROSOFT CORPORATION

EXHIBIT A

1  WARREN J. RHEAUME (admitted *pro hac vice*)
   HELLER EHRMAN LLP
2  701 Fifth Avenue, Suite 6100
   Seattle, WA 98104-7098
3  Telephone: (206) 447-0900
   Facsimile: (206) 447-0849
4  Email: Warren.Rheaume@hellerehrman.com

5  LESLIE N. HARVEY, State Bar No. 241203
   HELLER EHRMAN LLP
6  333 Bush Street
   San Francisco, California 94104-2878
7  Telephone:  (415) 772-6000
   Facsimile:  (415) 772-6268
8  Email:  Leslie.Harvey@hellerehrman.com

9  Attorneys for Defendant
   MICROSOFT CORPORATION

10

11              UNITED STATES DISTRICT COURT

12            NORTHERN DISTRICT OF CALIFORNIA

13  LAURIE MARIE LASKEY,                    Case No. 3:08-CV-01333-WHA

14                      Plaintiff,          **ADMINISTRATIVE MOTION
                                            TO CONSIDER WHETHER
15  v.                                      CASES SHOULD BE RELATED**

16  RCN CORPORATION,

17                      Defendants.

18

19

20

21

22

23

24

25

26

27

28

1

## Notice of Related Cases

Defendant Microsoft Corporation ("Microsoft") hereby gives notice, pursuant to Civil Local Rules 3-12 and 7-11 that the following two cases are potentially related cases:

- *Laskey v. RCN Corporation*, 3:08-CV-01333-WHA
- *Laskey v. Microsoft Corporation*, 3:08-CV-01465-VRW

Microsoft moves pursuant to Civil Local Rule 3-12(b) for the Court's consideration of the same. These cases concern substantially the same transaction or event. Civ. L.R. 3-12(a)(1). Further, there could be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges. Civ. L.R. 3-12(a)(2). Accordingly, the later filed case (*Laskey v. Microsoft*) should be re-assigned to the Honorable William H. Alsup, before whom the *Laskey v. RCN* case is pending. Civ. L.R. 3-12(f)(3).

## Administrative Motion to Consider Whether Cases Should be Related

### I.    PROCEDURAL STATUS OF THE ACTIONS

#### A.    *Laskey v. RCN* (3:08-CV-01333-WHA)

The *RCN* case was originally filed in the the Superior Court of California, Sonoma County. It was removed to this Court on March 7, 2008 and was initially assigned to Magistrate Judge Edward M. Chen. The defendant, RCN, declined the assignment of a magistrate judge, and the case was recently reassigned to the Honorable William H. Alsup on April 2, 2008. The first case management conference is currently scheduled for June 19, 2008.

#### B.    *Laskey v. Microsoft* (3:08-CV-01465-VRW)

The *Microsoft* case was also originally filed in Sonoma County Superior Court. It was removed to this Court on March 17, 2008 and was assigned to Magistrate Judge Joseph Spero. The plaintiff declined the assignment of a magistrate judge, and the case was reassigned to the Honorable Vaughn R. Walker on April 3, 2008. Microsoft has moved for a more definite statement pursuant to Federal Rule of Civil Procedure 12(e), set for hearing

Heller
Ehrman LLP

28

2

on June 12, 2008 at 2:30 p.m.  The first case management conference has not yet been scheduled and discovery has not yet commenced.

## II.    SUBJECT MATTER OF THE ACTIONS

Both the *RCN* and *Microsoft* matters involve substantially the same transaction or events.  Both actions were brought by the same plaintiff, Laurie Marie Laskey, and both concern access to and the operation of Ms. Laskey's home computer network at her former personal residence of 7882 Shira Street, Windsor, California 95492.  The complaints filed in both actions allege the same basic legal theories of recovery against both Microsoft and RCN (e.g., negligence, intentional tort, identity theft).[1]  In both complaints, the plaintiff alleges that she has been attached to a Virtual Private Network without her knowledge or consent, and has suffered a variety of economic and non-economic damages as a result of hackers accessing her personal information.

Because of the substantial similarity in these actions, there could be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges.  Accordingly, Microsoft requests that its case, as the later filed case, be re-assigned to the Honorable William H. Alsup, before whom the *Laskey v. RCN* case is pending.  Civ. L.R. 3-12(f)(3).


Dated:  April 28, 2008                            HELLER EHRMAN LLP


By: ___*/s/ Leslie N. Harvey*_____
     LESLIE N. HARVEY
     Attorneys for Defendants
     MICROSOFT CORPORATION


---
[1] Courtesy copies of the *RCN* and *Microsoft* complaints are attached as Exhibits 1 and 2, respectively.

3

ADMINSTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED
Case No. 3:08-CV-01333-WHA

# EXHIBIT 1

PLD-PI-001

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Laurie Marie Laskey<br>120 Briar Hollow Drive<br>Jacksonville NC 28540<br><br>TELEPHONE NO: 910-548-3345    FAX NO. (Optional):<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF  Sonoma
STREET ADDRESS: 600 Administration Drive
MAILING ADDRESS:
CITY AND ZIP CODE: Santa Rosa CA 95403
BRANCH NAME:

PLAINTIFF: Laurie Marie Laskey

DEFENDANT: *RCN Corporation*

[✓] DOES 1 TO *unknown* *1000 et*

**ENDORSED
FILED**

DEC 2 0 2007

SUPERIOR COURT OF CALIFORNIA
COUNTY OF SONOMA

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**
[ ] **AMENDED** *(Number):*
**Type** *(check all that apply):*
[ ] MOTOR VEHICLE    [ ] OTHER *(specify):*
[ ] Property Damage    [ ] Wrongful Death
[✓] Personal Injury    [✓] Other Damages *(specify):* Identity Theft

**Jurisdiction** *(check all that apply):*
[ ] ACTION IS A LIMITED CIVIL CASE
Amount demanded    [ ] does not exceed $10,000
                   [ ] exceeds $10,000, but does not exceed $25,000
[✓] ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)
[ ] ACTION IS RECLASSIFIED by this amended complaint
    [ ] from limited to unlimited
    [ ] from unlimited to limited

CASE NUMBER:

*SCV 3*   *580-29*

1. **Plaintiff** *(name or names):*  Laurie Marie Laskey
   alleges causes of action against defendant *(name or names):*
   *RCN Corporation*
2. This pleading, including attachments and exhibits, consists of the following number of pages:  *24*
3. Each plaintiff named above is a competent adult
   a. [ ] except plaintiff *(name):*
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity *(describe):*
      (3) [ ] a public entity *(describe):*
      (4) [ ] a minor    [ ] an adult
          (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
          (b) [ ] other *(specify):*
      (5) [ ] other *(specify):*
   b. [ ] except plaintiff *(name):*
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity *(describe):*
      (3) [ ] a public entity *(describe):*
      (4) [ ] a minor    [ ] an adult
          (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
          (b) [ ] other *(specify):*
      (5) [ ] other *(specify):*

[ ] Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001 [Rev. January 1, 2007]

**COMPLAINT—Personal Injury, Property
Damage, Wrongful Death**

Page 1 of 3
Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

American LegalNet, Inc.
www.FormsWorkflow.com

PLD-PI-001

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| Laurie Marie Laskey v RCN Corporation | |

4. ☐ Plaintiff (name):

is doing business under the fictitious name (specify):

and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person
   a. ☑ except defendant (name): RCN Corporation
      (1) ☐ a business organization, form unknown
      (2) ☑ a corporation
      (3) ☐ an unincorporated entity (describe):

      (4) ☐ a public entity (describe):

      (5) ☐ other (specify):

   c. ☑ except defendant (name): Local host
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):

      (4) ☐ a public entity (describe):

      (5) ☑ other (specify): Hacker

   b. ☑ except defendant (name): King
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):

      (4) ☐ a public entity (describe):

      (5) ☑ other (specify): Hacker

   d. ☑ except defendant (name): Sideshowbob + Smithers
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):

      (4) ☐ a public entity (describe):

      (5) ☑ other (specify): Hacker

   ☐ Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.
   a. ☑ Doe defendants (specify Doe numbers): unknown 1-1000 were the agents or employees of other named defendants and acted within the scope of that agency or employment.
   b. ☑ Doe defendants (specify Doe numbers): unknown 1-1000 are persons whose capacities are unknown to plaintiff.

7. ☐ Defendants who are joined under Code of Civil Procedure section 382 are (names):

8. This court is the proper court because
   a. ☐ at least one defendant now resides in its jurisdictional area.
   b. ☐ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
   c. ☑ injury to person or damage to personal property occurred in its jurisdictional area.
   d. ☑ other (specify):
      Court of Appeals sent me to the lower court.

9. ☑ Plaintiff is required to comply with a claims statute, and
   a. ☐ has complied with applicable claims statutes, or
   b. ☑ is excused from complying because (specify):
      Computer crimes that involves the theft of my identity based on product liability. I don't know how the statute applies. I just figured it out and have not been able to find anyone to help me. They are all afraid.

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**

PLD-PI-001

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| Laurie Marie Laskey  v  RCN Corporation | |

10. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached)*:
 a. ☐ Motor Vehicle
 b. ☒ General Negligence
 c. ☒ Intentional Tort
 d. ☐ Products Liability
 e. ☐ Premises Liability
 f. ☒ Other *(specify)*:

> **Computer crimes, Identity Theft, Products Liability, FCC Violations, Technical Violations, Code Violations, Split Tunneling, etc.**, *security breach, all items listed on form cm-010 #4, invasion of privacy, stalking.*

11. Plaintiff has suffered
 a. ☒ wage loss
 b. ☒ loss of use of property
 c. ☒ hospital and medical expenses
 d. ☒ general damage
 e. ☒ property damage
 f. ☒ loss of earning capacity
 g. ☒ other damage *(specify)*: *Items listed on form cm-010 #4*
   Lower credit score, expense of discovery, etc.
   *case related expenses*
   *emotional distress, attorneys fees (family law)*

12. ☐ The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
 a. ☐ listed in Attachment 12.
 b. ☐ as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. Plaintiff prays for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
 a. (1) ☒ compensatory damages
   (2) ☒ punitive damages
   The amount of damages is *(in cases for personal injury or wrongful death, you must check (1))*:
   (1) ☐ according to proof
   (2) ☒ in the amount of: $ A + B = C  (C x D) see attached

15. ☒ The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers)*:
   *I've been attached to a Virtual Private Network and hacked into without my knowledge.*

Date: *12-13-2007*

Laurie Marie Laskey
(TYPE OR PRINT NAME)                         *Laurie Marie Laskey*
                                            (SIGNATURE OF PLAINTIFF OR ATTORNEY)

PLD-PI-001(2)

| SHORT TITLE: Laurie Marie Laskey V RCN Corporation | CASE NUMBER: |
| --- | --- |

___1___ **CAUSE OF ACTION—General Negligence** Page __1__
(number)

ATTACHMENT TO ☑ Complaint ☐ Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

GN-1. Plaintiff *(name):* **Laurie Marie Laskey**

alleges that defendant *(name):* RCN Corporation .

☑ Does ~~employee(s)~~ to ~~owners~~

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant negligently caused the damage to plaintiff
on *(date):* 12-04-1997
at *(place):* 7882 Shira Street, Windsor CA 95492

*(description of reasons for liability):*

I did not subscribe to RCN Corporations
services or products. As stated in RFC1918
emails are routed via routers and filters
and private IP#'s are forbidden over the
internet. That doesn't seem to be the case
in my case. RCN Has faults and technical
violations in their servers which would
facilitate an enviorment for hackers.

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(2) [Rev. January 1, 2007]

**CAUSE OF ACTION—General Negligence**

Code of Civil Procedure 423.12
www.courtinfo.ca.gov

American LegalNet, Inc.
www.FormsWorkflow.com

PLD-PI-001(3)

| SHORT TITLE: Laurie Marie Laskey V RCN Corporation | CASE NUMBER |
|---|---|

___2___ **CAUSE OF ACTION—Intentional Tort**    Page ___1___
(number)

ATTACHMENT TO  [✓] Complaint   [ ] Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

IT-1. Plaintiff *(name)*: **Laurie Marie Laskey**

alleges that defendant *(name)*: RCN Corporation

[VI] Does _employess_ to _owners_

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant intentionally caused the damage to plaintiff
on *(date)*: July 02 2001
at *(place)*Personal Residence 7882 Shira Street, Windsor CA. 95492

*(description of reasons for liability):*

Not only did this happen to me when AOL was my ISP but also Juno. RCN has attached to me, Stalking, Smithers and sideshowbob are not routers and filters as outlined in RFC1918. i'm being tunneled through RCN and I don't subscribe to their services, Therefore this appears to be intentional.

**CAUSE OF ACTION—Intentional Tort**

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(3) [Rev. January 1, 2007]

Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

American LegalNet, Inc.
www.FormsWorkflow.com

ʒª>ᵇ̃ʜ×ᵈᴵꝹᴵ˙ꝺ꜀Ꝺᴵˀᴅᴄᴦªᴅ˥ᴵꝺˀꝹᵘᵏᴸꝹꝹꝽᴵᵈᶜᴹᴵᴸ˥ꝝꝑ꜀ᴼꝝꝝᴵʒꝑ꜀ʷᵏ̃ᴅꝹᴵ"ᴵᴄᴄᴦFrom: Spesh <spesh@looq.com>
To: jondi <jondi@looq.com>
Date: Mon, 02 Jul 2001 01:35:40 -0700
Subject: units!
Message-ID: <SB40325C.EF3663E7@looq.com>
Reply-To: spesh@looq.com
Received: from mx1.boston.juno.com (mx1.boston.juno.com [64.136.24.33])
    by m10.boston.juno.com with SMTP id AAA7WAFFBATV42FJ
    for <basecon1@juno.com> (sender <spesh@looq.com>);
    Mon,  2 Jul 2001 04:45:21 -0400 [EST]
Received: from mx6.jersey.juno.com (mx6.jersey.juno.com [64.136.16.56])
    by mx1.boston.juno.com with SMTP id AAA7WAFFBAPHVLSJ
    for <basecon1@juno.com> (sender <spesh@looq.com>);
    2 Jul 2001 04:45:21 -0400 (EST)
Received: from smithers.sfrn.dnai.com (smithers.sfrn.dnai.com [208.59.199.26])
    by mx6.jersey.juno.com with SMTP id AAA7WAFFBAB546CG
    for <basecon1@juno.com> (sender <spesh@looq.com>);
    Mon,  2 Jul 2001 04:45:21 -0400 (EST)
Received: from sideshow-bob.sfrn.dnai.com (sideshow-bob.sfrn.dnai.com
[208.59.199.20])
    by smithers.sfrn.dnai.com (8.11.2/8.11.2) with ESMTP id f628fhB12330;
    Mon, 2 Jul 2001 01:41:43 -0700 (PDT)
Received: from looq.com (207-172-166-137.s137.tnt1.sfrn.ca.dialup.rcn.com
[207.172.166.137])
    by sideshow-bob.sfrn.dnai.com (8.11.3/8.11.3) with ESMTP id f628bRP81303;
    Mon, 2 Jul 2001 01:37:27 -0700 (PDT)
    (envelope-from spesh@looq.com)
X-Mailer: Mozilla 4.61 (Macintosh; I; PPC)
MIME-Version: 1.0
Content-Type: multipart/alternative;
    boundary="------------C3CC96B3E533E6012F11F340"
*-Status: Read
*-Juno-Att: 0
Return-Path: <spesh@looq.com>
X-Accept-Language: en,pdf

Ṹ*ᵈᴵᴱ×̃ᔕᴬᴼꝒꝺꝑ꜀Ꝺˋɾ%˓ꚗꝹ0ẏꝺᴰ

**RCN** ★ Connect to something more.

Call the RCN Service GO

Shop Online | Special Offers | Internet | Cable TV | Phone | Webmail | My RCN | Company | Contact | Help

Internet

Cable TV

Phone

Is RCN available in my neighborhood?

Street Number:*

Street Name:*

Apt #:

Zip:*

**GO**

* Indicates required field

# Bundled Services
## All on one bill. Save money and time!

SAVE when you choose two or more RCN services.

You'll receive a bundled discount when you choose any combination of RCN services below. Just think—up to three great services, for one low price, on one convenient bill. Why save on just one when you can save on all three?

- **High-Speed Internet** - Choose the speed that's right for you. Up to 1.5Mbps, 5Mbps, 10Mbps or 20Mbps* download speeds. Includes FREE Video Mail, up to 4 email accounts, and FREE McAfee® Internet security services.**

- **Cable TV** - Enjoy over 120 channels of Basic Digital Cable TV, including your favorite channels like the Disney Channel, ESPN Classic and commercial-free digital music. Plus, we offer Video ON DEMAND, Digital Video Recorders,**** and an outstanding line-up of HDTV channels (requires HD converter).

- **Phone** - Stay in touch with unlimited long distance, regional and local calling with up to 5 phone features-or choose from our international plans and reach out to family and friends worldwide.

You won't find a better deal...
**INTERNET, CABLE TV, & PHONE!**
for only
**$90**/mo.*
plus one digital converter box for as low as $3/mo.

Learn More >



NEW TO RCN?    SHOP NOW!

* 20Mbps download speeds not available in all areas.
** When you get RCN Cable TV or Phone service with RCN Internet service.
*** The number of channels per tier varies by location. Some services and features are not available in all areas.
**** DVR service not available with all cable TV packages.

*I did not order RCN's services or products !*

*Laurie Marie Laskey*

Careers | Investor Relations | Policies & Disclaimers | Privacy Policy

©2007 RCN Corporation. All rights reserved.

10. The following causes of action are attached and the statements above apply to each

f   u other (specify)

See attached evidence

Subj:   PLAN CHECK
Date:   97-12-04 14:03:51 EST
        tony@polainc.com (Tony Jakosalem)
to:     tony@polainc.com (tony@polainc.com)
BASECON1@AOL.com (BASECON1@AOL.COM)

LAURIE,

I WOULD LIKE TO REQUEST A QUOTE FROM YOUR OFFICE FOR A PLAN CHECK OF MY
PROJECT.  THE PROJECT IS INTERNATIONAL HOTEL TO BE LOCATED AT KEARNY ST. IN
DOWNTOWN SAN FRANCISCO.  IT IS A HIGH RISE BUILDING AND WILL BE USED FOR
SENIOR HOUSING.

ANYWAY, PLEASE GIVE ME A CALL TO FUTHER DISCUSS THE PROJECT AND MAY BE
SCHEDULE A FACE TO FACE MEETING WITH YOU.

I AM LOOKING FORWARD WORKING WITH YOU.  OUR OFFICE WOULD LIKE TO TRY YOUR
SERVICES.  THIS COULD BE A GOOD BREAK

————————— Headers —————————
Return-Path: <tony@polainc.com>
Received: from relay33.mail.aol.com (relay33.mail.aol.com [172.31.109.33]) by air10.mail.aol.com (v36.0) with SMTP; Thu,
04 Dec 1997 14:03:51 -0500
Received: from hopf.dnai.com (hopf.dnai.com [140.174.162.10])
        by relay33.mail.aol.com (8.8.5/8.8.5/AOL-4.0.0)
        with ESMTP id QAA11047 for <BASECON1@AOL.COM>;
        Thu, 4 Dec 1997 14:03:29 -0500 (EST)
   ived: from king (dnai-207-181-197-45.dialup.dnai.com [207.181.197.45])
        by hopf.dnai.com (8.8.7/8.8.7) with SMTP id LAA18507
        for <BASECON1@AOL.COM>; Thu, 4 Dec 1997 11:03:17 -0800 (PST)
Received: by king with SMTP via Internet MailBridge Version 1.31.178
        id MSG12041997-105810-27.DAT; Thu, 04 Dec 1997 10:58:11 -0800
Received: by localhost with Microsoft MAPI; Thu, 4 Dec 1997 11:03:31 -0800
Message-ID: <01BD00A4.41F5B480.tony@polainc.com>
From: Tony Jakosalem <tony@polainc.com>
Reply-To: "tony@polainc.com" <tony@polainc.com>
To: "BASECON1@AOL.COM" <BASECON1@AOL.com>
Subject: PLAN CHECK
Date: Thu, 4 Dec 1997 11:03:29 -0800
Organization: Pete O. Lapid & Associates
X-Mailer: Microsoft Internet E-mail/MAPI - 8.0.0.4211
Encoding: 12 TEXT

10-F

Prepared By
Approved By
Initials | Date

Localhost receives my email after
its already been sent?

Routed via an internet mailbridge?

Private IP# shows up?

air 10?

How is this possible? Not in
compliance with RFC1918, can
DNAI explain this?

air 10
14:03:51

Rely 33        172.31.109.33
14:03:29

                                    Localhost
                                    11:03:31

hopf     140.174.162.10
11:03:17

King      internet mailbridge
10:58:11
207.181.197.45

                    TONY

                                    10-F

#14 form PLD-P1-001

Damages (specify) $ (A + B) = C,   (C * D) = E

A = The net worth of the company and or companies involved.

B = What the company and or companies insurance allows.

A + B = C

C = $ ?

D = The number of years this has been happening to me and or effected my life.

C * D = E

Or as the courts see fit. They are a going concern, I'm disabled because of it.

**EXHIBIT 2**

PLD-PI-001

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*:
Laurie Marie Laskey
120 Briar Hollow Dr
Jacksonville NC 28540

TELEPHONE NO. 910-548-3345    FAX NO. *(Optional)*:

E-MAIL ADDRESS *(Optional)*:

ATTORNEY FOR *(Name)*:

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Sonoma
STREET ADDRESS: 600 Administration Dr
MAILING ADDRESS:
CITY AND ZIP CODE: Santa Rosa CA 95403
BRANCH NAME: civil

PLAINTIFF: Laurie Marie Laskey

DEFENDANT: Microsoft Corporation

[✓] DOES 1 TO 1000

**FOR COURT USE ONLY**

ENDORSED
FILED

JAN 3 0 2008

SUPERIOR COURT OF CALIFORNIA
COUNTY OF SONOMA

Case 3:08-cv-01465-VRW    Document 1-2    Filed 03/17/2008    Page 7 of 117

COMPLAINT—Personal Injury, Property Damage, Wrongful Death
[ ] AMENDED *(Number)*:

Type *(check all that apply)*:
[ ] MOTOR VEHICLE    [✓] OTHER *(specify)*: Identity Theft
   [ ] Property Damage    [ ] Wrongful Death
   [✓] Personal Injury    [ ] Other Damages *(specify)*:

Jurisdiction *(check all that apply)*:
[ ] ACTION IS A LIMITED CIVIL CASE
   Amount demanded    [ ] does not exceed $10,000
               [ ] exceeds $10,000, but does not exceed $25,000
[✓] ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)
[ ] ACTION IS RECLASSIFIED by this amended complaint
   [ ] from limited to unlimited
   [ ] from unlimited to limited

CASE NUMBER:

SCV 242287

1. Plaintiff *(name or names)*: Laurie Marie Laskey
   alleges causes of action against defendant *(name or names)*:
   Microsoft Corporation

2. This pleading, including attachments and exhibits, consists of the following number of pages: 47

3. Each plaintiff named above is a competent adult
   a. [ ] except plaintiff *(name)*:
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity *(describe)*:
      (3) [ ] a public entity *(describe)*:
      (4) [ ] a minor [ ] an adult
         (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) [ ] other *(specify)*:
      (5) [ ] other *(specify)*:
   b. [ ] except plaintiff *(name)*:
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity *(describe)*:
      (3) [ ] a public entity *(describe)*:
      (4) [ ] a minor [ ] an adult
         (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) [ ] other *(specify)*:
      (5) [ ] other *(specify)*:

[ ] Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001 [Rev. January 1, 2007]

COMPLAINT—Personal Injury, Property
Damage, Wrongful Death

Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

American LegalNet, Inc
www.FormsWorkflow.com

PLD-PI-001

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| Laurie Marie Laskey v Microsoft Corporation | |

4. ☐ **Plaintiff (name):**

is doing business under the fictitious name (specify):

and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person
   a. ☑ **except defendant (name):** Microsoft Corporation     c. ☐ **except defendant (name):**
      (1) ☐ a business organization, form unknown          (1) ☐ a business organization, form unknown
      (2) ☑ a corporation                                   (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):            (3) ☐ an unincorporated entity (describe):

      (4) ☐ a public entity (describe):                     (4) ☐ a public entity (describe):

      (5) ☐ other (specify):                                (5) ☐ other (specify):


   b. ☐ **except defendant (name):**                       d. ☐ **except defendant (name):**
      (1) ☐ a business organization, form unknown          (1) ☐ a business organization, form unknown
      (2) ☐ a corporation                                   (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):            (3) ☐ an unincorporated entity (describe):

      (4) ☐ a public entity (describe):                     (4) ☐ a public entity (describe):

      (5) ☐ other (specify):                                (5) ☐ other (specify):


   ☐ Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.
   a. ☑ Doe defendants (specify Doe numbers): 1 to 1000 _____ were the agents or employees of other named defendants and acted within the scope of that agency or employment.
   b. ☑ Doe defendants (specify Doe numbers): 1 to 1000 _____ are persons whose capacities are unknown to plaintiff.

7. ☐ Defendants who are joined under Code of Civil Procedure section 382 are (names):


8. This court is the proper court because
   a. ☐ at least one defendant now resides in its jurisdictional area.
   b. ☐ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
   c. ☑ injury to person or damage to personal property occurred in its jurisdictional area.
   d. ☑ other (specify):
      Court of Appeals sent me to the lower court

9. ☑ Plaintiff is required to comply with a claims statute, and
   a. ☐ has complied with applicable claims statutes, or
   b. ☑ is excused from complying because (specify):
      Computer crimes that involves the theft of my identity based on product liability and premise liability and negligence. I just figured it out and have not been able to find anyone to help me. They are all afraid.

PLD-PI-001 [Rev. January 1, 2007]     **COMPLAINT—Personal Injury, Property Damage, Wrongful Death**     Page 2 of 3

PLD-PI-001

| SHORT TITLE:<br>Laurie Marie Laskey v Microsoft Corporation | CASE NUMBER: |
|---|---|

10. The following causes of action are attached and the statements above apply to each (*each complaint must have one or more causes of action attached*):
   a. ☐ Motor Vehicle
   b. ☑ General Negligence
   c. ☑ Intentional Tort
   d. ☑ Products Liability
   e. ☑ Premises Liability
   f. ☑ Other (*specify*):

   Computer crimes, Identity Theft, FCC Violations, Code Violations, Technical Violations, Split     Page 9 of 117
   Tunneling, Security Breach, Invasion of privacy, stalking, etc.

11. Plaintiff has suffered
   a. ☑ wage loss
   b. ☑ loss of use of property
   c. ☑ hospital and medical expenses
   d. ☑ general damage
   e. ☑ property damage
   f. ☑ loss of earning capacity
   g. ☑ other damage (*specify*):

   Lower credit score, expense of discovery, case related expenses, emotional distress, attorneys fees, discrimination, etc.

12. ☐ The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
   a. ☐ listed in Attachment 12.
   b. ☐ as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. Plaintiff prays for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
   a. (1) ☑ compensatory damages
      (2) ☑ punitive damages
      The amount of damages is (*in cases for personal injury or wrongful death, you must check (1)*):
      (1) ☐ according to proof
      (2) ☑ in the amount of: $ A + B = C (C x D) see attached

15. ☑ The paragraphs of this complaint alleged on information and belief are as follows (*specify paragraph numbers*):
   I've been attached to a Virtual Private Network without my knowledge and hacked into.
   faulty system has created a security breach per RFC1918

Date: 1-22-08

Laurie Marie Laskey
(TYPE OR PRINT NAME)

*Laurie Marie Laskey*
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

PLD-PI-001(2)

| SHORT TITLE: Laurie Marie Laskey v Microsoft Corporation | CASE NUMBER: |
|---|---|

2 _____ **CAUSE OF ACTION—General Negligence**    Page   2
_____ (number)

ATTACHMENT TO ☑ Complaint ☐ Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

GN-1. Plaintiff *(name):*  Laurie Marie Laskey

alleges that defendant *(name):* Microsoft Corporation

☑ Does  1 _____ to  1000 _____

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant negligently caused the damage to plaintiff

on *(date):*

at *(place):* 930 Shiloh Road, Windsor CA 95492

*(description of reasons for liability):*

You have a faulty system which created a security breach that allowed other to hack into my computer and caused me to lose my means of employment.

A virtual server is being used? Is that a game server? or does it relate to a virtual private network?

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(2) [Rev. January 1, 2007]

**CAUSE OF ACTION—General Negligence**

Code of Civil Procedure 425.12
www.courtinfo.ca.gov

American LegalNet, Inc.
www.FormsWorkflow.com

PLD-PI-001(3)

| SHORT TITLE: | CASE NUMBER |
|---|---|
| Laurie Marie Laskey v Microsoft Corporation | |

1 _____         **CAUSE OF ACTION—Intentional Tort**         Page ___1___
_(number)_

ATTACHMENT TO   [✓] Complaint      [ ] Cross - Complaint

_(Use a separate cause of action form for each cause of action.)_

IT-1. Plaintiff _(name):_  Laurie Marie Laskey

alleges that defendant _(name):_ Microsoft Corporation

[✓] Does  1 _____ to  1000 _____

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant intentionally caused the damage to plaintiff
on _(date):_ 11-19-2002
at _(place):_ 7882 Shira Street, Windsor CA 95492

_(description of reasons for liability):_
Microsoft maintained a faulty system.

microsoft will need to provide a history report on the maintenance of their servers since they are not being maintained properly. This is an intentional act. microsoft has created a premises liability issue.

(1) would be a hacker more than one would be a crime ring. Microsoft is supporting a crime ring.

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(3) [Rev. January 1, 2007]
**CAUSE OF ACTION—Intentional Tort**
Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

American LegalNet, Inc.
www.FormsWorkflow.com

PLD-PI-001(3)

| SHORT TITLE: | CASE NUMBER |
|---|---|
| Laurie Marie Laskey v Microsoft Corporation | |

2 _____    **CAUSE OF ACTION—Intentional Tort**    Page _2_
_(number)_

ATTACHMENT TO  ☑ Complaint    ☐ Cross - Complaint

_(Use a separate cause of action form for each cause of action.)_

IT-1. Plaintiff _(name)_:  Laurie Marie Laskey

alleges that defendant _(name)_: Microsoft Corporation

Case 3:08-cv-01465-VRW    Document 1-2    Filed 03/17/2008    Page 13 of 117

☑ Does 1 _____ to 1000 _____

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant intentionally caused the damage to plaintiff
on _(date)_: 5-08-2003
at _(place)_930 Shiloh Road, Windsor CA 95492

_(description of reasons for liability)_:

Microsoft maintained a faulty system.

on 11-8-2005 DNS report 4 warnings

on 1-11-2006 DNS report 4 warnings 2 fails
went from bad to worse? An intentional act.
Do they switch it back and forth when ever
they want to hack? i was continually
exposed to a harmfull environment and lost
my means of employment because of it.

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(3) [Rev. January 1, 2007]

**CAUSE OF ACTION—Intentional Tort**

Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

American LegalNet, Inc.
www.FormsWorkflow.com

PLD-PI-001(4)

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| Laurie Marie Laskey v Microsoft Corporation | |

1
_____
(number)

**CAUSE OF ACTION—Premises Liability**     Page ___1___

ATTACHMENT TO    [✓] Complaint    [ ] Cross - Complaint
*(Use a separate cause of action form for each cause of action.)*

Prem.L-1. Plaintiff *(name):* **Laurie Marie Laskey**
alleges the acts of defendants were the legal (proximate) cause of damages to plaintiff.
On *(date):* **10-17-2002** plaintiff was injured on the following premises in the following
fashion *(description of premises and circumstances of injury):*

Case 3:08-cv-01465-VBW     Document 1-2     Filed 03/17/2008     Page 14 of 117

I was connected to a faulty system and it created a fault. I do not know where Microsoft
Corporation servers are located.

At the time of the injury I was at home on my
computer.

Prem.L-2.    [✓] **Count One—Negligence** The defendants who negligently owned, maintained, managed and
operated the described premises were *(names):*
Microsoft Corporation

[✓] Does 1 _____ to 1000 _____

Prem.L-3.    [✓] **Count Two—Willful Failure to Warn** [Civil Code section 846] The defendant owners who willfully
or maliciously failed to guard or warn against a dangerous condition, use, structure, or activity were
*(names):*
Microsoft Corporation

[✓] Does 1 _____ to 1000 _____
Plaintiff, a recreational user, was [ ] an invited guest [ ] a paying guest.

Prem.L-4.    [✓] **Count Three—Dangerous Condition of Public Property** The defendants who owned public property
on which a dangerous condition existed were *(names):*
Microsoft Corporation

[✓] Does 1 _____ to 1000 _____
a. [ ] The defendant public entity had [ ] actual [ ] constructive notice of the existence of the
dangerous condition in sufficient time prior to the injury to have corrected it.
b. [✓] The condition was created by employees of the defendant public entity.

Prem.L-5. a. [✓] **Allegations about Other Defendants** The defendants who were the agents and employees of the
other defendants and acted within the scope of the agency were *(names):*
Microsoft Corporation will have to provide the names of anyone who worked on their
servers or had access to their system.
[✓] Does 1 _____ to 1000 _____

b. [✓] The defendants who are liable to plaintiffs for other reasons and the reasons for their liability are
[ ] described in attachment Prem.L-5.b [✓] as follows *(names):*
Microsoft Corporation created a premise liability issue which allowed other access to
my personal information and theft of my identity online. etc.

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(4) [Rev. January 1, 2007]
**CAUSE OF ACTION—Premises Liability**
Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

American LegalNet, Inc.
www.FormsWorkflow.com

PLD-PI-001(5)

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| Laurie Marie Laskey v Microsoft Corporation | |

| 1 | CAUSE OF ACTION—Products Liability | Page | 1 |
|---|---|---|---|

_(number)_

ATTACHMENT TO  [✓] Complaint   [ ] Cross - Complaint
_(Use a separate cause of action form for each cause of action.)_

Plaintiff _(name)_: Laurie Marie Laskey

Prod. L-1. On or about _(date)_: file date on Computer  plaintiff was injured by the following product:

Microsoft Corporations equipment, wiring, servers, routers, filters, computers, software, etc
my evidence  <del>Case 3:08-cv-01465-VRW</del>  Document 1-2   Filed 03/17/2008   Page 15 of 117

Prod. L-2. Each of the defendants knew the product would be purchased and used without inspection for defects.
The product was defective when it left the control of each defendant. The product at the time of injury was being
[✓] used in the manner intended by the defendants.
[ ] used in the manner that was reasonably foreseeable by defendants as involving a substantial danger not readily apparent. Adequate warnings of the danger were not given.

Prod. L-3. Plaintiff was a
[✓] purchaser of the product.             [✓] user of the product.
[ ] bystander to the use of the product.   [✓] other _(specify)_:

PLAINTIFF'S INJURY WAS THE LEGAL (PROXIMATE) RESULT OF THE FOLLOWING:
Prod. L- 4. [✓]  Count One—Strict liability of the following defendants who
    a. [✓] manufactured or assembled the product _(names)_:
        Microsoft Corporation

        [✓] Does 1 _____ to 1000 _____

    b. [✓] designed and manufactured component parts supplied to the manufacturer _(names)_:
        Microsoft Corporation

        [✓] Does 1 _____ to 1000 _____

    c. [✓] sold the product to the public _(names)_:
        Microsoft Corporation

        [✓] Does 1 _____ to 1000 _____

Prod. L-5.   [ ]  Count Two—Negligence of the following defendants who owed a duty to plaintiff _(names)_:

        [ ] Does _____ to _____

Prod. L-6.   [ ]  Count Three—Breach of warranty by the following defendants _(names)_:

        [ ] Does _____ to _____
    a. [ ] who breached an implied warranty
    b. [ ] who breached an express warranty which was
        [ ] written   [ ] oral

Prod. L-7.  [✓] The defendants who are liable to plaintiffs for other reasons and the reasons for the liability are
        [ ] listed in Attachment-Prod. L-7 [✓] as follows:
        The theft of my identity online, their product(s) and system allow for that.

        Premise liability

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(5) [Rev. January 1, 2007]

**CAUSE OF ACTION—Products Liability**

Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

American LegalNet, Inc.
www.FormsWorkflow.com

PLD-PI-001(2)

| SHORT TITLE:<br>Laurie Marie Laskey v Microsoft Corporation | CASE NUMBER: |
|---|---|

1
_(number)_   **CAUSE OF ACTION—General Negligence**   Page ___1___

ATTACHMENT TO ☑ Complaint ☐ Cross - Complaint

_(Use a separate cause of action form for each cause of action.)_

GN-1. Plaintiff _(name):_  Laurie Marie Laskey

alleges that defendant _(name):_ Microsoft Corporation

☑ Does 1_____ to __1000__

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant
negligently caused the damage to plaintiff
on _(date):_  11 - 19 - 2002
at _(place):_ 7882 Shira Street, Windsor CA 95492

_(description of reasons for liability):_
You have a faulty system which created a security breach.

was the windows 95 print program ever upgraded?
the hackers work in the background and the
printer icon shows up in windows 98 and the
other current versions. if it was never upgraded
microsofts employees would have knowledge
of that. my printer does strange things and
strange things appear on my computer(s)

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(2) [Rev. January 1, 2007]   **CAUSE OF ACTION—General Negligence**   Code of Civil Procedure 425.12
www.courtinfo.ca.gov

American LegalNet, Inc.
www.FormsWorkflow.com

Form PLD-PI-001

Item #14

Plaintiff prays for judgment for costs of suit; for such relief as is fair, just, and equitable; and for:

a. (2) of (2) ____ ₩ ____ in the amount of: $ A + B = C (C x D) = Judgement

A = Net worth of the company and or companies involved.

B = What the company and or companies insurance allows.

A + B = C

D = The number of years it has been happening to me and or effected my life.

C x D = Judgement

Or as the courts deem fit, they are a going concern and I am disabled because of it.

Case 3:08-cv-01465-WHA    Document 19-2    Filed 04/29/2008    Page 28 of 68

# Leaving Scraps on the Desktop Deliberately

The Clipboard is a handy way to copy information from one place to another, but it has a major limitation: Every time you copy something new to the Clipboard, it replaces what was copied before. What if you want to copy a *bunch* of things from a document?

If you were cutting and pasting over a real desktop, you could leave little scraps lying everywhere, ready for later use. The same *scraps* concept works with Windows 95: You can move information from window to window, using the desktop as a temporary storage area for your scraps of information.

For example, suppose that you have some paragraphs in a WordPad document you want to copy to some other places. Highlight the first paragraph, drag it out of the WordPad window, and drop it onto the desktop. Poof! A small Scrap icon appears on your desktop. See another interesting paragraph? Drag it onto the desktop, as well: Another Scrap icon appears.

Eventually, you'll have copies of your report's best paragraphs sitting in little scraps on your desktop. To move any of the scraps into another document, just drag them into that other document's window and let go.

Any remaining, unused scraps can be dumped into the Recycling Bin, or simply left on the desktop, adding a nice, comfortable layer of clutter.



To make a scrap, highlight the information you want to move, usually by running the mouse pointer over it while holding down the mouse button. Then, point at the highlighted information and, while holding down the mouse button, point at the Desktop. Let go of the mouse button, and a scrap containing that information appears on the Desktop.

*Note:* Not all Windows 95 applications support Scraps. In fact, WordPad is the only program in the Windows 95 box that can use Scraps.

# Controlling the Printer

Many of the Windows 95 features work in the background. You know that they're there *only* when something is wrong and weird messages start flying around. The Windows 95 print program is one of those programs.

When you choose the Print command in a program, you may see the little Windows 95 printer icon appear at the bottom corner of your screen. When your printer stops spitting out pages, the little printer icon disappears.

---

*Controlling Someones computer via the printer?*
*The hackers work in the back...*
*The printer icon shows up in window*
*...the windows 95 feature ever*

...01-cv-01465-VRW   Document 1-2   Filed 07/23/2008   Page 18 of 117



# Tools

**DNSstuff.com**
YOUR DESTINATION FOR DNS AND NETWORKING TOOLS

**ServerBeach** — Self managed hosting

FREE iPOD

Home   Products   Tools   DNSreport   Resource Center   Forum   How Tools Work

Your IP: 12.109.34.167   ASN: 7018 [ATT INTERNET4]   Near: Quantico, Virginia United States

## DNSreport for msft.net

Generated by www.DNSreport.com at 17:29:11 GMT on 20 Jan 2008.

| Category | Status | Test Name | Information |
|---|---|---|---|
| | PASS | Missing Direct Parent check | OK. Your direct parent zone exists, which is good. Some domains (usually third or fourth level domains, such as example.co.us) do not have a direct parent zone ('co.us' in this example), which is legal but can cause confusion. |
| | INFO | NS records at parent servers | Your NS records at the parent servers are:<br><br>ns1.msft.net.   [207.68.160.190]   [TTL=172800]   [US]<br>ns2.msft.net.   [65.54.240.126]   [TTL=172800]   [US]<br>ns3.msft.net.   [213.199.161.77]   [TTL=172800]   [GB]<br>ns4.msft.net.   [207.46.66.126]   [TTL=172800]   [US]<br>ns5.msft.net.   [65.55.238.126]   [TTL=172800]   [US]<br><br>[These were obtained from a.gtld-servers.net] |

Email link to

| | | | |
|---|---|---|---|
| Parent | PASS | Parent nameservers have your nameservers listed | OK. When someone uses DNS to look up your domain, the first step (if you don't already know about your domain) is to go to the parent server doesn't already know about your domain) is to go to the parent server. If you aren't listed there, you can't be found. But you are listed there |
| | PASS | Glue at parent nameservers | OK. The parent servers have glue for your nameservers. That means they send out the IP address of your nameservers, as well as their host names. |
| | PASS | DNS servers have A records | OK. All your DNS servers either have A records at the zone parent servers, or do not need them (if the DNS servers are on other TLDs). A records are required for your hostnames to ensure that other DNS servers can reach your DNS servers. Note that there will be problems if your DNS servers do not have these same A records. |
| | INFO | NS records at your nameservers | Your NS records at your nameservers are: <br> ns4.msft.net.  [207.46.66.126]  [TTL=172800] <br> ns5.msft.net.  [65.55.238.126]  [TTL=172800] <br> ns1.msft.net.  [207.68.160.190]  [TTL=172800] <br> ns2.msft.net.  [65.54.240.126]  [TTL=172800] <br> ns3.msft.net.  [213.199.161.77]  [TTL=172800] |
| | PASS | Open DNS servers | OK. Your DNS servers do not announce that they are open DNS servers. Although there is a slight chance that they really are open DNS servers this is very unlikely. Open DNS servers increase the chances that of cache poisoning, can degrade performance of your DNS, and can cause your DNS servers to be used in an attack (so it is good that your DNS servers do not appear to be open DNS servers). |
| | PASS | Mismatched glue | OK. The DNS report did not detect any discrepancies between the glue provided by the parent servers and that provided by your authoritative |

DNS servers.

| | | |
|---|---|---|
| PASS | No NS A records at nameservers | OK. Your nameservers do include corresponding A records when asked your NS records. This ensures that your DNS servers know the A record corresponding to all your NS records. |
| PASS | All nameservers report identical NS records | OK. The NS records at all your nameservers are identical. |
| PASS | All nameservers respond | OK. All of your nameservers listed at the parent nameservers responde |
| PASS | Nameserver name validity | OK. All of the NS records that your nameservers report seem valid (no or partial domain names). |
| PASS | Number of nameservers | OK. You have 5 nameservers. You must have at least 2 nameservers (RFC2182 section 5 recommends at least 3 nameservers), and preferal no more than 7. |
| PASS | Lame nameservers | OK. All the nameservers listed at the parent servers answer authoritatively for your domain. |
| PASS | Missing (stealth) nameservers | OK. All 5 of your nameservers (as reported by your nameservers) are a listed at the parent servers. |
| PASS | Missing nameservers 2 | OK. All of the nameservers listed at the parent nameservers are also listed as NS records at your nameservers. |
| PASS | No CNAMEs for domain | OK. There are no CNAMEs for msft.net. RFC1912 2.4 and RFC2181 10. state that there should be no CNAMEs if an NS (or any other) record is |

Case 3:08-cv-01465-VRW    Document 1-2    Filed 03/17/2008    Page 21 of 117

| | | present. |
|---|---|---|
| PASS | No NSs with CNAMEs | OK. There are no CNAMEs for your NS records. RFC1912 2.4 and RFC2181 10.3 state that there should be no CNAMEs if an NS (or any other) record is present. |
| PASS | Nameservers on separate class C's | OK. You have nameservers on different Class C (technically, /24) IP ranges. You must have nameservers at geographically and topological(!) dispersed locations. RFC2182 3.1 goes into more detail about seconda nameserver location. |
| PASS | All NS IPs public | OK. All of your NS records appear to use public IPs. If there were any private IPs, they would not be reachable, causing DNS delays. |
| WARN | TCP Allowed | WARNING: One or more of your DNS servers does not accept TCP connections. Although rarely used, TCP connections are occasionally used instead of UDP connections. When firewalls block the TCP DNS connections, it can cause hard-to-diagnose problems. The problem servers are: <br><br>207.68.160.190: Error [No response to TCP packets].<br>65.54.240.126: Error [No response to TCP packets].<br>213.199.161.77: Error [No response to TCP packets].<br>207.46.66.126: Error [No response to TCP packets].<br>65.55.238.126: Error [No response to TCP packets]. |
| INFO | Nameservers versions | [For security reasons, this test is limited to members] |
| PASS | Stealth NS record leakage | Your DNS servers do not leak any stealth NS records (if any) in non-NS requests. |
| | Your SOA record [TTL=86400] is: | |
| | | Primary nameserver: ns1.msft.net. |

| | | |
|---|---|---|
| **SOA** | | |
| INFO | SOA record | Hostmaster E-mail address: msnhst.microsoft.com.<br>Serial #: 2007121102<br>Refresh: 1800<br>Retry: 900<br>Expire: 2419200<br>Default TTL: 3600 |
| PASS | NS agreement on SOA Serial # | OK. All your nameservers agree that your SOA serial number is 2007121102. That means that all your nameservers are using the same data (unless you have different sets of data with the same serial numb which would be very bad)! Note that the DNSreport only checks the NS records listed at the parent servers (not any stealth servers). |
| PASS | SOA MNAME Check | OK. Your SOA (Start of Authority) record states that your **master** (primary) name server is: **ns1.msft.net.**. That server is listed at the parent servers, which is correct. |
| PASS | SOA RNAME Check | OK. Your SOA (Start of Authority) record states that your DNS contact mail address is: **msnhst@microsoft.com**. (techie note: we have change the initial '.' to an '@' for display purposes). |
| PASS | SOA Serial Number | OK. Your SOA serial number is: **2007121102**. This appears to be in the recommended format of YYYYMMDDnn, where nn is the revision. So th indicates that your DNS was last updated on 11 Dec 2007 (and was revision #2). This number **must** be incremented every time you make a DNS change. |
| PASS | SOA REFRESH value | OK. Your SOA REFRESH interval is : **1800 seconds**. This seems normal (about 3600-7200 seconds is good if not using DNS NOTIFY; RFC1912 2. recommends a value between 1200 to 43200 seconds (20 minutes to 12 hours)). This value determines how often secondary/slave nameserver check with the master for updates. |
| PASS | | OK. Your SOA RETRY interval is : **900 seconds**. This seems normal (abo |

Case 3:08-cv-01465-WHA    Document 1-2    Filed 03/17/2008    Page 23 of 117

| | | | |
|---|---|---|---|
| | PASS | SOA RETRY value | 120-7200 seconds is good). The retry value is the amount of time your secondary/slave nameservers will wait to contact the master nameserver again if the last attempt failed. |
| | PASS | SOA EXPIRE value | OK. Your SOA EXPIRE time: **2419200 seconds**. This seems normal (about 1209600 to 2419200 seconds (2-4 weeks) is good). RFC1912 suggests 2-4 weeks. This is how long a secondary/slave nameserver will wait before considering its DNS data stale if it can't reach the primary nameserver. |
| | PASS | SOA MINIMUM TTL value | OK. Your SOA MINIMUM TTL is: **3600 seconds**. This seems normal (about 3,600 to 86400 seconds or 1-24 hours is good). RFC2308 suggests a value of 1-3 hours. This value used to determine the default (technically, minimum) TTL (time-to-live) for DNS entries, but now is used for negative caching. |
| MX | FAIL | MX Category | ERROR: I couldn't find any MX records for msft.net. If you want to receive E-mail on this domain, you should have MX record(s). Without any MX records, mailservers should attempt to deliver mail to the A record for msft.net. I can't continue in a case like this, so I'm assuming you don't receive mail on this domain. |
| Mail | FAIL | Connect to mail servers | ERROR: I could not find any mailservers for msft.net. |
| WWW | FAIL | WWW Category | ERROR: I couldn't find any A records for www.msft.net. But I did find a referral to ns1.msft.net. (and maybe others). If you want a website at www.msft.net, you will need an A record for www.msft.net. If you do not want a website at www.msft.net, you can ignore this error. |

Legend:

IP Address properties of microsoft.com --> ippages.com



| ippages.com Shortcuts... | ▣ |
| Please support our advertisers if you can... | ▣ |
| ippages.com Featured Articles... | ▣ |

**Microsoft Help & Updates**
Fix Microsoft Errors, Free Download Free
Microsoft Support Today!
dllfix.net

**Repair for Windows XP**
Free Registry Scan, fix errors and improve
performance - 5 Star Rated.
www.pctools.com

**Network Analysis Tools**
Get the Network Visibility You Need
Troubleshoot & Resolve Problems
www.FlukeNetworks.com

Ad

| | |
|---|---|
| Lookup IP Address: | 207.46.130.108 |
| | • *Find other web sites (if any) besides microsoft.com hosted at this IP Address* |
| Lookup IP Address Long: | 3475931756 |
| | • *Do lookups with ?Ipn=3475931756 rather than ?Ip=207.46.130.108 if you wish* |
| Lookup Host Name: | microsoft.com |
| | • *Get DNSreport.com report* |
| | • *Get Alexa Site Info* |
| | • *Get whois.sc report* |
| | • *Find similar domain names* |
| | • *See ICANN list of accredited domain-name registrars* |
| Lookup Internet Service Provider (ISP): | Microsoft Corp (**verified**) |
| Lookup IP Address belongs to (Organization): | Microsoft Corp (**verified**) |
| | Microsoft Corp IP Address Range(s)... ▣ |
| Lookup Country: | US-United States (**verified**) 🖼 |
| | US-United States Country Web Sites ▣ |
| Lookup Country Code3: | USA (**verified**) |
| Lookup Country Currency: | USD-US Dollar (**verified**) |
| | • *Calculate currency exchanges at xe.com* |
| | • *Conversions of Area, Capacity, Volume, Circular measure, Computer storage, Distance, Length, Energy, Work, Fuel Consumption, Power, Pressure, Speed, Temperature, Time, Torque, Mass and Weight at convertplus.com* |
| Lookup Continent: | North America (**verified**) |
| Lookup IP Address in EU: | no (**verified**) |
| Lookup Nationality: | American (**verified**) |
| Lookup Nationality Plural: | Americans (**verified**) |

IP Address properties of microsoft.com --> ippages.com

| | |
|---|---|
| Lookup State: | WA-Washington **(verified)** |
| | Yahoo! State maps |
| Lookup City: | Redmond |

- Map of Redmond at *Mapquest.com*
- Map of Redmond at *GlobeXplorer.com*
- Map of Redmond at *Terraserver-usa.com*
- Map of Redmond at *Maptech.com*
- Map of Redmond at *Multimap.com*
- Map of Redmond at *Google Maps*

| | |
|---|---|
| Lookup Latitude: | 47.6738 **(verified)** |
| Lookup Longitude: | -122.089 **(verified)** |
| Lookup Timezone (relative to UTC): | -08:00 |
| | Timezones near Latitude 47.6738, Longitude -122.089... |
| | Timezones near Redmond WA... |
| Lookup Area Code: | provided to subscribers only |
| Lookup Postal/Zip Code: | provided to subscribers only |
| Lookup DMA Code: | provided to subscribers only |
| Lookup Nmap scan of 207.46.130.108 port 80: | 80/tcp open http |
| Lookup Nmap scan of 207.46.130.108 port 25: | 25/tcp filtered smtp |
| Lookup .com whois.Internic.net: | Whois Server Version 1.3 |

Domain names in the .com and .net domains can now be registered
with many different competing registrars. Go to http://www.internic.net
for detailed information.

*mirrors AoL ->*

MICROSOFT.COM.ZZZZ.DNSW.COM
MICROSOFT.COM.ZZZ.IS.0WNED.AND.HAX0RED.BY.SUB7.NET
MICROSOFT.COM.WILL.LIVE.FOREVER.BECOUSE.UNIXSUCKS.COM
MICROSOFT.COM.WILL.BE.SLAPPED.IN.THE.FACE.BY.MY.BLUE.VEINED.SPANNER.NET
MICROSOFT.COM.WILL.BE.BEATEN.WITH.MY.SPANNER.NET
MICROSOFT.COM.WAREZ.AT.TOPLIST.GULLI.COM
MICROSOFT.COM.WANADOODOO.COM
MICROSOFT.COM.SMELLS.SIMPLECODES.COM
MICROSOFT.COM.SHOULD.GIVE.UP.BECAUSE.LINUXISGOD.COM
MICROSOFT.COM.RAWKZ.MUH.WERLD.MENTALFLOSS.CA
MICROSOFT.COM.OHMYGODITBURNS.COM
MICROSOFT.COM.LIVES.AT.SHAUNEWING.COM
MICROSOFT.COM.IS.NOT.HOSTED.BY.ACTIVEDOMAINDNS.NET
MICROSOFT.COM.IS.NOT.AS.COOL.AS.SIMPLECODES.COM
MICROSOFT.COM.IS.IN.BED.WITH.CURTYV.COM
MICROSOFT.COM.IS.GOD.BECOUSE.UNIXSUCKS.COM
MICROSOFT.COM.IS.A.STEAMING.HEAP.OF.FUCKING-BULLSHIT.NET

*Not very profesional !*

*?*

*The F word shows up on my computer ?*

IP Address properties of microsoft.com --> ippages.com



MICROSOFT.COM.HAS.ITS.OWN.CRACKLAB.COM
MICROSOFT.COM.HAS.A.PRESENT.COMING.FROM.HUGHESMISSILES.COM
MICROSOFT.COM.FLINGS.POO.AT.MONKEYCORE.COM
MICROSOFT.COM.FILLS.ME.WITH.BELLIGERENCE.NET
MICROSOFT.COM.CAN.GO.FUCK.ITSELF.AT.SECZY.COM
MICROSOFT.COM.ARE.GODDAMN.PIGFUCKERS.NET.NS-NOT-IN-SERVICE.COM
MICROSOFT.COM.AND.MINDSUCK.BOTH.SUCK.HUGE.ONES.AT.EXEGETE.NET
MICROSOFT.COM

To single out one record, look it up with "xxx", where xxx is one of the
of the records displayed above. If the records are the same, look them up
with "=xxx" to receive a full display for each record.

>>> Last update of whois database: Tue 8 Nov 2005 02:18:48 EST <<<

NOTICE: The expiration date displayed in this record is the date the
registrar's sponsorship of the domain name registration in the registry is
currently set to expire. This date does not necessarily reflect the expiration
date of the domain name registrant's agreement with the sponsoring
registrar. Users may consult the sponsoring registrar's Whois database to
view the registrar's reported date of expiration for this registration.

TERMS OF USE: You are not authorized to access or query our Whois
database through the use of electronic processes that are high-volume and
automated except as reasonably necessary to register domain names or
modify existing registrations; the Data in VeriSign Global Registry
Services' ("VeriSign") Whois database is provided by VeriSign for
information purposes only, and to assist persons in obtaining information
about or related to a domain name registration record. VeriSign does not
guarantee its accuracy. By submitting a Whois query, you agree to abide
by the following terms of use: You agree that you may use this Data only
for lawful purposes and that under no circumstances will you use this Data
to: (1) allow, enable, or otherwise support the transmission of mass
unsolicited, commercial advertising or solicitations via e-mail, telephone,
or facsimile; or (2) enable high volume, automated, electronic processes
that apply to VeriSign (or its computer systems). The compilation,
repackaging, dissemination or other use of this Data is expressly
prohibited without the prior written consent of VeriSign. You agree not to
use electronic processes that are automated and high-volume to access or
query the Whois database except as reasonably necessary to register
domain names or modify existing registrations. VeriSign reserves the right
to restrict your access to the Whois database in its sole discretion to ensure
operational stability. VeriSign may restrict or terminate your access to the
Whois database for failure to abide by these terms of use. VeriSign
reserves the right to modify these terms at any time.

The Registry database contains ONLY .COM, .NET, .EDU domains and
Registrars.

Google [microsoft.com] [Search]

Lookup microsoft.com in simple text at http://www.ippages.com/simple
or in xml format at http://www.ippages.com/xml

IP Address Lookup Form

IP Address: ☐

or Host Name: ☐

Lookup Subscription Key: ☐

[Lookup]    8 more Lookups allowed today.

Check your Subscription status here.

Choose the lookup fields you want to see. Using our simple text or xml interface, you can specify with the &get= parameter any available field name, in any sequence. For example http://www.ippages.com/simple/?host=yahoo.com&get=ip,country,state_name,city,timezone will get you a comma-delimited list of only the 5 lookup fields specified.

Multiple data sources are used for some lookup fields. You will see (verified) whenever and wherever we can get the same result from more than 1 data source. In some instances, though, this will only be available to subscribers.

IP Address Lookup file to upload:

☐    [Browse...]

Lookup Subscription Key: ☐

Lookup data fields to retrieve: ip,country_code,remaining_count

- For a complete list of available Lookup data fields, do your file upload from here.

[Upload Lookup File]

Need to purchase additional IP Address Lookups? Or get access to all returned data fields? Or need more consistent, faster lookup results? 🌐

ippages.com Shortcuts...

Version 3.04.085. Dynamically created with PHP, MySQL, Javascript, MaxMind GeoIP, and Ip2Location in 72.8575 seconds. Maps and boundary data are copyrighted by FOTW Flags of the World. Use more than once every 10 seconds is not allowed. Now providing services to over 500,000 IP Addresses per month, from over 150 countries. Comments? Ideas? Click here.
Print... | Close |

sponsored in part by

DOMAIN SPONSOR .COM

XML Powered

# Whois Source

Whois Source | Mark Alert | Internet Statistics | Domain News | Whois Directory | Webmaster Information | XML API Partners | Registry Partners | Newsletter | About us

Reverse IP - Bulk Check - Preferences - Remote Search - Shopping Cart - Login

Name Spinner Domain Explorer At Auction For Sale (new)

Search **Name Spinner:** microsoft    [Search]

Search **Domain Explorer:** microsoft    [Search] · advanced · preferences

| Block: | ☐ numbers | **Adult Filter:** | ◉ on | ○ off |
|---|---|---|---|---|
| **Hyphens:** | ○ No | ○ Yes | ◉ Show both | |
| **Options:** | ☐ Left Anchor | ☐ Right Anchor | ☐ Ordered | |
| **Search:** | ○ Active only | ○ Deleted only | ◉ Both | |
| **Options:** | Results: 100 | Domain Length: 25 | | |

Search **At Auction:** microsoft    [Search] · advanced · preferences

Search **For Sale:** (new) microsoft    [Search]

**Spry VPS Hosting**
cPanel/Plesk | 100% Root | Pick OS
Unlimited Domains from $33.29/mo
www.spry.com

**DomainSponsor.com**
Get paid to Park your domains,
Fastest Payout in the industry.
www.domainsponsor.com

**Simply the best Whois**
Whois Source respects privacy.
We protect your email address.
www.whois.sc

Advertise on Whois S

## MICROSOFT.COM

| | |
|---|---|
| **Website Title:** | Microsoft Corporation |
| **Meta Description:** | The entry page to Microsoft's Web site. Fin software, solutions, answers, support, and Microsoft news. |
| **Meta Keywords:** | products; headlines; downloads; news; Wel site; what's new; solutions; services; softwa contests; corporate news; |
| **Response Code:** | 200 |
| **SSL Cert:** | www.microsoft.com expires in 106 days |
| **Alexa Trend/Rank:** | ⬇ 13 (1 Month)  11 (3 Month) |
| **DMOZ:** | 1039 listings |
| **Y! Directory:** | 244 listings |

Image updated 2005-10-01

| | |
|---|---|
| **Website Status:** | Active |
| **Reverse IP:** | Web server hosts 6 websites (reverse ip tool require free login) |
| **Server Type:** | Microsoft-IIS/6.0 |
| **IP Address:** | 207.46.18.30 (ARIN & RIPE IP search) |
| **IP Location:** | ▓▓ - Washington - Redmond - Microsoft Co |
| **Blacklist Status:** | Clear |
| **Cached Whois:** | Cached today |
| **Whois History:** | 968 records stored<br>Oldest:  2001-12-19<br>Newest: 2005-11-08 |
| **Record Type:** | Domain Name |
| **Monitor:** | Monitor or Backorder |
| **Wildcard search:** | 'microsoft' in all domains. |
| **Other TLDs:** | .com .net .org .info .biz .us |
| | X   X   X   X   X   X |
| **Name Server:** | NS3.MSFT.NET |
| **ICANN Registrar:** | TUCOWS INC. |
| **Created:** | 1991-05-02 |
| **Expires:** | 2014-05-03 |
| **Status:** | REGISTRAR-LOCK |

**Alexa Related Sites: 11**
sun.com
adobe.com
redhat.com
novell.com
linux.org
ibm.com
hp.com
corel.com
apple.com
pspinc.com
yahoo.com

Registrant:
Microsoft Corporation
One Microsoft Way
Redmond, WA 98052
US

Domain name: MICROSOFT.COM

Administrative Contact:
 Administrator, Domain  domains@microsoft.com
 One Microsoft Way
 Redmond, WA 98052
 US
 +1.4258828080
Technical Contact:
 Hostmaster, MSN  msnhst@microsoft.com
 One Microsoft Way

Redmond, WA 98052
US
+1.4258828080

Registration Service Provider:
DBMS VeriSign, dbms-support@verisign.com

800-579-2848 x4
Please contact DBMS VeriSign for domain updates, DNS/Nameserver
changes, and general domain support questions.

Case 3:08-cv-01465-VRW    Document 1-2    Filed 03/17/2008    Page 30 of 117

Registrar of Record: TUCOWS, INC.
Record last updated on 27-Jan-2005.
Record expires on 03-May-2014.
Record created on 02-May-1991.

Domain servers in listed order:
NS5.MSFT.NET   207.46.138.20
NS3.MSFT.NET   213.199.144.151
NS2.MSFT.NET   64.4.25.30
NS4.MSFT.NET   207.46.66.75
NS1.MSFT.NET   207.46.245.230

Domain status: REGISTRAR-LOCK



## Domains
### For Sale
by Name Intelligence

| Price | Domain | Price | Domain | Price | Domain |
|---|---|---|---|---|---|
| $500.00 | microsoftwireless.com | $75.00 | microsoftbooks.com | $700.00 | microsoftlinks.com |
| $700.00 | microsoftsystems.com | $100.00 | microsofthistory.com | $300.00 | microsoftwin.com |
| $400.00 | badmicrosoft.com | $300.00 | microsoftgate.com | $200.00 | microsoftguru.com |
| $60.00 | microsoftproduct.com | $500.00 | microsoftprograms.com | $500.00 | microsoftpatches.cc |



## Domains at Auction
by Name Intelligence

microsoftsecuritylitigation.com    microsoftsecuritysettlement.com    microsoftsecurityclassaction.co

microsoftsecuritylawsuit.com    elpleitomicrosoft.com    microsoft-e.com

procesmicrosoft.com    pleitomicrosoft.com    rechtsstreitmicrosoft.com

# DNS Report for microsoft.com

Generated by www.DNSreport.com at 16:12:04 GMT on 08 Nov 2005.

| Category | Status | Test Name | Information |
|---|---|---|---|
| Parent | PASS | Missing Direct Parent check | OK. Your direct parent zone exists, which is good. Some domains (usually third or fourth level domains, such as example.co.us) do not have a direct parent zone ('co.us' in this example), which is legal but can cause confusion. |
| | INFO | NS records at parent servers | Your NS records at the parent servers are:<br><br>`ns1.msft.net. [207.46.245.230] [TTL=172800] [US]`<br>`ns2.msft.net. [64.4.25.30] [TTL=172800] [US]`<br>`ns3.msft.net. [213.199.144.151] [TTL=172800] [UK]`<br>`ns4.msft.net. [207.46.66.75] [TTL=172800] [US]`<br>`ns5.msft.net. [207.46.138.20] [TTL=172800] [US]`<br><br>[These were obtained from h.gtld-servers.net] |
| | PASS | Parent nameservers have your nameservers listed | OK. When someone uses DNS to look up your domain, the first step (if it doesn't already know about your domain) is to go to the parent servers. If you aren't listed there, you can't be found. But you are listed there. |
| | PASS | Glue at parent nameservers | OK. The parent servers have glue for your nameservers. That means they send out the IP address of your nameservers, as well as their host names. |
| | PASS | DNS servers have A records | OK. All your DNS servers either have A records at the zone parent servers, or do not need them (if the DNS servers are on other TLDs). A records are required for your hostnames to ensure that other DNS servers can reach your DNS servers. Note that there will be problems if your DNS servers do not have these same A records. |
| | INFO | NS records at your nameservers | Your NS records at your nameservers are:<br><br>`ns1.msft.net. [207.46.245.230] [TTL=172800]`<br>`ns2.msft.net. [64.4.25.30] [TTL=172800]`<br>`ns3.msft.net. [213.199.144.151] [TTL=172800]`<br>`ns4.msft.net. [207.46.66.75] [TTL=172800]`<br>`ns5.msft.net. [207.46.138.20] [TTL=172800]` |
| | PASS | Mismatched glue | OK. The DNS report did not detect any discrepancies between the glue provided by the parent servers and that provided by your authoritative DNS servers. |
| | PASS | No NS A records at nameservers | OK. Your nameservers do include corresponding A records when asked for your NS records. This ensures that your DNS servers know the A records corresponding to all your NS records. |

| | | |
|---|---|---|
| **PASS** | All nameservers report identical NS records | OK. The NS records at all your nameservers are identical. |
| **PASS** | All nameservers respond | OK. All of your nameservers listed at the parent nameservers responded. |
| **PASS** | Nameserver name validity | OK. All of the NS records that your nameservers report seem valid (no IPs or partial domain names). |
| **PASS** | Number of nameservers | OK. You have 5 nameservers. You must have at least 2 nameservers (RFC2182 section 5 recommends at least 3 nameservers), and preferably no more than 7. |
| **PASS** | Lame nameservers | OK. All the nameservers listed at the parent servers answer authoritatively for your domain. |
| **PASS** | Missing (stealth) nameservers | OK. All 5 of your nameservers (as reported by your nameservers) are also listed at the parent servers. |
| **PASS** | Missing nameservers 2 | OK. All of the nameservers listed at the parent nameservers are also listed as NS records at your nameservers. |
| **PASS** | No CNAMEs for domain | OK. There are no CNAMEs for microsoft.com. RFC1912 2.4 and RFC2181 10.3 state that there should be no CNAMEs if an NS (or any other) record is present. |
| **PASS** | No NSs with CNAMEs | OK. There are no CNAMEs for your NS records. RFC1912 2.4 and RFC2181 10.3 state that there should be no CNAMEs if an NS (or any other) record is present. |
| **PASS** | Nameservers on separate class C's | OK. You have nameservers on different Class C (technically, /24) IP ranges. You must have nameservers at geographically and topologically dispersed locations. RFC2182 3.1 goes into more detail about secondary nameserver location. |
| **PASS** | All NS IPs public | OK. All of your NS records appear to use public IPs. If there were any private IPs, they would not be reachable, causing DNS delays. |
| **INFO** | Nameservers versions | Your nameservers have the following versions:<br><br>207.46.245.230: No version info available (CHAOS not implemented).<br>64.4.25.30: No version info available (CHAOS not implemented).<br>213.199.144.151: No version info available (CHAOS not implemented).<br>207.46.66.75: No version info available (CHAOS not |

(The "NS" label appears in the left margin spanning these rows.)

Case 3:08-cv-01465-VRW   Document 1-2   Filed 03/17/2008   Page 32 of 117

| | | | implemented).<br>207.46.138.20: No version info available (CHAOS not implemented). |
|---|---|---|---|
| **PASS** | Stealth NS record leakage | | Your DNS servers do not leak any stealth NS records (if any) in non-NS requests. |
| **INFO** | SOA record | | Your SOA record [TTL=3600] is:<br><br>`Primary nameserver: dns.cp.msft.net.`<br>`Hostmaster E-mail address: msnhst.microsoft.com.`<br>`Serial #: 2005110701`<br>`Refresh: 300`<br>`Retry: 600`<br>`Expire: 2419200`<br>`Default TTL: 3600` |

| | | | |
|---|---|---|---|
| **PASS** | NS agreement on SOA serial # | | OK. All your nameservers agree that your SOA serial number is 2005110701. That means that all your nameservers are using the same data (unless you have different sets of data with the same serial number, which would be very bad)! Note that the DNS Report only checks the NS records listed at the parent servers (not any stealth servers). |
| **WARN** | SOA MNAME Check | | WARNING: Your SOA (Start of Authority) record states that your **master** (primary) name server is: **dns.cp.msft.net.**. However, that server is not listed at the parent servers as one of your NS records. This is probably legal, but you should be sure that you know what you are doing. |
| **PASS** | SOA RNAME Check | | OK. Your SOA (Start of Authority) record states that your DNS contact E-mail address is: **msnhst@microsoft.com**. (techie note: we have changed the initial '.' to an '@' for display purposes). |
| **PASS** | SOA Serial Number | | OK. Your SOA serial number is: **2005110701**. This appears to be in the recommended format of YYYYMMDDnn, where 'nn' is the revision. For example, if you are making the 3rd change on 02 May 2000, you would use 2000050203. This number **must** be incremented every time you make a DNS change. |
| **WARN** | SOA REFRESH value | | WARNING: Your SOA REFRESH interval is : **300 seconds**. This seems low. You should consider increasing this value to about 3600-7200 seconds. RFC1912 2.2 recommends a value between 1200 to 43200 seconds (20 minutes to 12 hours). A value that is too low will unncessarily increase Internet traffic. |
| **PASS** | SOA RETRY | | OK. Your SOA RETRY interval is : **600 seconds**. This seems normal (about 120-7200 seconds is good). The retry value is the amount of time your secondary/slave |

SOA

| | | | |
|---|---|---|---|
| | | value | nameservers will wait to contact the master nameserver again if the last attempt failed. |
| | PASS | SOA EXPIRE value | OK. Your SOA EXPIRE time: **2419200 seconds**. This seems normal (about 1209600 to 2419200 seconds (2-4 weeks) is good). RFC1912 recommends 2-4 weeks. This is how long a secondary/slave nameserver will wait before considering its DNS data stale if it can't reach the primary nameserver. |
| | PASS | SOA MINIMUM TTL value | OK. Your SOA MINIMUM TTL is: **3600 seconds**. This seems normal (about 3,600 to 86400 seconds or 1-24 hours is good). RFC2308 suggests a value of 1-3 hours. This value used to determine the default (technically, minimum) TTL (time-to-live) for DNS entries, but now is used for negative caching. |
| MX | INFO | MX Record | Your 3 MX records are:<br>10 mailc.microsoft.com. [TTL=3600] IP=205.248.102.79 [TTL=3600] [US]<br>IP=205.248.102.78 [TTL=3600] [US]<br>10 maila.microsoft.com. [TTL=3600] IP=131.107.3.125 [TTL=3600] [US]<br>IP=131.107.3.124 [TTL=3600] [US]<br>10 mailb.microsoft.com. [TTL=3600] IP=131.107.3.123 [TTL=3600] [US]<br>IP=205.248.102.77 [TTL=3600] [US] |
| | PASS | Invalid characters | OK. All of your MX records appear to use valid hostnames, without any invalid characters. |
| | PASS | All MX IPs public | OK. All of your MX records appear to use public IPs. If there were any private IPs, they would not be reachable, causing slight mail delays, extra resource usage, and possibly bounced mail. |
| | PASS | MX records are not CNAMEs | OK. Looking up your MX record did not just return a CNAME. If an MX record query returns a CNAME, extra processing is required, and some mail servers may not be able to handle it. |
| | PASS | MX A lookups have no CNAMEs | OK. There appear to be no CNAMEs returned for A records lookups from your MX records (CNAMEs are prohibited in MX records, according to RFC974, RFC1034 3.6.2, RFC1912 2.4, and RFC2181 10.3). |
| | PASS | MX is host name, not IP | OK. All of your MX records are host names (as opposed to IP addresses, which are not allowed in MX records). |
| | PASS | Multiple MX records | OK. You have multiple MX records. This means that if one is down or unreachable, the other(s) will be able to accept mail for you. |
| | PASS | Differing MX-A | OK. I did not detect differing IPs for your MX records (this would happen if your DNS servers return different IPs than the DNS servers that are |

Case 3:08-cv-01465-WHA    Document 19-2    Filed 04/29/2008    Page 34 of 117

| | | records | authoritative for the hostname in your MX records). |
|---|---|---|---|
| PASS | | Duplicate MX records | OK. You do not have any duplicate MX records (pointing to the same IP). Although technically valid, duplicate MX records can cause a lot of confusion, and waste resources. |
| PASS | | Reverse DNS entries for MX records | OK. The IPs of all of your mail server(s) have reverse DNS (PTR) entries. RFC1912 2.1 says you should have a reverse DNS for all your mail servers. It is strongly urged that you have them, as many mailservers will not accept mail from mailservers with no reverse DNS entry. Note that this information is *cached*, so if you changed it recently, it will not be reflected here (see the www.DNSstuff.com Reverse DNS Tool for the current data). The reverse DNS entries are:<br><br>`78.102.248.205.in-addr.arpa` `mail5.microsoft.com.` `[TTL=2460]`<br>`124.3.107.131.in-addr.arpa` `mail2.microsoft.com.` `[TTL=2460]`<br>`77.102.248.205.in-addr.arpa` `mailb.microsoft.com.` `[TTL=2460]` |

Case 3:08-cv-01465-VRW    Document 1-2    Filed 03/17/2008    Page 35 of 117

| | | Connect to mail servers | OK: I was able to connect to all of your mailservers. |
|---|---|---|---|
| PASS | Mail | | |
| PASS | | Mail server host name in greeting | OK: All of your mailservers have their host name in the greeting:<br><br>`mailb.microsoft.com:`<br>`    220 IGB-IMC-01.northamerica.corp.microsoft.com <Inbound SM`<br>`Virtual Server> Tue, 8 Nov 2005 08:12:10 -0800`<br>`mailc.microsoft.com:`<br>`    220 IGS-IMC-02.northamerica.corp.microsoft.com <Inbound SM`<br>`Virtual Server> Tue, 8 Nov 2005 08:12:10 -0800`<br>`maila.microsoft.com:`<br>`    220 IGR-IMC-02.redmond.corp.microsoft.com <Inbound SMTP`<br>`Virtual Server> Tue, 8 Nov 2005 08:12:11 -0800` |
| PASS | | Acceptance of NULL <> sender | OK: All of your mailservers accept mail from "<>". You are required (RFC11 5.2.9) to receive this type of mail (which includes reject/bounce messages and return receipts). |
| PASS | | Acceptance of postmaster address | OK: All of your mailservers accept mail to postmaster@microsoft.com (as required by RFC822 6.3, RFC1123 5.2.7, and RFC2821 4.5.1). |
| PASS | | Acceptance of abuse address | OK: All of your mailservers accept mail to abuse@microsoft.com. |
| INFO | | Acceptance of domain | WARNING: One or more of your mailservers does not accept mail in the domain literal format (user@[0.0.0.0]). Mailservers are technically required RFC1123 5.2.17 to accept mail to domain literals for any of its IP addresses. I accepting domain literals can make it more difficult to test your mailserver, an can prevent you from receiving E-mail from people reporting problems with your mailserver. However, it is unlikely that any problems will occur if the domain literals are not accepted (mailservers at many common large domains have this problem). |

DNS Report - microsoft.com

| | literals | mailb.microsoft.com's postmaster@[205.248.102.77] response:<br>    >>> RCPT TO:<postmaster@[205.248.102.77]><br>    <<< 550 5.7.1 Unable to relay for postmaster@[205.248.102.<br>mailc.microsoft.com's postmaster@[205.248.102.78] response:<br>    >>> RCPT TO:<postmaster@[205.248.102.78]><br>    <<< 550 5.7.1 Unable to relay for postmaster@[205.248.102.<br>maila.microsoft.com's postmaster@[131.107.3.124] response:<br>    >>> RCPT TO:<postmaster@[131.107.3.124]><br>    <<< 550 5.7.1 Unable to relay for postmaster@[131.107.3.12 |
|---|---|---|
| **PASS** | Open relay test | OK: All of your mailservers appear to be closed to relaying. This is *not* a thorough check, you can get a thorough one here.<br>mailb.microsoft.com OK: 550 5.7.1 Unable to relay for Not.abuse.see.www.DNSreport.com.from.IP.12.109.34.158@DNSreport.com<br>mailc.microsoft.com OK: 550 5.7.1 Unable to relay for Not.abuse.see.www.DNSreport.com.from.IP.12.109.34.158@DNSreport.com<br>maila.microsoft.com OK: 550 5.7.1 Unable to relay for Not.abuse.see.www.DNSreport.com.from.IP.12.109.34.158@DNSreport.com |
| **PASS** | SPF record | You have an SPF record. This is very good, as it will help prevent spammers from abusing your domain. Your SPF record is:<br>"v=spf1 mx redirect=_spf.microsoft.com" [TTL=3600] |

| WWW | **INFO** | WWW Record | Your www.microsoft.com A record is:<br>www.microsoft.com.   CNAME   toggle.www.ms.akadns.net. |
|---|---|---|---|
| | **PASS** | All WWW IPs public | OK. All of your WWW IPs appear to be public IPs. If there were IPs, they would not be reachable, causing problems reaching you |
| | **WARN** ✳ | CNAME Lookup | WARNING. Your web site (www.microsoft.com) has a CNAME pointing to toggle.www.ms.akadns.net.. That by itself is confusin acceptable. However, the CNAME record in this case causes an e lookup, which will slightly delay visitors to your website, and use bandwidth. |

Legend:

- Rows with a FAIL indicate a problem that in most cases really should be fixed.
- Rows with a WARN indicate a possible minor problem, which often is not worth pursuing.
- Note that all information is accessed in real-time (except where noted), so this is the freshest information about your domain.

(C) Copyright 2000-2005 R. Scott Perry

find law 10

Mailbox



1h~~~~~~~~~~~~~~~~~ Return-Path: <unit11bb@hotmail.com>
Received: from mx10.nyc.untd.com (mx10.nyc.untd.com [10.140.24.70])
        by maildeliver07.lax.untd.com with SMTP id AAA87W8DXAW9CH3A
        for <temptress2000@juno.com> (sender <unit11bb@hotmail.com>);
        Tue, 19 Nov 2002 09:44:25 -0800 (PST)
Received: from hotmail.com (f122.law4.hotmail.com [216.33.149.122])
        by mx10.nyc.untd.com with SMTP id AAA87W8DDAQCNERJ
        for <temptress2000@juno.com> (sender <unit11bb@hotmail.com>);
        Tue, 19 Nov 2002 12:44:03 -0500 (EST)
Received: from mail pickup service by hotmail.com with Microsoft
SMTPSVC;
        Tue, 19 Nov 2002 09:44:02 -0800
Received: from 12.218.155.165 by lw4fd.law4.hotmail.msn.com with HTTP;
        Tue, 19 Nov 2002 09:44:01 -0800
X-Originating-IP: [12.218.155.165]
From: "Butch Davis" <unit11bb@hotmail.com>
To: temptress2000@juno.com
Bcc:
Subject: Chemistry Test while swimming.
Date: Tue, 19 Nov 2002 09:44:01 -0800
Mime-Version: 1.0
Content-Type: multipart/mixed; boundary="----_NextPart_000_1439_37b3_
1052"
Message-ID: <F122vHHNxE87diADJHF0000eaf4@hotmail.com>
X-OriginalArrivalTime: 19 Nov 2002 17:44:02.0305 (UTC) FILETIME=
[3F62A710:01C28FF3]

Case 3:08-cv-01465-WHA    Document 12    Filed 03/17/2008    Page 37 of 117

Why does law 4 Show up?

now I have a match

☒ showmyip.com

showmyip.com Shortcuts...

Please support our advertisers if you can...

showmyip.com Featured Articles...

**Spyware Virus Remover**
PC Magazine Editor's Choice Winner Best Anti-Spyware. Download
Now!
www.pctools.com

**Wireless Lan Sniffer**
Advanced network tools for IT professionals. Learn more here.
optiview.flukenetworks.com

Advertise on this site
Ads by Google

.ookup IP Address:

207.68.172.246

- *Find other websites (if any) besides msn.com hosted at this IP Address*

.ookup IP Address Long:

3477384438

- *Do lookups with ?ipn=3477384438 rather than ?ip=207.68.172.246 if you wish*

.ookup Host Name:

msn.com

- *Get DNSreport.com report*
- *Get Alexa Site Info*
- *Get whois.sc report*
- *Find similar domain names*
- *See ICANN list of accredited domain-name registrars*

.ookup Reverse Host Name (DNS lookup on
207.68.172.246) :

email.msn.com

- *Get DNSreport.com report*
- *Get Alexa Site Info*
- *Get whois.sc report*
- *find similar domain names*

.ookup Internet Service Provider (ISP):

Microsoft Corp (verified)

.ookup IP Address belongs to (Organization):

Microsoft Corp (verified)

Microsoft Corp IP Address Range(s)...

.ookup Domain Name Server(s):

- *ns1.msft.net (207.46.245.230) in Redmond, Washington, United States* ☐
- *ns2.msft.net (64.4.25.30) in Redmond, Washington, United States* ☐
- *ns3.msft.net (213.199.144.151) in London, Lambeth, United Kingdom* ⊞
- *ns4.msft.net (207.46.66.75) in Redmond, Washington, United States* ☐
- *ns5.msft.net (207.46.138.20) in Redmond, Washington, United States* ☐

.ookup Domain Mail Server(s):

- *5 mx2.hotmail.com (65.54.244.40) in Redmond, Washington, United States* ☐
- *5 mx3.hotmail.com (65.54.244.72) in Redmond, Washington, United States* ☐
- *5 mx4.hotmail.com (65.54.245.104) in Redmond, Washington, United States* ☐
- *5 mx1.hotmail.com (64.4.50.50) in Redmond, Washington, United States* ☐

Lookup Country: US-United States (verified)

US-United States Country Web Sites

Lookup Country Code3: USA (verified)

Lookup Country Currency: USD-US Dollar (verified)

- Calculate currency exchanges at xe.com
- Conversions of Area, Capacity, Volume, Circular measure, Computer storage, Distance, Length, Energy, Work, Fuel Consumption, Power, Pressure, Speed, Temperature, Time, Torque, Mass and Weight at convertplus.com

Lookup Continent: North America (verified)

Lookup IP Address in EU: NO (verified)

Lookup Nationality: American (verified)

Lookup Nationality Plural: Americans (verified)

Lookup State: WA-Washington (verified)

Yahoo! State maps

Washington, United States best web sites... [Go...]

Lookup City: Redmond

Try Google Location Search in Redmond?

- Map of Redmond at Mapquest.com
- Map of Redmond at GlobeXplorer.com
- Map of Redmond at Terraserver-usa.com
- Map of Redmond at Maptech.com
- Map of Redmond at Multimap.com
- Map of Redmond at Google Maps

Lookup Latitude: 47.6738 (verified)

Lookup Longitude: -122.089 (verified)

Lookup Timezone (relative to UTC): -08:00

Timezones near Latitude 47.6738, Longitude -122.089...

Timezones near Redmond WA...

Lookup Area Code: provided to subscribers only

Lookup Postal/Zip Code: provided to subscribers only

Lookup DMA Code: provided to subscribers only

Lookup Nmap scan of 207.68.172.246 port 80: available only with &get=nmap parameter

Lookup Nmap scan of 207.68.172.246 port 25: available only with &get=nmap parameter

Google™ msn.com [Search]

...ookup msn.com in simple text at http://...w.showmyip.com/simple
or in xml format at http://www.showmyip.com/xml

## Address Lookup Form

IP Address:

or Host Name:

Lookup Subscription Key:

[ Lookup ]    95 more Lookups allowed today.

Check your Subscription status here.

Choose the lookup fields you want to see. Using our simple text or xml interface, you can specify with the &get= parameter
any available field name, in any sequence. For example http://www.showmyip.com/simple/?
host=yahoo.com&get=ip,country,state_name,city,timezone will get you a comma delimited list of only the lookup fields
specified.

Multiple data sources are used for some lookup fields. You will see **(verified)** whenever and wherever we can get the same
result from more than 1 data source. In some instances, though, this will only be available to subscribers.

---

**IP Address Lookup file to upload:**      [ Browse... ]

Lookup Subscription Key:

Lookup data fields to retrieve:   ip,country_code,remaining_count

- For a complete list of available Lookup data fields, do your file upload from here.

[ Upload Lookup File ]

---

Need to purchase additional IP Address Lookups? Or get access to
all returned data fields? Or need more consistent, faster lookup
results? (®)

showmyip.com Shortcuts...

---

...sion 3.05.010. Dynamically created with PHP, MySQL, Javascript, MaxMind GeoIP, and Ip2Location in 6.7324 seconds. Maps and boundary data are
...pyrighted by FOTW Flags of the World. Use more than once every 10 seconds is not allowed. Now providing services to over 500,000 IP Addresses per
...nth, from over 150 countries. Comments? Ideas? Click here.
...t... | Close |



XML Powered

# Whois Source



Reverse IP - Bulk Check - Preferences - Remote Search - Shopping Cart - Login

Name Spinner Domain Explorer At Auction For Sale (new)

Search Name Spinner: msn                                    [ Search ]

Search Domain Explorer: msn                                [ Search ] · advanced · preferences

| Block: | ☐ numbers | Adult Filter: ◉ on  ○ off |
|---|---|---|
| Hyphens: | ○ No | ○ Yes    ◉ Show both |
| Options: | ☐ Left Anchor | ☐ Right Anchor  ☐ Ordered |
| Search: | ○ Active only | ○ Deleted only  ◉ Both |
| Options: | Results: 100 | Domain Length: 25 |

Search At Auction: msn                                     [ Search ] · advanced · preferences

Search For Sale: (new) msn                                 [ Search ]

**DomainSponsor.com**
Get paid to Park your domains,
Fastest Payout in the industry.
www.domainsponsor.com

**Spry VPS Hosting**
cPanel/Plesk | 100% Root | Pick OS
Unlimited Domains from $33.29/mo
www.spry.com

**Simply the best Whois**
Whois Source respects privacy.
We protect your email address.
www.whois.sc

Advertise on Whois Source

❦ **MSN.COM**

| | |
|---|---|
| **Website Title:** | MSN.com |
| **Response Code:** | 200 |
| **SSL Cert:** | No valid SSL on this Host, Get Secure |
| **Alexa Trend/Rank:** | 2 (1 Month)   2 (3 Month) |
| **DMOZ:** | 3514 listings |
| **Y! Directory:** | 461 listings |
| **Website Status:** | Active |
| **Reverse IP:** | Web server hosts 3 websites (reverse ip tool requires free login) |
| **Server Type:** | Microsoft-IIS/6.0 |
| **IP Address:** | 207.68.183.32 (ARIN & RIPE IP search) |
| **IP Location:** | 🏴 - Washington - Redmond - Microsoft Corp |
| **Blacklist Status:** | Clear |
| **Cached Whois:** | Cached today |
| | 920 records stored |

Image updated 2005-10-02

**Alexa Related Sites: 11**
altavista.com
netscape.com
microsoft.com
hotbot.com
google.com
go.com
geocities.com
excite.com
cnet.com
aol.com
yahoo.com

**Whois History:**    Oldest:  2002-08-01
                       Newest: 2006-01-11

**Record Type:**      Domain Name
**Monitor:**          Monitor or Backorder
**Wildcard search:**  'msn' in all domains.

.com .net .org .info .biz .us

**Other TLDs:**       ▨▨ ▣ ▨ ▨ ☐  [1 available domains]

**Name Server:**      NS3.MSFT.NET
**ICANN Registrar:**  TUCOWS INC.
**Created:**          1994-11-10
**Expires:**          2014-06-04
**Status:**           REGISTRAR-LOCK

Registrant:
Microsoft Corporation
One Microsoft Way
Redmond, WA 98052
US

Domain name: MSN.COM

Administrative Contact:
   Administrator, Domain   domains@microsoft.com
   One Microsoft Way
   Redmond, WA 98052
   US
   +1.4258828080
Technical Contact:
   Hostmaster, MSN   msnhst@microsoft.com
   One Microsoft Way
   Redmond, WA 98052
   US
   +1.4258828080

Registration Service Provider:
   DBMS VeriSign,   dbms-support@verisign.com
   800-579-2848 x4
   Please contact DBMS VeriSign for domain updates, DNS/Nameserver
   changes, and general domain support questions.

Registrar of Record: TUCOWS, INC.
Record last updated on 28-Jan-2005.
Record expires on 04-Jun-2014.
Record created on 10-Nov-1994.

Domain servers in listed order:
   NS1.MSFT.NET   207.46.245.230

NS3.MSFT.NET   213.199.14   1
NS5.MSFT.NET   207.46.138.20
NS2.MSFT.NET   64.4.25.30
NS4.MSFT.NET   207.46.66.75

Domain status: REGISTRAR-LOCK

---

## Domains
### For Sale
by Name Intelligence



| Price | Domain | Price | Domain | Price | Domain |
|-------|--------|-------|--------|-------|--------|
| $10.00 | MsnBz.com | $699.00 | GayMsn.com | $499.00 | MsnGay.com |
| $60.00 | YesMsn.com | $200.00 | MsnNo.com | $200.00 | EzMsn.com |
| $300.00 | MsnBbs.com | $60.00 | 96Msn.com | $20.00 | YoMsn.com |
| $800.00 | Msn04.com | $60.00 | Msn55.com | $200.00 | Msn51.com |

---

## Domains at Auction
by Name Intelligence

LOlMetMsn.com          MsnWarez.com          CoMsnArt.com

MsnLawsuit.com         PoMsnGriffs.com       CoolMsn.net

NyMsn.com

---

Whois | About us | Reverse IP | Whois History | Mark Alert | XML Name Spinner | Holiday Members | Silver Membership | Domain News | Web Hosting | Whois Privacy | Site Map

Similar: eNom's Domain Name

Copyright © 1998-2006
All rights reserved.
Patents Pending.

# DNS Report for msn.com

Generated by www.DNSreport.com at 20:42:42 GMT on 11 Jan 2006.

| Category | Status | Test Name | Information |
|---|---|---|---|
| Parent | PASS | Missing Direct Parent check | OK. Your direct parent zone exists, which is good. Some domains (usually third or fourth level domains, such as example.co.us) do not have a direct parent zone (co.us in this example), which is legal but can cause confusion. |
| | INFO | NS records at parent servers | Your NS records at the parent servers are:<br>ns1.msft.net. [207.46.245.230] [TTL=172800] [US]<br>ns2.msft.net. [64.4.25.30] [TTL=172800] [US]<br>ns3.msft.net. [213.199.144.151] [TTL=172800] [UK]<br>ns4.msft.net. [207.46.66.75] [TTL=172800] [US]<br>ns5.msft.net. [207.46.138.20] [TTL=172800] [US]<br>[These were obtained from g.gtld-servers.net] |
| | PASS | Parent nameservers have your nameservers listed | OK. When someone uses DNS to look up your domain, the first step (if it doesn't already know about your domain) is to go to the parent servers. If you aren't listed there, you can't be found. But you are listed there. |
| | PASS | Glue at parent nameservers | OK. The parent servers have glue for your nameservers. That means they send out the IP address of your nameservers, as well as their host names. |
| | PASS | DNS servers have A records | OK. All your DNS servers either have A records at the zone parent servers, or do not need them (if the DNS servers are on other TLDs). A records are required for your hostnames to ensure that other DNS servers can reach your DNS servers. Note that there will be problems if your DNS servers do not have these same A records. |
| NS | INFO | NS records at your | Your NS records at your nameservers are:<br>ns2.msft.net. [64.4.25.30] [TTL=172800] |

Case 3:08-cv-01465-VRW   Document 1-3   Filed 03/17/2008   Page 44 of 117

| | nameservers | ns3.msft.net. [213.199.144.151] [TTL=172800] ns4.msft.net. [207.46.66.75] [TTL=172800] ns5.msft.net. [207.46.138.20] [TTL=172800] ns1.msft.net. [207.46.245.230] [TTL=172800] |
|---|---|---|
| PASS | Mismatched glue | OK. The DNS report did not detect any discrepancies between the glue provided by the parent servers and that provided by your authoritative DNS servers. |
| PASS | No NS A records at nameservers | OK. Your nameservers do include corresponding A records when asked for your NS records. This ensures that your DNS servers know the A records corresponding to all your NS records. |
| PASS | All nameservers report identical NS records | OK. The NS records at all your nameservers are identical. |
| PASS | All nameservers respond | OK. All of your nameservers listed at the parent nameservers responded. |
| PASS | Nameserver name validity | OK. All of the NS records that your nameservers report seem valid (no IPs or partial domain names). |
| PASS | Number of nameservers | OK. You have 5 nameservers. You must have at least 2 nameservers (RFC2182 section 5 recommends at least 3 nameservers), and preferably no more than 7. |
| PASS | Lame nameservers | OK. All the nameservers listed at the parent servers answer authoritatively for your domain. |
| PASS | Missing (stealth) nameservers | OK. All 5 of your nameservers (as reported by your nameservers) are also listed at the parent servers. |
| PASS | Missing nameservers 2 | OK. All of the nameservers listed at the parent nameservers are also listed as NS records at your nameservers. |
| PASS | No CNAMEs for domain | OK. There are no CNAMEs for msn.com. RFC1912 2.4 and RFC2181 10.3 state that there should be no CNAMEs if an NS (or any other) record is present. |

Case 3:08-cv-01465-VRW   Document 1-2   Filed 03/17/2008   Page 45 of 117

| | PASS | No NSs with CNAMEs | OK. There are no CNAMEs for your NS records. RFC1912 2.4 and RFC2181 10.3 state that there should be no CNAMEs if an NS (or any other) record is present. |
|---|---|---|---|
| | PASS | Nameservers on separate class C's | OK. You have nameservers on different Class C (technically, /24) IP ranges. You must have nameservers at geographically and topologically dispersed locations. RFC2182 3.1 goes into more detail about secondary nameserver location. |
| | PASS | All NS IPs public | OK. All of your NS records appear to use public IPs. If there were any private IPs, they would not be reachable, causing DNS delays. |
| | INFO | Nameservers versions | Your nameservers have the following versions:<br><br>207.46.245.230: No version info available (CHAOS not implemented).<br>64.4.25.30: No version info available (CHAOS not implemented).<br>213.199.144.151: No version info available (CHAOS not implemented).<br>207.46.66.75: No version info available (CHAOS not implemented).<br>207.46.138.20: No version info available (CHAOS not implemented). |
| | PASS | Stealth NS record leakage | Your DNS servers do not leak any stealth NS records (if any) in non-NS requests. |
| SOA | INFO | SOA record | Your SOA record [TTL=86400] is:<br>`Primary nameserver: dns.cp.msft.net.`<br>`Hostmaster E-mail address:`<br>`msnhst.microsoft.com.`<br>`Serial #: 2006010504`<br>`Refresh: 1800`<br>`Retry: 900`<br>`Expire: 2419200`<br>`Default TTL: 900` |
| | PASS | NS agreement on SOA serial # | OK. All your nameservers agree that your SOA serial number is 2006010504. That means that all your nameservers are using the same data (unless you have different sets of data with the same serial number, which would be very bad)! Note that the DNS Report only checks the NS records listed at the parent servers (not any stealth servers). |
| | WARN | SOA | WARNING: Your SOA (Start of Authority) |

Case 3:08-cv-... 465 ... Filed 03/17/2008    Page 46 of 117

| | MNAME Check | record states that your **master** (primary) name server is: **dns.cp.msft.net.**. However, that server is not listed at the parent servers as one of your NS records! This is probably legal, but you should be sure that you know what you are doing. |
|---|---|---|
| PASS | SOA RNAME Check | OK. Your SOA (Start of Authority) record states that your DNS contact E-mail address is: **msnhst@microsoft.com**. (techie note: we have changed the initial '.' to an '@' for display purposes) |
| PASS | SOA Serial Number | OK. Your SOA serial number is: **2006010504**. This appears to be in the recommended format of YYYYMMDDnn, where 'nn' is the revision. For example, if you are making the 3rd change on 02 May 2000, you would use 2000050203. This number **must** be incremented every time you make a DNS change. |
| PASS | SOA REFRESH value | OK. Your SOA REFRESH interval is : **1800 seconds**. This seems normal (about 3600-7200 seconds is good if not using DNS NOTIFY; RFC1912 2.2 recommends a value between 1200 to 43200 seconds (20 minutes to 12 hours)). This value determines how often secondary/slave nameservers check with the master for updates. |
| PASS | SOA RETRY value | OK. Your SOA RETRY interval is : **900 seconds**. This seems normal (about 120-7200 seconds is good). The retry value is the amount of time your secondary/slave nameservers will wait to contact the master nameserver again if the last attempt failed. |
| PASS | SOA EXPIRE value | OK. Your SOA EXPIRE time: **2419200 seconds**. This seems normal (about 1209600 to 2419200 seconds (2-4 weeks) is good). RFC1912 recommends 2-4 weeks. This is how long a secondary/slave nameserver will wait before considering its DNS data stale if it can't reach the primary nameserver. |
| PASS | SOA MINIMUM TTL value | OK. Your SOA MINIMUM TTL is: **900 seconds**. This seems normal (about 3,600 to 86400 seconds or 1-24 hours is good). RFC2308 suggests a value of 1-3 hours. This value used to determine the default (technically, minimum) TTL (time-to-live) for DNS entries, but now is used for negative |

Case 3:08-cv-01465-VRW    Document 1-2    Filed 03/17/2008    Page 47 of 117



| | | | caching. |
|---|---|---|---|
| MX | INFO | MX Record | Your 4 MX records are:<br>5 mx4.hotmail.com. [TTL=900] IP=65.54.245.104 [TTL=3600] [US]<br>IP=65.54.190.179 [TTL=3600] [US]<br>IP=65.54.244.104 [TTL=3600] [US]<br>IP=65.54.244.232 [TTL=3600] [US]<br>5 mx1.hotmail.com. [TTL=900] IP=65.54.244.8 [TTL=3600] [US]<br>IP=64.4.50.50 [TTL=3600] [US]<br>IP=65.54.245.8 [TTL=3600] [US]<br>IP=65.54.244.136 [TTL=3600] [US]<br>5 mx2.hotmail.com. [TTL=900] IP=65.54.245.40 [TTL=3600] [US]<br>IP=65.54.244.168 [TTL=3600] [US]<br>IP=65.54.244.40 [TTL=3600] [US]<br>IP=65.54.190.50 [TTL=3600] [US]<br>5 mx3.hotmail.com. [TTL=900] IP=65.54.244.200 [TTL=3600] [US]<br>IP=64.4.50.179 [TTL=3600] [US]<br>IP=65.54.244.72 [TTL=3600] [US]<br>IP=65.54.245.72 [TTL=3600] [US] |
| | PASS | Invalid characters | OK. All of your MX records appear to use valid hostnames, without any invalid characters. |
| | PASS | All MX IPs public | OK. All of your MX records appear to use public IPs. If there were any private IPs, they would not be reachable, causing slight mail delays, extra resource usage, and possibly bounced mail. |
| | PASS | MX records are not CNAMEs | OK. Looking up your MX record did not just return a CNAME. If an MX record query returns a CNAME, extra processing is required, and some mail servers may not be able to handle it. |
| | PASS | MX A lookups have no CNAMEs | OK. There appear to be no CNAMEs returned for A records lookups from your MX records (CNAMEs are prohibited in MX records, according to RFC974, RFC1034 3.6.2, RFC1912 2.4, and RFC2181 10.3). |
| | PASS | MX is host name, not IP | OK. All of your MX records are host names (as opposed to IP addresses, which are not allowed in MX records). |
| | PASS | Multiple MX records | OK. You have multiple MX records. This means that if one is down or unreachable, the other(s) will be able to accept mail for you. |

The following overlapping header text appears over the table:



| | | | |
|---|---|---|---|
| | **PASS** | Differing MX-A records | OK. I did not detect differing IPs for your MX records (this would happen if your DNS servers return different IPs than the DNS servers that are authoritative for the hostname in your MX records). |
| | **PASS** | Duplicate MX records | OK. You do not have any duplicate MX records (pointing to the same IP). Although technically valid, duplicate MX records can cause a lot of confusion, and waste resources. |
| | **PASS** | Reverse DNS entries for MX records | OK. The IPs of all of your mail server(s) have reverse DNS (PTR) entries. RFC1912 2.1 says you should have a reverse DNS for all your mail servers. It is strongly urged that you have them, as many mailservers will not accept mail from mailservers with no reverse DNS entry. Note that this information is *cached*, so if you changed it recently, it will not be reflected here (see the www.DNSstuff.com Reverse DNS Tool for the current data). The reverse DNS entries are: `232.244.54.65.in-addr.arpa mx4.hotmail.com. [TTL=2455]` `136.244.54.65.in-addr.arpa mail.hotmail.com. [TTL=2698]` `50.190.54.65.in-addr.arpa mail.hotmail.com. [TTL=2455]` `72.245.54.65.in-addr.arpa bay0-mc11-f.bay0.hotmail.com. [TTL=3325]` |
| Mail ✳ | | Connect to mail servers | ERROR: I could not complete a connection to one or more of your mailservers: mx2.hotmail.com: Timed out [Last data sent: [Did not connect]] |
| ✳ | **WARN** | Mail server host name in greeting | WARNING: One or more of your mailservers is claiming to be a host other than what it really is (the SMTP greeting should be a 3-digit code, followed by a space or a dash, then the host name). This probably won't cause any harm, but is a technical violation of RFC821 4.3 (and RFC2821 4.3.1). Note that the hostname given in the SMTP greeting should have an A record pointing back to the same server. |

mx4.hotmail.com claims to be host bay0-

| | | |
|---|---|---|
| | | `is at 65.54.244.143, not 65.54.244.136].`<br>`mx3.hotmail.com claims to be host bay0-`<br>`mc11-f2.bay0.hotmail.com [but that host`<br>`is at 65.54.245.74, not 65.54.245.72].` |
| **PASS** | Acceptance of NULL <> sender | OK: All of your mailservers accept mail from "<>". You are required (<u>RFC1123</u> 5.2.9) to receive this type of mail (which includes reject/bounce messages and return receipts). |
| ✱ | **Acceptance of postmaster address** | ERROR: One or more of your mailservers does not accept mail to postmaster@msn.com. Mailservers are required (<u>RFC822</u> 6.3, <u>RFC1123</u> 5.2.7, and <u>RFC2821</u> 4.5.1) to accept mail to postmaster.<br>`mx4.hotmail.com's postmaster response:`<br>`>>> RCPT TO:<postmaster@msn.com> <<< 550`<br>`Requested action not taken: mailbox`<br>`unavailable mx1.hotmail.com's postmaster`<br>`response: >>> RCPT`<br>`TO:<postmaster@msn.com> <<< 550`<br>`Requested action not taken: mailbox`<br>`unavailable mx3.hotmail.com's postmaster`<br>`response: >>> RCPT`<br>`TO:<postmaster@msn.com> <<< 550`<br>`Requested action not taken: mailbox`<br>`unavailable` |
| **PASS** | Acceptance of abuse address | OK: All of your mailservers accept mail to abuse@msn.com. |
| ✱ | **INFO**  Acceptance of domain literals | WARNING: One or more of your mailservers does not accept mail in the domain literal format (user@[0.0.0.0]). Mailservers are technically required <u>RFC1123</u> 5.2.17 to accept mail to domain literals for any of its IP addresses. Not accepting domain literals can make it more difficult to test your mailserver, and can prevent you from receiving E-mail from people reporting problems with your mailserver. However, it is unlikely that any problems will occur if the domain literals are not accepted (mailservers at many common large domains have this problem).<br>`mx1.hotmail.com's` |

Case 3:08-cv-01465-VBW    Document    Filed 05/17/2008    Page 50 of 117

| | | | |
|---|---|---|---|
| | | | `<<< 501 Invalid Address`<br>`mx3.hotmail.com's`<br>`postmaster@[65.54.245.72] response:`<br>`>>> RCPT`<br>`TO:<postmaster@[65.54.245.72]>`<br>`<<< 501 Invalid Address` |
| | PASS | Open relay test | OK: All of your mailservers appear to be closed to relaying. This is *not* a thorough check, you can get a thorough one here.<br>mx1.hotmail.com OK: 550 Requested action not taken: mailbox unavailable<br>mx4.hotmail.com OK: 550 Requested action not taken: mailbox unavailable<br>mx3.hotmail.com OK: 550 Requested action not taken: mailbox unavailable |
| | PASS | SPF record | You have an SPF record. This is very good, as it will help prevent spammers from abusing your domain. Your SPF record is:<br>`"v=spf1 include:spf-a.hotmail.com`<br>`include:spf-b.hotmail.com include:spf-`<br>`c.hotmail.com include:spf-d.hotmail.com`<br>`-all" [TTL=900]` |
| WWW<br> | INFO | WWW Record | Your www.msn.com A record is:<br>`www.msn.com.    CNAME`<br>`www.msn.com.nsatc.net. [TTL=900]` |
| | PASS | All WWW IPs public | OK. All of your WWW IPs appear to be public IPs. If there were any private IPs, they would not be reachable, causing problems reaching your web site. |
| | WARN | CNAME Lookup | WARNING. Your web site (www.msn.com) has a CNAME record pointing to www.msn.com.nsatc.net.. That by itself is confusing, but acceptable. However, the CNAME record in this case causes an extra DNS lookup, which will slightly delay visitors to your website, and use extra bandwidth. |

Case 3:08-cv-01465-VRW    Document 2    Filed 03/17/2008    Page 51 of 117

```
Received: from mx5.nyc.untd.com (mx5.nyc.untd.com [10   0.24.65])
    by m24.boz.untd.com with SMTP id AAA848JJEAGHUBJE
    for <Temptress2000@juno.com> (sender <dizzyd_213@hotmail.com>);
    Thu, 17 Oct 2002 16:44:15 -0400 (EST)
Received: from hotmail.com with SMTP id AAA848JJYA29CDFJ
    by mx5.nyc.untd.com with SMTP id AAA848JJYA29CDFJ
    for <Temptress2000@juno.com> (sender <dizzyd_213@hotmail.com>);
    Thu, 17 Oct 2002 16:44:06 -0400 (EST)
Received: from mail pickup service by hotmail.com with Microsoft
SMTPSVC;
    Thu, 17 Oct 2002 13:44:06 -0700
Received: from 216.127.163.43 by 1f10fd.law10.hotmail.msn.com with HTTP;
    Thu, 17 Oct 2002 20:44:05 GMT
X-Originating-IP: [216.127.163.43]
From: "Desiree Perry" <dizzyd_213@hotmail.com>
To: Temptress2000@juno.com
Bcc:
Subject: Fwd: Notes                                          time zone ?
Date: Thu, 17 Oct 2002 13:44:05 -0700
Mime-Version: 1.0
Content-Type: multipart/mixed; boundary="----_=_NextPart_000_5c6c_2f21_
16db"
Message-ID: <F538tMVhEUoebmspH2q0000006e@hotmail.com>
X-OriginalArrivalTime: 17 Oct 2002 20:44:06.0032 (UTC) FILETIME=
[EF46D100:01C27611]
```

Case 3:08-cv-01465-VRW     Document 1-2     Filed 03/17/2008     Page 52 of 117

Desiree and I did exchange e-mails
(my co-worker at McClures)

What does law10 mean? Is this the trace file?

Is this why the phone wiring on the
side of my home was installed different
then it should have been?

Is there a file open at the DA's?, FBI?
CIA?

Does this have something to do with the
time and time zones?

What did I cut off of the side of my
house at the phone box?                    10-f

6

*Tower Camper*

*M SOE acct*
*need file date.*

[garbled encoded text]

[garbled encoded text]

HTTPMail Polling□□□Domain is MSN.com□HTTPMail Friendly Name□HTTPMail
Use Sicily□HTTPMail Prompt for Password□□□HTTPMail Password2□HTTPMail User
Name□HTTPMail Server□SMTP Prompt for Password□□□SMTP Signature□SMTP
Certificate□□□SMTP Split Message Size□SMTP Split Messages□SMTP Reply To Email
Address□SMTP Email Address□SMTP Organization Name□SMTP Display Name□□□SMTP
Timeout□□□SMTP Secure Connection□□SMTP Port□□□SMTP Use Sicily□SMTP
Password2□SMTP User Name□SMTP Server□POP3 Prompt for Password□□□Outlook Cache
Name□□POP3 Skip Account□□□Expire Days□Remove When Expired□Remove When
Deleted□Leave Mail On Server□□□POP3 Timeout□□□POP3 Secure Connection□□POP3
Port□□POP3 Use Sicily□POP3 Password2□POP3 User Name□□□NNTP Prompt
for Password□□□NNTP Signature□□□NNTP Posting□□□NNTP Polling□□□NNTP Data
Directory□Use Group Descriptions□□NNTP Split Message Size□NNTP Split
Messages□NNTP Reply To Email Address□NNTP Email Address□□□NNTP Organization
Name□□□NNTP Display Name□□□NNTP Timeout□□□NNTP Secure Connection□□NNTP
Port□□□NNTP Use Sicily□NNTP Password2□□□NNTP User Name□NNTP Server□LDAP
NTDS□□□LDAP Paged Result Support□□LDAP Advanced Search Attributes□□LDAP Simple
Search□□LDAP Bind DN□□□LDAP Logo□□LDAP Secure Connection□□LDAP Port□□LDAP
URL□□□□LDAP Resolve Flag□□□LDAP Server ID□□LDAP Search Base□□□LDAP Search
Return□□LDAP Timeout□□□LDAP Authentication□□LDAP Password2□□LDAP User Name□□LDAP
Drafts Folder□□□IMAP Poll All Folders□□□□IMAP Dirty□□IMAP Prompt for Password□□□IMAP
Server□IMAP Poll All Folders□□□□IMAP Dirty□□IMAP Svr-side Special Folders□□□IMAP NOOP
Interval□IMAP Full List□□□IMAP Polling□□IMAP Use LSUB□□□IMAP Data
Directory□IMAP Root Folder□□□IMAP Timeout□□□IMAP Secure Connection□□IMAP
Port□□□IMAP Use Sicily□IMAP Password2□□IMAP User Name□□IMAP Server□Server Read
Only□□□□Unique ID□□□Make Available Offline□□Service□Backup Connectoid□□□Account
ID□□Connection Flags□□□Connectoid□Connection Type□Last Updated□□□Temporary
Account□□□Account Name□□□□## Athena_Account_Manager_Notification_Message ##□□□No
modify accts□server

*why?*

*where does the other half of the*
*email as ...*

**PROOF OF SERVICE**
CASE NO.: 3:08-CV-01333-WHA; 3:08-CV-01465-VRW

I, Janet Kirk, declare as follows:

I am and was at the time of the service mentioned in this certificate employed with

Heller Ehrman at 333 Bush Street, San Francisco, CA 94104. I am over the age of 18 years

and not a party to the within action.

On April 28, 2008 I served the following documents:

**ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**

**[PROPOSED] ORDER RELATING CASES**

on the following parties by placing a true and correct copy in an envelope marked for

delivery via Federal Express for next day delivery to the attention of:

| | |
|---|---|
| Ms. Laurie Marie Laskey<br>120 Briar Hollow Drive<br>Jacksonville, NC 28540<br>(910) 548-3345 | Ms. Laurie Marie Laskey<br>113 Del Webb Drive<br>Cloverdale, CA 95425<br>(910) 548-3345 |
| Allison K. Young<br>Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.<br>Attorneys for Defendant RCN Corporation<br>1400 Page Mill Rd.<br>Palo Alto, CA 94304<br>(650) 251-7708 | |

I declare under penalty of perjury under the laws of the state of California that the

foregoing is true and correct and that this proof of service was executed on this 28th day of

April, 2008 at San Francisco, CA.

_Janet Kirk_

Janet Kirk

Heller
Ehrman LLP

ADMINSTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED
Case No. 3:08-CV-01333-WHA

From:    Origin ID: APCA   (415)772-6000
Leslie Harvey
HELLER EHRMAN LLP
333 BUSH STREET

SAN FRANCISCO, CA 94104



Ship Date: 28APR08
ActWgt: 1 LB
System#: 4741521/INET8011
Account#: S *********

Delivery Address Bar Code



SHIP TO: 910-548-3345        BILL SENDER

**Laurie Marie Laskey**

**120 BRIAR HOLLOW DR**

**JACKSONVILLE, NC 285408827**

Ref #   36548.0010
Invoice #
PO #
Dept #



TRK#  7918 9225 2617
0201

TUE - 29APR        **AM**

**PRIORITY OVERNIGHT**
**RES**

**28540**

NC-US

GSO

**XH EWNA**



---

Shipping Label: Your shipment is complete

1. Use the 'Print' feature from your browser to send this page to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.**

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

From:   Origin ID: APCA   (415)772-6000
Annette L. Hurst
HELLER EHRMAN LLP
333 BUSH STREET

SAN FRANCISCO, CA 94104



CLS 126787/21/24

Ship Date: 28APR08
ActWgt: 1 LB
System#: 4741521/INET8011
Account#: S ********

Delivery Address Bar Code



SHIP TO:  910-548-3345        BILL SENDER
**Laurie Marie Laskey**

**113 DEL WEBB DR**

**CLOVERDALE, CA 954255410**

Ref #   36548.0140
Invoice #
PO #
Dept #



TRK#  7920 4747 2237
0201

TUE - 29APR          PM
**PRIORITY OVERNIGHT**
**RES**

95425
CA-US
SMF

# WD UKIA

Shipping Label: Your shipment is complete

1. Use the 'Print' feature from your browser to send this page to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.**

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.
FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

From:   Origin ID: APCA   (415)772-6000
Annette L. Hurst
HELLER EHRMAN LLP
333 BUSH STREET

SAN FRANCISCO, CA 94104



Ship Date: 28APR08
ActWgt: 1 LB
System#: 4741521/INET8011
Account#: S ********

Delivery Address Bar Code



SHIP TO: 650-251-7708        BILL SENDER

**Allison K. Young**
**Mintz, Levin, Cohn, Ferris, et al.**
**1400 PAGE MILL RD**

**PALO ALTO, CA 943041124**

Ref #   36548.0140
Invoice #
PO #
Dept #



TRK#   7993 1544 2529
0201

TUE - 29APR        A2
**PRIORITY OVERNIGHT**

**94304**
CA-US
SFO

# WA PAOA

Shipping Label: Your shipment is complete

1. Use the 'Print' feature from your browser to send this page to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.**

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

EXHIBIT B

1  WARREN J. RHEAUME (admitted *pro hac vice*)
   HELLER EHRMAN LLP
2  701 Fifth Avenue, Suite 6100
   Seattle, WA 98104-7098
3  Telephone: (206) 447-0900
   Facsimile: (206) 447-0849
4  Email: Warren.Rheaume@hellerehrman.com

5  LESLIE N. HARVEY, State Bar No. 241203
   HELLER EHRMAN LLP
6  333 Bush Street
   San Francisco, California 94104-2878
7  Telephone: (415) 772-6000
   Facsimile: (415) 772-6268
8  Email: Leslie.Harvey@hellerehrman.com

9  Attorneys for Defendant
   MICROSOFT CORPORATION
10

11                  UNITED STATES DISTRICT COURT
12                NORTHERN DISTRICT OF CALIFORNIA

13  LAURIE MARIE LASKEY,                   Case No. 3:08-CV-01333-WHA

14                      Plaintiff,         **[PROPOSED] ORDER
                                           RELATING CASES**
15  v.

16  RCN CORPORATION,

17                      Defendants.

18

19

20

21

22

23

24

25

26

27

28

Heller
Ehrman LLP

                                    1
[PROPOSED] ORDER RELATING CASES
Case No. 3:08-CV-01333-WHA

1    Having considered the Administrative Motion To Consider Whether Cases Should

2  Be Related filed by Microsoft Corporation in the above captioned case and good cause

3  showing,

4    **IT IS HEREBY ORDERED** that *Laskey v. Microsoft Corporation*, 3:08-CV-01465-

5  VRW, is related to the earlier case of *Laskey v. RCN Corporation*, 3:08-CV-01333-WHA,

6  and is transferred to this court for all further proceedings.

7

8    **IT IS SO ORDERED.**

9

10

11  DATED: _____          _____

                                            United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Heller
Ehrman LLP

2

[PROPOSED] ORDER RELATING CASES
Case No. 3:08-CV-01333-WHA