Laurie Marie Laskey
120 Briar Hollow Drive
Jacksonville NC 28540
910-548-3345

Laurie Marie Laskey, IN PRO PER

FILED
08 MAY 12 PM 1:13

In The United States District Court

For The Northern District Of California

| | |
|---|---|
| Laurie Marie Laskey | ) Case No.: CV-08-1465-JCS |
| Plaintiff, | ) Temporary change of address |
| vs. | ) Hon. Vaughn R. Walker |
| Microsoft Corporation | ) |
| Defendant | ) |

Temporary Change of Address

Temporary change of address from 4-11-2008 to 8-15-2008, please send all correspondence to:

Laurie Marie Laskey

113 Del Webb Dr

Cloverdale CA 95425

DATED: April 27, 2008

*Laurie Marie Laskey*
Laurie Marie Laskey
In Pro Per

- 1 -
Temporary change of address