WARREN J. RHEAUME (admitted *pro hac vice*)
HELLER EHRMAN LLP
701 Fifth Avenue, Suite 6100
Seattle, WA 98104-7098
Telephone: (206) 447-0900
Facsimile: (206) 447-0849
Email: Warren.Rheaume@hellerehrman.com

LESLIE N. HARVEY, State Bar No. 241203
HELLER EHRMAN LLP
333 Bush Street
San Francisco, California 94104-2878
Telephone: (415) 772-6000
Facsimile: (415) 772-6268
Email: Leslie.Harvey@hellerehrman.com

Attorneys for Defendant
MICROSOFT CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURIE MARIE LASKEY,<br><br>           Plaintiff,<br><br>v.<br><br>MICROSOFT CORPORATION, and DOES 1 through 1000, inclusive,<br><br>           Defendants. | Case No. CV-08-1465-WHA<br><br>**JOINT STIPULATION TO RESCHEDULE CASE MANAGEMENT CONFERENCE TO JUNE 19, 2008** |

This stipulation is entered into by and among plaintiff Laurie Marie Laskey and defendant Microsoft Corporation.

WHEREAS, the Court has issued the Clerk's Notice Scheduling Initial Case Management Conference on Reassignment in the above-entitled matter for June 12, 2008;

WHEREAS, plaintiff Laurie Marie Laskey must appear in the Superior Court of California, County of Sonoma, on June 12, 2008 for proceedings related to other cases;

WHEREAS, defendant Microsoft Corporation has no objection to moving the Case Management Conference in the above-entitled matter to a date that does not present a conflict to plaintiff;

WHEREAS, the related case of *Laskey v. RCN Corporation*, Case No. 3:08-CV-01333-WHA, is also scheduled for a Case Management Conference on June 19, 2008;

WHEREAS, both plaintiff and defendant's counsel are available to attend a Case Management Conference on June 19, 2008 in the above-entitled matter;

IT IS HEREBY STIPULATED AND AGREED, pursuant to Northern District of California Local Rule 6-1, by and between the undersigned, as follows:

1. Plaintiff is unable to attend the Case Management Conference on June 12, 2008, and both parties request that the Court reschedule the Initial Case Management Conference for June 19, 2008.

2. Pursuant to the Clerk's Notice Scheduling Initial Case Management Conference on Reassignment, issued on May 5, 2008 and the Order Setting Initial Case Management Conference and ADR Deadlines, issued on March 7, 2008, the parties request that the Court reset all other deadlines accordingly, as follows:

| Date | Event | Governing Rule |
|---|---|---|
| 5/28/08 | Last day to:<br>• Meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan<br>• File joint ADR certification with Stipulation to ADR process or Notice of Need for ADR phone conference | FRCivP26(f) & ADR L.R. 3-5<br><br><br><br>Civ. L.R. 16-8 |
| 6/12/08 | Last Day to File Rule 26(f) Report, complete initial disclosures, or state objection in Rule 26(f) Report and file Case Management Statement | FRCivP26(a)(1) & Civ. L.R. 16-9 |
| 6/19/08 | Initial Case Management Conference (CMC) in Courtroom 9, 19th Floor, United States Courthouse, 450 Golden Gate Ave., San Francisco, CA 94102 at 11:00 a.m. | Civ. L.R. 16-10 |

Heller Ehrman LLP

2
JOINT STIPULATION TO RESCHEDULE CMC
Case No. CV-08-1465-WHA

Dated: May 15, 2008

Respectfully submitted,

By: /s/ Leslie N. Harvey
LESLIE N. HARVEY
HELLER EHRMAN LLP
Attorneys for Defendant
MICROSOFT CORPORATION

By: /s/ Laurie Marie Laskey
LAURIE MARIE LASKEY
Plaintiff, *Pro Se*
113 Del Webb Drive
Cloverdale, CA 95425

Heller Ehrman LLP

3

JOINT STIPULATION TO RESCHEDULE CMC
Case No. CV-08-1465-WHA