WARREN J. RHEAUME (admitted *pro hac vice*)
HELLER EHRMAN LLP
701 Fifth Avenue, Suite 6100
Seattle, WA 98104-7098
Telephone: (206) 447-0900
Facsimile: (206) 447-0849
Email: Warren.Rheaume@hellerehrman.com

LESLIE N. HARVEY, State Bar No. 241203
HELLER EHRMAN LLP
333 Bush Street
San Francisco, California 94104-2878
Telephone: (415) 772-6000
Facsimile: (415) 772-6268
Email: Leslie.Harvey@hellerehrman.com

Attorneys for Defendant
MICROSOFT CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURIE MARIE LASKEY,<br><br>                Plaintiff,<br><br>v.<br><br>MICROSOFT CORPORATION, and DOES 1 through 1000, inclusive,<br><br>                Defendants. | Case No. CV-08-1465-WHA<br><br>**[PROPOSED] ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE TO JUNE 19, 2008** |

Heller
Ehrman LLP

1

[PROPOSED] ORDER RESCHEDULING CMC
Case No. CV-08-1465-WHA

Having considered the parties' Joint Stipulation to Reschedule Case Management Conference to June 19, 2008, the Court orders and resets the Case Management Conference and associated deadlines as follows:

| Date | Event | Governing Rule |
|---|---|---|
| 5/28/08 | Last day to:<br>• Meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan<br>• File joint ADR certification with Stipulation to ADR process or Notice of Need for ADR phone conference | FRCivP26(f) & ADR L.R. 3-5<br><br>Civ. L.R. 16-8 |
| 6/12/08 | Last Day to File Rule 26(f) Report, complete initial disclosures, or state objection in Rule 26(f) Report and file Case Management Statement | FRCivP26(a)(1) & Civ. L.R. 16-9 |
| 6/19/08 | Initial Case Management Conference (CMC) in Courtroom 9, 19th Floor, United States Courthouse, 450 Golden Gate Ave., San Francisco, CA 94102 at 11:00 a.m. | Civ. L.R. 16-10 |

**IT IS SO ORDERED.**

Date: _____                    _____

Hon. William H. Alsup

United States District Judge

Heller Ehrman LLP

2

[PROPOSED] ORDER RESCHEDULING CMC
Case No. CV-08-1465-WHA