PROOF OF SERVICE BY HAND DELIVERY
CASE NO.: 3:08-CV-01465-WHA

I, Leslie N. Harvey, declare as follows:

I am and was at the time of the service mentioned in this certificate employed with Heller Ehrman LLP at 333 Bush Street, San Francisco, CA 94104. I am over the age of 18 years and not a party to the within action.

On May 15, 2008 I personally served the following documents:

**JOINT STIPULATION TO RESCHEDULE CASE MANAGEMENT CONFERENCE TO JUNE 19, 2008**

**[PROPOSED] ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE TO JUNE 19, 2008**

by delivering a true copy thereof by hand on the following:

Laurie Marie Laskey
113 Del Webb Drive
Cloverdale, CA 95425
(910) 548-3345

I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct and that this proof of service was executed on this 15th day of May, 2008 at San Francisco, CA.

*[signature]*
Leslie N. Harvey