UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

LAURIE MARIE LASKEY

                Plaintiff(s),

       v.

MICROSOFT CORPORATION

                Defendant(s).

CASE NO. CV-08-1465-WHA

NOTICE OF NEED FOR ADR PHONE CONFERENCE

Counsel report that they have met and conferred regarding ADR and that they:

        have not yet reached an agreement to an ADR process
✓     request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference June 19, 2008

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Warren Rheaume | Microsoft | (206) 389-4226 | Warren.Rheaume@hellerehrman.com |
| Leslie Harvey | Microsoft | (415) 931-8829 | Leslie.Harvey@hellerehrman.com |
| Laurie Marie Laskey | Self | (910) 548-3345 | n/a |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: 5-27-2008

                                                            Attorney for Plaintiff

Dated: 5-28-08

                                                            Attorney for Defendant

Rev 12.05