UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

LAURIE MARIE LASKEY

          Plaintiff(s),

       v.

MICROSOFT CORPORATION

          Defendant(s).

_____/

Case No.  CV-08-1465-WHA

ADR CERTIFICATION BY PARTIES
AND COUNSEL

    Pursuant to Civil  L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

    **(1)** Read the handbook entitled "*Dispute Resolution Procedures in the Northern District of California*" on the Court's ADR Internet site www.adr.cand.uscourts.gov  *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

    **(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

    **(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 5/28/08

Dated: 5/28/08

*Brian Jacobsen /gnse*
Microsoft Corporation
[Party]

[Counsel]  Heller Ehrman