WARREN J. RHEAUME (admitted *pro hac vice*)
HELLER EHRMAN LLP
701 Fifth Avenue, Suite 6100
Seattle, WA 98104-7098
Telephone: (206) 447-0900
Facsimile: (206) 447-0849
Email: Warren.Rheaume@hellerehrman.com

LESLIE N. HARVEY, State Bar No. 241203
HELLER EHRMAN LLP
333 Bush Street
San Francisco, California 94104-2878
Telephone: (415) 772-6000
Facsimile: (415) 772-6268
Email: Leslie.Harvey@hellerehrman.com

Attorneys for Defendant
MICROSOFT CORPORATION

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURIE MARIE LASKEY,<br><br>         Plaintiff,<br><br>v.<br><br>MICROSOFT CORPORATION, and DOES 1 through 1000, inclusive,<br><br>         Defendants. | Case No. CV-08-1465-WHA<br><br>**MICROSOFT'S REPLY IN SUPPORT OF MOTION FOR A MORE DEFINITE STATEMENT**<br><br>**(OBSERVATION OF NON-OPPOSITION)**<br><br>Date: June 19, 2008<br>Time: 8:00 a.m.<br>Courtroom: 9, 19th floor<br>Judge: William H. Alsup |

Heller Ehrman LLP

1

MICROSOFT'S REPLY ISO MOTION FOR A MORE DEFINITE STATEMENT
Case No. CV-08-1465-WHA

On May 6, 2008, Microsoft filed its Motion for a More Definite Statement (the "Motion") pursuant to Federal Rule of Civil Procedure 12(e).  The Plaintiff in this action did not timely file or serve any papers opposing to the Motion.  Microsoft hereby requests that the Court grant the Motion.

Dated:  June 2, 2008

Respectfully submitted,

By: */s/ Leslie N. Harvey*
    LESLIE N. HARVEY
    HELLER EHRMAN LLP

    Attorneys for Defendant
    MICROSOFT CORPORATION

**PROOF OF SERVICE BY FEDERAL EXPRESS**
CASE NO. 08-CV-1465-WHA, N.D. CAL.

I, Mark C. Williams, declare as follows:

I am and was at the time of the service mentioned in this certificate employed with Heller Ehrman at 333 Bush Street, San Francisco, CA 94104. I am over the age of 18 years and not a party to the within action.

On June 2, 2008 I served the following document:

**MICROSOFT'S REPLY IN SUPPORT OF MOTION FOR A MORE DEFINITE STATEMENT**

on the party to this action by placing a true and correct copy in an envelope marked for delivery via Federal Express for next day delivery to the attention of:

Ms. Laurie Marie Laskey
120 Briar Hollow Drive
Jacksonville, NC  28540
(910) 548-3345

I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct and that this proof of service was executed on this 2nd day of June, 2008 at San Francisco, CA.

_____
Mark C. Williams

Heller Ehrman LLP