1  Laurie Marie Laskey
   120 Briar Hollow Drive
2  Jacksonville NC 28540
   910-548-3345

3

4

5  Laurie Marie Laskey, IN PRO PER

6

7

8              In The United States District Court

9            For The Northern District Of California

10

11

12  Laurie Marie Laskey            ) Case No.: CV-08-1465-JCS WHA
                                   )
13         Plaintiff,              ) More Defined Statement
                                   )
14                                 ) Hon. William Aslup
                                   )
15     vs.                         )
                                   )
16  Microsoft Corporation          )
                                   )
17     Defendant                   )

18  ─────────────────────────────

19

20
                        More Defined Statement
21

22  1. **Exhibit A:** It's not a person it's a virus. Someone and or others appear to be using a
    partition on my computer(s) which involves icw5. Is it a new virus? I found the same thing
23  in regards to Laskey v Adobe. How many partitions would a computer be able to support?
    Exhibit A is a copy of my email attempt to contact icw5. icw5 is a what being used by
24  whom?

25  2. **Exhibit B:** Is the print out from my computer. How is icw5 installed on the computer(s)?
    If I remember correctly I came across the file when I clicked on the header arrow in the
26  "find files and folders" options. I thought it was odd that the location where you typed
    in the files and folders you are looking for is to the left on the side yet a header row
27  is available at the top of the screen? When you go online you use the header row to type
    in your search requests. Since two options appear and only one is typically used why would
28  that be? When I clicked on the arrow the file and or files presented themselves. I was
    told to keep a journal so each time I looked at something on my computer I wrote it down.

                              - 1 -
                      More Defined Statement

1   I hope I did that correctly. Is this an indication of a hardware problem (product
    liability)? ICWX25A is the name of the file that was printed from my lap top. Gateway on
2   remote shows up = yes. Is that an indication of a remote connection? 3=waitfor "NAL=",10
    shows up. NAL backwards is LAN and or Local Area Network. Since the connector in the
3   second phone box should be attached to the incoming wires from the street yet is not,
    would that be an indication that my property was wired backwards? Is this an indication of
4   reverse commands and or reverse IP? Entry_Name=Microsoft Internet Referral Service
    therefore it involves Microsoft. Does Microsoft have Internet Referral Service **Servers** or
5   is that what a **Router** is called? User shows up which includes a name and a password, is
    this part of a computer program (virus) that allows others to hack?

6
    3. **Exhibit C:**
7   **3a.** This is everything I was able to research online about icw5. I cannot afford to print
    out all 1 - 10 of about 465.
8   **3b.** icw5 appears to link via Sprint to other online web sites for **shopping**.
    **3c.** Sprint shows up on my computer print outs.
9   **3d.** In the ARIN "Who is" data base when I looked up **gn** Sprint and **SBC** appear! Is gn being
    used as a link?
10  **3e.** If AT&T purchased SBC then why haven't the SBC IP blocks been transferred over to
    AT&T? Shouldn't they reflect AT&T and not SBC? That's another part of my problem, unfair
11  business practice. That or we need to read the contract purchase agreement.
    **3f.** If you are shopping online via hacking and purchase something, where would you ship
12  it? I asked RCN if that's what the abandon house in Springfield IL is being used for.
    **3g.** Some of the other things that show up are odd in themselves. One of the things I was
13  wondering about is how the hackers link. The virus icw5 appears to be a Microsoft email
    address except the gn isn't normal. Is it a bogus web site? The same thing happens with
14  headgames.com (see Laskey v Procter and Gamble). The icw5 web address simply links you to
    other sites but doesn't have a site of its own?
    **3h.** The shopping web sites listed in relation to icw5 have the words **clone** and **worm** and
15  **crack** and **hack**. Therefore I was wondering if the world wide web is part of the hackers
    programming. I have been asked about "my calendar" as in where were you? One of the
16  documents I printed out says **clone** and or more than one of me and or Identity Theft. Since
    the operator couldn't do an emergency break through was my property always online even
17  though I wasn't? Were the hackers able to know when I went online via a remote connection?
    If so how was that established? My friend's husband told me I have a serious hacker
18  problem. What better way to know all about me and impersonate me then to be directly
    connected to me via my phone wires? I had no way of knowing that. My documents reflect
19  that even after I was told that everything was now "ok" at my property that something must
    be connected wrong at SBC! The consumer has no control over that. Neighborhood watch - who
20  would suspect a phone company vehicle?
    **3i.** New laws need to be put in place to protect the consumer some of which would include
21  GPS tracking devices on service vehicles. Having your phone box and or boxes installed
    inside of your garage that way no one else has access to your phone wires and or phone
22  lines. You would then have to be home when the service occurs and or when changes are made
    to your service. The consumer would need to be made aware that they should supervise
23  what's going on and or be able to hire an independent contractor to do the work instead of
    the phone company because like me how would the consumer know what the service technician
24  was doing? In addition Landlords should be required to keep the phone closets locked. In
    99% of the buildings I've ever been in they are but for some reason in the building I
25  worked in it was not? In addition to having a network administrator for their building to
    supervise any changes being made. Not to mention in general operation and maintenance
26  manuals **should always be provided to the consumer** at the time of **installation**. In my case
    I was never charged for the product it was just installed. The product installed exceeded
27  the service requested so at the time of purchase does not apply. Charles Industries posts
    the information online in regards to the product therefore it is not proprietary therefore
28  the operation and maintenance manuals should have been made available at the time of
    installation. I didn't know that the Charles Industries product had a DSL unit. Let alone

1 that it required power in order to operate. Is the power company (in my case PG&E)
notified when this product is installed? Who double checks things like this? How are the
2 audits performed for the power and phone companies? Has anyone ever gone out to a
consumer's property and double checked an installation based on inventory? They should.
3 The consumer is not made aware of all of this. It was not a pleasant thing to have to be
exposed to. It was the most traumatizing thing you can ever imagine having to experience;
4 you call the phone company because the operator can't do an emergency break through. The
phone company sends out someone to fix the problem. During the service call you suddenly
5 realize that you are potentially standing next to the person who hacked into your computer
and stole your identity and you don't know what to do about it or how to prove it. Should
6 I have had the police department present at that time? **YES!** Can you please send a police
officer out to my home while I have my phone line checked? That would not have been a
7 normal request in hind sight that would have been a better way to go about it. How was I
to know?

8 4. **Exhibit D:** In addition to people, businesses are also being affected by this. I have
enclosed an article for your review. It's been a few years since this article was
9 published I'm sure the numbers are much higher now. Possibly the FTC could provide us with
information in regards to all of this. Like me, it would be on file. I have tried to
10 provide the FTC with all of my information. I haven't been able to keep up with that and
do all of this.
11

Split tunneling occurred. Microsoft's servers are being used. If the servers are not being
12 maintained properly that would establish negligence, premises liability, obstruction of
justice, breach of contract and in general mass tort.
13

In my email dated 12-4-1997 (Laskey v RCN and Laskey v AOL) The email reflects the
14 following "We would like to hire you to do a plan check" instead of a plan check I ended
up doing an "Internet Check". I didn't know that my job mirrored my task. I gave my word.
15

16 Is this the evidence you seek?

17

DATED: June 6, 2008
18

19                                                    Laurie Marie Laskey
                                                       In Pro Per
20

21

22

23

24

25

26

27

28

# EXHIBIT A



# EXHIBIT B

```
[Phone]
Dial_As_Is=NO
Country_ID=1
Area_Code=206

[Entry]
Entry_Name=Microsoft Internet Referral Service

[Server]
Type=PPP
SW_Compress=YES
Negotiate_TCP/IP=YES
Disable_LCP=yes

[TCP/IP]
Specify_IP_Address=NO
Specify_Server_Address=NO
IP_Header_Compress=YES
Gateway_On_Remote=YES

[User]
Name=icw5@gn.microsoft.com
Password=icw5

[Scripting]
Name=R3sx25a.scp

[Script_File]
0=proc main
1=delay 2
2=transmit "@D<cr>"
3=waitfor "NAL=",10
4=transmit "D1<cr>"
5=waitfor "@",10
6=transmit "c 96011780<cr>"
7=waitfor "PPP"
8=endproc
```



# EXHIBIT C



**Keep track of your portfolio!**   *Download the Free Stock Tic*

Free Download • No Spyware • 5 Stylish Themes • Unlimited Symbols • Variable Scroll Speed • U

# Whois Record for Monstermarketplace.com ( Monster Marketplace )

## Front Page Information

**Thumbnail:**



**Website Title:** ◼ The MonsterMarketplace Shopping Directory, an Easy-to-Use Comparison Shopping Website

**Title Relevancy** 37%

**Meta Description:** The MonsterMarketplace comparison shopping directory offers unique gift ideas and lets you save on quality electronics, auto parts, apparel, DVDs and more.

**Description Relevancy:** 38% relevant.

**AboutUs:** 🌐 Wiki article on Monstermarketplace.com

**SEO Score:** 87%

**Terms:** 93 (Unique: 82, Linked: 39)

**Images:** 3 (Alt tags missing: 3)

**Links:** 22    (Internal: 22, Outbound: 0)

**Related Sites:** bizrate.com, dealtime.com, ebay.com, monstercommerce.com, monsterdomainregistration.com, monsterwebpromotion.com, mysimon.com, shopping.com, shopzilla.com

## Indexed Data

**Historical Thumb**



**Y! Directory:** 1 listings

**Alexa Trend/Rank:** #2,842 ⬇ 423 ranks over the last three months.

**Compete Rank:** 📊 #450 with 3,047,377 U.S. visitors per month

**Quantcast Rank:** #250

11-23-2007      07-1

View Thu
Queue this C

## Registry Data

**ICANN Registrar:** NETWORK SOLUTIONS, LLC.

**Created:** 2003-05-15

**Expires:** 2010-03-21

**SEO Text Brows**

 

Loading...   SEO T
false

**Registrar Status:** clientDeleteProhibited

**Registrar Status:** clientTransferProhibited

**Name Server:** DNS1.MONSTERCOMMERCE.COM (has 4,672 domains)

**Name Server:** DNS2.MONSTERCOMMERCE.COM

**Whois Server:** whois.networksolutions.com

## Server Data

**Server Type:** Microsoft-IIS/5.0

**IP Address:** 207.97.194.227 [W] [R] [P] [D] [T]

**IP Location** - Illinois - Belleville - Monstercommerce Llc

**Response Code:** 200

**Blacklist Status:** Clear

**Domain Status:** Registered And Active Website

## DomainTools Exclusive

**Registrant Search:** "Network Solutions, LLC" owns about 1,663 other domains

**Registrar History:** 3 registrars

**NS History:** 4 changes on 4 unique name servers over 5 years.

**IP History:** 3 changes on 3 unique name servers over 4 years.

**Whois History:** 211 records have been archived since 2003-11-24.

**Dedicated Hosting:** monstermarketplace.com is hosted on a dedicated server.

**Monitor Domain:** Set Free Alerts on monstermarketplace.com

**Free Tool:** Download DomainTools for Windows

## Whois Record

```
Registrant:
Network Solutions, LLC
   Network Solutions LLC
   13861 Sunrise Valley Drive, Suite 300
   HERNDON, VA 20171
   US

   Domain Name: MONSTERMARKETPLACE.COM

   Administrative Contact, Technical Contact:
      Network Solutions, LLC          nocsupervisor@networksolutions.com
      Network Solutions LLC
      13861 Sunrise Valley Drive, Suite 300
      HERNDON, VA 20171
      US
      570-708-8788 fax: 703-668-5817

   Record expires on 21-Mar-2010.
   Record created on 28-Mar-2006.
   Database last updated on 5-Jun-2008 11:07:53 EDT.

   Domain servers in listed order:

   NS.RACKSPACE.COM          69.20.95.4
   NS2.RACKSPACE.COM         65.61.188.4
```

Browse, Compar
MonsterMarketpl
MonsterMarketpla
search engine fea
products from a v
provide our shopp
Product Details pa
comparison index
effectively compar
convenient locatio

Shop by Catego
Apparel & Books
http://www.mor

Disable SEO T

**Other TLDs**

.com    .net    .o

**Symbol Key**

Available
Available (Previo
Registered (Activ
Registered (Park
Registered (No w
On-Hold (Generic
On-Hold (Redem
On-Hold (Pendinç
Monitor
Preview
No preview
Buy this (Availab
Buy this (Bid at

**Back Order**

Set a backorder so
monstermarketplace
available.

**PriceGrabber.com**
Merchants compete for
calculate lowest prices
www.PriceGrabber.com

**Online Store Owner**
Automate Your Online
Orders and Reduce Co
www.OrderMotion.com

**Mediachase eCF**
A leading Mediachase
hosting\carbon offset
www.projectthunder.com



**Customize This I**

Select the items y
on this page. Log

☑ Front Page
☑ Server Data
☑ Exclusive Data

**Domains for Sal**

**Domain**

LocalMonster.com

BugMonster.com

MonsterManager.co

MonsterBroker.com

HitMonster.com

FreeMonster.com

FogMonster.com

InfoMonster.com

AntiMonster.com

MugMonster.com

ValueMonster.com

**Domains At Auct**

**Domain**

GreatSpecialist.c

GreatFreeGift.co

GreatUsaCards.c

LochNetMonster.

GreatNewIdea.cc

GreatExplore.cor

OneGreatBargair

KidsGreatOutdoc
MuralsAtlarge.co
TheGreatHarlot.c
GreatControvers
GreatPhilAHome:

**Compare Similar**

**Domain**

Monster Markets
Monster Marketpla
Monster Marketing
Monster Marketplac
Monster Market Pac
Monster Market Pal
Monster Market Lac
Monster Market Lp
Monster Marketplac
Monster Marketpla
Monster Marketpla
Monster Market Pl (
Monster Market Pl (
Monster Marketing
Monster Marketpla



**showmyip.com**

Thursday, June 05, 2008 8:07:12 AM

Shortcuts...    ▼

Sponsored Links...    ▼

showmyip.com is part of The Privacy Ecosystem (™ pending).
What is an IP Address? Check our IP Address Glossary.
🔊 Point your RSS reader to our RSS feed to learn when any of
your IP Address properties change.

**Change address**
Manage postal mail entirely online Like email! Drive & forward less.
EarthClassMail.com/remote-mail

**v v**                                                                    A

Lookup IP Address:                    216.105.60.75

                                      • Find other web sites (if any) besides
                                      monstermarketplace.com hosted at this IP Address

Lookup IP Address Long:               3630775371

                                      • Do lookups with ?ipn=3630775371 rather than ?
                                      ip=216.105.60.75 if you wish

Lookup Host Name:                     https://www.monstermarketplace.com
                                      https://monstermarketplace.com
                                      http://www.monstermarketplace.com (NOT SSL SECURED)
                                      http://monstermarketplace.com (NOT SSL SECURED)

                                      • Get DNSreport data at dnsstuff.com (NOT SSL SECURED)
                                      • Get Netcraft site report at toolbar.netcraft.com (NOT SSL
                                      SECURED)
                                      • Get Netcraft SSL site report at toolbar.netcraft.com (NOT
                                      SSL SECURED)
                                      • Get Alexa Site Info at alexa.com
                                      • Get domaintools.com whois data
                                      • Find similar domain names at domaintools.com
                                      • Find other domains ending with
                                      monstermarketplace.com or containing
                                      monstermarketplace at searchdns.netcraft.com (NOT SSL
                                      SECURED)
                                      • Get multi-RBL/DNSBL data on 216.105.60.75 at
                                      completewhois.com (NOT SSL SECURED)
                                      • Get multi-RBL/DNSBL matches and "whois" data on
                                      216.105.60.75 at completewhois.com (NOT SSL SECURED)
                                      • Get Cisco/IronPort SenderBase data on 216.105.60.75 at
                                      senderbase.org (NOT SSL SECURED)
                                      • See ICANN list of accredited domain-name registrars (NOT
                                      SSL SECURED)
                                      • See IANA list of whois authorities for each ccTLD (Country
                                      Code Top Level Domain) (NOT SSL SECURED)

Lookup Internet Service Provider (ISP):   MonsterCommerce, LLC **(or possibly Monstercommerce
                                          Llc)**

Lookup IP Address belongs to              MonsterCommerce, LLC **(or possibly Monstercommerce**

| | |
|---|---|
| (Organization): | **Llc)** |
| Lookup Domain SOA (Start of Authority): | • *Primary Nameserver: dns1.monstercommerce.com (207.97.194.155) in Belleville, Illinois, United States* <br>• *Hostmaster Email Address: admin.monstercommerce.com* <br>• *Serial Number: 16* <br>• *Refresh: 900 seconds* <br>• *Retry: 600 seconds* <br>• *Expire: 86400 seconds* <br>• *Default TTL: 3600 seconds* |
| Lookup Domain Name Server(s): | • *dns1.monstercommerce.com (207.97.194.155) in Belleville, Illinois, United States* <br>• *dns2.monstercommerce.com (207.97.194.157) in Belleville, Illinois, United States* |
| Lookup Domain Mail Server(s): | • *10 mail.monstermarketplace.com (69.20.126.203) in Belleville, Illinois, United States* |
| Lookup Domain Zones (Sub-Domains): | • *admin.monstermarketplace.com (216.105.59.57) in Belleville, Illinois, United States* <br>• *adult.monstermarketplace.com (216.105.60.1) in Belleville, Illinois, United States* <br>• *apparel.monstermarketplace.com (216.105.60.33) in Belleville, Illinois, United States* <br>• *babies.monstermarketplace.com (216.105.60.33) in Belleville, Illinois, United States* <br>• *imageproc1.monstermarketplace.com (205.178.184.211) in Washington, District of Columbia, United States (unused.networksolutions.com)* <br>• *images.monstermarketplace.com (216.105.59.138) in Belleville, Illinois, United States* <br>• *imgbridge.monstermarketplace.com (216.105.60.21) in Belleville, Illinois, United States (10827.monstercommercesites.com)* <br>• *mail.monstermarketplace.com (69.20.126.203) in Belleville, Illinois, United States (monstercommerce.com)* <br>• *merchants.monstermarketplace.com (216.105.59.58) in Belleville, Illinois, United States* <br>• *mmptest.monstermarketplace.com (216.105.60.33) in Belleville, Illinois, United States* <br>• *nichemmp.monstermarketplace.com (216.105.60.73) in Belleville, Illinois, United States* <br>• *wiki.monstermarketplace.com (207.97.194.240) in Belleville, Illinois, United States* <br>• *www.monstermarketplace.com (207.97.194.227) in Belleville, Illinois, United States (monstermarketplace.com)* <br>• *1.5744 second(s) to get 13 "Zone Transfer" record(s) from dns1.monstercommerce.com* |
| Lookup IP Address RBL/DNSBL blocklist/blacklist status: | • *1.4887 second(s) to find 0 RBL/DNSBL blocklist/blacklist entries for IP Address 216.105.60.75* |
| Lookup Tor Network node: | no <br>• *Details about the Tor network can be found at https://www.torproject.org/* <br>• *List of all IP Addresses in the Tor network can be found at http://torstatus.kgprog.com* <br>• *Why you should use Tor.* <br>• *How to setup your own Tor network relay or server: https://www.torproject.org/docs/tor-doc-relay* |
| Lookup Country: | **US**-United States **(verified)** |

| US-United States Country Web Sites | ▼ |

Lookup Country Code3:              USA

Lookup Country Currency:           USD-US Dollar **(verified)**

- *Calculate currency exchanges at http://www.xe.com/ucc*
- *Conversions of Area, Capacity, Volume, Circular measure, Computer storage, Distance, Length, Energy, Work, Fuel Consumption, Power, Pressure, Speed, Temperature, Time, Torque, Mass and Weight at http://www.convertplus.com*
- *International Phone Dialing Codes by country at http://www.kropla.com/dialcode.htm#table*

Lookup Continent:                  North America **(verified)**

Lookup IP Address in EU:           no **(verified)**

Lookup Nationality:                American **(verified)**

Lookup Nationality Plural:         Americans **(verified)**

Lookup State:                      IL-Illinois

| Yahoo! State maps | ▼ |

Lookup City:                       Belleville

| Try Google Location Search in Belleville? | ▼ |

- *Map of Belleville at Mapquest.com*
- *Map of Belleville at GlobeXplorer.com*
- *Map of Belleville at Terraserver-usa.com*
- *Map of Belleville at Maptech.com*
- *Map of Belleville at Multimap.com*
- *Map of Belleville at Google Maps*

Lookup Latitude:                   38.5202 **(verified)**

Lookup Longitude:                  -89.9877 **(verified)**

Lookup Timezone (relative to UTC): -06:00

| Timezones near Latitude 38.5202, Longitude -89.9877... | ▼ |

| Timezones near Belleville IL... | ▼ |

Lookup Area Code:                  provided to subscribers only

Lookup Postal/Zip Code:            provided to subscribers only

Lookup DMA Code:                   provided to subscribers only

- Lookup monstermarketplace.com in simple text format at https://www.showmyip.com/simple or in XML format at https://www.showmyip.com/xml
- Lookup 216.105.60.75 in simple text format at https://www.showmyip.com/simple or in XML format at https://www.showmyip.com/xml

◉ Web   ○ showmyip.com

**Google Search**

---

**IP Address Lookup Form**

IP Address: |

or Host Name: |

or "Long" IP Address: |

or Tor node nickname: |

or Tor node fingerprint: |

Lookup Subscription Key: |

Secure Lookup (using SSL) ...          4,998 more Lookups allowed today.

Check your Subscription status here.

Choose the lookup fields you want to see. Using our simple text or xml interface, you can specify with the &get= parameter any available field name, in any sequence. For example http://www.showmyip.com/simple/?host=yahoo.com&get=ip,country,state_name,city,timezone will get you a comma-delimited list of only the 5 lookup fields specified.

Multiple data sources are used for some lookup fields. You will see **(verified)** whenever and wherever we can get the same result from more than 1 data source. In some instances, though, this will only be available to subscribers.

---

**IP Address Lookup file to upload:**

|                                        Browse... |

Lookup Subscription Key: |

Lookup data fields to retrieve: |ip,country_code,remaining_count

• For a complete list of available Lookup data fields, do your file upload from here.

Secure Lookup File Upload (using SSL) ...

---

Need to purchase additional IP Address Lookups? Or get access to all returned data fields? Or need more consistent, faster lookup results? ⊕

showmyip.com script Version 4.01.001. Dynamically created in 4.1048 seconds with PHP 5, eAccelerator, MySQL 5, Javascript, MaxMind GeoIP, and Ip2Location running on 64-bit Fedora and LiteSpeed, hosted at 1and1.com. Maps and boundary data are copyrighted by FOTW Flags of the World.

Email... | Blog... | Print... | Close...

This work is licensed under a Creative Commons Licence.

## ARIN WHOIS Database Search

Search ARIN WHOIS for: gn
  GN Comtex (**GNCOMT**)
  GN Navtel (**GNNAVT**)
  GN NETCOM (**GNNET-1**)
  GN NETCOM INC. (**GNNET**)
  GN NETCOM UNEX INC (**GNU-4**)
  GN NETCOM, INC. (**GNNET-2**)
  GN PACKAGING EQUIPMENT (**GPE-5**)
  GN RESOUND AS (**GRA-6**)
  GN Comtex NETSATX-168 (**NET-207-241-168-0-1**) 207.241.168.0 - 207.241.168.255
  GN Navtel NAVTEL-UUU1 (**NET-207-139-237-160-1**) 207.139.237.160 - 207.139.237.175
  GN NETCOM SPRINTLINK (**NET-65-173-0-0-1**) 65.173.0.0 - 65.173.0.7
  GN NETCOM INC. SPRINTLINK (**NET-65-166-131-56-1**) 65.166.131.56 - 65.166.131.63
  GN NETCOM INC. SPRINTLINK (**NET-65-166-186-168-1**) 65.166.186.168 - 65.166.186.175
  GN NETCOM INC. SPRINTLINK (**NET-205-244-41-192-1**) 205.244.41.192 - 205.244.41.255
  GN NETCOM UNEX INC GN-NETCO109-149-96 (**NET-12-146-149-96-1**) 12.146.149.96 - 12.146.:
  GN NETCOM, INC. GN-NETCO743-84-64 (**NET-12-105-84-64-1**) 12.105.84.64 - 12.105.84.127
  GN PACKAGING EQUIPMENT T-068179113064-061114 (**NET-68-179-113-64-1**) 68.179.113.64 - 6
  GN RESOUND AS SPRINTLINK (**NET-63-167-178-64-1**) 63.167.178.64 - 63.167.178.95
  GN RESOUND AS SPRINTLINK (**NET-208-30-50-0-1**) 208.30.50.0 - 208.30.50.15
  GN RESOUND AS SPRINTLINK (**NET-205-242-218-64-1**) 205.242.218.64 - 205.242.218.95
  GN RESOUND AS SPRINTLINK (**NET-65-167-132-192-1**) 65.167.132.192 - 65.167.132.223
  GN RESOUND AS SPRINTLINK (**NET-63-172-187-80-1**) 63.172.187.80 - 63.172.187.87
  Gn Carmack SBCIS-101331-20014 (**NET-64-173-251-0-1**) 64.173.251.0 - 64.173.251.7
  GN COMPUTER CORP UU-65-208-132-D6 (**NET-65-208-132-0-1**) 65.208.132.0 - 65.208.132.25
  GN DE HIDALGO S. A. DE C. V. TAC-66-181-60-176 (**NET-66-181-60-176-1**) 66.181.60.176 -
  GN INVESTMENT INC DBA-061218222119 SBC0762120961282906121822203 (**NET-76-212-96-128-1**)
  GN Johnston Equipment GNJ20070627-CA (**NET-207-164-179-40-1**) 207.164.179.40 - 207.16
  GN Johnston Equipment GNJE20070627-CA (**NET-207-164-179-104-1**) 207.164.179.104 - 207.
  GN MORTGAGE-070407094430 SBC-76-206-226-240-29-0704074437 (**NET-76-206-226-240-1**) 76.2
  GN MORTGAGE-070706204427 SBC-76-240-187-16-29-0707064436 (**NET-76-240-187-16-1**) 76.240
  GN NETCOM, INC. GN-NETCO95-208-72 (**NET-12-160-208-72-1**) 12.160.208.72 - 12.160.208.
  GN RESOUND NORTH AMERICA UU-65-245-103-56-D5 (**NET-65-245-103-56-1**) 65.245.103.56 - 6
  GN RESOUND NORTH AMERICA UU-63-87-132-128-D8 (**NET-63-87-132-128-1**) 63.87.132.128 - 6

# ARIN WHOIS database, last updated 2008-06-04 19:10
# Enter ? for additional hints on searching ARIN's WHOIS database.

gn = sprint link ?



# ARIN WHOIS Database Search

Search ARIN WHOIS for: 206.161.121.115
```
OrgName:     Beyond The Network America, Inc.
OrgID:       BNA-42
Address:     450 Springpark PL
Address:     Suite 100
City:        Herdon
StateProv:   VA
PostalCode:  20170
Country:     US

NetRange:    206.161.0.0 - 206.161.255.255
CIDR:        206.161.0.0/16
NetName:     BTN-CIDR2
NetHandle:   NET-206-161-0-0-1
Parent:      NET-206-0-0-0-0
NetType:     Direct Allocation
NameServer:  NS.CAIS.COM
NameServer:  NS2.CAIS.COM
Comment:     Rwhois information on assignments from this block available from
Comment:     rwhois.cais.net 4321
RegDate:     1995-10-09
Updated:     2004-11-12

OrgAbuseHandle: PAD13-ARIN
OrgAbuseName:   PCCW AUP Department
OrgAbusePhone:  +1-703-621-1637
OrgAbuseEmail:  probinson@pccwglobal.com

OrgNOCHandle: NOC1582-ARIN
OrgNOCName:   NOC
OrgNOCPhone:  +1-703-621-1637
OrgNOCEmail:  supportamerica@btnaccess.com

OrgTechHandle: CDO54-ARIN
OrgTechName:   Downes, Chris
OrgTechPhone:  +1-703-621-3195
OrgTechEmail:  cdownes@pccwglobal.com

# ARIN WHOIS database, last updated 2008-06-04 19:10
# Enter ? for additional hints on searching ARIN's WHOIS database.
```

# ARIN WHOIS Database Search

```
Search ARIN WHOIS for: ! NET-75-32-127-24-1
   CustName:     ICW GROUP-060815074833
   Address:      Private Address
   City:         Plano
   StateProv:    TX
   PostalCode:   75075
   Country:      US
   RegDate:      2006-08-15
   Updated:      2006-08-15

   NetRange:     75.32.127.24 - 75.32.127.31
   CIDR:         75.32.127.24/29
   NetName:      SBC075032127024290060815074853
   NetHandle:    NET-75-32-127-24-1
   Parent:       NET-75-0-0-0-1
   NetType:      Reassigned
   Comment:
   RegDate:      2006-08-15
   Updated:      2006-08-15

   OrgAbuseHandle: ABUSE6-ARIN
   OrgAbuseName:   Abuse - Southwestern Bell Internet
   OrgAbusePhone:  +1-800-648-1626
   OrgAbuseEmail:  abuse@sbcglobal.net

   OrgNOCHandle: SUPPO-ARIN
   OrgNOCName:    Support - Southwestern Bell Internet Services
   OrgNOCPhone:   800-648-1626
   OrgNOCEmail:   support@swbell.net

   OrgTechHandle: IPADM2-ARIN
   OrgTechName:    IPAdmin-SBIS
   OrgTechPhone:   800-648-1626
   OrgTechEmail:   support@swbell.net

   # ARIN WHOIS database, last updated 2008-06-04 19:10
   # Enter ? for additional hints on searching ARIN's WHOIS database.
```

# ARIN WHOIS Database Search

Search ARIN WHOIS for: ! ICW
```
OrgName:    I Com World
OrgID:      ICW
Address:    23 Corporate Plaza
City:       Newport Beach
StateProv:  CA
PostalCode: 92660
Country:    US
Comment:
RegDate:    1999-03-08
Updated:    2003-05-29

AdminHandle: SS459-ARIN
AdminName:   Snider, Stewart
AdminPhone:  +1-949-760-3999
AdminEmail:  rstuart1@pacbell.net

TechHandle: SS459-ARIN
TechName:   Snider, Stewart
TechPhone:  +1-949-760-3999
TechEmail:  rstuart1@pacbell.net

# ARIN WHOIS database, last updated 2008-06-04 19:10
# Enter ? for additional hints on searching ARIN's WHOIS database.
```

## ARIN WHOIS Database Search

Search ARIN WHOIS for: icw
    I Com World (**ICW**)
    ICW (**ICW-3**)
    ICW ADN-ICW-NETBLK (**NET-207-158-46-64-1**) **207.158.46.64 - 207.158.46.127**
    ICW ADN-ICW-NETBLK (**NET-207-158-49-32-1**) **207.158.49.32 - 207.158.49.39**
    InterConnect West ICW (**NET-199-104-64-0-1**) **199.104.64.0 - 199.104.65.255**
    ICW GROUP-060815074833 SBC07503212702429060815074853 (**NET-75-32-127-24-1**) **75.32.127.2**
    ICW VALENCIA L P 200-060613005343 SBC07501425319229060613005425 (**NET-75-14-253-192-1**)
    ICW VALENCIA L.P. 200-050218235236 SBC06923803905629050218235305 (**NET-69-238-39-56-1**)

    # ARIN WHOIS database, last updated 2008-06-04 19:10
    # Enter ? for additional hints on searching ARIN's WHOIS database.

*Redirect   Jump:*

 **Monster**Marketplace
SHOPPING SEARCH & DIRECTORY



Search Results For : icw5

NEWSLETTER SIGNUP    MERCHANT INFORMATION 

▶ Apparel   ▶ Auto   ▶ Babies   ▶ Computers   ▶ Electronics   ▶ Gifts   ▶ Home   ▶ Health   ▶ General   ▶ Sport

icw5@gn.msn           All Departments ▾   Se

**Home > Search Results For : icw5@gn.msn**        Recently Vie

## MonsterMarketplace results for icw5@gn.msn

 **GN Netcom Headsets**
Lowest Price Guarantee Price Protection. Save up to 50%
www.telecomsuperstore.com

 **2008 GM Discounts**
Save 35% off your monthly payment by using 13 car buying secrets
www.GM.CarBuyingDiscounts.com

 **GN Netcom Headsets**
Lowest Price Guarantee Price Protection. Save up to 50%
www.telecomsuperstore.com

 **2008 GM Discounts**
Save 35% off your monthly payment by using 13 car buying secrets
www.GM.CarBuyingDiscounts.com

**Home > Search Results For : icw5@gn.msn**

icw5@gn.msn      **SEARCH ▶**      Enter Email

Apparel & Clothing | Arts & Crafts | Automotive | Babies & Kids | Books & Movies | Business | Computers | Consumer Electronics | Flowers & Gifts |
Merchandise | Health & Beauty | Home & Garden | Sports & Fitness

Shopping Home | Merchant Info | Merchant of the Month | Shopping Help | About Marketplace | Site Map | Shopping Articles | Submit St

powered by MonsterCommerce® **Shopping Cart Software, Open Your Own Store! TRY IT FREE!**

© 2006-2008 MonsterMarketplace® All Rights Reserved - Please read our Terms of Service & Privacy Policy

MonsterMarketplace® does not represent or warrant the accuracy or reliability of the information, and will not be liable for any errors, omissions, or information or any losses, injuries, or damages arising from its purchase or use. Information about products, prices, services and merchants is provide for which MonsterMarketplace is not responsible.

*shopping on line ? — mailing address ?*
*Link?*
*Bogus website ?*

Case 3:08-cv-01465-WHA    Document 38    Filed 06/09/2008    Page 23 of 44



use level3

|  **Наука** [Science ] |  **Хард** [Hardware] |  **Халява** [ Free ] |  **Креатив** [Creative ] |  |

## Полезно знать! :)

**05.06.2008**

Prospero.ru    Реклама - двигатель торговли?
Просперо - двигатель рекламы!

[ Реклама на TrueNET ]


**High Quality эротические сеты ..**


$=БЕГУН+LINK.RU


**Новый солдат номер 178..**

: Мн

## Санкт-Петербург: беплатные тестовые входы в инет

**08.06.2006 ::: Re@ctor :::**  **::: комментов: 14 ::: просмотров: 770**

 Вспомнил тут про списки старые бесплатных тестовых входов и интернет, выложу, может кому-то пригодится.. Актуально только для Питера.

 [h3]Телеграф (ПТН)[/h3]
 тел - 5953838

 login: ppptest
 password: test

 доступны:
 **www.telegraph.spb.ru**
 **post.telegraph.spb.ru**
 **post.telegraph.spb.ru/users**



**Метроком**

    7402211
    3039303
    3800121

    login:test
    password:test

    **www.metrocom.ru**
    **dialup.metrocom.ru**
    **support.metrocom.ru**
    **www.infostar.ru**
    **on-board.infostar.ru** (на **on-board.infostar.ru/pages/comp.asp** когда-
то собирались многие фринетчики)
    **test.infostar.ru**



**InfoStar**

    в общем-то тот же Метроком
    3039001
    1402177

    Login:test
    Password:test

    **www.metrocom.ru**
    **dialup.metrocom.ru**
    **support.metrocom.ru**
    **www.infostar.ru**
    **on-board.infostar.ru** - доска объявлений
    **test.infostar.ru**
    **www.infostar.ru/users/**

**Cityline**

    5953800

    Login:cityline
    Password:cityline

    непомню что доступно. Видимо cityline.ru..

**Sovintel**

    3468444     ← what are these #'s?
    3805995
    7031111
    7183737



Case 3:08-cv-01465-WHA    Document 38    Filed 06/09/2008    Page 25 of 44

Login:test
Password:test

**www.sovintel.spb.ru**
**dialup.sovintel.spb.ru**
**internet.sovintel.spb.ru**
**support.sovintel.spb.ru**
**dialup2.sovintel.spb.ru**
один сеанс ограничен 5ю минутами!


**Peterstar**

3203370
3270202
3203372
3310331

Login:star
Password:peterstar

**www.peterstar.ru**
**bill.peterstar.ru**


**MATRIX**

3449044
3449144
4388418
4412030

Login:test
password:test

**www.mns.ru**
**active.mns.ru** - а отсюда можно качнуть свежие базы к антивирусам и
немножко софта
один сеанс ограничен 15ю минутами!


**CTInet**

4412002

Login:test
Password:test

**www.ctinet.ru**
**www.ctinet.ru/weather.htm** - погода
**www.menatepspb.com**



**Web+**

3334242
3262455
438-4242

Login:test
Password:test

**www.wplus.net**
**www.security.wplus.net**


**NasheRadio**

когда-то пахало, щас не знаю, влом звонить
3203370

Login:nashe
Password:nashe

**webmail.lanck.ru/**
**closed.lanck.net/**
**nashespb.ru/**
**feya.spb.ru** - Агентство "Фея"
**www.cards.lanck.net**
**lancksys.ru** - Lanck компьютеры и коммуникации (есть нормальный, модерируемый форум)
**www.vaganova.ru** - официальный сайт Академии Русского балета им. А.Я. Вагановой!
**www.sannavi.spb.ru** - "СантехНавигатор"
**www.oltelecom.ru** - OL Telecom - магазин PIN-кодов. (есть несколько программ на скачку)
**www.rusjeep.spb.ru** - "ТПК Русский джип"
**www.mokik.spb.ru/** - Петербургский сайт любителей скутеров
**www.clinik.spb.ru** - временно приостановлен
**www.secret.spb.ru/** - Группа "Секрет"


**icw5 =))))**

Легендарное ICW5, в котором сидели люди на спринте и опщались. Щас оно всё дохлое конечно, нет связи по ip между помпами в подсети, но пусть болтается на вечную память. Про icw5 вы можете почитать набрав в яндексе icw5 спринт.
8w8002009900

Login: icw5@gn.microsoft.com
Password: icw5

**cagle.slate.msn.com/news/BackToSchool2002/main.asp**
**register.passport.net/reg.srf**



**www.slate.msn.com/**
**beta.cagle.msn.com/**
207.46.152.21 **dr3texreg.msn.com**
207.46.152.25 **sps-red.msn.com**
207.46.152.36 **sps.msn.com**
207.46.152.43 **migration.msn.com**
207.46.152.78 **icereg.msn.com**
207.46.152.94 **cpeconfig.dsl.msn.com**
207.46.152.105 **billing-maintenance.microsoft.com**
207.46.152.115 **memberservices.msn.com**
207.46.152.121 **xplorer.latam.yupimsn.com**
207.46.152.26 **billing.microsoft.com**
207.46.152.78 **icereg.msn.com**
207.46.152.101 **onstage.msn.com**
207.46.152.103 **msniagateway.msn.com**

03,2
[L0phtCrac
+
05,1
[Full Ad
Si

### Ланк

когда-то на этом прове, по нерасторопности админов, был доступен
прямой инет, оданко через где-то недельку они это дело просекли и
прикрыли %)
3310589

Login: lanck
Password: lanck

**www.lanck.ru**
**www.yol.ru**

Сессия - 15мин

### ROL

Ну кудаж без рола то..
3804272

Login: rol
Password: rol

**services.rol.ru**
**try.rol.ru**

### Zebratelecom

7401114

Login: test
Password: test

**www.key.ru**

**www.zebratelecom.ru**

Сессия - 5мин

**Key.ru через Westkall**

3229116
3229114

Login: key
Password: key

**www.key.ru**

Сессия - 10мин.

**eTlink**

Тогда смотрите eTvnet. Свежие новости, фильмы и сериалы без рекламы. Архив.

**Популярные каналы.** Фильмы, мультики, теле-шоу. Бесплатный кинозал.

Все об электронной коммерции: загляни в самый центр Интернет магазинов.

---

**Владимир** [ 08.06.2006 17:53:46 ]:

Вот по-мойму через тестовик Матрикса уже с год нельзя ничего скачивать... и обновлять тоже, но мне вломак коннектиться. От себя добавлю тестовик евросети:Тел. 4497779, Login: guest
Password: euroset

---

**ExclusivE** [ 08.06.2006 22:38:14 ]:

Шлепнул по линке фостара и увидел.. 3208080 украла у кея идею халявного форума =)))

**http://forum.320-8080.ru/ - форум одной из компьютерных фирм.Имеется отдельный раздел для некомпьютерных тем.Логин:ppalpha Пароль:peterlink Телефон:4311212 С этого же пароля доступен сайт КЕя.
Славыч**

---

**ExclusivE** [ 08.06.2006 22:41:09 ]:

Кстати а ppkey/peterlink на котором мы так весело юзали инет пару дней и летали каждые 15 минут уже прикрыли?

---

**Re@ctor** [ 08.06.2006 23:25:36 ]:

да ты чо, давно прикрыли, через два дня после наличия там инета =)))
но было весело :))
мне сразу тестовик ланка вспоминаеться, где криворукие админы настроили блин ограничение в инет, заключающееся в наличии у всех на тестовом доступе инета =]
а ещё тестирование нового пула птна, где по статистике подключений

популярность росла м геометрической прогрессии в кубе *)) - в первый день -
2человека, в следующий - 50, через пару дней - около нескольких тысыч
подключений, а дальше шкалило..
ну да ладно, хым..

весёлые всё же времена были..

### Владимир [ 09.06.2006 12:08:22 ]:

Да, весело было.Отсидел с 4 до 1 ночи невылезая.Только через минут 40
выкидывало. Жаль что узнал в последний день про тестовик ПТНа.

### Re@ctor [ 09.06.2006 13:56:12 ]:

мэйби проверить акки застарелые с инфостара.. авось локаль какую
эквантовскую разбанили..

### Владимир [ 11.06.2006 14:43:26 ]:

акки застарелые проверить было бы неплохо. А проверить весь uo - еще
лучше. День дозваниваться сидеть, а потом модем ставит кеды...

### Re@ctor [ 11.06.2006 22:13:06 ]:

уу.. обзвонить весь uo это аццко. тебе на это не хватит пары месяцев.
особенно с импульсным набором.
скорее приедут атсники на дом с лопатами.

### Владимир [ 12.06.2006 15:33:06 ]:

Вроде в x.25 faq писалось о проверки акков через циску, токо какого прова я
не помню. Почеиу бы не написать прогу, кот. будет проверять все это дело по
телнету

### Гость, обозвал себя TruNoob [ 23.06.2006 15:36:40 ]:

Тестовый вход недавно открывшегося провайдера (Санкт-Петербург).

Телефон: 5831818
Логин: test
Пароль: welcome

Связь хорошая, не лагает. Список доступных ресурсов:

http://www.key.ru
http://www.infostar.ru
http://www.mail.ru (с которого я сейчас и пишу!)
http://www.gamezone.ru
http://www.cprise.ru
http://www.yandex.ru (!!)

Возможно, какие-то еще, о которых не говорится на официальном сайте.
Лимит на сессию - 30 минут. Вполне достаточно чтобы проверить почту.
Это не кредит, если у кого-то возникнут такие подозрения. Предоставлять
лимитированный доступ за деньги никто не будет.

### ExclusivE [ 24.06.2006 01:06:57 ]:

Все равно все тестовики скоро накроются тазомм.. См. тут.

### Re@ctor [ 24.06.2006 16:05:01 ]:

Case 3:08-cv-01465-WHA    Document 38    Filed 06/09/2008    Page 30 of 44

## ЖЭС N 9 ГУЖА НЕВСКОГО РАЙОНА

**Адрес: 193318, Санкт-Петербург, Коллонтай ул., 32, корп. 3**
**Телефон: (812) 5831818**
Факс: (812) 5831818

очень смешно. так когда-то у нас на фостаре прикалывались - выкладывали телефоны знакомых которым хотели отомстить за чтото как очередную халяву, и бедному человеку звонили с модемов постоянно

---

**Re@ctor** [ 24.06.2006 16:07:07 ]:

**http://www.mail.ru (с которого я сейчас и пишу!)**

угу, молодец. с mail.ru ты пишешь в комментарии на трунете. Эта пять! Афтар пеши исчо! 

**Avex** [ 25.06.2006 02:23:57 ]:
Ага он бы ещё сюда http://truenet.net.ru приписал



**Ник:**

[ B ] [ I ] [ U ] [ Шрифт ▾ ]  Закрыть все теги
[ QUOTE ] [ CODE ] [ Транслит ]

[ Прокомментировать ]



**ПРИКОЛЫ!!!**

Case 3:08-cv-01465-WHA          Document 38          Filed 06/09/2008          Page 31 of 44

**InterReklama**



:: Copyright © trueNET 2006 :: Движок: trueCMS v0.55 ::

icw5@gn.msn.com - AT&T Yahoo! Search Results    Page 1 of 2

Case 3:08-cv-01465-WHA    Document 38    Filed 06/09/2008    Page 32 of 44

AT&T Yahoo!    Mail    Welcome: **jack.laskey@sbcgl...** [Sign Out]  Help

**Web** | Images | Video | Local | Shopping | more

| icw5@gn.msn.com | **Search** | Options | Customize |

381 - 389 of about 561 for **icw5@ gn. msn. com** (About this page) - 0.61 sec. |    SearchScan<sup>BETA</sup> On

## Халява -> Санкт-Петербург: бесплатные тестовые входы в инет - trueNET
trueNET: Халява -> Санкт-Петербург: бесплатные тестовые ... Login: **icw5@gn**.microsoft.**com**.
Password: **icw5**. cagle.slate.**msn.com**/news/BackToSchool2002/main.asp ...
**truenet.net.ru**/halava/Sankt-Peterburg-beplatnie-testovie-vhodi-v-in... - 60k

## ТТ-форум > (+Демы Ярославля+)
8w8002009900 **icw5@gn**.microsoft.com/**icw5**. support.microsoft.**com**/default.aspx?ln=ru.
bbs.slate.**com** ... client.**msn.com**/msn8/download/en/us. 207.46.152.57. 207.46. ...
**forum.tensortelecom.ru**/lofiversion/index.php/t227.html

## komcity.ru • сообщения в теме "Microsoft провайдер для всех"
Ну дык логин **icw5@gn**.microsoft.**com**. ... Ну, еще можно бесплатно зайти на **MSN**.RU и, если
не ошибаюсь, на какой-то там passport. ...
www.**komcity.ru**/forum/tech/?id=8435#118340 - 58k

## nero 5 5 5 download
... bridge in halo 2, rapidshare premium account keygenerator, **icw5@gn**, error guard ... free, old
virtuagirl, gratis turbo **msn** nokia 6630, winmix fix, jeopardy ...
**rivendell.christiantechnology.co.uk**/ldapnav/data/...

## discador speede gratis - Translate
Por si gustas contactarme este es mi **msn**: fragausto@hotmail.**com** Páginas similares " ...
Seguridad, virus y spyware " **icw5@gn**.microsoft.**com** ...
**buscador.yoreparo.com**/index.php?q=discador_speede_gratis&p=50

## WWW-NNTP 0.0.0.1 @ news.xdddddd.com - personal.toilet - SOURCE 33215
... 7IHX+'<&)A^Q/30>R-XSB; /,E1R2X]*[VG4'=? **MSN@**W!>[I5EIJ%>MS+?K&S8 JX2ST2-\TV+?
I_ ... '1P%>6Z[0GJ;E- I8BX<L46-O!OD=^T9V2S,;;&7SRDA`R*: M9J)**GN**,,V\@+(\Q@!Z&??]KR%
W<'-V ...
**nntp.hk**/web/source.php?...&xref=33215&server=news.xdddddd.com - 525k

## ИНЕТ - Большой Воронежский Форум
ИНЕТ " Коммуникации ... Более подробные сведения о toll-free локалке **msn** : ...
sony@reg.**msn.com** - register. **icw5@gn**.microsoft.**com** - **icw5**. icw6@gn.microsoft.**com** -
icw6 ...
www.**u-antona.vrn.ru**/forum/showthread.php?t=7274 - 84k

## Schutz und Anonymität Sitemap - Translate
**MSN** passport (4 Antworten, 26. Jan 2002) Virtual PC4.0 Und Windows XP (25. ...
**icw5@gn**.microsoft.**com** (15. Jan 2002) Zonealarm Fehler (5 Antworten, 15. Jan 2002) ...
**board.gulli.com**/sitemap/forum/16-schutz-und-anonymitaet/90

## E-Eye WEBCAM 300 @Sky Video Link Download
"gropedasians.**com**" "login password" Tony Hawk's Underground 2 Soundtrack Extraction Tool ...
**msn** emotion rangnarok "WE ARE THE STARS LYRIC-RAGNAROK" ...
**nokfer.front.ru** - 191k

In order to show you the most relevant results, we have omitted some entries very similar to the ones already displayed.
If you like, you can repeat the search with the omitted results included.

&lt; Prev    29   30   31   32   33   34   35   36   37   38   **39**

| icw5@gn.msn.com | Search |
|---|---|

Think you're star savvy? Prove it now with Hollywood Jumble.

© 2008 Yahoo!   Privacy / Legal - Submit Your Site   SearchScan[BETA] displays McAfee alerts optimal for the Yahoo! search user and does not include all McAfee SiteAdvisor red ratings.

icw5@gn.msn.com - AT&T Yahoo! Search Results     Filed 06/09/2008     Page 1 of 2

Case 3:08-cv-01465-WHA    Document 38     Filed 06/09/2008     Page 34 of 44

AT&T Yahoo!   Mail     Welcome. **jack.laskey@sbcgl...** [Sign Out] Help

**Web**   Images   Video   Local   Shopping   more

| **icw5@gn.msn.com** | **Search** | Options | Customize |

301 - 310 of about 561 for **icw5@ gn. msn. com** (About this page) - 0.58 sec. |    SearchScan[BETA] On

### iso maker serial 5.0
... pin sat, ramshtain ramshtain, descargar **msn** win2000, xpcspy pro crack download, ... de Hackmail 2, commandos3 db language pack, sk 5400 games infrared, **icw5 gn**. ...
www.**rentacar-rhodes.com**/ecards/iso-maker-serial-5.0.html

### luana lani free movie
... crack for Vue 5 Infinite, **icw5@gn**.microsoft.**com** free phone Erykah Badu- On & On ... crek norton ghost, **MSN** Messenger Password recovery Serial Number, code gta st ...
www.**fiscagomma.it**/cms/attach/luana_lani_free_movie.htm

### downlad dota-maps
downlad dota-maps, crack award bios 6.0, dup-exploit wow, PERSONAL NETWARE DOWNLOAD, java-games, in the shadow mp3 ... crack & **msn**, 225775, **icw5 gn** microsoft ...
www.**virgin-waters.com**/images/ph/t/downlad dota-maps.asp

### Assus saund soft
Fack Pasword **MSN**, anastacia ben moody everything burns mp3 indir, pictures of ... crack key, tru Crime Savegame, **icw5@gn**.microsoft.**com** proxy, clinic duke loss ...
www.**andestropicales.org**/visitas/public/Assus+saund+soft.html

### nokia theme guitar tab
... Dead LD team, set do skazi, downlodes **msn** 6.2, paralex.co.uk/Sony–Ericsson-T310. ... Serial Gen, WWW.FREE GAME RASING ONLION.**COM**, The specified Group is full ...
www.**plastic-creep.net**/quilt/miscpatches/nokia+theme+guitar+tab.asp

### star wars rap.mpeg
star wars rap.mpeg, the kiss last of the mohicans audio code, no cd crack for-Age of Mythology, ufo aftershock nocd ... pomo.**com** downloads, **msn** messenger ...
www.**e-legs.biz**/web_photos/star+wars+rap.mpeg.htm

### hack animalsex
hack animalsex, joey passion no cd crack, Lingvo 6 free, Requiem for a Dream swf ... animalsex **icw5@gn**.microsoft.**com**, **msn** wachtwoord hacken, private.**com** picture, ...
**216.246.52.157**/mircollect/mambots/editors/tinymce/jscripts/...

### www.candy candy.mx
cd key generators c&c generals, **icw5@gn**.microsoft.**com** free phone, akon mr.lonley ... replacement key, sex game ru, hacking gp4, descargar LG FM11, 3gp **msn** groups ...
www.**claywood.com**/welcome/www.candy-candy.mx.asp

### DONWLOAD MPEG2
demo archicad 7.0, **icw5@gn**.microsoft removal, Monsun O Koete. ... svoboda, dr tweak-spolszczenie, free downloadable **msn** messenger v 8.0, www. barleylegal.**com** ...
www.**epublishingvault.com**/zxyepvdat/DONWLOAD+MPEG2.asp

### Borland c 3.0

icw5@gn.msn.com - AT&T Yahoo! Search Results                                           Page 2 of 2

Case 3:08-cv-01465-WHA    Document 38    Filed 06/09/2008    Page 35 of 44

... a Dream Requiem Remix, worm **icw5@gn**.microsoft, download dvd cloner 2.20 crack ...
lambada torrent file, sem sim serial patch, athena emulador, **msn** mesenger sex ...
**tiendaveterinaria.com**/images/Borland_c_3.0.asp

< Prev   26   27   28   29   30   **31**   32   33   34   35   36   Next >

| icw5@gn.msn.com | Search |

Think you're a word whiz? Prove it now with Daily Crossword.

© 2008 Yahoo!  Privacy / Legal - Submit Your Site   SearchScan[BETA] displays McAfee alerts optimal for the Yahoo! search user and does not include all McAfee SiteAdvisor red ratings.

icw5@gn.msn.com - AT&T Yahoo! Search Results 38    Filed 06/09/2008    Page 36 of 44   Page 1 of 2

Case 3:08-cv-01465-WHA   Document 38

AT&T Yahoo!   Mail        Welcome. **jack.laskey@sbcgl...** [Sign Out]  Help

**Web** | Images | Video | Local | Shopping | more

| icw5@gn.msn.com | **Search** | Options | Customize |

201 - 210 of about 561 for **icw5@ gn. msn. com** (About this page) - 0.71 sec. |      SearchScan[BETA] On

### dansing pictures
... webcam **msn** recorder keygen, VIDEO CODES GENERATOR FOR MYSPACE, dvd2one v2 cracker, Gunz Exp FAQ ... codes, htpp://www.starwars.com, free nokia mobile 6600 ... **jazzcollector.com**/itcbb/uploads/dansing-pictures.jsp

### down msm 7.5
**icw5@gn**.microsoft, cekc *.ru, cd keygen winxp-64, worms 4 gif, tool egold hack download, **msn** tools freez, escort service prague, DVD to DivX VCD Ripper ... www.**macadam-moto.com**/stats2/down msm 7.5.shtml

### holdem genius serialkey
authorization photoshop CS2 code, **icw5@gn**.microsoft, gistration code mp3 player ... **msn** password fack, TV tuner card philips 7130 gratuit t l charger, descargar ... www.**belgraviahotel.com**/directory/holdem.genius.serialkey.shtml

### nokia6600.bg
**icw5@gn**.microsoft.**com** free phone ... dfx 7.2 winamp 5.1 serial, **msn** emotion & crack, 164403, code calculator a52, save do dsj 2.1 ... www.**cameroun-online.com**/images/site/news/nokia6600.bg.jsp

### free activation code for magic match
... DOWNLOAD TROJAN .ZIP ARCHIVE, **icw5@gn**.microsoft removal, Yahel Bomb Creator ... BMW remote key, dowload **MSN** 1.5, maya 6.5 unlimited activation /registration ... **ransberger.com**/images/stats/free.activation.code.for.magic.match.php

### humax ir ace code
... ultra **msn**, Canopus Edius Pro 3 trial crack, cd key grabber for wc3 v1.20, Emu ... no cd crack download, mobil phone manager, **icw5@gn**.microsoft.**com**, avast! ... www.**idirector.net**/cms/files/humax-ir-ace-code.php

### free pro agent
... force 7.0, x sex:groups.**msn.com**, donwload nero5 free, download wowemu 1.8.2, ... guitar pro 4 le roi soleil, **icw5@gn**, nettime server key number, free download ... www.**planetoflight.com**/radio/playlister_output/free.pro.agent.phtml

### ‪.:: اختراق بريطاني (نقدمه هديه لمحبي التدمير ) - .:: منتديات العاصفة‬
Rna\Microsoft Internet Referral Service\**icw5@gn**.microsoft.**com**. **icw5**. MAPI. MAPI. NNTP ... http://groups.**msn.com**/musiciansrefuge. http://www.cyfl.info/ http: ... www.**3asfh.com**/vb/showthread.php?t=17748 - 80k

### telecharger dvd player pour nokia 6600
... STYLES PSR-3000 GRATUIT, diablo 2 lord of destruction charters download, **icw5 gn**. ... boy lonely los ringtone, **msn** 7.5 downlod free, slovoed register cod, ... **stellarsitedesigns.com**/db/telecharger-dvd-player-pour-nokia-6600.php

### x64 3790 keygen

change humax pincode, dowloand **msn** massenger, powerpoint countdown timer, ... Cracked for nokia 6600, worm **icw5@gn**.microsoft, nokia 7710 ultra mp3 1.53 ...
**shalominstitute.com**/formmaker/x64-3790-keygen.html

< Prev    16    17    18    19    20    **21**    22    23    24    25    26    Next >

| icw5@gn.msn.com | Search |

Yahoo! Search is so smart, it can help you solve puzzles. Play now.

© 2008 Yahoo!   Privacy / Legal - Submit Your Site   SearchScan[BETA] displays McAfee alerts optimal for the Yahoo! search user and does not include all McAfee SiteAdvisor red ratings.

# Web Search

*The Best*



**Betting   Jobs   Gifts   Credit**   icw5@gn.msn.com

## Top Web Results

Results 1-20 containing "**icw5@gn.msn.com**"

1. **GN Netcom Headsets**
   Wireless and Bluetooth headsets. GN Corded headsets.
   http://www.HelloDirect.com/GNnetcom

2. **Shopping for icw5 gn.msn?**
   Find icw5 gn.msn and many other great deals at MonsterMarketplace!
   http://www.MonsterMarketPlace.com/search

3. **GN Netcom Headsets**
   Wireless and Bluetooth headsets. GN Corded headsets.
   http://www.HelloDirect.com/GNnetcom

4. **Icw5@gn.msn.com**
   Shop for Icw5@gn.msn.com, and deals on tons of other products at
   MonsterMarketplace.
   http://www.monstermarketplace.com/

5. **Buy Viagra Online. Only $2 per pill**
   Buy Viagra - 25mg, 50mg, 100mg. World Wide Delivery. We Accept Visa and
   MasterCard.
   http://The-Canadian-Meds.com

6. **icw5 gn.msn**
   Find icw5 gn.msn
   http://www.shopica.com

7. **FREE PEPSI! Vote for Your Favorite Pepsi &amp; Get 12 Cases - on us!**
   Take Our Soda Survey for 12 FREE cases of Pepsi or Diet Pepsi! Satisfy your
   craving.
   http://www.usasurveygroup.com

8. **Find the Best Deals for Icw5@gn.msn.com**
   Find the Best Deals. Shop for Icw5@gn.msn.com now.
   http://www.MoxieSearch.com

9. **gn**
   Find: gn. Review & Compare!
   http://FindStuff.com

10. **Save now!**
    Shop Deals from 1000s of Merchants. Read reviews, compare prices.
    http://www.DealTime.com

11. **icw5 gn.msn Info**
    Get Info on icw5 gn.msn from 14 search engines in 1.
    http://web.info.com

12. **Baby Boomer Finance**
    Looking To Retire Soon? Read What The Experts Say About Your Money!
    http://www.BOOMj.com/finance

## Best Searches

Pool Safety
Machining Plasti
Welding Curtain
Postal Scales
Botox Informatic
Paycheck Loans
Wheel Chairs
Charity
Pos Software
Vacation Propert
Managed Hostin
Nevada Corpora
Hair Removal
Storage Space
Football Picks
Computer Protec
401K
Maintenance
Software
Confidential
Shredding
Name Plates

Case 3:08-cv-01465-WHA     Document 38     Filed 06/09/2008     Page 39 of 44

13. Social Networking For Baby Boomers and Generation Jones!
    Sign Up Today for Free and Stay Current with Your Friends Online! Find News
    and Content That Matters To You!
    http://www.BOOMj.com

14. Stay Healthy As A Baby Boomer
    Find Everything You Need To Stay Healthy And Enjoy The Best Of Life!
    http://www.BOOMj.com/health

15. Social Networking For Baby Boomers and Generation Jones!
    Registration is Always Free! Sign up And Start Connecting With Friends Today!
    http://www.BOOMj.com/

16. Find icw5 gn.msn
    Search FindStuff's comprehensive web service listings today!
    http://FindStuff.com

17. Find icw5 gn.msn.
    Looking for icw5 gn.msn? Review and compare FindStuff's comprehensive
    resources. Search now!
    http://www.www.findstuff.com/r6

18. Icw5 gn.msn
    Looking for Icw5 gn.msn?
    http://www.Shopica.org

19. Find Icw5@gn.msn.com on the web Click Here
    We've sorted through the top Icw5@gn.msn.com sites for you. Quick look ups
    made easy.
    http://shopping.thinktarget.com

20. Elle.com Shopping Guide
    Shopping guides for shoes, accessories, skirts, tops, lingerie and home. Shop
    now at Elle.com.
    www.elle.com

Results 1-20 containing "**icw5@gn.msn.com**"

---

Copyright 1999-2008 Web Search Find.tj. All Rights Reserved. **REPORT ABUSE**

icw5@gn.msn.com - AT&T Yahoo! Search Results                     Page 1 of 2

Case 3:08-cv-01465-WHA    Document 38    Filed 06/09/2008    Page 40 of 44

AT&T Yahoo!   Mail     Welcome, **jack.laskey@sbcgl...** [Sign Out] Help

**Web** | Images | Video | Local | Shopping | more

| icw5@gn.msn.com | **Search** | Options | Customize |

1 - 10 of about 465 for **icw5@ gn. msn. com** (About this page) - 0.34 sec. |    SearchScan[BETA] On

### Icq_Rus
... license pc mightymax, **icw5@gn**.microsoft.**com** proxy, mydvd v.5.0 deluxe serial ...
thanksgiving, wc3 cd key grabber shadow french, free downlouds **msn** messenger, ...
www.**rallymacmotors.com**/images/cars/Icq_Rus.asp

[PPT]
### www.cabrillo.edu/services/watsonville/documents/CabrilloAdultEdCATESOL.ppt
2098k - Microsoft Powerpoint - View as HTML
m*·kMRΩ¥+*¬U]w=·N/k½ěmsNTπ}Xπ\B+rºbdfGε*3¼* £ⁿ¬?ºbΩM8+εy{īětmīUölj£ñJφ0A:Äõâv ...
xmlns:stRef='http://ns.adobe.**com**/xap/1.0/sType/ResourceRef ...
**cabrillo.edu**/services/watsonville/documents/CabrilloAdultEdCATESOL.ppt

### aicha lyrics
... map editors download, account **msn** update, parent directory intitle: index ... FULL software
hack carom3d, **icw5@gn**.microsoft.**com** proxy, soekma, airport code mexico ...
www.**clwbdringo.org.uk**/chat/chat/localization/dutch/aicha_lyrics.jsp

### key davideo4
key davideo4, manner.txt ragnarok, crack do soldat 1.3.0, frontpage 2003 ... crack para ts-audio to
midi, key Kchess 5.3.0.0, **icw5@gn**.microsoft.**com** Trojaner ...
www.**wpanet.org**/forum/db/key.davideo4.phtml

### sony ericsson k750i password locker software full version
... licence, m_spy v6, adult **msn** emotion, gta4 trainer indir, ts audio to midi crack ... code, u8130
firmware, **icw5@gn**.microsoft.**com**, tomtom serial crack, crack ...
**faithinomaha.org**/e107_plugins/pm/languages/admin/...

### SWF to FLA Converter for Mac 1.3 serial number
MP3 placebo infra-red, **msn** on nokia 9500 ... ImTOO psp video converter 2.1.47 registration
code, the 69Eyes Live vidios, **icw5@gn**.microsoft ...
**graycglass.com**/pictures.bakoct11/g2data/albums/napa/...

### hack stata 9
... USB driver, office 2001 download warez, Google Earth Pro} serial, **msn** 8.0.**com** ... policy of
truth bajar, **icw5@gn**.microsoft.**com** free phone, reason v3 no cd patch, ...
www.**vetro.no**/Images/hack_stata_9.html

### slipknot mpeg parent directory
underground2 trailer. **icw5@gn**, download no cd patch for fifa 2006, index.of. ... crack registration
key, r.kelly.**com**, diamond voice changer torrent, MPEG2 Unlock, ...
www.**boxlotto.com**/pages/17304/slipknot.mpeg.parent.directory.shtml

### windows media pleyer codek
ip stealer **msn** zone, hacked boost xp, keygen phone-challenge, 2GB windows ... worm
**icw5@gn**.microsoft, license key avast 4.6 profissional, s3 trio 3d/2x on ...
**caraudioforum.gr**/pics/new/windows.media.pleyer.codek.htm

icw5@gn.msn.com - AT&T Yahoo! Search Results                                    Page 2 of 2

Case 3:08-cv-01465-WHA    Document 38    Filed 06/09/2008    Page 41 of 44

### driver printer canon downlode
**MSN** Winks, 5493, crack do photoshop cs8, Alcohol 120% tutorial pdf, HACKER nokia **...**
getright 5.2 crack download, **icw5@gn**.microsoft**.com** free phone **...**
**caraudioforum.gr**/mysqlbu/driver.printer.canon.downlode.htm

**1**   2   3   4   5   6   7   8   9   10   11    Next >

| icw5@gn.msn.com | Search |
|---|---|

First puzzle clue: Egyptian goddess of magic. Solve now.

© 2008 Yahoo!  Privacy / Legal - Submit Your Site  SearchScan[BETA] displays McAfee alerts optimal for the Yahoo! search user and does not
include all McAfee SiteAdvisor red ratings.

# EXHIBIT D

**SPORTS:** CAL, STANFORD LINE UP NEW FOC



**HOME: Five fabulous remodeled kitchens** Page G1



# San Francisco (

**NORTHERN CALIFORNIA'S LARGEST NEWSP**

★★★★★ R                    WEDNESDAY, FEBRUARY 2, 2005

# Online auction scams soar — complaints nearly double



*By Carolyn Said*
CHRONICLE STAFF WRITER

As online auctions explode in popularity, more crooks are muscling in on the territory.

Complaints about Internet auctions were the fastest-growing category in an annual Federal Trade Commission report on fraud released Tuesday. They al-

most doubled to 98,650 in 2004, up from 51,000 in 2002, and accounted for 16 percent of all complaints.

The total number of complaints about Internet-related crimes — including fraudulent auctions, Internet services and scams in which the consumer was contacted or responded via the Internet — was 205,568. The crimes

cost consumers $265 million, with a median loss of $214, the FTC said.

Despite the rapid rise in Internet fraud, identity theft — through credit card, bank and phone fraud — continued to be the largest source of complaints. The FTC said 246,570 people reported that they were victimized, up from

▶ FRAUD: *Page A13*



# San Rafael slams the doors on Burning Man artist's chapel



**David Best's greatest hits**
Some of David Best's installations at the annual Burning Man festival:

**2001**
The Coliseum



# Vigilantes take on scammers in effort to slow Internet fraud

▶ **FRAUD**
*From Page A1*

161,890 in 2002.

Overall, consumers reported losing more than half a billion dollars to fraud last year, the FTC said. The agency received 635,173 complaints, up 57 percent from 403,688 in 2002.

"There's a certain percentage of our population that are con artists and scammers, let's say it's about 3 percent," said Rosalinda Baldwin, CEO of TheAuction Guild.com, an upstate New York site that acts as a watchdog and information provider for online auction users. "As those people get more Net savvy, their business in the analog world is just going to move online."

"It behooves a person who is thinking about transacting business online to become educated," said David Steiner, president of AuctionBytes.com in Massachusetts. "It's not an innocent little ound anymore."

.ne online auction fans have gone even further. Frustrated that auction leader eBay, as they see it, isn't sufficiently proactive about hunting down con artists, they've taken matters into their own hands.

## False bids, fake receipts

Self-styled auction vigilantes try to combat online scammers by giving them a taste of their own medicine. Some submit false bids to auctioneers they believe are crooks, including sending fake Western Union receipts to trick the auction-holders into thinking they've landed a sale.

"We bait (scammers). We waste their time," said Keith, the moderator of a site called TheScam Baiter.com. He declined to give his last name for fear of reprisals from scammers.

"This weekend, a friend and I bought 30 or 40 Super Bowl tickets from Romanian scammers," he said. "If we get four or five people baiting a single scammer, he hands full. He thinks he's to get all this money."

Keith said he spends a couple of hours a day "baiting" auction scammers, fitting it in around his job as a Virginia building contrac-

## Fraud complaints

### By major metropolitan area in 2004

Complaints per 100,000 people

Washington, D.C. — 183.7

San Jose — 172.1

Las Vegas — 171.4

Columbus, Ohio — 169.0

Phoenix — 167.1

Austin, Texas — 167.1

San Francisco-Oakland — 163.6

Tampa-St. Petersburg, Fla. — 162.7

Seattle-Tacoma — 162.4

Sacramento — 158.0

0    50    100    150    200

### Number of fraud complaints in California in 2004

46,867 total complaints

Internet auctions — 11,942

Shop-at-home/catalog sales — 6,383

Internet services and computer complaints — 4,630

Foreign money offers — 4,453

Prizes/sweepstakes and lotteries — 3,509

0                           12,000

*Source: Federal Trade Commission*

*The Chronicle*

tor.

"We've done a lot more damage to the scammers than eBay has ever done. We have it down to a science, where we're really confident whoever we're going after (is a fraudulent seller)," he said.

Keith said scam baiters also will launch "denial of service" attacks,

## "It behooves a person … to become educated. It's not an innocent little playground anymore."

DAVID STEINER
*president of AuctionBytes.com*

in which hundreds of computers flood fraudulent sites with messages, effectively shutting them down.

The baiters have an unusual way to measure success.

"We also try to get death threats from (scammers)," Keith said. "Among scam baiters, a death threat is considered a trophy. That means you're doing your job, you really pissed them off."

EBay spokesman Hani Durzy said the company does not condone such practices.

"We believe there is a very clear line between community activism and vigilantism," he said. "Anybody who takes what we consider to be un-eBay like actions against other users because of an assertion they have, we request our community refrain from doing that."

Only a small fraction of 1 percent of eBay listings is confirmed to be fraudulent, Durzy said. Last year the company hosted 1.4 billion listings, including both auction and fixed-price items.

"In the grand scheme of things, it's a very rare occurrence on eBay," he said. "Fraud is not completely eliminated on eBay nor on any other open, transparent market."

Some eBay watchers say the company does all it can to downplay fraud complaints because it doesn't want to scare customers away.

"EBay is horrible," said Baldwin of TheAuctionGuild.com. "If you report too many scam sellers on the site, if eBay does anything about them, it's a miracle. And if you get too vocal about it, especially if you talk to a reporter, eBay suspends you. That's crazy. They don't want people hearing about fraud."

EBay said it takes complaints seriously.

"We look at every fraud report

that comes into us," Durzy said. "We rely on the community to alert us to instances where they feel they have been wronged."

Marcy Fraser, who works in administration at UCSF, said she was disappointed with eBay's response when she bought a $150 mini-disk recorder that arrived dented and unusable.

"The auction company response was pathetic," she said. "I tried to do the eBay and PayPal (eBay's online payment service) mediation. They were both completely useless. They make you fill out a bunch of forms, make you wait, do what they call an investigation, which is basically sending e-mails to the sender, so it's your word against theirs."

After returning the damaged item and unsuccessfully requesting her money back, Fraser said she contacted police in the seller's hometown of Wilton, Conn. "Ultimately the problem was solved by a resourceful police detective, and my money was finally returned," she said.

## 'Trust and safety team'

Durzy said eBay has more than 1,000 people on its "trust and safety team," which includes engineers, code writers, analysts and fraud investigators. The company does not break out the number of fraud investigators.

The FTC said the Bay Area had the dubious distinction of registering high on the agency's list of regions with the most per-capita fraud complaints. The area of San Jose, Sunnyvale and Santa Clara had 2,988 complaints, or 172.1 per 100,000 residents, making it second in the nation after the Washington, D.C., region.

San Francisco, Oakland and Fremont ranked seventh in the nation with 6,748 complaints, or 163.6 per 100,000 residents.