1  WARREN J. RHEAUME (admitted *pro hac vice*)
   HELLER EHRMAN LLP
2  701 Fifth Avenue, Suite 6100
   Seattle, WA 98104-7098
3  Telephone: (206) 447-0900
   Facsimile: (206) 447-0849
4  Email: Warren.Rheaume@hellerehrman.com

5  LESLIE N. HARVEY, State Bar No. 241203
   HELLER EHRMAN LLP
6  333 Bush Street
   San Francisco, California 94104-2878
7  Telephone:  (415) 772-6000
   Facsimile:  (415) 772-6268
8  Email:  Leslie.Harvey@hellerehrman.com

9  Attorneys for Defendant
   MICROSOFT CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURIE MARIE LASKEY, | Case No. CV-08-1465-WHA |
| Plaintiff, | **[PROPOSED] CASE MANAGEMENT ORDER** |
| v. | |
| MICROSOFT CORPORATION, and DOES 1 through 1000, inclusive, | |
| Defendants. | |

Heller Ehrman LLP

1

[PROPOSED] CASE MANAGEMENT ORDER
Case No. CV-08-1465-WHA

1  An initial case management conference, pursuant to Rule 16 of the Federal Rules of
2  Civil Procedure, was held in the above-captioned matter on June 19, 2008. Plaintiff
3  represented herself, and Warren Rheaume and Leslie Harvey of Heller Ehrman LLP
4  appeared for Defendant. Having considered the case management conference statements
5  submitted separately by the parties and having heard the arguments of counsel, the Court
6  enters the following order:

7  Defendant Microsoft's Case Management Statement and Report Pursuant to Fed. R.
8  Civ. P. 26(f) is hereby adopted by the Court as the Case Management Order for the case and
9  the parties are ordered to comply with this Order.

11  **IT IS SO ORDERED.**

_____
The Honorable William H. Alsup
United States District Judge