WARREN J. RHEAUME (admitted *pro hac vice*)
HELLER EHRMAN LLP
701 Fifth Avenue, Suite 6100
Seattle, WA 98104-7098
Telephone: (206) 447-0900
Facsimile: (206) 447-0849
Email: Warren.Rheaume@hellerehrman.com

LESLIE N. HARVEY (SBN. 241203)
HELLER EHRMAN LLP
333 Bush Street
San Francisco, California 94104-2878
Telephone: (415) 772-6000
Facsimile: (415) 772-6268
Email: Leslie.Harvey@hellerehrman.com

Attorneys for Defendant
MICROSOFT CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURIE MARIE LASKEY,<br><br>                    Plaintiff,<br><br>v.<br><br>MICROSOFT CORPORATION,<br><br>                    Defendant. | Case No. 3:08-CV-01465-WHA<br><br>**PROOF OF SERVICE** |

Heller
Ehrman LLP

1

**PROOF OF SERVICE BY FEDERAL EXPRESS**
CASE NO. 3:08-CV-01465-WHA, N.D. CAL.

I, Mark C. Williams, declare as follows:

I am and was at the time of the service mentioned in this certificate employed with Heller Ehrman at 333 Bush Street, San Francisco, CA 94104. I am over the age of 18 years and not a party to the within action.

On June 12, 2008 I served the following document:

**DEFENDANT MICROSOFT'S CASE MANAGEMENT STATEMENT AND REPORT PURSUANT TO FED. R. CIV. P. 26(F);**

**[PROPOSED] CASE MANAGEMENT ORDER**

on the party to this action by placing a true and correct copy in an envelope marked for delivery via Federal Express for next day delivery to the attention of:

Ms. Laurie Marie Laskey
113 Del Webb Drive
Cloverdale, CA 95425
(910) 548-3345

I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct and that this proof of service was executed on this 12th day of June, 2008 at San Francisco, CA.

_____
Mark C. Williams

Heller
Ehrman LLP

2

PROOF OF SERVICE
Case No. 3:08-CV-01465-WHA