```
Laurie Marie Laskey
120 Briar Hollow Drive
Jacksonville NC 28540
910-548-3345

Laurie Marie Laskey, IN PRO SE
```

FILED
08 JUN 26 PM 12: 44
[CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA]

In The United States District Court

For The Northern District Of California

| | |
|---|---|
| Laurie Marie Laskey<br><br>    Plaintiff,<br><br>    vs.<br><br>Microsoft Corporation<br><br>    Defendant | Case No.: CV-08-1465-JCS WHA<br><br>Temporary Change of Address<br><br>Hon. William Alsup Court Room 9 on the 19th floor;<br><br>[ ✓ ] Original<br>[ ] Copy<br>[ ] Chambers Copy |

Temporary Change of Address

Please be advised that I will be staying at Laurie Laskey c/o 113 Del Webb Drive, Cloverdale CA. 95425 until July 15 2008. Please forward my documents to this address until then.

DATED: June 24, 2008

_____
Laurie Marie Laskey
In Pro Se

- 1 -
Temporary Change of Address