WARREN J. RHEAUME (admitted *pro hac vice*)
HELLER EHRMAN LLP
701 Fifth Avenue, Suite 6100
Seattle, WA 98104-7098
Telephone: (206) 447-0900
Facsimile: (206) 447-0849
Email: Warren.Rheaume@hellerehrman.com

LESLIE N. HARVEY, State Bar No. 241203
HELLER EHRMAN LLP
333 Bush Street
San Francisco, California 94104-2878
Telephone: (415) 772-6000
Facsimile: (415) 772-6268
Email: Leslie.Harvey@hellerehrman.com

Attorneys for Defendant
MICROSOFT CORPORATION

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURIE MARIE LASKEY,<br><br>                Plaintiff,<br><br>v.<br><br>MICROSOFT CORPORATION, and DOES 1 through 1000, inclusive,<br><br>                Defendants. | Case No. CV-08-1465-WHA<br><br>**MICROSOFT'S NOTICE OF MOTION AND MOTION TO DISMISS OR, IN THE ALTERNATIVE, SECOND MOTION FOR A MORE DEFINITE STATEMENT;**<br><br>**MEMORANDUM OF POINTS AND AUTHORITIES**<br><br>Date: September 4, 2008<br>Time: 8:00 a.m.<br>Courtroom: 9, 19th floor<br>Judge: William H. Alsup |

1

**NOTICE OF MOTION AND MOTION**

TO PLAINTIFF LAURIE MARIE LASKEY:  NOTICE IS HEREBY GIVEN that on September 4, 2008 at 8:00 a.m. or as soon thereafter as the matter can be heard, in the Courtroom of the Honorable William H. Alsup of the United States District Court of the Northern District of California located at 450 Golden Gate Ave., 19th Floor, Courtroom 9, San Francisco, CA 94102, defendant Microsoft Corporation ("Microsoft") will, and hereby does, move to dismiss the above-captioned action pursuant to Federal Rule of Civil Procedure 12(b)(6).  Plaintiff has failed to comply with this Court's order requiring a more definite statement and all of Plaintiff's potential claims are barred by the applicable statutes of limitation.

If the Court construes the documents filed by Plaintiff entitled "More Defined Statement" and/or "More Defined Statement Rev#1" as an amended complaint, Defendant Microsoft requests in the alternative to move for a more definite statement pursuant to Federal Rule of Civil Procedure 12(e).

Microsoft bases its motion to dismiss on this notice of motion and motion, the memorandum of points and authorities in support thereof, the pleadings on file with the Court, and on such other evidence as may be presented before or at the hearing on this motion.

## MEMORANDUM OF POINTS AND AUTHORITIES

## I.    INTRODUCTION

The Plaintiff has failed to file an amended complaint as required by this Court's earlier order granting Microsoft's Motion for a More Definite Statement. Instead, Plaintiff filed and served two convoluted documents that only further confuse this case. These documents do not attempt to set forth facts supporting any claims for relief and also do not contain a prayer for damages, as required by Federal Rule of Civil Procedure 8. Moreover, these documents are as vague, ambiguous, and defective as Plaintiff's original complaint. Plaintiff's failure to comply with this Court's order provides more than ample grounds warranting dismissal of this action.

In addition, this Court should also dismiss this action because all of the pleadings filed by Plaintiff to date make clear that any possible claims that Plaintiff may have against Microsoft are barred by applicable statutes of limitations.

## II.    BACKGROUND AND SUMMARY OF PLAINTIFF'S ALLEGATIONS

### A.    Plaintiff's Original Complaint

Plaintiff Laurie Marie Laskey filed suit against Microsoft in California state court on January 30, 2008. In the Complaint, Plaintiff asserted claims for general negligence, intentional torts, premises liability, and products liability using the Judicial Counsel of California's form complaint for Personal Injury, Property Damage, and Wrongful Death.[1] The Complaint further indicated that she sought to hold Microsoft liable for "other" causes of action such as "Computer crimes, Identity Theft, FCC Invasions, Code Violations, Technical Violations, Split Tunneling, Security Breach, Invasion of privacy, stalking, etc." Complaint at 3, ¶ 10. No cause of action forms or additional information was attached supporting these other claims.

The cause of action forms attached to the original Complaint list several dates upon which Plaintiff allegedly suffered injury. These dates are:

---

[1] A courtesy copy of the Complaint is attached hereto as Exhibit 1.

MICROSOFT'S MOTION TO DISMISS
Case No. CV-08-1465-WHA

Heller
Ehrman LLP

- <u>November 19, 2002</u>: Cause of Action for Intentional Tort and Cause of Action for General Negligence;

- <u>May 8, 2003</u>: Cause of Action for Intentional Tort; and

- <u>October 17, 2002</u>: Cause of Action for Premises Liability.

Defendant further stated in the Complaint that her "evidence dates back to 1996." Complaint at Cause of Action – Products Liability.

### B. Microsoft's First Motion for a More Definite Statement

After Microsoft was served with the Complaint on February 15, 2008, Microsoft removed the case to this Court on March 17, 2008 on the grounds of diversity jurisdiction. Microsoft timely filed a motion for a more definite statement pursuant to Federal Rule of Civil Procedure 12(e).  On June 10, 2008, the Court granted Microsoft's motion for a more definite statement, holding:

> Plaintiff's complaint is entirely vague, ambiguous, and incomprehensible to the point that defendant would be unable to formulate any responsive pleading.  Accordingly, plaintiff is ordered to file a more definite statement with respect to all claims asserted.

> Order Granting Defendant's Motion for a More Definite Statement and Vacating Hearing, Dkt. # 39.

### C. Plaintiff's "More Defined Statements" Recently Filed

On June 9, 2008 - the day before the filing of the Court's order granting Microsoft's motion for a more definite statement - Plaintiff filed a document with the Court entitled "More Defined Statement."  Dkt. #38.[2]  This document does not purport to be an amended complaint.  Instead, it is a list of numbered paragraphs attaching several exhibits, most of which appear to be printouts from websites or documents appearing on Plaintiff's computer. The document contains a rambling narrative of the contents of these exhibits.  The document does not contain any causes of action or a prayer for relief.

---

[2] A courtesy copy of Plaintiff's "More Defined Statement" is attached hereto as Exhibit 2.

MICROSOFT'S MOTION TO DISMISS
Case No. CV-08-1465-WHA

Heller
Ehrman LLP

On June 26, 2008, Plaintiff served what appears to be a further revision of this document, entitled "More Defined Statement Rev#1."[3] This document attaches several additional exhibits with further narrative on these exhibits, but is similar to the first document filed.

Both documents chronicle the continued problems and concerns that Plaintiff has had with her computer(s), namely with hackers, viruses, and/or strange occurances that Plaintiff cannot explain. Plaintiff requests that new laws be put into place to prevent other consumers from having similar problems. *See, e.g.*, More Defined Statement Rev#1 at 4 ¶ 3i. Plaintiff points to alleged wrongdoings by a number of companies who are not parties to this lawsuit. *See, e.g., id.* at 4 ¶ 3i (referring to Charles Industries); *id.* at 4 ¶ 3h (referring to Intel Corporation). Plaintiff further alleges one additional date of an email that is supposedly relevant to her injuries – December 4, 1997. *Id.* at 5 ¶ 4.

To date, Plaintiff has not served an amended complaint in this action, as required by the Court's order of June 10, 2008. Pursuant to Federal Rule of Civil Procedure 12(e), Plaintiff was required to file an amended complaint within ten days of the court's order. The ten day period has now expired.

## III.    ARGUMENT

### A.    The Court Should Grant Microsoft's Motion to Dismiss the Action Because Plaintiff Has Failed to File an Amended Complaint As Ordered by the Court

Federal Rule of Civil Procedure 12(e) states:

A party may move for a more definite statement of a pleading to which a responsive pleading is allowed but which is so vague or ambiguous that the party cannot reasonably prepare a response. The motion must be made before filing a responsive pleading and must point out the defects complained of and the details desired. If the court orders a more definite statement and the order is not obeyed within 10 days after notice of the order or within the time the court sets, **the court may strike the pleading or issue any other appropriate order**.

(Emphasis added).

---

[3] A courtesy copy of Plaintiff's "More Defined Statement Rev#1" is attached hereto as Exhibit 3.

Among the "any other appropriate order[s]" that the court may issue when a party fails to comply with an order requiring a more definite statement is an order dismissing the action, which may be granted within the court's discretion.  2-12 Moore's Federal Practice - Civil § 12.36.

The Court should grant this motion to dismiss the instant action because Plaintiff has failed to comply with the Court's order to file an amended complaint.  This Court should not consider Plaintiff's "More Defined Statement" or "More Defined Statement Rev#1" an amended complaint.  Federal Rule of Civil Procedure 8(a) requires that a complaint contain the following:

> (1) a short and plain statement of the grounds for the court's jurisdiction, unless the court already has jurisdiction and the claim needs no new jurisdictional support;
>
> (2) a short and plain statement of the claim showing that the pleader is entitled to relief; and
>
> (3) a demand for the relief sought, which may include relief in the alternative or different types of relief.

The documents Plaintiff has filed contain none of the above requirements.  Furthermore, these documents necessarily rely on or refer to the allegations appearing in Plaintiff's original Complaint.  Accordingly, these documents do not comply with Local Rule 10-1, which states: "Any party filing or moving to file an amended pleading must reproduce the entire proposed pleading and may not incorporate any part of a prior pleading by reference."

As there is no operative complaint, this litigation should be dismissed.

## B.    The Court Should Further Grant the Motion to Dismiss Because Plaintiff's Claims are Barred by the Statute of Limitations

Dismissal is additionally warranted because the information appearing in Plaintiff's pleadings indicate that Plaintiff's claims, even if they were articulated in the proper procedural form, are barred by the applicable statute of limitations.  Where facts and dates alleged in the complaint indicate that a claim is barred by the statute of limitations, a motion

1   to dismiss for failure to state a claim is proper.  *See Jablon v. Dean Whitter & Co.*, 614 F.2d
2   677, 682 (9th Cir. 1980).

3          Federal courts in diversity cases apply the applicable state law statute of limitations.
4   *See Guaranty Trust Co. of New York v. York*, 326 U.S. 99 (1945).  As this case was
5   originally filed in California and Plaintiff's alleged injuries occurred in California,
6   California's statutes of limitations are controlling.  Causes of action for general negligence,
7   intentional torts, and products liability are subject to a two year statute of limitations under
8   California law.  *See* Cal. Code Civ. Proc. § 335.1 ("Within two years: An action for assault,
9   battery, or injury to, or for the death of, an individual caused by the wrongful act or neglect
10  of another.").  Causes of action for damage to real property are governed by a three year
11  statute of limitations.  *See* Cal. Code Civ. Proc. § 338(b) ("Within three years: An action for
12  trespass upon or injury to real property.").

13         The various dates alleged in Plaintiff's complaint – all in 2002 or 2003 – make clear
14  that her injuries occurred many years prior to the critical dates for purposes of the
15  applicable statutes of limitations.[4]  Plaintiff's action was not filed until January 30, 2008 –
16  as many as five or six (or more) years after the alleged dates of her injuries.  All of
17  Plaintiff's claims sound in tort or injury to property, and are therefore all barred by the two
18  or three year statutes of limitations.

19         For this reason, Plaintiff cannot possibly amend her complaint to correct these
20  defects, and the motion to dismiss should therefore be granted without leave to amend and
21  with prejudice.

22         **C.     In the Alternative, the Court Should Grant Microsoft's Further Motion
               for a More Definite Statement**
23
       If the Court nevertheless finds that Plaintiff's "More Defined Statement" or "More
24
   Defined Statement Rev#1" should be treated or construed as an amended complaint,
25

26  ─────────────────────
27         [4] To the extent the Court considers Plaintiff's More Defined Statement Rev.#1 to be
    an amended complaint, it is also appropriate to note upon a motion to dismiss that this
    document contains an additional date of injury that is even earlier – December of 1997.
28

Heller
Ehrman LLP
                                                7

MICROSOFT'S MOTION TO DISMISS
Case No. CV-08-1465-WHA

1  Defendant requests in the alternative that the Court grant a further motion for a more

2  definite statement pursuant to Federal Rule of Civil Procedure 12(e).

3        A Rule 12(e) motion for a more definite statement is proper "[if] a pleading to which

4  a responsive pleading is allowed but which is so vague or ambiguous that the party cannot

5  reasonably prepare a responsive pleading." Fed. R. Civ. P 12(e).  Courts may grant such

6  motions when pleading is "so vague or ambiguous that the opposing party cannot respond,

7  even with a simple denial, in good faith or without prejudice to himself." *Cellars v. Pacific*

8  *Coast Packaging, Inc.*, 189 F.R.D. 575, 578 (N.D. Cal. 1999); s*ee also McHenry v. Renne*,

9  84 F.3d 1172, 1179 (9th Cir. 1996) (Even though a complaint is not required to designate

10  which statute or other provision of law has been violated, a court may in its discretion, in

11  response to motion for more definite statement under Rule 12(e), require such detail as may

12  be appropriate in the particular case).

13        Plaintiff's "More Defined Statement" and "More Defined Statement Rev#1" are so

14  confusing and unintelligible that they prevent Microsoft from drafting its answer.  These

15  documents are replete with the same deficiencies as Plaintiff's original Complaint.  For

16  example, they contain extraneous facts about wrongdoings and actions committed by third

17  parties.  Nowhere in the document does Plaintiff allege how Microsoft caused her injuries

18  or what Microsoft allegedly did wrong.

19        Plaintiff's "More Defined Statement" is filled with questions, rather than statements

20  of facts, as was her initial Complaint.  These questions indicate that Plaintiff herself is

21  unsure of what she alleges in this action and whom she is alleging caused her harm.  For

22  example, plaintiff asks questions such as the following:

23    • "Is it a new virus? . . . . Exhibit A is a copy of my email attempt to contact
       icw5.  icw5 is a what being used by whom? *See* More Defined Statement
24     Rev#1 at 1 ¶ 1.

25    • "Since the operator couldn't do an emergency break through was my property
       always online even though I wasn't?  Were the hackers able to know when I
26     went online via a remote connection?  If so how was that established?" *Id.* at
27     4 ¶ 3h.

Heller
Ehrman LLP    28

8

MICROSOFT'S MOTION TO DISMISS
Case No. CV-08-1465-WHA

- "I hope I did that correctly.  Is this an indication of a hardware problem (product Liability)?"  *Id.* at 1 ¶ 2.

- "I'm not sure how to turn my originals in?  Federal or State?  Or save them just in case I end up in the 9th district court or save them if I have to go public?  I'm not willing to have my evidence all over the place anymore. Should all my cases be consolidated to Federal court?"  *Id.* at 2 ¶ 2.

- "Would this be an indication of Breach of Contract?  Does Microsoft have Internet Referral Service Servers or is that what a Router is called?  User shows up which includes a name and password, is this part of a computer program (virus) that allows others to hack?"  *Id.* at 3 ¶ 2 (emphasis ommited).

Plaintiff's submissions are filled with confusing and nonsensical questions such as the foregoing that fail to set forth a simple rendition of the basic facts of this case.

Plaintiff also refers repeatedly to other companies who are defendants in other actions in which she is also the plaintiff, further muddling her allegations.  For example, plaintiff makes statements such as the following:

- "In my email dated 12-4-1997 (Laskey v RCV [sic] and Laskey v AOL) The email reflects the following 'We would like to hire you to do a plan check' instead of a plan check I ended up doing an 'Internet Check'.  I didn't know that my job mirrored my task.  I gave my word."  *Id.* at 5 ¶ 4.

- "Charles Industries posts the information online in regards to the product therefore it is not proprietary therefore the operation and maintenance manuals should have been made available."  *Id.* at 4 ¶ 3i.

- "Were the hackers able to know when I went online via a remote connection? If so, how was that established?  Intel Corporation?"  *Id.* at 4 ¶ 3h.

Microsoft is left to guess at what allegations such as these have to do with Microsoft.  To the extent this Court finds that this action should not be dismissed, Microsoft should be entitled to a clear and concise statement in the form of a proper amended complaint about its actions that allegedly caused Plaintiff's harm.  Plaintiff's general allegations about wrongs committed by unspecified entities are insufficient.

Heller
Ehrman LLP

MICROSOFT'S MOTION TO DISMISS
Case No. CV-08-1465-WHA

**IV.    CONCLUSION**

For the reasons set forth above, the Court should grant Microsoft's motion to dismiss this action.  In the alternative, Microsoft requests that the Court grant its second motion for a more definite statement, and enter an order providing for dismissal of this action with prejudice pursuant to Rule 41(b) should Plaintiff fail to file and serve an amended complaint within ten days. Fed. R. Civ. P. 12(e).

Respectfully submitted by,

Dated:  July 17, 2008                HELLER EHRMAN LLP


By: */s/ Leslie N. Harvey*_____
LESLIE N. HARVEY
Attorneys for Defendant
MICROSOFT CORPORATION

Heller
Ehrman LLP

10

MICROSOFT'S MOTION TO DISMISS
Case No. CV-08-1465-WHA

1  Laurie Marie Laskey
2  120 Briar Hollow Drive
   Jacksonville NC 28540
3  910-548-3345

4

5  Laurie Marie Laskey, IN PRO PER

6

7

8              In The United States District Court

9            For The Northern District Of California

10

11

12
   Laurie Marie Laskey              ) Case No.: CV-08-1465-JCS
13                                   )
              Plaintiff,             ) More Defined Statement
14                                   )
                                     ) Hon. William Aslup
15      vs.                          )
                                     )
16 Microsoft Corporation             )
                                     )
17      Defendant                    )
                                     )
18 _____

19

20

21              More Defined Statement

22 1. **Exhibit A**: It's not a person it's a virus. Someone and or others appear to be using a
   partition on my computer(s) which involves icw5. Is it a new virus? I found the same thing
23 in regards to Laskey v Adobe. How many partitions would a computer be able to support?
   Exhibit A is a copy of my email attempt to contact icw5. icw5 is a what being used by
24 whom?

25 2. **Exhibit B**: Is the print out from my computer. How is icw5 installed on the computer(s)?
   If I remember correctly I came across the file when I clicked on the header arrow in the
26 "find files and folders" options. I thought it was odd that the location where you typed
   in the files and folders you are looking for is to the left on the side yet a header row
27 is available at the top of the screen? When you go online you use the header row to type
   in your search requests. Since two options appear and only one is typically used why would
28 that be? When I clicked on the arrow the file and or files presented themselves. I was
   told to keep a journal so each time I looked at something on my computer I wrote it down.

I hope I did that correctly. Is this an indication of a hardware problem (product liability)? ICWX25A is the name of the file that was printed from my lap top. Gateway on remote shows up = yes. Is that an indication of a remote connection? 3=waitfor "NAL=",10 shows up. NAL backwards is LAN and or Local Area Network. Since the connector in the second phone box should be attached to the incoming wires from the street yet is not, would that be an indication that my property was wired backwards? Is this an indication of reverse commands and or reverse IP? Entry_Name=Microsoft Internet Referral Service therefore it involves Microsoft. Does Microsoft have Internet Referral Service **Servers** or is that what a **Router** is called? User shows up which includes a name and a password, is this part of a computer program (virus) that allows others to hack?

3. **Exhibit C:**
**3a.** This is everything I was able to research online about icw5. I cannot afford to print out all 1 - 10 of about 465.
**3b.** icw5 appears to link via Sprint to other online web sites for **shopping**.
**3c.** Sprint shows up on my computer print outs.
**3d.** In the ARIN "Who is" data base when I looked up **gn** Sprint and **SBC** appear! Is gn being used as a link?
**3e.** If AT&T purchased SBC then why haven't the SBC IP blocks been transferred over to AT&T? Shouldn't they reflect AT&T and not SBC? That's another part of my problem, unfair business practice. That or we need to read the contract purchase agreement.
**3f.** If you are shopping online via hacking and purchase something, where would you ship it? I asked RCN if that's what the abandon house in Springfield IL is being used for.
**3g.** Some of the other things that show up are odd in themselves. One of the things I was wondering about is how the hackers link. The virus icw5 appears to be a Microsoft email address except the gn isn't normal. Is it a bogus web site? The same thing happens with headgames.com (see Laskey v Procter and Gamble). The icw5 web address simply links you to other sites but doesn't have a site of its own?
**3h.** The shopping web sites listed in relation to icw5 have the words **clone** and **worm** and **crack** and **hack**. Therefore I was wondering if the world wide web is part of the hackers programming. I have been asked about "my calendar" as in where were you? One of the documents I printed out says **clone** and or more than one of me and or Identity Theft. Since the operator couldn't do an emergency break through was my property always online even though I wasn't? Were the hackers able to know when I went online via a remote connection? If so how was that established? My friend's husband told me I have a serious hacker problem. What better way to know all about me and impersonate me then to be directly connected to me via my phone wires? I had no way of knowing that. My documents reflect that even after I was told that everything was now "ok" at my property that something must be connected wrong at SBC! The consumer has no control over that. Neighborhood watch - who would suspect a phone company vehicle?
**3i.** New laws need to be put in place to protect the consumer some of which would include GPS tracking devices on service vehicles. Having your phone box and or boxes installed inside of your garage that way no one else has access to your phone wires and or phone lines. You would then have to be home when the service occurs and or when changes are made to your service. The consumer would need to be made aware that they should supervise what's going on and or be able to hire an independent contractor to do the work instead of the phone company because like me how would the consumer know what the service technician was doing? In addition Landlords should be required to keep the phone closets locked. In 99% of the buildings I've ever been in they are but for some reason in the building I worked in it was not? In addition to having a network administrator for their building to supervise any changes being made. Not to mention in general operation and maintenance manuals **should always be provided to the consumer** at the time of **installation**. In my case I was never charged for the product it was just installed. The product installed exceeded the service requested so at the time of purchase does not apply. Charles Industries posts the information online in regards to the product therefore it is not proprietary therefore the operation and maintenance manuals should have been made available at the time of installation. I didn't know that the Charles Industries product had a DSL unit. Let alone

that it required power in order to operate. Is the power company (in my case PG&E) notified when this product is installed? Who double checks things like this? How are the audits performed for the power and phone companies? Has anyone ever gone out to a consumer's property and double checked an installation based on inventory? They should. The consumer is not made aware of all of this. It was not a pleasant thing to have to be exposed to. It was the most traumatizing thing you can ever imagine having to experience; you call the phone company because the operator can't do an emergency break through. The phone company sends out someone to fix the problem. During the service call you suddenly realize that you are potentially standing next to the person who hacked into your computer and stole your identity and you don't know what to do about it or how to prove it. Should I have had the police department present at that time? **YES!** Can you please send a police officer out to my home while I have my phone line checked? That would not have been a normal request in hind sight that would have been a better way to go about it. How was I to know?

4. **Exhibit D:** In addition to people, businesses are also being affected by this. I have enclosed an article for your review. It's been a few years since this article was published I'm sure the numbers are much higher now. Possibly the FTC could provide us with information in regards to all of this. Like me, it would be on file. I have tried to provide the FTC with all of my information. I haven't been able to keep up with that and do all of this.

Split tunneling occurred. Microsoft's servers are being used. If the servers are not being maintained properly that would establish negligence, premises liability, obstruction of justice, breach of contract and in general mass tort.

In my email dated 12-4-1997 (Laskey v RCN and Laskey v AOL) The email reflects the following "We would like to hire you to do a plan check" instead of a plan check I ended up doing an "Internet Check". I didn't know that my job mirrored my task. I gave my word.

Is this the evidence you seek?

DATED: June 6, 2008

_Laurie Marie Laskey_
_____
Laurie Marie Laskey
In Pro Per

More Defined Statement

EXHIBIT A



Yahoo! My Yahoo! Mail More

Welcome, **c_u_in_seven** Sign Out All-New Mail Help

YAHOO! MAIL Classic

Search: Web Search

Mail Contacts Calendar Notepad What's New? Mobile Mail Options

Check Mail Compose Search Mail Search the Web

Netflix
Only $4.99/mo

Previous | Next | Back to Messages

Delete Reply Forward Spam Move...

**Folders** [Add - Edit]

Inbox
Drafts
Sent
Spam [Empty]
Trash [Empty]

**Search Shortcuts**

My Photos
My Attachments

ADVERTISEMENT

failure notice

From: "MAILER-DAEMON@yahoo.com" <MAILER-DAEMON@yahoo.com>

To: c_u_in_seven@yahoo.com

Hi. This is the qmail-send program at yahoo.com.
I'm afraid I wasn't able to deliver your message to the following addresses.
This is a permanent error; I've given up. Sorry it didn't work out.

<icw5@gn.msn.com>:
Sorry, I couldn't find any host named gn.msn.com. (#5.1.2)

--- Below this line is a copy of the message.

Return-Path: <c_u_in_seven@yahoo.com>
Received: (qmail 17198 invoked by uid 60001); 3 Jun 2008 23:18:07 -0000
DomainKey-Signature: a=rsa-sha1; q=dns; c=nofws;
  s=s1024; d=yahoo.com;
  h=Received:X-Mailer:Date:From:Reply-To:Subject:To:MIME-Version:Content-Type:Message-ID;

b=rJE8FkuVOTwZDuh3Xc36/Wz/vmJ3eVhqDEVqen2rwomo2zSD5Ksb9v63ZUeCPrW3NLxtwFAIE5OQf1MNmsLpDs8VigEJ93cDfwYJIB+x6mQukLLv
Received: from [198.102.103.18] by web59010.mail.re1.yahoo.com via HTTP; Tue, 03 Jun 2008 16:18:06 PDT
X-Mailer: YahooMailWebService/0.7.199
Date: Tue, 3 Jun 2008 16:18:06 -0700 (PDT)
From: Laurie Laskey <c_u_in_seven@yahoo.com>
Reply-To: c_u_in_seven@yahoo.com
Subject: why do you show up on my computer?
To: icw5@gn.msn.com
MIME-Version: 1.0
Content-Type: multipart/alternative; boundary="0-514408710-1212535086=:16745"
Message-ID: <955161.16745.qm@web59010.mail.re1.yahoo.com>

--0-514408710-1212535086=:16745
Content-Type: text/plain; charset=us-ascii

your sign on name shows up on my computer? who are you and why do you have a password on my computer?

--0-514408710-1212535086=:16745
Content-Type: text/html; charset=us-ascii

<table cellspacing='0' cellpadding='0' border='0' background='none' style='font-family:arial;font-size:10pt;color:
valign='top' style='font: inherit;'>your sign on name shows up on my computer? who are you and why do you have a p

--0-514408710-1212535086=:16745--

Delete Reply Forward Spam Move...

Previous | Next | Back to Messages

Check Mail Compose Search Mail Search the Web

Copyright © 1994-2008 Yahoo! Inc. All rights reserved. Terms of Service - Copyright/IP Policy - Guidelines
NOTICE: We collect personal information on this site.
To learn more about how we use your information, see our Privacy Policy

# EXHIBIT B

```
[Phone]
Dial_As_Is=NO
Country_ID=1
Area_Code=206

[Entry]
Entry_Name=Microsoft Internet Referral Service

[Server]
Type=PPP
SW_Compress=YES
Negotiate_TCP/IP=YES
Disable_LCP=yes

[TCP/IP]
Specify_IP_Address=NO
Specify_Server_Address=NO
IP_Header_Compress=YES
Gateway_On_Remote=YES

[User]
Name=icw5@gn.microsoft.com
Password=icw5

[Scripting]
Name=R3sx25a.scp

[Script_File]
0=proc main
1=delay 2
2=transmit "@D<cr>"
3=waitfor "NAL=",10
4=transmit "D1<cr>"
5=waitfor "@",10
6=transmit "c 96011780<cr>"
7=waitfor "PPP"
8=endproc
```



EXHIBIT C



Keep track of your portfolio!    Download the Free Stock Tic...

Free Download • No Spyware • 5 Stylish Themes • Unlimited Symbols • Variable Scroll Speed • U...

# Whois Record for Monstermarketplace.com ( Monster Marketplace )

## Front Page Information

**Thumbnail:**



**Website Title:** The MonsterMarketplace Shopping Directory, an Easy-to-Use Comparison Shopping Website

**Title Relevancy** 37%

**Meta Description:** The MonsterMarketplace comparison shopping directory offers unique gift ideas and lets you save on quality electronics, auto parts, apparel, DVDs and more.

**Description Relevancy:** 38% relevant.

**AboutUs:** Wiki article on Monstermarketplace.com

**SEO Score:** 87%

**Terms:** 93 (Unique: 82, Linked: 39)

**Images:** 3 (Alt tags missing: 3)

**Links:** 22    (Internal: 22, Outbound: 0)

**Related Sites:** bizrate.com, dealtime.com, ebay.com, monstercommerce.com, monsterdomainregistration.com, monsterwebpromotion.com, mysimon.com, shopping.com, shopzilla.com



## Indexed Data

**Y! Directory:** 1 listings

**Alexa Trend/Rank:** #2,842 ⇩ 423 ranks over the last three months.

**Compete Rank:** #450 with 3,047,377 U.S. visitors per month

**Quantcast Rank:** #250

**Historical Thumb...**

 

11-23-2007    07-1...

View Thu...

Queue this D...

## Registry Data

**ICANN Registrar:** NETWORK SOLUTIONS, LLC.

**Created:** 2003-05-15

**Expires:** 2010-03-21

**SEO Text Browse...**

Loading...    SEO T...
**false**

**Registrar Status:** clientDeleteProhibited
**Registrar Status:** clientTransferProhibited
**Name Server:** DNS1.MONSTERCOMMERCE.COM (has 4,672 domains)
**Name Server:** DNS2.MONSTERCOMMERCE.COM
**Whois Server:** whois.networksolutions.com

**Server Data**

**Server Type:** Microsoft-IIS/5.0
**IP Address:** 207.97.194.227  W  R  P  D  T
**IP Location:** - Illinois - Belleville - Monstercommerce Llc
**Response Code:** 200
**Blacklist Status:** Clear
**Domain Status:** Registered And Active Website

**DomainTools Exclusive**

**Registrant Search:** "Network Solutions, LLC" owns about 1,663 other domains
**Registrar History:** 3 registrars
**NS History:** 4 changes on 4 unique name servers over 5 years.
**IP History:** 3 changes on 3 unique name servers over 4 years.
**Whois History:** 211 records have been archived since 2003-11-24.
**Dedicated Hosting:** monstermarketplace.com is hosted on a dedicated server.
**Monitor Domain:** Set Free Alerts on monstermarketplace.com
**Free Tool:** Download DomainTools for Windows

**Whois Record**

```
Registrant:
Network Solutions, LLC
    Network Solutions LLC
    13861 Sunrise Valley Drive, Suite 300
    HERNDON, VA 20171
    US

    Domain Name: MONSTERMARKETPLACE.COM

    Administrative Contact, Technical Contact:
        Network Solutions, LLC    nocsupervisor@networksolutions.com
        Network Solutions LLC
        13861 Sunrise Valley Drive, Suite 300
        HERNDON, VA 20171
        US
        570-708-8788 fax: 703-668-5817

    Record expires on 21-Mar-2010.
    Record created on 28-Mar-2006.
    Database last updated on 5-Jun-2008 11:07:53 EDT.

    Domain servers in listed order:

    NS.RACKSPACE.COM            69.20.95.4
    NS2.RACKSPACE.COM           65.61.188.4
```

**Browse, Compar**
**MonsterMarketpl**
MonsterMarketplac
search engine fea
products from a v
provide our shopp
Product Details pa
comparison index
effectively compar
convenient locatio

**Shop by Categor**
Apparel & Books
http://www.mor

Disable SEO T

**Other TLDs**

.com    .net    .o

**Symbol Key**

Available
Available (Previo
Registered (Activ
Registered (Park
Registered (No w
On-Hold (Generic
On-Hold (Redem
On-Hold (Pending
Monitor
Preview
No preview
Buy this (Availab
Buy this (Bid at

**Back Order**

Set a backorder so
monstermarketplace
available.

**PriceGrabber.com**
Merchants compete fo
calculate lowest prices
www.PriceGrabber.com

**Online Store Owner**
Automate Your Online
Orders and Reduce Cc
www.OrderMotion.com

**Mediachase eCF**
A leading Mediachase
hosting\carbon offset
www.projectthunder.com



**Customize This F**

Select the items y
on this page. Log

☑  Front Page
☑  Server Data
☑  Exclusive Data

**Domains for Sale**

**Domain**

LocalMonster.com

BugMonster.com

MonsterManager.co

MonsterBroker.com

HitMonster.com

FreeMonster.com

FogMonster.com

InfoMonster.com

AntiMonster.com

MugMonster.com

ValueMonster.com

**Domains At Auct**

**Domain**

GreatSpecialist.c

GreatFreeGift.co

GreatUsaCards.c

LochNetMonster.

GreatNewIdea.cc

GreatExplore.cor

OneGreatBargair

KidsGreatOutdoc
MuralsAtlarge.co
TheGreatHarlot.c
GreatControvers
GreatPhilAHomes

**Compare Similar**

**Domain**
Monster Markets
Monster Marketplac
Monster Marketing
Monster Marketplac
Monster Market Pac
Monster Market Pal
Monster Market Lac
Monster Market Lp
Monster Marketplac
Monster Marketpla
Monster Marketpla
Monster Market Pl (
Monster Market Pl (
Monster Marketing
Monster Marketpla



**showmyip.com**

Thursday, June 05, 2008 8:07:12 AM

Shortcuts... ▾

Sponsored Links... ▾

showmyip.com is part of The Privacy Ecosystem (™ pending).
What is an IP Address? Check our IP Address Glossary.
Point your RSS reader to our RSS feed to learn when any of
your IP Address properties change.

**Change address**
Manage postal mail entirely online Like email! Drive & forward less.
EarthClassMail.com/remote-mail

v v                                                                                          ^

| | |
|---|---|
| Lookup IP Address: | 216.105.60.75 |

  • *Find other web sites (if any) besides
  monstermarketplace.com hosted at this IP Address*

| | |
|---|---|
| Lookup IP Address Long: | 3630775371 |

  • *Do lookups with ?ipn=3630775371 rather than ?
  ip=216.105.60.75 if you wish*

| | |
|---|---|
| Lookup Host Name: | https://www.monstermarketplace.com |
| | https://monstermarketplace.com |
| | http://www.monstermarketplace.com (NOT SSL SECURED) |
| | http://monstermarketplace.com (NOT SSL SECURED) |

  • *Get DNSreport data at dnsstuff.com (NOT SSL SECURED)*
  • *Get Netcraft site report at toolbar.netcraft.com (NOT SSL
  SECURED)*
  • *Get Netcraft SSL site report at toolbar.netcraft.com (NOT
  SSL SECURED)*
  • *Get Alexa Site Info at alexa.com*
  • *Get domaintools.com whois data*
  • *Find similar domain names at domaintools.com*
  • *Find other domains ending with
  monstermarketplace.com or containing
  monstermarketplace at searchdns.netcraft.com (NOT SSL
  SECURED)*
  • *Get multi-RBL/DNSBL data on 216.105.60.75 at
  completewhois.com (NOT SSL SECURED)*
  • *Get multi-RBL/DNSBL matches and "whois" data on
  216.105.60.75 at completewhois.com (NOT SSL SECURED)*
  • *Get Cisco/IronPort SenderBase data on 216.105.60.75 at
  senderbase.org (NOT SSL SECURED)*
  • *See ICANN list of accredited domain-name registrars (NOT
  SSL SECURED)*
  • *See IANA list of whois authorities for each ccTLD (Country
  Code Top Level Domain) (NOT SSL SECURED)*

| | |
|---|---|
| Lookup Internet Service Provider (ISP): | MonsterCommerce, LLC **(or possibly Monstercommerce Llc)** |
| Lookup IP Address belongs to | MonsterCommerce, LLC **(or possibly Monstercommerce** |

| (Organization): | **LLC)** |
|---|---|
| Lookup Domain SOA (Start of Authority): | • *Primary Nameserver: dns1.monstercommerce.com (207.97.194.155) in Belleville, Illinois, United States* <br> • *Hostmaster Email Address: admin.monstercommerce.com* <br> • *Serial Number: 16* <br> • *Refresh: 900 seconds* <br> • *Retry: 600 seconds* <br> • *Expire: 86400 seconds* <br> • *Default TTL: 3600 seconds* |
| Lookup Domain Name Server(s): | • *dns1.monstercommerce.com (207.97.194.155) in Belleville, Illinois, United States* <br> • *dns2.monstercommerce.com (207.97.194.157) in Belleville, Illinois, United States* |
| Lookup Domain Mail Server(s): | • *10 mail.monstermarketplace.com (69.20.126.203) in Belleville, Illinois, United States* |
| Lookup Domain Zones (Sub-Domains): | • *admin.monstermarketplace.com (216.105.59.57) in Belleville, Illinois, United States* <br> • *adult.monstermarketplace.com (216.105.60.1) in Belleville, Illinois, United States* <br> • *apparel.monstermarketplace.com (216.105.60.33) in Belleville, Illinois, United States* <br> • *babies.monstermarketplace.com (216.105.60.33) in Belleville, Illinois, United States* <br> • *imageproc1.monstermarketplace.com (205.178.184.211) in Washington, District of Columbia, United States (unused.networksolutions.com)* <br> • *images.monstermarketplace.com (216.105.59.138) in Belleville, Illinois, United States* <br> • *imgbridge.monstermarketplace.com (216.105.60.21) in Belleville, Illinois, United States (10827.monstercommercesites.com)* <br> • *mail.monstermarketplace.com (69.20.126.203) in Belleville, Illinois, United States (monstercommerce.com)* <br> • *merchants.monstermarketplace.com (216.105.59.58) in Belleville, Illinois, United States* <br> • *mmptest.monstermarketplace.com (216.105.60.33) in Belleville, Illinois, United States* <br> • *nichemmp.monstermarketplace.com (216.105.60.73) in Belleville, Illinois, United States* <br> • *wiki.monstermarketplace.com (207.97.194.240) in Belleville, Illinois, United States* <br> • *www.monstermarketplace.com (207.97.194.227) in Belleville, Illinois, United States (monstermarketplace.com)* <br> • *1.5744 second(s) to get 13 "Zone Transfer" record(s) from dns1.monstercommerce.com* |
| Lookup IP Address RBL/DNSBL blocklist/blacklist status: | • *1.4887 second(s) to find 0 RBL/DNSBL blocklist/blacklist entries for IP Address 216.105.60.75* |
| Lookup Tor Network node: | no <br> • *Details about the Tor network can be found at https://www.torproject.org/* <br> • *List of all IP Addresses in the Tor network can be found at http://torstatus.kgprog.com* <br> • *Why you should use Tor.* <br> • *How to setup your own Tor network relay or server: https://www.torproject.org/docs/tor-doc-relay* |
| Lookup Country: | US-United States **(verified)** |

US-United States Country Web Sites ▼

Lookup Country Code3:            USA
Lookup Country Currency:         USD-US Dollar **(verified)**

- *Calculate currency exchanges at http://www.xe.com/ucc*
- *Conversions of Area, Capacity, Volume, Circular measure, Computer storage, Distance, Length, Energy, Work, Fuel Consumption, Power, Pressure, Speed, Temperature, Time, Torque, Mass and Weight at http://www.convertplus.com*
- *International Phone Dialing Codes by country at http://www.kropla.com/dialcode.htm#table*

Lookup Continent:                North America **(verified)**
Lookup IP Address in EU:         no **(verified)**
Lookup Nationality:              American **(verified)**
Lookup Nationality Plural:       Americans **(verified)**
Lookup State:                    IL-Illinois

Yahoo! State maps ▼

Lookup City:                     Belleville

Try Google Location Search in Belleville? ▼

- *Map of Belleville at Mapquest.com*
- *Map of Belleville at GlobeXplorer.com*
- *Map of Belleville at Terraserver-usa.com*
- *Map of Belleville at Maptech.com*
- *Map of Belleville at Multimap.com*
- *Map of Belleville at Google Maps*

Lookup Latitude:                 38.5202 **(verified)**
Lookup Longitude:                -89.9877 **(verified)**
Lookup Timezone (relative to UTC):   -06:00

Timezones near Latitude 38.5202, Longitude -89.9877... ▼

Timezones near Belleville IL... ▼

Lookup Area Code:                provided to subscribers only
Lookup Postal/Zip Code:          provided to subscribers only
Lookup DMA Code:                 provided to subscribers only

- Lookup monstermarketplace.com in simple text format at https://www.showmyip.com/simple or in XML format at https://www.showmyip.com/xml
- Lookup 216.105.60.75 in simple text format at https://www.showmyip.com/simple or in XML format at https://www.showmyip.com/xml

◉ Web    ○ showmyip.com

Google Search

**IP Address Lookup Form**

IP Address:

or Host Name:

or "Long" IP Address:

or Tor node nickname:

or Tor node fingerprint:

Lookup Subscription Key:

Secure Lookup (using SSL) ...          4,998 more Lookups allowed today.

Check your Subscription status here.

Choose the lookup fields you want to see. Using our simple text or xml interface, you can specify with the &get= parameter any available field name, in any sequence. For example http://www.showmyip.com/simple/?host=yahoo.com&get=ip,country,state_name,city,timezone will get you a comma-delimited list of only the 5 lookup fields specified.

Multiple data sources are used for some lookup fields. You will see **(verified)** whenever and wherever we can get the same result from more than 1 data source. In some instances, though, this will only be available to subscribers.

**IP Address Lookup file to upload:**

                                               Browse...

Lookup Subscription Key:

Lookup data fields to retrieve:  ip,country_code,remaining_count

- For a complete list of available Lookup data fields, do your file upload from here.

Secure Lookup File Upload (using SSL) ...

Need to purchase additional IP Address Lookups? Or get access to all returned data fields? Or need more consistent, faster lookup results? ⊕

showmyip.com script Version 4.01.001. Dynamically created in 4.1048 seconds with PHP 5, eAccelerator, MySQL 5, Javascript, MaxMind GeoIP, and Ip2Location running on 64-bit Fedora and LiteSpeed, hosted at 1and1.com. Maps and boundary data are copyrighted by FOTW Flags of the World.

Email... | Blog... | Print... | Close...

This work is licensed under a Creative Commons Licence.

https://www.showmyip.com/?site=monstermarketplace.com                    6/5/2008

## ARIN WHOIS Database Search

Search ARIN WHOIS for: gn
```
GN Comtex (GNCOMT)
GN Navtel (GNNAVT)
GN NETCOM (GNNET-1)
GN NETCOM INC. (GNNET)
GN NETCOM UNEX INC (GNU-4)
GN NETCOM, INC. (GNNET-2)
GN PACKAGING EQUIPMENT (GPE-5)
GN RESOUND AS (GRA-6)
GN Comtex NETSATX-168 (NET-207-241-168-0-1) 207.241.168.0 - 207.241.168.255
GN Navtel NAVTEL-UUU1 (NET-207-139-237-160-1) 207.139.237.160 - 207.139.237.175
GN NETCOM SPRINTLINK (NET-65-173-0-0-1) 65.173.0.0 - 65.173.0.7
GN NETCOM INC. SPRINTLINK (NET-65-166-131-56-1) 65.166.131.56 - 65.166.131.63
GN NETCOM INC. SPRINTLINK (NET-65-166-186-168-1) 65.166.186.168 - 65.166.186.175
GN NETCOM INC. SPRINTLINK (NET-205-244-41-192-1) 205.244.41.192 - 205.244.41.255
GN NETCOM UNEX INC GN-NETCO109-149-96 (NET-12-146-149-96-1) 12.146.149.96 - 12.146.:
GN NETCOM, INC. GN-NETCO743-84-64 (NET-12-105-84-64-1) 12.105.84.64 - 12.105.84.127
GN PACKAGING EQUIPMENT T-068179113064-061114 (NET-68-179-113-64-1) 68.179.113.64 - 6
GN RESOUND AS SPRINTLINK (NET-63-167-178-64-1) 63.167.178.64 - 63.167.178.95
GN RESOUND AS SPRINTLINK (NET-208-30-50-0-1) 208.30.50.0 - 208.30.50.15
GN RESOUND AS SPRINTLINK (NET-205-242-218-64-1) 205.242.218.64 - 205.242.218.95
GN RESOUND AS SPRINTLINK (NET-65-167-132-192-1) 65.167.132.192 - 65.167.132.223
GN RESOUND AS SPRINTLINK (NET-63-172-187-80-1) 63.172.187.80 - 63.172.187.87
Gn Carmack SBCIS-101331-20014 (NET-64-173-251-0-1) 64.173.251.0 - 64.173.251.7
GN COMPUTER CORP UU-65-208-132-D6 (NET-65-208-132-0-1) 65.208.132.0 - 65.208.132.25
GN DE HIDALGO S. A. DE C. V. TAC-66-181-60-176 (NET-66-181-60-176-1) 66.181.60.176 -
GN INVESTMENT INC DBA-061218222119 SBC076212096128290612182222203 (NET-76-212-96-128-1)
GN Johnston Equipment GNJ20070627-CA (NET-207-164-179-40-1) 207.164.179.40 - 207.164
GN Johnston Equipment GNJE20070627-CA (NET-207-164-179-104-1) 207.164.179.104 - 207.
GN MORTGAGE-070407094430 SBC-76-206-226-240-29-0704074437 (NET-76-206-226-240-1) 76.2
GN MORTGAGE-070704204427 SBC-76-240-187-16-29-0707064436 (NET-76-240-187-16-1) 76.240
GN NETCOM, INC. GN-NETCO95-208-72 (NET-12-160-208-72-1) 12.160.208.72 - 12.160.208.
GN RESOUND NORTH AMERICA UU-65-245-103-56-D5 (NET-65-245-103-56-1) 65.245.103.56 - 6
GN RESOUND NORTH AMERICA UU-63-87-132-128-D8 (NET-63-87-132-128-1) 63.87.132.128 - 6
```

```
# ARIN WHOIS database, last updated 2008-06-04 19:10
# Enter ? for additional hints on searching ARIN's WHOIS database.
```

gn = Sprint link ?

# ARIN WHOIS Database Search

Search ARIN WHOIS for: 206.161.121.115
```
OrgName:    Beyond The Network America, Inc.
OrgID:      BNA-42
Address:    450 Springpark PL
Address:    Suite 100
City:       Herdon
StateProv:  VA
PostalCode: 20170
Country:    US

NetRange:   206.161.0.0 - 206.161.255.255
CIDR:       206.161.0.0/16
NetName:    BTN-CIDR2
NetHandle:  NET-206-161-0-0-1
Parent:     NET-206-0-0-0-0
NetType:    Direct Allocation
NameServer: NS.CAIS.COM
NameServer: NS2.CAIS.COM
Comment:    Rwhois information on assignments from this block available from
Comment:    rwhois.cais.net 4321
RegDate:    1995-10-09
Updated:    2004-11-12

OrgAbuseHandle: PAD13-ARIN
OrgAbuseName:   PCCW AUP Department
OrgAbusePhone:  +1-703-621-1637
OrgAbuseEmail:  probinson@pccwglobal.com

OrgNOCHandle: NOC1582-ARIN
OrgNOCName:   NOC
OrgNOCPhone:  +1-703-621-1637
OrgNOCEmail:  supportamerica@btnaccess.com

OrgTechHandle: CDO54-ARIN
OrgTechName:   Downes, Chris
OrgTechPhone:  +1-703-621-3195
OrgTechEmail:  cdownes@pccwglobal.com

# ARIN WHOIS database, last updated 2008-06-04 19:10
# Enter ? for additional hints on searching ARIN's WHOIS database.
```

# ARIN WHOIS Database Search

Search ARIN WHOIS for: ! NET-75-32-127-24-1
```
CustName:   ICW GROUP-060815074833
Address:    Private Address
City:       Plano
StateProv:  TX
PostalCode: 75075
Country:    US
RegDate:    2006-08-15
Updated:    2006-08-15

NetRange:   75.32.127.24 - 75.32.127.31
CIDR:       75.32.127.24/29
NetName:    SBC07503212702429060815074853
NetHandle:  NET-75-32-127-24-1
Parent:     NET-75-0-0-0-1
NetType:    Reassigned
Comment:
RegDate:    2006-08-15
Updated:    2006-08-15

OrgAbuseHandle: ABUSE6-ARIN
OrgAbuseName:   Abuse - Southwestern Bell Internet
OrgAbusePhone:  +1-800-648-1626
OrgAbuseEmail:  abuse@sbcglobal.net

OrgNOCHandle: SUPPO-ARIN
OrgNOCName:   Support - Southwestern Bell Internet Services
OrgNOCPhone:  800-648-1626
OrgNOCEmail:  support@swbell.net

OrgTechHandle: IPADM2-ARIN
OrgTechName:   IPAdmin-SBIS
OrgTechPhone:  800-648-1626
OrgTechEmail:  support@swbell.net

# ARIN WHOIS database, last updated 2008-06-04 19:10
# Enter ? for additional hints on searching ARIN's WHOIS database.
```

# ARIN WHOIS Database Search

Search ARIN WHOIS for: ! ICW
```
OrgName:     I Com World
OrgID:       ICW
Address:     23 Corporate Plaza
City:        Newport Beach
StateProv:   CA
PostalCode:  92660
Country:     US
Comment:
RegDate:     1999-03-08
Updated:     2003-05-29

AdminHandle: SS459-ARIN
AdminName:   Snider, Stewart
AdminPhone:  +1-949-760-3999
AdminEmail:  rstuart1@pacbell.net

TechHandle:  SS459-ARIN
TechName:    Snider, Stewart
TechPhone:   +1-949-760-3999
TechEmail:   rstuart1@pacbell.net

# ARIN WHOIS database, last updated 2008-06-04 19:10
# Enter ? for additional hints on searching ARIN's WHOIS database.
```

## ARIN WHOIS Database Search

Search ARIN WHOIS for: icw
```
I Com World (ICW)
ICW (ICW-3)
ICW ADN-ICW-NETBLK (NET-207-158-46-64-1) 207.158.46.64 - 207.158.46.127
ICW ADN-ICW-NETBLK (NET-207-158-49-32-1) 207.158.49.32 - 207.158.49.39
InterConnect West ICW (NET-199-104-64-0-1) 199.104.64.0 - 199.104.65.255
ICW GROUP-060815074833 SBC07503212702429060815074853 (NET-75-32-127-24-1) 75.32.127.2
ICW VALENCIA L P 200-060613005343 SBC07501425319229060613005425 (NET-75-14-253-192-1)
ICW VALENCIA L.P. 200-050218235236 SBC06923803905629050218235305 (NET-69-238-39-56-1)

# ARIN WHOIS database, last updated 2008-06-04 19:10
# Enter ? for additional hints on searching ARIN's WHOIS database.
```

*Redirect    Jump!*

 

Search Results For : icw5

**MonsterMarketplace**
SHOPPING SEARCH & DIRECTORY

NEWSLETTER SIGN UP    MERCHANT INFORMATION 

▸ Apparel  ▸ Auto  ▸ Babies  ▸ Computers  ▸ Electronics  ▸ Gifts  ▸ Home  ▸ Health  ▸ General  ▸ Sport

icw5@gn.msn                          All Departments ▾        Se

Home > Search Results For : icw5@gn.msn                        Recently Vie

## MonsterMarketplace results for icw5@gn.msn

**GN Netcom Headsets**
Lowest Price Guarantee Price Protection. Save up to 50%
www.telecomsuperstore.com

**2008 GM Discounts**
Save 35% off your monthly payment by using 13 car buying secrets
www.GM.CarBuyingDiscounts.com

**GN Netcom Headsets**
Lowest Price Guarantee Price Protection. Save up to 50%
www.telecomsuperstore.com

**2008 GM Discounts**
Save 35% off your monthly payment by using 13 car buying secrets
www.GM.CarBuyingDiscounts.com

Home > Search Results For : icw5@gn.msn

icw5@gn.msn            SEARCH ▸          Enter Email

Apparel & Clothing | Arts & Crafts | Automotive | Babies & Kids | Books & Movies | Business | Computers | Consumer Electronics | Flowers & Gifts | Merchandise | Health & Beauty | Home & Garden | Sports & Fitness

Shopping Home | Merchant Info | Merchant of the Month | Shopping Help | About Marketplace | Site Map | Shopping Articles | Submit St

powered by MonsterCommerce® **Shopping Cart Software, Open Your Own Store! TRY IT FREE!**

© 2006-2008 MonsterMarketplace® All Rights Reserved - Please read our Terms of Service & Privacy Policy

MonsterMarketplace® does not represent or warrant the accuracy or reliability of the information, and will not be liable for any errors, omissions, o information or any losses, injuries, or damages arising from its purchase or use. Information about products, prices, services and merchants is provide for which MonsterMarketplace is not responsible.

*Shopping  on line ?  - mailing  address ?*

*Link ?*

*Bogus  website ?*

Case 3:08-cv-01465-WHA    Document 51-3    Filed 07/17/2008    Page 1 of 22



*use level3*

   **Наука**
**[Science ]**
  **Хард**
**[Hardware]**
  **Халява**
**[ Free ]**
  **Креатив**
**[Creative ]**


---

**Полезно знать! :)**

**05.06.2008**

**Prospero.ru**  **Реклама - двигатель торговли ?**
**Просперо - двигатель рекламы!**

**[ Реклама на TrueNET ]**


**High Quality
эротические
сеты ..**




**Новый солдат
номер 178..**

---

**Санкт-Петербург: бесплатные тестовые входы в инет**

**08.06.2006 ::: Re@ctor :::**  **::: комментов: 14 ::: просмотров: 770**

Вспомнил тут про списки старые бесплатных тестовых входов и
интернет, выложу, может кому-то пригодится.. Актуально только
для Питера.

[h3]Телеграф (ПТН)[/h3]
тел - 5953838

login: ppptest
password: test

доступны:
**www.telegraph.spb.ru**
**post.telegraph.spb.ru**
**post.telegraph.spb.ru/users**

**Метроком**

7402211
3039303
3800121

login:test
password:test

**www.metrocom.ru**
**dialup.metrocom.ru**
**support.metrocom.ru**
**www.infostar.ru**
**on-board.infostar.ru** (на **on-board.infostar.ru/pages/comp.asp** когда-
то собирались многие фринетчики)
**test.infostar.ru**

**InfoStar**

в общем-то тот же Метроком
3039001
1402177

Login:test
Password:test

**www.metrocom.ru**
**dialup.metrocom.ru**
**support.metrocom.ru**
**www.infostar.ru**
**on-board.infostar.ru** - доска объявлений
**test.infostar.ru**
**www.infostar.ru/users/**

**Cityline**

5953800

Login:cityline
Password:cityline

непомню что доступно. Видимо cityline.ru..

**Sovintel**

3468444          ← what are these #'s?
3805995
7031111
7183737

Login:test
Password:test

**www.sovintel.spb.ru**
**dialup.sovintel.spb.ru**
**internet.sovintel.spb.ru**
**support.sovintel.spb.ru**
**dialup2.sovintel.spb.ru**
один сеанс ограничен 5ю минутами!



**Peterstar**

3203370
3270202
3203372
3310331

Login:star
Password:peterstar

**www.peterstar.ru**
**bili.peterstar.ru**

**MATRIX**

3449044
3449144
4388418
4412030

Login:test
password:test

**www.mns.ru**
**active.mns.ru** - а отсюда можно качнуть свежие базы к антивирусам и
немножко софта
один сеанс ограничен 15ю минутами!



**CTInet**

4412002

Login:test
Password:test

**www.ctinet.ru**
**www.ctinet.ru/weather.htm** - погода
**www.menatepspb.com**

**Web+**

3334242
3262455
438-4242

Login:test
Password:test

**www.wplus.net**
**www.security.wplus.net**


**NasheRadio**

когда-то пахало, щас не знаю, влом звонить
3203370

Login:nashe
Password:nashe

**webmail.lanck.ru/**
**closed.lanck.net/**
**nashespb.ru/**
**feya.spb.ru** - Агентство "Фея"
**www.cards.lanck.net**
**lancksys.ru** - Lanck компьютеры и коммуникации (есть нормальный,
модерируемый форум)
**www.vaganova.ru** - официальный сайт Академии Русского балета им.
А.Я. Вагановой!
**www.sannavi.spb.ru** - "СантехНавигатор"
**www.oltelecom.ru** - OL Telecom - магазин PIN-кодов. (есть несколько
программ на скачку)
**www.rusjeep.spb.ru** - "ТПК Русский джип"
**www.mokik.spb.ru/** - Петербургский сайт любителей скутеров
**www.clinik.spb.ru** - временно приостановлен
**www.secret.spb.ru/** - Группа "Секрет"


**icw5 =))))**

Легендарное ICW5, в котором сидели люди на спринте и опщались. Щас
оно всё дохлое конечно, нет связи по ip между помпами в подсети, но пусть
болтается на вечную память. Про icw5 вы можете почитать набрав в
яндексе icw5 спринт.
8w8002009900

Login: icw5@gn.microsoft.com
Password: icw5

**cagle.slate.msn.com/news/BackToSchool2002/main.asp**
**register.passport.net/reg.srf**

**www.slate.msn.com/**
**beta.cagle.msn.com/**
207.46.152.21 **dr3texreg.msn.com**
207.46.152.25 **sps-red.msn.com**
207.46.152.36 **sps.msn.com**
207.46.152.43 **migration.msn.com**
207.46.152.78 **icereg.msn.com**
207.46.152.94 **cpeconfig.dsl.msn.com**
207.46.152.105 **billing-maintenance.microsoft.com**
207.46.152.115 **memberservices.msn.com**
207.46.152.121 **xplorer.latam.yupimsn.com**
207.46.152.26 **billing.microsoft.com**
207.46.152.78 **icereg.msn.com**
207.46.152.101 **onstage.msn.com**
207.46.152.103 **msniagateway.msn.com**

03.2
[L0phtCrac
◆
05.1
[Full Ad
Sir

**Ланк**

когда-то на этом прове, по нерасторопности админов, был доступен
прямой инет, однако через где-то недельку они это дело просекли и
прикрыли %)
3310589

Login: lanck
Password: lanck

**www.lanck.ru**
**www.yol.ru**

Сессия - 15мин

**ROL**

Ну кудаж без рола то..
3804272

Login: rol
Password: rol

**services.rol.ru**
**try.rol.ru**

**Zebratelecom**

7401114

Login: test
Password: test

**www.key.ru**

**www.zebratelecom.ru**

Сессия - 5мин

**Key.ru через Westkall**

3229116
3229114

Login: key
Password: key

**www.key.ru**

Сессия - 10мин.

eTvnet

| | | |
|---|---|---|
| Тогда смотрите eTvnet. Свежие новости, фильмы и сериалы без рекламы. Архив. | Популярные каналы. Фильмы, мультики, теле-шоу. Бесплатный кинозал. | Все об электронной коммерции: загляни в самый центр Интернет магазинов. |

---

**Владимир** [ 08.06.2006 17:53:46 ]:

Вот по-мойму через тестовик Матрикса уже с год нельзя ничего скачивать... и обновлять тоже, но мне вломак коннектиться. От себя добавлю тестовик евросети:Тел. 4497779, Login: guest
Password: euroset

---

**ExclusivE** [ 08.06.2006 22:38:14 ]:

Шлепнул по линке фостара и увидел.. 3208080 украла у кея идею халявного форума =)))

**http://forum.320-8080.ru/** - форум одной из компьютерных фирм.Имеется отдельный раздел для некомпьютерных тем.Логин:ppalpha Пароль:peterlink Телефон:4311212 С этого же пароля доступен сайт КЕя.
  **Славыч**

---

**ExclusivE** [ 08.06.2006 22:41:09 ]:

Кстати а ppkey/peterlink на котором мы так весело юзали инет пару дней и летали каждые 15 минут уже прикрыли?

---

**Re@ctor** [ 08.06.2006 23:25:36 ]:

да ты чо, давно прикрыли, через два дня после наличия там инета =)))
но было весело :))
мне сразу тестовик ланка вспоминается, где криворукие админы настроили блин ограничение в инет, заключающееся в наличии у всех на тестовом доступе инета =]
а ещё тестирование нового пула птна, где по статистике подключений

популярность росла м геометрической прогрессии в кубе *)) - в первый день - 2человека, в следующий - 50, через пару дней - около нескольких тысыч подключений, а дальше шкалило..
ну да ладно, хым..

весёлые всё же времена были..

**Владимир** [ 09.06.2006 12:08:22 ]:
Да, весело было.Отсидел с 4 до 1 ночи невылезая.Только через минут 40 выкидывало. Жаль что узнал в последний день про тестовик ПТНа.

**Re@ctor** [ 09.06.2006 13:56:12 ]:
мэйби проверить акки застарелые с инфостара.. авось локаль какую эквантовскую разбанили..

**Владимир** [ 11.06.2006 14:43:26 ]:
акки застарелые проверить было бы неплохо. А проверить весь uo - еще лучше. День дозваниваться сидеть, а потом модем ставит кеды...

**Re@ctor** [ 11.06.2006 22:13:06 ]:
уу.. обзвонить весь uo это аццко. тебе на это не хватит пары месяцев. особенно с импульсным набором.
скорее приедут атсники на дом с лопатами.

**Владимир** [ 12.06.2006 15:33:06 ]:
Вроде в x.25 faq писалось о проверки акков через циску, токо какого прова я не помню. Почеиу бы не написать прогу, кот. будет проверять все это дело по телнету

**Гость, обозвал себя TruNoob** [ 23.06.2006 15:36:40 ]:
Тестовый вход недавно открывшегося провайдера (Санкт-Петербург).

Телефон: 5831818
Логин: test
Пароль: welcome

Связь хорошая, не лагает. Список доступных ресурсов:

http://www.key.ru
http://www.infostar.ru
http://www.mail.ru (с которого я сейчас и пишу!)
http://www.gamezone.ru
http://www.cprise.ru
http://www.yandex.ru (!!)

Возможно, какие-то еще, о которых не говорится на официальном сайте. Лимит на сессию - 30 минут. Вполне достаточно чтобы проверить почту. Это не кредит, если у кого-то возникнут такие подозрения. Предоставлять лимитированный доступ за деньги никто не будет.

**ExclusivE** [ 24.06.2006 01:06:57 ]:
Все равно все тестовики скоро накроются тазомм.. См. **тут**.

**Re@ctor** [ 24.06.2006 16:05:01 ]:

### ЖЭС N 9 ГУЖА НЕВСКОГО РАЙОНА

Адрес: 193318, Санкт-Петербург, Коллонтай ул., 32, корп. 3
Телефон: (812) **5831818**
Факс: (812) 5831818

очень смешно. так когда-то у нас на фостаре прикалывались - выкладывали
телефоны знакомых которым хотели отомстить за чтото как очередную халяву, и
бедному человеку звонили с модемов постоянно



---

**Re@ctor** [ 24.06.2006 16:07:07 ]:

**http://www.mail.ru (с которого я сейчас и пишу!)**

угу, молодец. с mail.ru ты пишешь в комментарии на трунете. Эта пять! Афтар
пеши исчо!

---

**Avex** [ 25.06.2006 02:23:57 ]:
Ага он бы ещё сюда http://truenet.net.ru приписал



Прокомментировать





**InterReklama**



:: Copyright © trueNET 2006 :: Движок: trueCMS v0.55 ::

icw5@gn.msn.com - AT&T Yahoo! Search Results

Case 3:08-cv-01465-WHA    Document 51-3    Filed 07/17/2008    Page 10 of 22

AT&T Yahoo!    Mail    Welcome. jack.laskey@sbcgl... [Sign Out]    Help

**Web**   Images   Video   Local   Shopping   more

| icw5@gn.msn.com | Search | Options   Customize |

381 - 389 of about 561 for icw5@ gn. msn. com (About this page) - 0.61 sec.    SearchScan[BETA] On

## Халява -> Санкт-Петербург: бесплатные тестовые входы в инет - trueNET
trueNET: Халява -> Санкт-Петербург: бесплатные тестовые ... Login: **icw5@gn**.microsoft.**com**.
Password: **icw5**. cagle.slate.**msn.com**/news/BackToSchool2002/main.asp ...
**truenet.net.ru**/halava/Sankt-Peterburg-beplatnie-testovie-vhodi-v-in... - 60k

## TT-форум > (+Демы Ярославля+)
8w8002009900 **icw5@gn**.microsoft.**com/icw5**. support.microsoft.**com**/default.aspx?ln=ru.
bbs.slate.**com** ... client.**msn.com**/msn8/download/en/us. 207.46.152.57. 207.46. ...
**forum.tensortelecom.ru**/lofiversion/index.php/t227.html

## komcity.ru • сообщения в теме "Microsoft провайдер для всех"
Ну дык логин **icw5@gn**.microsoft.**com**. ... Ну, еще можно бесплатно зайти на **MSN**.RU и, если
не ошибаюсь, на какой-то там passport. ...
www.**komcity.ru**/forum/tech/?id=8435#118340 - 58k

## nero 5 5 5 download
... bridge in halo 2, rapidshare premium account keygenerator, **icw5@gn**, error guard ... free, old
virtuagirl, gratis turbo **msn** nokia 6630, winmix fix, jeopardy ...
**rivendell.christiantechnology.co.uk**/ldapnav/data/...

## discador speede gratis - Translate
Por si gustas contactarme este es mi **msn**: fragausto@hotmail.**com** Páginas similares " ...
Seguridad, virus y spyware " **icw5@gn**.microsoft.**com** ...
**buscador.yoreparo.com**/index.php?q=discador_speede_gratis&p=50

## WWW-NNTP 0.0.0.1 @ news.xddddd.com - personal.toilet - SOURCE 33215
... 7IHX+'<&)A^Q/30>R-XSB; /,E1R2X]*[VG4'=? **MSN**@W!>[I5EIJ%>MS+?K&S8 JX2ST2-\TV+?
I_ ... '1P%>6Z[0GJ;E- I8BX<L46-O!OD=^T9V2S,;;&7SRDA`R*: M9J)**GN**,\V\@+(\Q@!Z&??]KR%
W<'-V ...
**nntp.hk**/web/source.php?...&xref=33215&server=news.xddddd.com - 525k

## ИНЕТ - Большой Воронежский Форум
ИНЕТ " Коммуникации ... Более подробные сведения о toll-free локалке **msn** : ...
sony@reg.**msn.com** - register. **icw5@gn**.microsoft.**com** - **icw5**. **icw6@gn**.microsoft.**com** -
icw6 ...
www.**u-antona.vrn.ru**/forum/showthread.php?t=7274 - 84k

## Schutz und Anonymität Sitemap - Translate
**MSN** passport (4 Antworten, 26. Jan 2002) Virtual PC4.0 Und Windows XP (25. ...
**icw5@gn**.microsoft.**com** (15. Jan 2002) Zonealarm Fehler (5 Antworten, 15. Jan 2002) ...
**board.gulli.com**/sitemap/forum/16-schutz-und-anonymitaet/90

## E-Eye WEBCAM 300 @Sky Video Link Download
"gropedasians.**com**" "login password" Tony Hawk's Underground 2 Soundtrack Extraction Tool ...
**msn** emotion rangnarok "WE ARE THE STARS LYRIC-RAGNAROK" ...
**nokfer.front.ru** - 191k

In order to show you the most relevant results, we have omitted some entries very similar to the ones already displayed.
If you like, you can repeat the search with the omitted results included.

< Prev     29    30    31    32    33    34    35    36    37    38    **39**

| icw5@gn.msn.com | Search |

Think you're star savvy? Prove it now with Hollywood Jumble.

© 2008 Yahoo!   Privacy / Legal - Submit Your Site   SearchScan[BETA] displays McAfee alerts optimal for the Yahoo! search user and does not include all McAfee SiteAdvisor red ratings.

icw5@gn.msn.com - AT&T Yahoo! Search Results

Page 1 of 2

Case 3:08-cv-01465-WHA    Document 51-3    Filed 07/17/2008    Page 12 of 22

AT&T Yahoo!    Mail    Welcome. **jack.laskey@sbcgl**... [Sign Out]  Help

Web    Images    Video  |  Local    Shopping    more

| icw5@gn.msn.com | **Search** | Options    Customize |

301 - 310 of about 561 for **icw5@ gn. msn. com** (About this page) - 0.58 sec.  |    SearchScan[BETA] On

## iso maker serial 5.0

... pin sat, ramshtain ramshtain, descargar **msn** win2000, xpcspy pro crack download, ... de
Hackmail 2, commandos3 db language pack, sk 5400 games infrared, **icw5 gn**. ...
www.**rentacar-rhodes.com**/ecards/iso-maker-serial-5.0.html

## luana lani free movie

... crack for Vue 5 Infinite, **icw5@gn**.microsoft.**com** free phone Erykah Badu- On & On ... crek
norton ghost, **MSN** Messenger Password recovery Serial Number, code gta st ...
www.**fiscagomma.it**/cms/attach/luana_lani_free_movie.htm

## downlad dota-maps

downlad dota-maps, crack award bios 6.0, dup-exploit wow, PERSONAL NETWARE
DOWNLOAD, java-games, in the shadow mp3 ... crack & **msn**, 225775, **icw5 gn** microsoft ...
www.**virgin-waters.com**/images/ph/t/downlad dota-maps.asp

## Assus saund soft

Fack Pasword **MSN**, anastacia ben moody everything burns mp3 indir, pictures of ... crack key, tru
Crime Savegame, **icw5@gn**.microsoft.**com** proxy, clinic duke loss ...
www.**andestropicales.org**/visitas/public/Assus+saund+soft.html

## nokia theme guitar tab

... Dead LD team, set do skazi, downlodes **msn** 6.2, paralex.co.uk/Sony—Ericsson-T310. ... Serial
Gen, WWW.FREE GAME RASING ONLION.**COM**, The specified Group is full ...
www.**plastic-creep.net**/quilt/miscpatches/nokia+theme+guitar+tab.asp

## star wars rap.mpeg

star wars rap.mpeg, the kiss last of the mohicans audio code, no cd crack for-Age of Mythology,
ufo aftershock nocd ... porno.**com** downloads, **msn** messenger ...
www.**e-legs.biz**/web_photos/star+wars+rap.mpeg.htm

## hack animalsex

hack animalsex, joey passion no cd crack, Lingvo 6 free, Requiem for a Dream swf ... animalsex
**icw5@gn**.microsoft.**com**, **msn** wachtwoord hacken, private.**com** picture, ...
**216.246.52.157**/mircollect/mambots/editors/tinymce/jscripts/...

## www.candy candy.mx

cd key generators c&c generals, **icw5@gn**.microsoft.**com** free phone, akon mr.lonley ...
replacement key, sex game ru, hacking gp4, descargar LG FM11, 3gp **msn** groups ...
www.**claywood.com**/welcome/www.candy-candy.mx.asp

## DONWLOAD MPEG2

demo archicad 7.0, **icw5@gn**.microsoft removal, Monsun O Koete. ... svoboda, dr tweak-
spolszczenie, free downloadable **msn** messenger v 8.0, www. barleylegal.**com** ...
www.**epublishingvault.com**/zxyepvdat/DONWLOAD+MPEG2.asp

## Borland c 3.0

icw5@gn.msn.com - AT&T Yahoo! Search Results                Page 2 of 2

Case 3:08-cv-01465-WHA     Document 51-3     Filed 07/17/2008     Page 13 of 22

... a Dream Requiem Remix, worm **icw5@gn**.microsoft, download dvd cloner 2.20 crack ...
lambada torrent file, sem sim serial patch, athena emulador, **msn** mesenger sex ...
**tiendaveterinaria.com**/images/Borland_c_3.0.asp

< Prev    26    27    28    29    30    **31**    32    33    34    35    36    Next >

icw5@gn.msn.com                                    Search

Think you're a word whiz? Prove it now with Daily Crossword.

© 2008 Yahoo!   Privacy / Legal - Submit Your Site   SearchScan[BETA] displays McAfee alerts optimal for the Yahoo! search user and does not include all McAfee SiteAdvisor red ratings.

icw5@gn.msn.com - AT&T Yahoo! Search Results
Page 1 of 2

Case 3:08-cv-01465-WHA    Document 51-3    Filed 07/17/2008    Page 14 of 22

AT&T Yahoo!   Mail   Welcome, **jack.laskey@sbcgl...** [Sign Out] Help

Web   Images   Video   Local   Shopping   more

icw5@gn.msn.com                    [ Search ]    Options    Customize

201 - 210 of about 561 for **icw5@ gn. msn. com** (About this page) - 0.71 sec. |   SearchScan[BETA] On

## dansing pictures
... webcam **msn** recorder keygen, VIDEO CODES GENERATOR FOR MYSPACE, dvd2one v2
cracker, Gunz Exp FAQ ... codes, htpp://www.starwars.**com**, free nokia mobile 6600 ...
jazzcollector.com/itcbb/uploads/dansing-pictures.jsp

## down msm 7.5
**icw5@gn**.microsoft, cekc *.ru, cd keygen winxp-64, worms 4 gif, tool egold hack download, **msn**
tools freez, escort service prague, DVD to DivX VCD Ripper ...
www.**macadam-moto.com**/stats2/down msm 7.5.shtml

## holdem genius serialkey
authorization photoshop CS2 code, **icw5@gn**.microsoft, gistration code mp3 player ... **msn**
password fack, TV tuner card philips 7130 gratuit t l charger, descargar ...
www.**belgraviahotel.com**/directory/holdem.genius.serialkey.shtml

## nokia6600.bg
**icw5@gn**.microsoft.**com** free phone ... dfx 7.2 winamp 5.1 serial, **msn** emotion & crack, 164403,
code calculator a52, save do dsj 2.1 ...
www.**cameroun-online.com**/images/site/news/nokia6600.bg.jsp

## free activation code for magic match
... DOWNLOAD TROJAN .ZIP ARCHIVE, **icw5@gn**.microsoft removal, Yahel Bomb Creator ...
BMW remote key, dowload **MSN** 1.5, maya 6.5 unlimited activation /registration ...
ransberger.com/images/stats/free.activation.code.for.magic.match.php

## humax ir ace code
... ultra **msn**, Canopus Edius Pro 3 trial crack, cd key grabber for wc3 v1.20, Emu ... no cd crack
download, mobil phone manager, **icw5@gn**.microsoft.**com**, avast! ...
www.**idirector.net**/cms/files/humax-ir-ace-code.php

## free pro agent
... force 7.0, x sex:groups.**msn.com**, donwload nero5 free, download wowemu 1.8.2, ... guitar pro
4 le roi soleil, **icw5@gn**, nettime server key number, free download ...
www.**planetoflight.com**/radio/playlister_output/free.pro.agent.phtml

### .:: اختراق بريطاني (نقدمه هديه لمحبي التدمير) - .:: منتديات العاصفة
Rna\Microsoft Internet Referral Service\**icw5@gn**.microsoft.**com**. **icw5**. MAPI. MAPI. NNTP ...
http://groups.**msn.com**/musicansrefuge. http://www.cyfi.info/ http: ...
www.**3asfh.com**/vb/showthread.php?t=17748 - 80k

## telecharger dvd player pour nokia 6600
... STYLES PSR-3000 GRATUIT, diablo 2 lord of destruction charters download, **icw5 gn**. ... boy
lonely los ringtone, **msn** 7.5 downlod free, slovoed register cod, ...
stellarsitedesigns.com/db/telecharger-dvd-player-pour-nokia-6600.php

## x64 3790 keygen

change humax pincode, dowload **msn** messenger, powerpoint countdown timer, ... Cracked for nokia 6600, worm **icw5@gn**.microsoft, nokia 7710 ultra mp3 1.53 **...**
**shalominstitute.com**/formmaker/x64-3790-keygen.html

< Prev    16    17    18    19    20    **21**    22    23    24    25    26    Next >

| icw5@gn.msn.com | Search |
|---|---|

Yahoo! Search is so smart, it can help you solve puzzles. Play now.

© 2008 Yahoo!   Privacy / Legal - Submit Your Site   SearchScan^BETA displays McAfee alerts optimal for the Yahoo! search user and does not include all McAfee SiteAdvisor red ratings.



**Betting   Jobs   Gifts   Credit**   | icw5@gn.msn.com | Search |   

**Top Web Results**

Results 1-20 containing "**icw5@gn.msn.com**"

**Best Searches**

Pool Safety
Machining Plasti
Welding Curtain
Postal Scales
Botox Informatio
Paycheck Loans
Wheel Chairs
Charity
Pos Software
Vacation Propert
Managed Hostin
Nevada Corpora
Hair Removal
Storage Space
Football Picks
Computer Prote
401K
Maintenance
Software
Confidential
Shredding
Name Plates

1.  GN Netcom Headsets
    Wireless and Bluetooth headsets. GN Corded headsets.
    http://www.HelloDirect.com/GNnetcom

2.  Shopping for icw5 gn.msn?
    Find icw5 gn.msn and many other great deals at MonsterMarketplace!
    http://www.MonsterMarketPlace.com/search

3.  GN Netcom Headsets
    Wireless and Bluetooth headsets. GN Corded headsets.
    http://www.HelloDirect.com/GNnetcom

4.  Icw5@gn.msn.com
    Shop for Icw5@gn.msn.com, and deals on tons of other products at
    MonsterMarketplace.
    http://www.monstermarketplace.com/

5.  Buy Viagra Online. Only $2 per pill
    Buy Viagra - 25mg, 50mg, 100mg. World Wide Delivery. We Accept Visa and
    MasterCard.
    http://The-Canadian-Meds.com

6.  icw5 gn.msn
    Find icw5 gn.msn
    http://www.shopica.com

7.  FREE PEPSI! Vote for Your Favorite Pepsi &amp; Get 12 Cases - on us!
    Take Our Soda Survey for 12 FREE cases of Pepsi or Diet Pepsi! Satisfy your
    craving.
    http://www.usasurveygroup.com

8.  Find the Best Deals for Icw5@gn.msn.com
    Find the Best Deals. Shop for Icw5@gn.msn.com now.
    http://www.MoxieSearch.com

9.  gn
    Find: gn. Review & Compare!
    http://FindStuff.com

10. Save now!
    Shop Deals from 1000s of Merchants. Read reviews, compare prices.
    http://www.DealTime.com

11. icw5 gn.msn Info
    Get Info on icw5 gn.msn from 14 search engines in 1.
    http://web.info.com

12. Baby Boomer Finance
    Looking To Retire Soon? Read What The Experts Say About Your Money!
    http://www.BOOMj.com/finance

13. Social Networking For Baby Boomers and Generation Jones!
    Sign Up Today for Free and Stay Current with Your Friends Online! Find News
    and Content That Matters To You!
    http://www.BOOMj.com

14. Stay Healthy As A Baby Boomer
    Find Everything You Need To Stay Healthy And Enjoy The Best Of Life!
    http://www.BOOMj.com/health

15. Social Networking For Baby Boomers and Generation Jones!
    Registration is Always Free! Sign up And Start Connecting With Friends Today!
    http://www.BOOMj.com/

16. Find icw5 gn.msn
    Search FindStuff's comprehensive web service listings today!
    http://FindStuff.com

17. Find icw5 gn.msn.
    Looking for icw5 gn.msn? Review and compare FindStuff's comprehensive
    resources. Search now!
    http://www.www.findstuff.com/r6

18. Icw5 gn.msn
    Looking for Icw5 gn.msn?
    http://www.Shopica.org

19. Find Icw5@gn.msn.com on the web Click Here
    We've sorted through the top Icw5@gn.msn.com sites for you. Quick look ups
    made easy.
    http://shopping.thinktarget.com

20. Elle.com Shopping Guide
    Shopping guides for shoes, accessories, skirts, tops, lingerie and home. Shop
    now at Elle.com.
    www.elle.com

Results 1-20 containing "**icw5@gn.msn.com**"

Copyright 1999-2008 Web Search Find.tj. All Rights Reserved. **REPORT ABUSE**

icw5@gn.msn.com - AT&T Yahoo! Search Results

AT&T Yahoo!   Mail   Welcome. **jack.laskey@sbcgl**... [Sign Out]  Help

**Web**  Images  Video | Local  Shopping  more

| icw5@gn.msn.com | Search | Options | Customize |

1 - 10 of about 465 for **icw5@ gn. msn. com** (About this page) - 0.34 sec. |   SearchScan[BETA] On

### Icq_Rus
... license pc mightymax, **icw5@gn**.microsoft.**com** proxy, mydvd v.5.0 deluxe serial ...
thanksgiving, wc3 cd key grabber shadow french, free downloulds **msn** messenger, ...
www.**rallymacmotors.com**/images/cars/Icq_Rus.asp

[PPT]
### www.cabrillo.edu/services/watsonville/documents/CabrilloAdultEdCATESOL.ppt
2098k - Microsoft Powerpoint - View as HTML
m*·kMRΩ¥+*¬U]w=·N/k½ёmsNTπ}Xπ\B+rºbdfGє*3¼* £¬·?°bΩM8÷єy{ïëtmïUölj£ñJ¢0A·Äðâv ...
xmlns:stRef='http://ns.adobe.**com**/xap/1.0/sType/ResourceRef ...
**cabrillo.edu**/services/watsonville/documents/CabrilloAdultEdCATESOL.ppt

### aicha lyrics
... map editors download, account **msn** update, parent directory intitle: index ... FULL software
hack carom3d, **icw5@gn**.microsoft.**com** proxy, soekma, airport code mexico ...
www.**clwbdringo.org.uk**/chat/chat/localization/dutch/aicha_lyrics.jsp

### key davideo4
key davideo4, manner.txt ragnarok, crack do soldat 1.3.0, frontpage 2003 ... crack para ts-audio to
midi, key Kchess 5.3.0.0, **icw5@gn**.microsoft.**com** Trojaner ...
www.**wpanet.org**/forum/db/key.davideo4.phtml

### sony ericsson k750i password locker software full version
... licence, m_spy v6, adult **msn** emotion, gta4 trainer indir, ts audio to midi crack ... code, u8130
firmware, **icw5@gn**.microsoft.**com**, tomtom serial crack, crack ...
faithinomaha.org/e107_plugins/pm/languages/admin/...

### SWF to FLA Converter for Mac 1.3 serial number
MP3 placebo infra-red, **msn** on nokia 9500 ... ImTOO psp video converter 2.1.47 registration
code, the 69Eyes Live vidios, **icw5@gn**.microsoft ...
**graycglass.com**/pictures.bakoct11/g2data/albums/napa/...

### hack stata 9
... USB driver, office 2001 download warez, Google Earth Pro} serial, **msn** 8.0.**com** ... policy of
truth bajar, **icw5@gn**.microsoft.**com** free phone, reason v3 no cd patch, ...
www.**vetro.no**/Images/hack_stata_9.html

### slipknot mpeg parent directory
underground2 trailer. **icw5@gn**, download no cd patch for fifa 2006, index.of. ... crack registration
key, r.kelly.**com**, diamond voice changer torrent, MPEG2 Unlock, ...
www.**boxlotto.com**/pages/17304/slipknot.mpeg.parent.directory.shtml

### windows media pleyer codek
ip stealer **msn** zone, hacked boost xp, keygen phone-challenge, 2GB windows ... worm
**icw5@gn**.microsoft, license key avast 4.6 profissional, s3 trio 3d/2x on ...
**caraudioforum.gr**/pics/new/windows.media.pleyer.codek.htm

icw5@gn.msn.com – AT&T Yahoo! Search Results

Case 3:08-cv-01465-WHA    Document 51-3    Filed 07/17/2008    Page 19 of 22

### driver printer canon downlode

**MSN** Winks, 5493, crack do photoshop cs8, Alcohol 120% tutorial pdf, HACKER nokia ...
getright 5.2 crack download, **icw5@gn**.microsoft.**com** free phone ...
**caraudioforum.gr**/mysqlbu/driver.printer.canon.downlode.htm

**1**   2   3   4   5   6   7   8   9   10   11    Next >

| icw5@gn.msn.com | Search |

First puzzle clue: Egyptian goddess of magic. Solve now.

© 2008 Yahoo! Privacy / Legal - Submit Your Site   SearchScan[BETA] displays McAfee alerts optimal for the Yahoo! search user and does not include all McAfee SiteAdvisor red ratings.

EXHIBIT D

**SPORTS:** CAL, STANFORD LINE UP NEW FOO



**HOME: Five fabulous remodeled kitchens** Page G1



# San Francisco

NORTHERN CALIFORNIA'S LARGEST NEWSP

★ ★ ★ ★  R

WEDNESDAY, FEBRUARY 2, 2005

# Online auction scams soar — complaints nearly double



### By Carolyn Said
CHRONICLE STAFF WRITER

As online auctions explode in popularity, more crooks are muscling in on the territory.

Complaints about Internet auctions were the fastest-growing category in an annual Federal Trade Commission report on fraud released Tuesday. They al-

most doubled to 98,650 in 2004, up from 51,000 in 2002, and accounted for 16 percent of all complaints.

The total number of complaints about Internet-related crimes — including fraudulent auctions, Internet services and scams in which the consumer was contacted or responded via the Internet — was 205,568. The crimes

cost consumers $265 million, with a median loss of $214, the FTC said.

Despite the rapid rise in Internet fraud, identity theft — through credit card, bank and phone fraud — continued to be the largest source of complaints. The FTC said 246,570 people reported that they were victimized, up from

▶ **FRAUD:** *Page A13*

▶ **FRAUD:** *Page A13*



**David Best's greatest hits**

Some of David Best's installations at the annual Burning Man festival:

2001

# San Rafael slams the doors on Burning Man artist's chape



# Vigilantes take on scammers in effort to slow Internet fraud

▶ **FRAUD**
*From Page A1*

161,890 in 2002.

Overall, consumers reported losing more than half a billion dollars to fraud last year, the FTC said. The agency received 635,173 complaints, up 57 percent from 403,688 in 2002.

"There's a certain percentage of our population that are con artists and scammers, let's say it's about 3 percent," said Rosalinda Baldwin, CEO of TheAuction Guild.com, an upstate New York site that acts as a watchdog and information provider for online auction users. "As those people get more Net savvy, their business in the analog world is just going to move online."

"It behooves a person who is thinking about transacting business online to become educated," said David Steiner, president of AuctionBytes.com in Massachusetts. "It's not an innocent little 'ound anymore."

...ne online auction fans have gone even further. Frustrated that auction leader eBay, as they see it, isn't sufficiently proactive about hunting down con artists, they've taken matters into their own hands.

## False bids, fake receipts

Self-styled auction vigilantes try to combat online scammers by giving them a taste of their own medicine. Some submit false bids to auctioneers they believe are crooks, including sending fake Western Union receipts to trick the auction-holders into thinking they've landed a sale.

"We bait (scammers). We waste their time," said Keith, the moderator of a site called TheScam Baiter.com. He declined to give his last name for fear of reprisals from scammers.

"This weekend, a friend and I 'bought' 30 or 40 Super Bowl tickets from Romanian scammers," he said. "If we get four or five people baiting a single scammer, he's ...s hands full. He thinks he's g...g to get all this money."

Keith said he spends a couple of hours a day "baiting" auction scammers, fitting it in around his job as a Virginia building contrac-

## Fraud complaints
### By major metropolitan area in 2004
Complaints per 100,000 people

| | |
|---|---|
| Washington, D.C. | 183.7 |
| San Jose | 172.1 |
| Las Vegas | 171.4 |
| Columbus, Ohio | 169.0 |
| Phoenix | 167.1 |
| Austin, Texas | 167.1 |
| San Francisco-Oakland | 163.6 |
| Tampa-St. Petersburg, Fla. | 162.7 |
| Seattle-Tacoma | 162.4 |
| Sacramento | 158.0 |

0   50   100   150   200

### Number of fraud complaints in California in 2004
46,867 total complaints

Internet auctions

| | |
|---|---|
| Internet auctions | 11,942 |
| Shop-at-home/catalog sales | 6,383 |
| Internet services and computer complaints | 4,630 |
| Foreign money offers | 4,453 |
| Prizes/sweepstakes and lotteries | 3,509 |

0                 12,000
*Source: Federal Trade Commission*

The Chronicle

> "It behooves a person … to become educated. It's not an innocent little playground anymore."
>
> DAVID STEINER
> *president of AuctionBytes.com*

tor.

"We've done a lot more damage to the scammers than eBay has ever done. We have it down to a science, where we're really confident whoever we're going after (is a fraudulent seller)," he said.

Keith said scam baiters also will launch "denial of service" attacks, in which hundreds of computers flood fraudulent sites with messages, effectively shutting them down.

The baiters have an unusual way to measure success.

"We also try to get death threats from (scammers)," Keith said. "Among scam baiters, a death threat is considered a trophy. That means you're doing your job, you really pissed them off."

eBay spokesman Hani Durzy said the company does not condone such practices.

"We believe there is a very clear line between community activism and vigilantism," he said. "Anybody who takes what we consider to be un-eBay like actions against other users because of an assertion they have, we request our community refrain from doing that."

Only a small fraction of 1 percent of eBay listings is confirmed to be fraudulent, Durzy said. Last year the company hosted 1.4 billion listings, including both auction and fixed-price items.

"In the grand scheme of things, it's a very rare occurrence on eBay," he said. "Fraud is not completely eliminated on eBay nor on any other open, transparent market."

Some eBay watchers say the company does all it can to downplay fraud complaints because it doesn't want to scare customers away.

"EBay is horrible," said Baldwin of TheAuctionGuild.com. "If you report too many scam sellers on the site, if eBay does anything about them, it's a miracle. And if you get too vocal about it, especially if you talk to a reporter, eBay suspends you. That's crazy. They don't want people hearing about fraud."

EBay said it takes complaints seriously.

"We look at every fraud report that comes into us," Durzy said. "We rely on the community to alert us to instances where they feel they have been wronged."

Marcy Fraser, who works in administration at UCSF, said she was disappointed with eBay's response when she bought a $150 mini-disk recorder that arrived dented and unusable.

"The auction company response was pathetic," she said. "I tried to do the eBay and PayPal (eBay's online payment service) mediation. They were both completely useless. They make you fill out a bunch of forms, make you wait, do what they call an investigation, which is basically sending e-mails to the sender, so it's your word against theirs."

After returning the damaged item and unsuccessfully requesting her money back, Fraser said she contacted police in the seller's hometown of Wilton, Conn. "Ultimately the problem was solved by a resourceful police detective, and my money was finally returned," she said.

## 'Trust and safety team'

Durzy said eBay has more than 1,000 people on its "trust and safety team," which includes engineers, code writers, analysts and fraud investigators. The company does not break out the number of fraud investigators.

The FTC said the Bay Area had the dubious distinction of registering high on the agency's list of regions with the most per-capita fraud complaints. The area of San Jose, Sunnyvale and Santa Clara had 2,988 complaints, or 172.1 per 100,000 residents, making it second in the nation after the Washington, D.C., region.

San Francisco, Oakland and Fremont ranked seventh in the nation with 6,748 complaints, or 163.6 per 100,000 residents.

1   LESLIE N. HARVEY, State Bar No. 241203
    HELLER EHRMAN LLP
2   333 Bush Street
    San Francisco, California 94104-2878
3   Telephone: (415) 772-6000
    Facsimile: (415) 772-6268
4   Email: Leslie.Harvey@hellerehrman.com

5   Attorneys for Defendant
    MICROSOFT CORPORATION
6

7

8                   UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10  LAURIE MARIE LASKEY,                          Case No. CV-08-1465-VRW

11                          Plaintiff,            **MICROSOFT'S NOTICE OF
                                                  MOTION AND MOTION FOR A
12  v.                                            MORE DEFINITE
                                                  STATEMENT; MEMORANDUM
13  MICROSOFT CORPORATION, and DOES 1             OF POINTS AND
    through 1000, inclusive,                      AUTHORITIES**
14
                            Defendants.           Date: June 12, 2008
15                                                Time: 2:30 p.m.
                                                  Courtroom: 6, 17th floor
16                                                Judge: Vaughn R. Walker

17

18

19

20

21

22

23

24

25

26

27

28
Heller
Ehrman LLP
                                        1
    MICROSOFT'S MOTION FOR A MORE DEFINITE STATEMENT
    Case No. CV-08-1465-VRW

# NOTICE OF MOTION AND MOTION[1]

TO PLAINTIFF LAURIE MARIE LASKEY:  NOTICE IS HEREBY GIVEN that on June 12, 2008 at 2:30 p.m. or as soon thereafter as the matter can be heard, in the Courtroom of the Honorable Vaughn R. Walker of the United States District Court of the Northern District of California located at 450 Golden Gate Ave., 17th Floor, Courtroom 6, San Francisco, CA 94102, defendant Microsoft Corporation ("Microsoft") will, and hereby does, move for a more definite statement pursuant to Federal Rule of Civil Procedure 12(e). Plaintiff's Complaint is so unintelligible that Microsoft cannot reasonably be required to frame a responsive pleading.

Microsoft bases its motion for a more definite statement on this notice of motion and motion, the memorandum of points and authorities in support thereof, the pleadings on file with the Court, and on such other evidence as may be presented before or at the hearing on this motion.

---

[1] Microsoft originally filed this motion on March 24, 2008, and noticed it for hearing before Judge Spero.  On April 4, 2008, the action was reassigned to Judge Walker and all hearing dates were vacated.  Microsoft hereby re-notices this previously-filed motion for hearing before Judge Walker.

Heller
Ehrman LLP

2

MICROSOFT'S MOTION FOR A MORE DEFINITE STATEMENT
Case No. CV-08-1465-VRW

# MEMORANDUM OF POINTS AND AUTHORITIES

## I.    INTRODUCTION

Plaintiff's Complaint against Defendant Microsoft Corporation ("Microsoft") is filled with questions and sweeping statements utterly lacking even a basic level of factual detail, rendering the Complaint unintelligible.  Plaintiff purportedly attempts to allege claims for negligence, intentional torts, premises liability, and products liability, but the scant facts alleged in support of these causes of action are nonsensical, confusing, and unclear.  In fact, rather than affirmatively alleging facts in support of these causes of action, Plaintiff's Complaint is littered with questions, indicating that Plaintiff has no idea what she is alleging that Microsoft did wrong.  The Complaint appears to state nothing more than the fact that "strange things appear on [Plaintiff's] computer."  Microsoft is left without fair notice of the claims that Plaintiff makes and is unable to tell what Plaintiff believes Microsoft (as opposed to the other "Doe" defendants) did to cause her harm.  Because Microsoft cannot formulate a coherent response to this Complaint without further clarification, the Court should grant Microsoft's motion for a more definite statement.

## II.   BACKGROUND AND SUMMARY OF PLAINTIFF'S ALLEGATIONS

Plaintiff Laurie Marie Laskey filed the Complaint in California state court on January 30, 2008.  After Microsoft was served with the Complaint on February 15, 2008, Microsoft removed the case to this Court on March 17, 2008.  Microsoft has not yet answered.

In the Complaint, Plaintiff asserts claims for negligence, various intentional torts, premises liability, and products liability using the Judicial Counsel of California's form complaint for Personal Injury, Property Damage, and Wrongful Death.[2]  The Complaint further indicates that she seeks to hold Microsoft liable for "other" causes of action such as "Computer crimes, Identity Theft, FCC Invasions, Code Violations, Technical Violations, Split Tunneling, Security Breach, Invasion of privacy, stalking, etc."  Complaint at 3, ¶ 10.

---

[2] A courtesy copy of the Complaint is attached hereto as Exhibit 1.

MICROSOFT'S MOTION FOR A MORE DEFINITE STATEMENT
Case No. CV-08-1465-VRW

Heller
Ehrman LLP

According to the Complaint, Plaintiff was "attached to a Virtual Private Network without my knowledge and hacked into." *Id.* at 3, ¶ 15. She alleges that a "faulty system has created a security breach." *Id.* For the causes of action labeled by Plaintiff as "other" (i.e., Computer crimes, Identity Theft, FCC Invasions, Code Violations, Technical Violations, Split Tunneling, Security Breach, Invasion of privacy, stalking, etc.), no further factual allegations are stated.

For the negligence, intentional tort, premises liability, and products liability claims, Plaintiff's Complaint attaches Judicial Council Causes of Action forms for each claim. In support of her cause of action for general negligence, plaintiff states only that "[y]ou have a faulty system which created a security breach that allowed other [sic] to hack into my computer and caused me to lose my means of employment." *Id.* at Cause of Action – General Negligence No. 2. She then presents the following questions: "A virtual server is being used? Is that a game server? or does it relate to a virtual private network?" *Id.*

Plaintiff pleads a second cause of action for general negligence, again stating simply that "[y]ou have a faulty system which created a security breach." *Id.* at Cause of Action – General Negligence No. 1. Again, she offers merely questions in place of factual details, including the following:

> was the Windows 95 print program ever upgraded? the hackers work in the background and the printer icon shows up in Windows 98 and the other current versions if it was never upgraded Microsofts employees would have knowledge of that. My printer does strange things and strange things appear on my computer(s).

*Id.*

Plaintiff further attempts to plead two causes of action for "Intentional Torts," again stating only that "Microsoft maintained a faulty system." *Id.* at Cause of Action – Intentional Tort Nos. 1 and 2. She claims that Microsoft's servers "are not being maintained properly" and that Microsoft has therefore "created a premises liability issue" and "is supporting a crime ring." *Id.* at No. 1. In support of her second intentional tort claim, she

Heller
Ehrman LLP

4

MICROSOFT'S MOTION FOR A MORE DEFINITE STATEMENT
Case No. CV-08-1465-VRW

1  refers to warnings received in "DNS reports," asking "[d]o they switch it back and forth
2  whenever they want to hack?" *Id.* at No. 2.

3      For the cause of action for premises liability, plaintiff states that she was "connected
4  to a faulty system and it created a fault" while she was at home on her computer. *Id.* at
5  Cause of Action – Premises Liability. She specifies three counts of premises liability –
6  negligence, willful failure to warn, and dangerous condition of public property. *Id.*

7      Finally, Plaintiff also brings a claim for products liability, stating that Microsoft's
8  "equipment, wiring, servers, routers, filters, computers, software, etc." caused her injury,
9  seeking to hold Microsoft strictly liable. *Id.* at Cause of Action – Products Liability.

10     Plaintiff seeks compensatory and punitive damages. *Id.* at 3 ¶ 14. She claims to have
11 suffered damages for wage loss, loss of use of property, hospital and medical expenses,
12 general damage, property damage, loss of earning capacity, along with other damages such
13 as a lower credit score, expense of discovery, case related expenses, emotional distress,
14 attorneys fees, and discrimination. *Id.* at 3 ¶ 11.

15 **III.  ARGUMENT**

16     **A.  Legal Standard**

17     A Rule 12(e) motion for a more definite statement is proper "if a pleading to which a
18 responsive pleading is permitted is so vague or ambiguous that a party cannot reasonably be
19 required to frame a responsive pleading." Fed. R. Civ. P 12(e). Courts may grant such
20 motions when pleading is "so vague or ambiguous that the opposing party cannot respond,
21 even with a simple denial, in good faith or without prejudice to himself." *Cellars v. Pacific*
22 *Coast Packaging, Inc.*, 189 F.R.D. 575, 578 (N.D. Cal. 1999).

23     The decision to grant a motion for a more definite statement is within the discretion
24 of the trial court, based upon the particular facts alleged in each case. *Kuenzell v. United*
25 *States*, 20 F.R.D. 96, 98 (N.D. Cal. 1957) ("Whether or not the motion should be granted or
26 denied depends primarily on the facts of each individual case, and it is ultimately within the
27 Court's discretion to determine whether the information sought by the movant is necessary
28 to enable him to prepare a responsive pleading"); s*ee also McHenry v. Renne*, 84 F.3d 1172,

Heller
Ehrman LLP

5

1179 (9th Cir. 1996) (Even though a complaint is not required to designate which statute or other provision of law has been violated, a court may in its discretion, in response to motion for more definite statement under Rule 12(e), require such detail as may be appropriate in the particular case).

**B.      Plaintiff's Complaint Is Unintelligible and Prevents Microsoft from Formulating a Responsive Pleading.**

Plaintiff's Complaint is so confusing and unintelligible that it prevents Microsoft from drafting its answer.

**1.      To the extent that the Complaint alleges some wrongdoing by anyone, Microsoft is unable to ascertain whether Plaintiff is even alleging that Microsoft committed a wrong.**

From the Complaint, Microsoft is only able to ascertain that Plantiff believes that somehow and somewhere Microsoft maintained a "faulty system." Complaint at 3 ¶ 15. Plaintiff makes exceedingly broad and sweeping generalizations in support of this claim, such as "Microsoft is supporting a crime ring," *Id.* at Cause of Action – Intentional Tort No. 1, and "I was continually exposed to a harmfull [sic] environment and lost my means of employment because of it." *Id.* at Cause of Action – Intentional Tort No. 2.

It is impossible for Microsoft to answer these highly general allegations without at least some additional detail. For example, nowhere in the Complaint does Plaintiff identify specific products or services she was allegedly using. Moreover, Plaintiff completely fails to allege how those products or services are connected to Microsoft. She refers to "equipment, wiring, servers, routers, computers, software, etc.," but these types of products could literally implicate thousands of different products distributed by Microsoft or by other software or hardware manufacturers. Microsoft is left to guess whether Plaintiff was, for example, a user of the Microsoft Windows operating system, a user of Microsoft software such as Internet Explorer or Word, or a person accessing websites maintained by Microsoft. In fact, Microsoft is unable to tell for certain whether the Plaintiff even had any connection to Microsoft or its products whatsoever.

Heller
Ehrman LLP

6

MICROSOFT'S MOTION FOR A MORE DEFINITE STATEMENT
Case No. CV-08-1465-VRW

1   Much of the confusion created by the Complaint is due to the fact that the Plaintiff

2   never specifies the parties who caused her alleged harms.  In addition to Microsoft, Plaintiff

3   has filed this action against 1000 "Doe" defendants, many of whom could be hackers she

4   believes stole her personal information.  However, many of the allegations Plaintiff makes

5   appear to be directed at those defendants – but not Microsoft.  The Complaint, however,

6   makes no attempt to distinguish between Microsoft and the other defendants, instead

7   referring generally to "they" and "them".  For example, in one place in the Complaint,

8   Plaintiff asks the question: "A virtual server is being used?"  *Id.* at Cause of Action-General

9   Negligence No. 2.  It is unclear whether Plaintiff is suggesting that hackers used a virtual

10  server to access her data or whether she instead means that Microsoft somehow used or

11  distributed a virtual server.  Without some greater specification of the multitude of "theys"

12  and "thems" in the Complaint, Microsoft cannot determine whether Plaintiff's various

13  allegations are directed to Microsoft or to someone else.

14  Many of the "facts" alleged in support of the specific causes of action only further

15  confuse the matter.  In her claim for premises liability, for example, Plaintiff has checked a

16  box indicating that she is alleging a count for "Dangerous Condition of Public Property."

17  *Id.* at Cause of Action – Premises Liability.  She indicates that the condition for which she is

18  bringing suit was "created by employees of the defendant public entity."  Microsoft is not

19  able to respond to this claim because it has no way of knowing whether Plaintiff is alleging

20  that an unnamed Doe defendant that is also a public entity caused Plaintiff's harm or

21  whether Plaintiff mistakenly believes that Microsoft is a public entity.

22  This situation is precisely the kind of situation in which courts routinely grant

23  motions for a more definite statement.  In *Parker v. Brush Wellman, Inc.*, 377 F. Supp. 2d

24  1290 (N.D. Ga. 2005), the plaintiff's complaint referred only generally to a group of

25  defendants, but failed to identify the role that each individual defendant's products played in

26  causing Plaintiff's harm.  The court granted a defendant's motion for a more definite

27  statement, finding that the absence of critical allegations as to *each* individual defendant

28  rendered the Complaint defective, as defendants "are left without 'fair notice' of the factual

Heller
Ehrman LLP

7

basis underlying the claims that they must now attempt to defend." *Id.* at 1295. The court held that "the Federal Rules do not permit a party to aggregate allegations against several defendants in a single, unspecific statement, but instead require the pleader to identify (albeit generally) the conduct of each defendant giving rise to his claims." *Id.* at 1294; *see also Van Dyke Ford, Inc. v. Ford Motor Co.*, 399 F. Supp. 277, 284 (E.D. Wi. 1975) (granting a motion for a more definite statement where complaint referred generally to "plaintiffs" and "defendants" but failed make specific references to wrongful actions by each individual plaintiff and defendant).

Microsoft is therefore entitled to a clear and concise statement in the Complaint about its own actions that allegedly caused Plaintiff's harm. Plaintiff's general allegations about wrongs committed by unspecified entities are insufficient.

### 2. Plaintiff's Complaint is filled with questions, rather than affirmative allegations of fact, demonstrating that Plaintiff does not know what she alleges.

The Complaint is further unintelligible because rather than stating facts supporting the claims for relief, Plaintiff's Complaint is instead filled with a multitude of questions. These questions indicate that Plaintiff herself is unsure of what she alleges in the Complaint and whom she is alleging caused her harm.

For example, in her description of one of the claims for general negligence, Plaintiff offers the following questions: "A virtual server is being used? Is that a game server? or does it relate to a virtual private network?." Complaint at Cause of Action – General Negligence No. 2. In support of an intentional tort claim, plaintiff similarly poses another question: "do they switch it back and forth when they want to hack?" *Id.* at Cause of Action – Intentional Tort No. 2. Furthermore, attached to the Complaint are exhibits covered in handwritten questions such as the following:

> Is this why the phone wiring on the side of my home was installed different than it should have been?

> Is there a file open at the DA's? FBI? CIA?

1    Does this have something todo [sic] with the time and time zones?

2    What did I cut off of the side of my house at the phone box?

3

4    *Id.* at ex. page 36. The questions demonstrate that even the Plaintiff is unsure of what she is

5    alleging *anyone* – much less Microsoft – did wrong.  Without further clarification,

6    Microsoft cannot formulate a coherent response to these claims, as it cannot even ascertain

7    what Plaintiff alleges Microsoft did wrong.

8               **3.    Plaintiff has not stated facts demonstrating any causal connection
               between Microsoft's actions and the damages Plaintiff allegedly
9               suffered.**

10    The damages allegations in the Complaint are likewise flawed and unintelligible.

11    Plaintiff states, for example, that she is entitled to compensatory damages for hospital and

12    medical expenses.  *Id.* at 3 ¶ 11.  The Complaint, however, fails to allege even a single fact

13    suggesting that Plaintiff may have suffered any injury requiring medical attention.  The facts

14    that Plaintiff has pled suggest only that hackers *remotely* accessed her computer.  Microsoft

15    is again simply left to guess how Plaintiff could have possibly sustained bodily harm on

16    these facts.

17    Plaintiff's allegations that she suffered other damages such as wage loss or

18    discrimination, *id.*,  are similarly perplexing.  The Complaint contains no facts explaining

19    any causal link between the actions (or inactions) of Microsoft and Plaintiff's alleged loss of

20    employment or discrimination she suffered.  Microsoft cannot possible admit or deny these

21    allegations without more information from the Plaintiff about the supposed factual

22    connection.

23    **IV.    CONCLUSION**

24    For the reasons set forth above, the Court should grant Microsoft's motion for a more

25    definite statement. Fed. R. Civ. P. 12(e).

26

27

28

Heller
Ehrman LLP

9

MICROSOFT'S MOTION FOR A MORE DEFINITE STATEMENT
Case No. CV-08-1465-VRW

1

Dated:  April 15, 2008                           HELLER EHRMAN LLP

2

3

                                                 By:_____/s/_____
4
                                                     LESLIE N. HARVEY
5                                                    Attorneys for Defendants
                                                     MICROSOFT CORPORATION

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MICROSOFT'S MOTION FOR A MORE DEFINITE STATEMENT
Case No. CV-08-1465-VRW

**EXHIBIT 1**

PLD-PI-001

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|

Laurie Marie Laskey
120 Briar Hollow Dr
Jacksonville NC 28540

TELEPHONE NO.: 910-548-3345    FAX NO. (Optional):

E-MAIL ADDRESS (Optional):

ATTORNEY FOR (Name):

SUPERIOR COURT OF CALIFORNIA, COUNTY OF  Sonoma
STREET ADDRESS: 600 Administration Dr
MAILING ADDRESS:
CITY AND ZIP CODE: Santa Rosa CA 95403
BRANCH NAME: civil

**ENDORSED FILED**

JAN 3 0 2008

SUPERIOR COURT OF CALIFORNIA
COUNTY OF SONOMA

Case 3:08-cv-01465-VRW    Document 15    Filed 04/15/2008    Page 12 of 60

PLAINTIFF: Laurie Marie Laskey

DEFENDANT: Microsoft Corporation

[✓] DOES t TO  1000

COMPLAINT—Personal Injury, Property Damage, Wrongful Death
[ ] AMENDED (Number):
Type (check all that apply):
[ ] MOTOR VEHICLE   [✓] OTHER (specify): Identity Theft
[ ] Property Damage    [ ] Wrongful Death
[✓] Personal Injury    [ ] Other Damages (specify):

Jurisdiction (check all that apply):
[ ] ACTION IS A LIMITED CIVIL CASE
Amount demanded    [ ] does not exceed $10,000
[ ] exceeds $10,000, but does not exceed $25,000
[✓] ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)
[ ] ACTION IS RECLASSIFIED by this amended complaint
[ ] from limited to unlimited
[ ] from unlimited to limited

CASE NUMBER:

SCV  242287

t. **Plaintiff** (name or names): Laurie Marie Laskey
alleges causes of action against defendant (name or names):
Microsoft Corporation

2. This pleading, including attachments and exhibits, consists of the following number of pages: 47

3. Each plaintiff named above is a competent adult
   a. [ ] **except plaintiff** (name):
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity (describe):
      (3) [ ] a public entity (describe):
      (4) [ ] a minor    [ ] an adult
         (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) [ ] other (specify):
      (5) [ ] other (specify):
   b. [ ] **except plaintiff** (name):
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity (describe):
      (3) [ ] a public entity (describe):
      (4) [ ] a minor    [ ] an adult
         (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) [ ] other (specify):
      (5) [ ] other (specify):

[ ] Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

Page 1 of 3

| Form Approved for Optional Use<br>Judicial Council of California<br>PLD-PI-001 [Rev. January 1, 2007] | **COMPLAINT—Personal Injury, Property<br>Damage, Wrongful Death** | Code of Civil Procedure, § 425.12<br>www.courtinfo.ca.gov<br><br>American LegalNet, Inc.<br>www.FormsWorkflow.com |

PLD-PI-001

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| Laurie Marie Laskey v Microsoft Corporation | |

4. ☐ Plaintiff (name):

is doing business under the fictitious name (specify):

and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person

  a. ☑ except defendant (name):  Microsoft Corporation   c. ☐ except defendant (name):
    (1) ☐ a business organization, form unknown       (1) ☐ a business organization, form unknown
    (2) ☑ a corporation       (2) ☐ a corporation

Case 3:08-cv-01465-VRW    Document 15    Filed 04/16/2008    Page 13 of 60

    (3) ☐ an unincorporated entity (describe):       (3) ☐ an unincorporated entity (describe):

    (4) ☐ a public entity (describe):       (4) ☐ a public entity (describe):

    (5) ☐ other (specify):       (5) ☐ other (specify):


  b. ☐ except defendant (name):   d. ☐ except defendant (name):
    (1) ☐ a business organization, form unknown       (1) ☐ a business organization, form unknown
    (2) ☐ a corporation       (2) ☐ a corporation
    (3) ☐ an unincorporated entity (describe):       (3) ☐ an unincorporated entity (describe):

    (4) ☐ a public entity (describe):       (4) ☐ a public entity (describe):

    (5) ☐ other (specify):       (5) ☐ other (specify):


  ☐ Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.
  a. ☑ Doe defendants (specify Doe numbers): 1 to 1000     were the agents or employees of other named defendants and acted within the scope of that agency or employment.
  b. ☑ Doe defendants (specify Doe numbers): 1 to 1000     are persons whose capacities are unknown to plaintiff.

7. ☐ Defendants who are joined under Code of Civil Procedure section 382 are (names):


8. This court is the proper court because
  a. ☐ at least one defendant now resides in its jurisdictional area.
  b. ☐ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
  c. ☑ injury to person or damage to personal property occurred in its jurisdictional area.
  d. ☑ other (specify):
    Court of Appeals sent me to the lower court

9. ☑ Plaintiff is required to comply with a claims statute, and
  a. ☐ has complied with applicable claims statutes, or
  b. ☑ is excused from complying because (specify):
    Computer crimes that involves the theft of my identity based on product liability and premise liability and negligence. I just figured it out and have not been able to find anyone to help me. They are all afraid.

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**

PLD-PI-001

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| Laurie Marie Laskey v Microsoft Corporation | |

10. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached)*:
   a. ☐ Motor Vehicle
   b. ☑ General Negligence
   c. ☑ Intentional Tort
   d. ☑ Products Liability
   e. ☑ Premises Liability
   f. ☑ Other *(specify)*:
   Computer crimes, Identity Theft, DOC violations, Code violations/Technical violations, Split Tunneling, Security Breach, Invasion of privacy, stalking, etc.

11. Plaintiff has suffered
   a. ☑ wage loss
   b. ☑ loss of use of property
   c. ☑ hospital and medical expenses
   d. ☑ general damage
   e. ☑ property damage
   f. ☑ loss of earning capacity
   g. ☑ other damage *(specify)*:
   Lower credit score, expense of discovery, case related expenses, emotional distress, attorneys fees, discrimination, etc.

12. ☐ The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
   a. ☐ listed in Attachment 12.
   b. ☐ as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. Plaintiff prays for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
   a. (1) ☑ compensatory damages
      (2) ☑ punitive damages
   The amount of damages is *(in cases for personal injury or wrongful death, you must check (1))*:
      (1) ☐ according to proof
      (2) ☑ in the amount of: $ A + B = C (C x D) see attached

15. ☑ The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers)*:
   I've been attached to a Virtual Private Network without my knowledge and hacked into.
   faulty system has created a security breach per RFC1918

Date: 1-22-08

Laurie Marie Laskey
_____
(TYPE OR PRINT NAME)

*Laurie Marie Laskey*
_____
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**

CM-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State bar number, and address): | FOR COURT USE ONLY |
|---|---|

Laurie Marie Laskey
120 Briar Hollow Dr
Jacksonville NC 28540
TELEPHONE NO.: 910-548-3345       FAX NO.:

ATTORNEY FOR (Name):

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Sonoma
STREET ADDRESS: 600 Administration Drive
MAILING ADDRESS:
CITY AND ZIP CODE: Santa Rosa CA 95403
BRANCH NAME: civil

**ENDORSED FILED**

JAN 3 0 2008
by
SUPERIOR COURT OF CALIFORNIA
COUNTY OF SONOMA

CASE NAME:
Laurie Marie Laskey v Microsoft Corporation

| CIVIL CASE COVER SHEET | | Complex Case Designation | | CASE NUMBER: |
|---|---|---|---|---|
| ☑ Unlimited (Amount demanded exceeds $25,000) | ☐ Limited (Amount demanded is $25,000 or less) | ☐ Counter ☐ Joinder Filed with first appearance by defendant (Cal. Rules of Court, rule 3.402) | | SCV 242287 DEPT: |

Case 3:08-cv-01465-VRW    Document 15    Filed 04/15/2008    Page 15 of 60

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check one box below for the case type that best describes this case:

**Auto Tort**
☐ Auto (22)
☐ Uninsured motorist (46)

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
☐ Asbestos (04)
☐ Product liability (24)
☐ Medical malpractice (45)
☐ Other PI/PD/WD (23)

**Non-PI/PD/WD (Other) Tort**
☐ Business tort/unfair business practice (07)
☐ Civil rights (08)
☐ Defamation (13)
☐ Fraud (16)
☐ Intellectual property (19)
☐ Professional negligence (25)
☐ Other non-PI/PD/WD tort (35)

**Employment**
☐ Wrongful termination (36)
☐ Other employment (15)

**Contract**
☐ Breach of contract/warranty (06)
☐ Rule 3.740 collections (09)
☐ Other collections (09)
☐ Insurance coverage (18)
☐ Other contract (37)

**Real Property**
☐ Eminent domain/inverse condemnation (14)
☐ Wrongful eviction (33)
☐ Other real property (26)

**Unlawful Detainer**
☐ Commercial (31)
☐ Residential (32)
☐ Drugs (38)

**Judicial Review**
☐ Asset forfeiture (05)
☐ Petition re: arbitration award (11)
☐ Writ of mandate (02)
☐ Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
☐ Antitrust/Trade regulation (03)
☐ Construction defect (10)
☑ Mass tort (40)
☐ Securities litigation (28)
☐ Environmental/Toxic tort (30)
☐ Insurance coverage claims arising from the above listed provisionally complex case types (41)

**Enforcement of Judgment**
☐ Enforcement of judgment (20)

**Miscellaneous Civil Complaint**
☐ RICO (27)
☐ Other complaint (not specified above) (42)

**Miscellaneous Civil Petition**
☐ Partnership and corporate governance (21)
☐ Other petition (not specified above) (43)

2. This case ☑ is ☐ is not complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. ☑ Large number of separately represented parties
   b. ☑ Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. ☑ Substantial amount of documentary evidence
   d. ☐ Large number of witnesses
   e. ☑ Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   f. ☐ Substantial postjudgment judicial supervision

3. Remedies sought (check all that apply): a. ☑ monetary   b. ☐ nonmonetary; declaratory or injunctive relief   c. ☑ punitive

4. Number of causes of action (specify): 20

5. This case ☐ is ☑ is not a class action suit.

6. If there are any known related cases, file and serve a notice of related case. (You may use form CM-015.)

Date: 1-22-08
Laurie Marie Laskey
(TYPE OR PRINT NAME)                                    *Laurie Marie Laskey*
                                                        (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California

**CIVIL CASE COVER SHEET**

Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;
Cal. Standards of Judicial Administration, std. 3.10

PLD-PI-001(2)

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| Laurie Marie Laskey v Microsoft Corporation | |

___2___        **CAUSE OF ACTION—General Negligence**    Page __2__

    (number)

ATTACHMENT TO  [✓] Complaint   [ ] Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

GN-1. Plaintiff *(name):*  Laurie Marie Laskey

Case 3:08-cv-01465-VRW    Document 1    Filed 04/15/2008    Page 16 of 60

alleges that defendant *(name):* Microsoft Corporation

[✓] Does  1  to  1000

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant negligently caused the damage to plaintiff
on *(date):*
at *(place):* 930 Shiloh Road, Windsor CA 95492

*(description of reasons for liability):*

You have a faulty system which created a security breach that allowed other to hack into my computer and caused me to lose my means of employment.

A virtual server is being used? Is that a game server? or does it relate to a virtual private network?

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(2) [Rev. January 1, 2007]

**CAUSE OF ACTION—General Negligence**

Code of Civil Procedure 425.12
www.courtinfo.ca.gov

American LegalNet, Inc.
www.FormsWorkflow.com

PLD-PI-001(3)

| SHORT TITLE: | CASE NUMBER |
|---|---|
| Laurie Marie Laskey v Microsoft Corporation | |

**CAUSE OF ACTION—Intentional Tort**    Page ___1___

__1_____
(number)

ATTACHMENT TO   [✓] Complaint   [ ] Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

IT-1. Plaintiff *(name)*:  Laurie Marie Laskey

alleges that defendant *(name)*: Microsoft Corporation
Case 3:08-cv-01465-WHA    Document 15    Filed 04/15/2008    Page 17 of 60

[✓] Does __1_____ to __1000____

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant intentionally
caused the damage to plaintiff
on *(date)*: 11-19-2002
at *(place)*: 7882 Shira Street, Windsor CA 95492

*(description of reasons for liability):*

Microsoft maintained a faulty system.

microsoft will need to provide a history report on the maintenance of ther servers since they are not being maintained properly. This is an intentional act. microsoft has created a premises liability issue.

(1) would be a hacker more than one would be a crime ring. Microsoft is supporting a crime ring.

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(3) [Rev. January 1, 2007]

Code of Civil Procedure, § 426.12
www.courtinfo.ca.gov

American LegalNet, Inc.
www.FormsWorkflow.com

PLD-PI-001(3)

| SHORT TITLE: | CASE NUMBER |
|---|---|
| Laurie Marie Laskey v Microsoft Corporation | |

__2_____    **CAUSE OF ACTION—Intentional Tort**    **Page** _2__
_(number)_

ATTACHMENT TO [✓] Complaint    [ ] Cross - Complaint

_(Use a separate cause of action form for each cause of action.)_

IT-1. Plaintiff _(name):_ Laurie Marie Laskey

Case 3:08-cv-01465-VRW    Document 15    Filed 04/15/2008    Page 18 of 60

alleges that defendant _(name):_ Microsoft Corporation

[✓] Does 1_____ to 1000_____

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant intentionally caused the damage to plaintiff
on _(date):_ 5-08-2003
at _(place):_ 930 Shiloh Road, Windsor CA 95492

_(description of reasons for liability):_

Microsoft maintained a faulty system.

On 11-8-2005 DNS report 4 warnings

on 1-11-2006 DNS report 4 warnings 2 fails
went from bad to worse? An intentional act.
Do they switch it back and forth when ever
they want to hack? I was continually
exposed to a harmfull environment and lost
my means of employment because of it.

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(3) [Rev. January 1, 2007]

**CAUSE OF ACTION—Intentional Tort**

Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

American LegalNet, Inc.
www.FormsWorkflow.com

PLD-PI-001(4)

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| Laurie Marie Laskey v Microsoft Corporation | |

| 1 | **CAUSE OF ACTION**—Premises **Liability** | Page ___1___ |
|---|---|---|
| (number) | | |

ATTACHMENT TO  [✓] Complaint   [ ] Cross - Complaint
*(Use a separate cause of action form for each cause of action.)*

Prem.L-1. Plaintiff *(name):* Laurie Marie Laskey

alleges the acts of defendants were the legal (proximate) cause of damages to plaintiff.

On *(date):* 10-17-2002                    plaintiff was injured on the following premises in the following
fashion *(description of premises and circumstances of injury):*

Case 3:08-cv-01465-VRW    Document 15    Filed 04/15/2008    Page 19 of 60

I was connected to a faulty system and it created a fault. I do not know where Microsoft
Corporation servers are located.

At the time of the injury I was at home on my
computer.

Prem.L-2.  [✓] **Count One—Negligence** The defendants who negligently owned, maintained, managed and
operated the described premises were *(names):*

Microsoft Corporation

[✓] Does 1 to 1000

Prem.L-3.  [✓] **Count Two—Willful Failure to Warn** [Civil Code section 846] The defendant owners who willfully
or maliciously failed to guard or warn against a dangerous condition, use, structure, or activity were
*(names):*

Microsoft Corporation

[✓] Does 1 to 1000

Plaintiff, a recreational user, was  [ ] an invited guest  [ ] a paying guest.

Prem.L-4.  [✓] **Count Three—Dangerous Condition of Public Property** The defendants who owned public property
on which a dangerous condition existed were *(names):*

Microsoft Corporation

[✓] Does 1 to 1000

a. [ ] The defendant public entity had [ ] actual [ ] constructive notice of the existence of the
dangerous condition in sufficient time prior to the injury to have corrected it.
b. [✓] The condition was created by employees of the defendant public entity.

Prem.L-5. a. [✓] **Allegations about Other Defendants** The defendants who were the agents and employees of the
other defendants and acted within the scope of the agency were *(names):*

Microsoft Corporation will have to provide the names of anyone who worked on their
servers or had access to their system.

[✓] Does 1 to 1000

b. [✓] The defendants who are liable to plaintiffs for other reasons and the reasons for their liability are
[ ] described in attachment Prem.L-5.b  [✓] as follows *(names):*

Microsoft Corporation created a premise liability issue which allowed other access to
my personal information and theft of my identity online. etc.

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(4) [Rev. January 1, 2007]    **CAUSE OF ACTION—Premises Liability**    Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

American LegalNet, Inc.
www.FormsWorkflow.com

PLD-PI-001(5)

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| Laurie Marie Laskey v Microsoft Corporation | |

1 _____ (number)    **CAUSE OF ACTION—Products Liability**    Page ___1___

ATTACHMENT TO ☑ Complaint ☐ Cross - Complaint
*(Use a separate cause of action form for each cause of action.)*

Plaintiff *(name)*: Laurie Marie Laskey

Prod. L-1. On or about *(date)*: *file date on Computer* plaintiff was injured by the following product:

Microsoft Corporations equipment, wiring, servers, routers, filters, computers, software, etc

Case 3:08-cv-01465-VRW   Document 45   Filed 04/15/2008    Page 20 of 60

Prod. L-2. Each of the defendants knew the product would be purchased and used without inspection for defects.
The product was defective when it left the control of each defendant. The product at the time of injury was being
☑ used in the manner intended by the defendants.
☐ used in the manner that was reasonably foreseeable by defendants as involving a substantial danger not readily apparent. Adequate warnings of the danger were not given.

Prod. L-3. Plaintiff was a
☑ purchaser of the product.                ☑ user of the product.
☑ bystander to the use of the product.    ☐ other *(specify)*:

PLAINTIFF'S INJURY WAS THE LEGAL (PROXIMATE) RESULT OF THE FOLLOWING:
Prod. L- 4. ☑ **Count One—Strict liability** of the following defendants who
    a. ☑ manufactured or assembled the product *(names)*:
        Microsoft Corporation

        ☑ Does 1 _____ to 1000 _____

    b. ☑ designed and manufactured component parts supplied to the manufacturer *(names)*:
        Microsoft Corporation

        ☑ Does 1 _____ to 1000 _____

    c. ☑ sold the product to the public *(names)*:
        Microsoft Corporation

        ☑ Does 1 _____ to 1000 _____

Prod. L-5. ☐ **Count Two—Negligence** of the following defendants who owed a duty to plaintiff *(names)*:

        ☐ Does _____ to _____

Prod. L-6. ☐ **Count Three—Breach of warranty** by the following defendants *(names)*:

        ☐ Does _____ to _____

    a. ☐ who breached an implied warranty
    b. ☐ who breached an express warranty which was
        ☐ written  ☐ oral

Prod. L-7. ☑ The defendants who are liable to plaintiffs for other reasons and the reasons for the liability are
        ☐ listed in Attachment-Prod. L-7 ☑ as follows:
        The theft of my identity online, their product(s) and system allow for that.

        *Premise liability*

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(5) [Rev. January 1, 2007]    **CAUSE OF ACTION—Products Liability**    Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov
American LegalNet, Inc.
www.FormsWorkflow.com

PLD-PI-001(2)

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| Laurie Marie Laskey v Microsoft Corporation | |

I _____ CAUSE OF ACTION—General Negligence    Page ___1___
(number)

ATTACHMENT TO  [✓] Complaint  [ ] Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

GN-1. Plaintiff *(name):* Laurie Marie Laskey

alleges that defendant *(name):* Microsoft Corporation

[✓] Does  1 _____ to  1000 _____

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant negligently caused the damage to plaintiff

on *(date):* 11-19-2002

at *(place):* 7882 Shira Street, Windsor CA 95492

*(description of reasons for liability):*

You have a faulty system which created a security breach.

was the windows 95 print program ever upgraded? the hackers work in the background and the printer icon shows up in windows 98 and the other current versions if it was never upgraded microsofts employees would have knowledge of that. My printer does strange things and strange things appear on my computer(s)

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(2) [Rev. January 1, 2007]

Code of Civil Procedure 425.12
www.courtinfo.ca.gov

American LegalNet, Inc.
www.FormsWorkflow.com

# Leaving Scraps on the Desktop Deliberately

The Clipboard is a handy way to copy information from one place to another, but it has a major limitation: Every time you copy something new to the Clipboard, it replaces whatever was copied there before. What if you want to copy a *bunch* of things from a document?

Case 3:08-cv-01465-WHA    Document 51-4    Filed 07/15/2008    Page 22 of 60

If you were cutting and pasting over a real desktop, you could leave little scraps lying everywhere, ready for later use. The same *scraps* concept works with Windows 95: You can move information from window to window, using the desktop as a temporary storage area for your scraps of information.

For example, suppose that you have some paragraphs in a WordPad document you want to copy to some other places. Highlight the first paragraph, drag it out of the WordPad window, and drop it onto the desktop. Poof! A small Scrap icon appears on your desktop. See another interesting paragraph? Drag it onto the desktop, as well: Another Scrap icon appears.

Eventually, you'll have copies of your report's best paragraphs sitting in little scraps on your desktop. To move any of the scraps into another document, just drag them into that other document's window and let go.

Any remaining, unused scraps can be dumped into the Recycling Bin, or simply left on the desktop, adding a nice, comfortable layer of clutter.



To make a scrap, highlight the information you want to move, usually by running the mouse pointer over it while holding down the mouse button. Then, point at the highlighted information and, while holding down the mouse button, point at the Desktop. Let go of the mouse button, and a scrap containing that information appears on the Desktop.

*Note:* Not all Windows 95 applications support Scraps. In fact, WordPad is the only program in the Windows 95 box that can use Scraps.

# Controlling the Printer

Many of the Windows 95 features work in the background. You know that they're there *only* when something is wrong and weird messages start flying around. The Windows 95 print program is one of those programs.

When you choose the Print command in a program, you may see the little Windows 95 printer icon appear at the bottom corner of your screen. When your printer stops spitting out pages, the little printer icon disappears.

*Controlling Someones computer via the printer?*
*The hackers work in the ba...*
*The printer icon shows up in windo...*
*...the windows 95 fea... ever*

Case 3:08-cv-01465-VRW    Document 15    Filed 04/15/2008    Page 23 of 60



**DNSstuff.com** — YOUR DESTINATION FOR DNS AND NETWORKING TOOLS

Your IP: 12.109.34.167   ASN: 7018 [ATT-INTERNET4]   Near: Quantico, Virginia United States

**ServerBeach** — Self-managed hosting

**FREE iPOD**

Home    Products    Tools    DNSreport    Resource Center    Forum    How Tools Work

# Tools

Email link to

## DNSreport for msft.net

Generated by www.DNSreport.com at 17:29:11 GMT on 20 Jan 2008.

| Category | Status | Test Name | Information |
|---|---|---|---|
| | PASS | Missing Direct Parent check | OK. Your direct parent zone exists, which is good. Some domains (usually third or fourth level domains, such as example.co.us) do not have a direct parent zone ('co.us' in this example), which is legal but can cause confusion. |
| | INFO | NS records at parent servers | Your NS records at the parent servers are:<br>ns1.msft.net.   [207.68.160.190]   [TTL=172800]   [US]<br>ns2.msft.net.   [65.54.240.126]   [TTL=172800]   [US]<br>ns3.msft.net.   [213.199.161.77]   [TTL=172800]   [GB]<br>ns4.msft.net.   [207.46.66.126]   [TTL=172800]   [US]<br>ns5.msft.net.   [65.55.238.126]   [TTL=172800]   [US]<br>[These were obtained from a.gtld-servers.net] |

Case 3:08-cv-01465-WHA    Document 15    Filed 04/15/2008    Page 24 of 60

| Parent | | | |
|---|---|---|---|
| | PASS | Parent nameservers have your nameservers listed | OK. When someone uses DNS to look up your domain, the first step (if doesn't already know about your domain) is to go to the parent server doesn't already know about your domain) is to go to the parent server If you aren't listed there, you can't be found. But you are listed there. |
| | PASS | Glue at parent nameservers | OK. The parent servers have glue for your nameservers. That means they send out the IP address of your nameservers, as well as their host names. |
| | PASS | DNS servers have A records | OK. All your DNS servers either have A records at the zone parent servers, or do not need them (if the DNS servers are on other TLDs). A records are required for your hostnames to ensure that other DNS servers can reach your DNS servers. Note that there will be problems your DNS servers do not have these same A records. |
| | INFO | NS records at your nameservers | Your NS records at your nameservers are:<br><br>ns4.msft.net.    [207.46.66.126]    [TTL=172800]<br>ns5.msft.net.    [65.55.238.126]    [TTL=172800]<br>ns1.msft.net.    [207.68.160.190]   [TTL=172800]<br>ns2.msft.net.    [65.54.240.126]    [TTL=172800]<br>ns3.msft.net.    [213.199.161.77]   [TTL=172800] |
| | PASS | Open DNS servers | OK. Your DNS servers do not announce that they are open DNS servers. Although there is a slight chance that they really are open DNS servers this is very unlikely. Open DNS servers increase the chances that of cache poisoning, can degrade performance of your DNS, and can cause your DNS servers to be used in an attack (so it is good that your DNS servers do not appear to be open DNS servers). |
| | PASS | Mismatched glue | OK. The DNS report did not detect any discrepacies between the glue provided by the parent servers and that provided by your authoritative |

| | | DNS servers. |
|---|---|---|
| No NS A records at nameservers | PASS | OK. Your nameservers do include corresponding A records when asked your NS records. This ensures that your DNS servers know the A record corresponding to all your NS records. |
| All nameservers report identical NS records | PASS | OK. The NS records at all your nameservers are identical. |
| All nameservers respond | PASS | OK. All of your nameservers listed at the parent nameservers responde |
| Nameserver name validity | PASS | OK. All of the NS records that your nameservers report seem valid (no or partial domain names). |
| Number of nameservers | PASS | OK. You have 5 nameservers. You must have at least 2 nameservers (RFC2182 section 5 recommends at least 3 nameservers), and preferal no more than 7. |
| Lame nameservers | PASS | OK. All the nameservers listed at the parent servers answer authoritatively for your domain. |
| Missing (stealth) nameservers | PASS | OK. All 5 of your nameservers (as reported by your nameservers) are a: listed at the parent servers. |
| Missing nameservers 2 | PASS | OK. All of the nameservers listed at the parent nameservers are also listed as NS records at your nameservers. |
| No CNAMEs for domain | PASS | OK. There are no CNAMEs for msft.net. RFC1912 2.4 and RFC2181 10. state that there should be no CNAMEs if an NS (or any other) record is |

Case 3:08-cv-01465-WHA    Document 51-4    Filed 07/17/2008    Page 26 of 60

present.

| | | |
|---|---|---|
| PASS | No NSs with CNAMEs | OK. There are no CNAMES for your NS records. RFC1912 2.4 and RFC2181 10.3 state that there should be no CNAMEs if an NS (or any other) record is present. |
| PASS | Nameservers on separate class C's | OK. You have nameservers on different Class C (technically, /24) IP ranges. You must have nameservers at geographically and topologically dispersed locations. RFC2182 3.1 goes into more detail about secondary nameserver location. |
| PASS | All NS IPs public | OK. All of your NS records appear to use public IPs. If there were any private IPs, they would not be reachable, causing DNS delays. |
| WARN | TCP Allowed | WARNING: One or more of your DNS servers does not accept TCP connections. Although rarely used, TCP connections are occasionally used instead of UDP connections. When firewalls block the TCP DNS connections, it can cause hard-to-diagnose problems. The problem servers are:<br>207.68.160.190: Error [No response to TCP packets].<br>65.54.240.126: Error [No response to TCP packets].<br>213.199.161.77: Error [No response to TCP packets].<br>207.46.66.126: Error [No response to TCP packets].<br>65.55.238.126: Error [No response to TCP packets]. |
| INFO | Nameservers versions | [For security reasons, this test is limited to members] |
| PASS | Stealth NS record leakage | Your DNS servers do not leak any stealth NS records (if any) in non-NS requests. |
| | | Your SOA record [TTL=86400] is:<br>Primary nameserver: ns1.msft.net. |

```
Hostmaster E-mail address: msnhst.microsoft.com.
Serial #: 2007121102
Refresh: 1800
Retry: 900
Expire: 2419200
Default TTL: 3600
```

| | | SOA record | |
|---|---|---|---|
| SOA | INFO | SOA record | |
| | PASS | NS agreement on SOA Serial # | OK. All your nameservers agree that your SOA serial number is 2007121102. That means that all your nameservers are using the same data (unless you have different sets of data with the same serial number which would be very bad)! Note that the DNSreport only checks the NS records listed at the parent servers (not any stealth servers). |
| | PASS | SOA MNAME Check | OK. Your SOA (Start of Authority) record states that your master (primary) name server is: ns1.msft.net.. That server is listed at the parent servers, which is correct. |
| | PASS | SOA RNAME Check | OK. Your SOA (Start of Authority) record states that your DNS contact E-mail address is: msnhst@microsoft.com. (techie note: we have changed the initial '.' to an @ for display purposes). |
| | PASS | SOA Serial Number | OK. Your SOA serial number is: 2007121102. This appears to be in the recommended format of YYYYMMDDnn, where 'nn' is the revision. So this indicates that your DNS was last updated on 11 Dec 2007 (and was revision #2). This number must be incremented every time you make a DNS change. |
| | PASS | SOA REFRESH value | OK. Your SOA REFRESH interval is : 1800 seconds. This seems normal. (about 3600-7200 seconds is good if not using DNS NOTIFY; RFC1912 2. recommends a value between 1200 to 43200 seconds (20 minutes to 12 hours)). This value determines how often secondary/slave nameservers check with the master for updates. |
| | PASS | SOA RETRY value | OK. Your SOA RETRY interval is : 900 seconds. This seems normal (abo |

Case 3:08-cv-01465-WHA    Document 51-4    Filed 07/15/2008    Page 28 of 60

| | | | |
|---|---|---|---|
| | PASS | SOA RETRY value | 120-7200 seconds is good). The retry value is the amount of time your secondary/slave nameservers will wait to contact the master nameserver again if the last attempt failed. |
| | PASS | SOA EXPIRE value | OK. Your SOA EXPIRE time: **2419200 seconds**. This seems normal (about 1209600 to 2419200 seconds (2-4 weeks) is good). **RFC1912** suggests 2-4 weeks. This is how long a secondary/slave nameserver will wait before considering its DNS data stale if it can't reach the primary nameserver. |
| | PASS | SOA MINIMUM TTL value | OK. Your SOA MINIMUM TTL is: **3600 seconds**. This seems normal (about 3,600 to 86400 seconds or 1-24 hours is good). **RFC2308** suggests a value of 1-3 hours. This value used to determine the default (technically, minimum) TTL (time-to-live) for DNS entries, but now is used for negative caching. |
| MX | FAIL | MX Category | ERROR: I couldn't find any MX records for msft.net. If you want to receive E-mail on this domain, you should have MX record(s). Without any MX records, mailservers should attempt to deliver mail to the A record for msft.net. I can't continue in a case like this, so I'm assuming you don't receive mail on this domain. |
| Mail | FAIL | Connect to mail servers | ERROR: I could not find any mailservers for msft.net. |
| WWW | FAIL | WWW Category | ERROR: I couldn't find any A records for www.msft.net. But I did find a referral to ns1.msft.net. (and maybe others). If you want a website at www.msft.net, you will need an A record for www.msft.net. If you do not want a website at www.msft.net, you can ignore this error. |

Legend:


IPPAGES.COM

| ippages.com Shortcuts... |
| Please support our advertisers if you can... |
| ippages.com Featured Articles... |

**Microsoft Help & Updates**
Fix Microsoft Errors, Free Download Free
Microsoft Support Today!
dllfix.net

**Repair for Windows XP**
Free Registry Scan, fix errors and improve
performance - 5 Star Rated.
www.pctools.com

**Network Analysis Tools**
Get the Network Visibility You Need
Troubleshoot & Resolve Problems
www.FlukeNetworks.com

Ad

| | |
|---|---|
| Lookup IP Address: | 207.46.130.108 |
| | • *Find other web sites (if any) besides microsoft.com hosted at this IP Address* |
| Lookup IP Address Long: | 3475931756 |
| | • *Do lookups with ?ipn=3475931756 rather than ?ip=207.46.130.108 if you wish* |
| Lookup Host Name: | microsoft.com |
| | • *Get DNSreport.com report* |
| | • *Get Alexa Site Info* |
| | • *Get whois.sc report* |
| | • *Find similar domain names* |
| | • *See ICANN list of accredited domain-name registrars* |
| Lookup Internet Service Provider (ISP): | Microsoft Corp (**verified**) |
| Lookup IP Address belongs to (Organization): | Microsoft Corp (**verified**) |
| | Microsoft Corp IP Address Range(s)... |
| Lookup Country: | US-United States (**verified**) |
| | US-United States Country Web Sites |
| Lookup Country Code3: | USA (**verified**) |
| Lookup Country Currency: | USD-US Dollar (**verified**) |
| | • *Calculate currency exchanges at xe.com* |
| | • *Conversions of Area, Capacity, Volume, Circular measure, Computer storage, Distance, Length, Energy, Work, Fuel Consumption, Power, Pressure, Speed, Temperature, Time, Torque, Mass and Weight at convertplus.com* |
| Lookup Continent: | North America (**verified**) |
| Lookup IP Address In EU: | no (**verified**) |
| Lookup Nationality: | American (**verified**) |
| Lookup Nationality Plural: | Americans (**verified**) |



**Lookup State:** WA-Washington **(verified)**

Yahoo! State maps

**Lookup City:** Redmond

- *Map of Redmond at Mapquest.com*
- *Map of Redmond at GlobeXplorer.com*
- *Map of Redmond at Terraserver-usa.com*
- *Map of Redmond at Maptech.com*
- *Map of Redmond at Multimap.com*
- *Map of Redmond at Google Maps*

**Lookup Latitude:** 47.6738 **(verified)**

**Lookup Longitude:** -122.089 **(verified)**

**Lookup Timezone (relative to UTC):** -08:00

Timezones near Latitude 47.6738, Longitude -122.089...

Timezones near Redmond WA...

**Lookup Area Code:** provided to subscribers only

**Lookup Postal/Zip Code:** provided to subscribers only

**Lookup DMA Code:** provided to subscribers only

**Lookup Nmap scan of 207.46.130.108 port 80:** 80/tcp open http

**Lookup Nmap scan of 207.46.130.108 port 25:** 25/tcp filtered smtp

**Lookup .com whois.internic.net:** Whois Server Version 1.3

Domain names in the .com and .net domains can now be registered with many different competing registrars. Go to http://www.internic.net for detailed information.

*mirrors AOL →* MICROSOFT.COM.ZZZZ.DNSW.COM
MICROSOFT.COM.ZZZ.IS.0WNED.AND.HAX0RED.BY.SUB7.NET
MICROSOFT.COM.WILL.LIVE.FOREVER.BECOUSE.UNIXSUCKS.COM
MICROSOFT.COM.WILL.BE.SLAPPED.IN.THE.FACE.BY.MY.BLUE.VEINED.SPANNER.NET
MICROSOFT.COM.WILL.BE.BEATEN.WITH.MY.SPANNER.NET
MICROSOFT.COM.WAREZ.AT.TOPLIST.GULLI.COM
MICROSOFT.COM.WANADOODOO.COM
MICROSOFT.COM.SMELLS.SIMPLECODES.COM
MICROSOFT.COM.SHOULD.GIVE.UP.BECAUSE.LINUXISGOD.COM
MICROSOFT.COM.RAWKZ.MUH.WERLD.MENTALFLOSS.CA
MICROSOFT.COM.OHMYGODITBURNS.COM
MICROSOFT.COM.LIVES.AT.SHAUNEWING.COM
MICROSOFT.COM.IS.NOT.HOSTED.BY.ACTIVEDOMAINDNS.NET
MICROSOFT.COM.IS.NOT.AS.COOL.AS.SIMPLECODES.COM
MICROSOFT.COM.IS.IN.BED.WITH.CURTYV.COM
MICROSOFT.COM.IS.GOD.BECOUSE.UNIXSUCKS.COM
MICROSOFT.COM.IS.A.STEAMING.HEAP.OF.FUCKING-BULLSHIT.NET

*Not very professional !*

*?*

*The F word shows up on my computer ?*



MICROSOFT.COM.HAS.ITS.OWN.CRACKLAB.COM
MICROSOFT.COM.HAS.A.PRESENT.COMING.FROM.HUGHESMISSILES.COM
MICROSOFT.COM.FLINGS.POO.AT.MONKEYCORE.COM
MICROSOFT.COM.FILLS.ME.WITH.BELLIGERENCE.NET
MICROSOFT.COM.CAN.GO.FUCK.ITSELF.AT.SECZY.COM
MICROSOFT.COM.ARE.GODDAMN.PIGFUCKERS.NET.NS-NOT-IN-SERVICE.COM
MICROSOFT.COM.AND.MINDSUCK.BOTH.SUCK.HUGE.ONES.AT.EXEGETE.NET
MICROSOFT.COM

To single out one record, look it up with "xxx", where xxx is one of the
of the records displayed above. If the records are the same, look them up
with "=xxx" to receive a full display for each record.

>>> Last update of whois database: Tue, 8 Nov 2005 02:18:48 EST <<<

NOTICE: The expiration date displayed in this record is the date the
registrar's sponsorship of the domain name registration in the registry is
currently set to expire. This date does not necessarily reflect the expiration
date of the domain name registrant's agreement with the sponsoring
registrar. Users may consult the sponsoring registrar's Whois database to
view the registrar's reported date of expiration for this registration.

TERMS OF USE: You are not authorized to access or query our Whois
database through the use of electronic processes that are high-volume and
automated except as reasonably necessary to register domain names or
modify existing registrations; the Data in VeriSign Global Registry
Services' ("VeriSign") Whois database is provided by VeriSign for
information purposes only, and to assist persons in obtaining information
about or related to a domain name registration record. VeriSign does not
guarantee its accuracy. By submitting a Whois query, you agree to abide
by the following terms of use: You agree that you may use this Data only
for lawful purposes and that under no circumstances will you use this Data
to: (1) allow, enable, or otherwise support the transmission of mass
unsolicited, commercial advertising or solicitations via e-mail, telephone,
or facsimile; or (2) enable high volume, automated, electronic processes
that apply to VeriSign (or its computer systems). The compilation,
repackaging, dissemination or other use of this Data is expressly
prohibited without the prior written consent of VeriSign. You agree not to
use electronic processes that are automated and high-volume to access or
query the Whois database except as reasonably necessary to register
domain names or modify existing registrations. VeriSign reserves the right
to restrict your access to the Whois database in its sole discretion to ensure
operational stability. VeriSign may restrict or terminate your access to the
Whois database for failure to abide by these terms of use. VeriSign
reserves the right to modify these terms at any time.

The Registry database contains ONLY .COM, .NET, .EDU domains and
Registrars.

Google™ | microsoft.com |  | Search |

Lookup microsoft.com in simple text at http://www.ippages.com/simple
or in xml format at http://www.ippages.com/xml

**IP Address Lookup Form**

IP Address: [_____]

or Host Name: [_____]

Lookup Subscription Key: [_____]

[Lookup]   8 more Lookups allowed today.

Check your Subscription status here.

Choose the lookup fields you want to see. Using our simple text or xml interface, you can specify with the &get= parameter any available field name, in any sequence. For example http://www.ippages.com/simple/?host=yahoo.com&get=ip,country,state_name,city,timezone will get you a comma-delimited list of only the 5 lookup fields specified.

Case 3:08-cv-01465-VRW   Document 15   Filed 04/15/2008   Page 32 of 60

Multiple data sources are used for some lookup fields. You will see **(verified)** whenever and wherever we can get the same result from more than 1 data source. In some instances, though, this will only be available to subscribers.

**IP Address Lookup file to upload:**

[_____]  [Browse...]

Lookup Subscription Key: [_____]

Lookup data fields to retrieve: [ip,country_code,remaining_count_____]

• For a complete list of available Lookup data fields, do your file upload from here.

[Upload Lookup file]

Need to purchase additional IP Address Lookups? Or get access to all returned data fields? Or need more consistent, faster lookup results? 🌐

[ippages.com Shortcuts...  ▼]

Version 3.04.085. Dynamically created with PHP, MySQL, Javascript, MaxMind GeoIP, and Ip2Location in 72.8575 seconds. Maps and boundary data are copyrighted by FOTW Flags of the World. Use more than once every 10 seconds is not allowed. Now providing services to over 500,000 IP Addresses per month, from over 150 countries. Comments? Ideas? Click here. Print... | Close |

XML Powered

# Whois Source

sponsored in part by

**DOMAIN SPONSOR .COM**



Whois Source | Mark Alert | Internet Statistics | Domain News | Whois Directory | Webmaster Information | XML API Partners | Registry Partners | Newsletter | About us

Reverse IP - Bulk Check - Preferences - Remote Search - Shopping Cart - Login

Name Spinner Domain Explorer At Auction For Sale (new)

Search Name Spinner: microsoft [Search]

Search **Domain Explorer**: microsoft [Search] · advanced · preferences

| Block: | ☐ numbers | Adult Filter: | ◉ on ○ off | |
|---|---|---|---|---|
| Hyphens: | ○ No | ○ Yes | ◉ Show both | |
| Options: | ☐ Left Anchor | ☐ Right Anchor | ☐ Ordered | |
| Search: | ○ Active only | ○ Deleted only | ◉ Both | |
| Options: | Results: 100 | Domain Length: 25 | | |

Search **At Auction**: microsoft [Search] · advanced · preferences

Search **For Sale**: (new) microsoft [Search]

**Spry VPS Hosting**
cPanel/Plesk | 100% Root | Pick OS
Unlimited Domains from $33.29/mo
www.spry.com

**DomainSponsor.com**
Get paid to Park your domains,
Fastest Payout in the industry.
www.domainsponsor.com

**Simply the best Whois**
Whois Source respects privacy.
We protect your email address.
www.whois.sc

Advertise on Whois S

## MICROSOFT.COM

| | |
|---|---|
| **Website Title:** | Microsoft Corporation |
| **Meta Description:** | The entry page to Microsoft's Web site. Fin software, solutions, answers, support, and Microsoft news. |
| **Meta Keywords:** | products; headlines; downloads; news; Wel site; what's new; solutions; services; softwa contests; corporate news; |
| **Response Code:** | 200 |
| **SSL Cert:** | www.microsoft.com expires in 106 days |
| **Alexa Trend/Rank:** | ⬇ 13 (1 Month)  11 (3 Month) |
| **DMOZ:** | 1039 listings |
| **Y! Directory:** | 244 listings |



Image updated 2005-10-01

**Website Status:** Active

**Reverse IP:** Web server hosts 6 websites (reverse ip tool require free login)

**Server Type:** Microsoft-IIS/6.0

**IP Address:** 207.46.18.30 (ARIN & RIPE IP search)

**IP Location:** ▓▓ - Washington - Redmond - Microsoft C...

**Blacklist Status:** Clear

**Cached Whois:** Cached today

**Whois History:** 968 records stored
Oldest: 2001-12-19
Newest: 2005-11-08

**Record Type:** Domain Name

**Monitor:** Monitor or Backorder

**Wildcard search:** 'microsoft' in all domains.

.com .net .org .info .biz .us

**Other TLDs:**    X    X    X    X    X    X

**Name Server:** NS3.MSFT.NET

**ICANN Registrar:** TUCOWS INC.

**Created:** 1991-05-02

**Expires:** 2014-05-03

**Status:** REGISTRAR-LOCK

**Alexa Related Sites: 11**
sun.com
adobe.com
redhat.com
novell.com
linux.org
ibm.com
hp.com
corel.com
apple.com
pspinc.com
yahoo.com

Registrant:
Microsoft Corporation
One Microsoft Way
Redmond, WA 98052
US

Domain name: MICROSOFT.COM

Administrative Contact:
Administrator, Domain   domains@microsoft.com
One Microsoft Way
Redmond, WA 98052
US
+1.4258828080
Technical Contact:
Hostmaster, MSN   msnhst@microsoft.com
One Microsoft Way

Redmond, WA 98052
US
+1.4258828080

Registration Service Provider:
DBMS VeriSign, dbms-support@verisign.com

800-579-2848 x4
Please contact DBMS VeriSign for domain updates, DNS/Nameserver
changes, and general domain support questions.

Registrar of Record: TUCOWS, INC.
Record last updated on 27-Jan-2005.
Record expires on 03-May-2014.
Record created on 02-May-1991.

Domain servers in listed order:
NS5.MSFT.NET   207.46.138.20
NS3.MSFT.NET   213.199.144.151
NS2.MSFT.NET   64.4.25.30
NS4.MSFT.NET   207.46.66.75
NS1.MSFT.NET   207.46.245.230

Domain status: REGISTRAR-LOCK



### Domains
### For Sale
by Name Intelligence

| Price | Domain | Price | Domain | Price | Domain |
|---|---|---|---|---|---|
| $500.00 | microsoftwireless.com | $75.00 | microsoftbooks.com | $700.00 | microsoftlinks.com |
| $700.00 | microsoftsystems.com | $100.00 | microsofthistory.com | $300.00 | microsoftwin.com |
| $400.00 | badmicrosoft.com | $300.00 | microsoftgate.com | $200.00 | microsoftguru.com |
| $60.00 | microsoftproduct.com | $500.00 | microsoftprograms.com | $500.00 | microsoftpatches.cc |



### Domains at Auction
by Name Intelligence

microsoftsecuritylitigation.com    microsoftsecuritysettlement.com    microsoftsecurityclassaction.co

microsoftsecuritylawsuit.com    elpleitomicrosoft.com    microsoft-e.com

procesmicrosoft.com    plejtomicrosoft.com    rechtsstreitmicrosoft.com

# DNS Report for microsoft.com

Generated by www.DNSreport.com at 16:12:04 GMT on 08 Nov 2005.

| Category | Status | Test Name | Information |
|---|---|---|---|
| Parent | PASS | Missing Direct Parent check | OK. Your direct parent zone exists, which is good. Some domains (usually third or fourth level domains, such as example.co.us) do not have a direct parent zone ('co.us' in this example), which is legal but can cause confusion. |
| | INFO | NS records at parent servers | Your NS records at the parent servers are:<br><br>`ns1.msft.net. [207.46.245.230] [TTL=172800] [US]`<br>`ns2.msft.net. [64.4.25.30] [TTL=172800] [US]`<br>`ns3.msft.net. [213.199.144.151] [TTL=172800] [UK]`<br>`ns4.msft.net. [207.46.66.75] [TTL=172800] [US]`<br>`ns5.msft.net. [207.46.138.20] [TTL=172800] [US]`<br><br>[These were obtained from h.gtld-servers.net] |
| | PASS | Parent nameservers have your nameservers listed | OK. When someone uses DNS to look up your domain, the first step (if it doesn't already know about your domain) is to go to the parent servers. If you aren't listed there, you can't be found. But you are listed there. |
| | PASS | Glue at parent nameservers | OK. The parent servers have glue for your nameservers. That means they send out the IP address of your nameservers, as well as their host names. |
| | PASS | DNS servers have A records | OK. All your DNS servers either have A records at the zone parent servers, or do not need them (if the DNS servers are on other TLDs). A records are required for your hostnames to ensure that other DNS servers can reach your DNS servers. Note that there will be problems if your DNS servers do not have these same A records. |
| | INFO | NS records at your nameservers | Your NS records at your nameservers are:<br><br>`ns1.msft.net. [207.46.245.230] [TTL=172800]`<br>`ns2.msft.net. [64.4.25.30] [TTL=172800]`<br>`ns3.msft.net. [213.199.144.151] [TTL=172800]`<br>`ns4.msft.net. [207.46.66.75] [TTL=172800]`<br>`ns5.msft.net. [207.46.138.20] [TTL=172800]` |
| | PASS | Mismatched glue | OK. The DNS report did not detect any discrepancies between the glue provided by the parent servers and that provided by your authoritative DNS servers. |
| | PASS | No NS A records at nameservers | OK. Your nameservers do include corresponding A records when asked for your NS records. This ensures that your DNS servers know the A records corresponding to all your NS records. |

| | | | |
|---|---|---|---|
| NS | PASS | All nameservers report identical NS records | OK. The NS records at all your nameservers are identical. |
| | PASS | All nameservers respond | OK. All of your nameservers listed at the parent nameservers responded. |
| | PASS | Nameserver name validity | OK. All of the NS records that your nameservers report seem valid (no IPs or partial domain names). |
| | PASS | Number of nameservers | OK. You have 5 nameservers. You must have at least 2 nameservers (RFC2182 section 5 recommends at least 3 nameservers), and preferably no more than 7. |
| | PASS | Lame nameservers | OK. All the nameservers listed at the parent servers answer authoritatively for your domain. |
| | PASS | Missing (stealth) nameservers | OK. All 5 of your nameservers (as reported by your nameservers) are also listed at the parent servers. |
| | PASS | Missing nameservers 2 | OK. All of the nameservers listed at the parent nameservers are also listed as NS records at your nameservers. |
| | PASS | No CNAMEs for domain | OK. There are no CNAMEs for microsoft.com. RFC1912 2.4 and RFC2181 10.3 state that there should be no CNAMEs if an NS (or any other) record is present. |
| | PASS | No NSs with CNAMEs | OK. There are no CNAMEs for your NS records. RFC1912 2.4 and RFC2181 10.3 state that there should be no CNAMEs if an NS (or any other) record is present. |
| | PASS | Nameservers on separate class C's | OK. You have nameservers on different Class C (technically, /24) IP ranges. You must have nameservers at geographically and topologically dispersed locations. RFC2182 3.1 goes into more detail about secondary nameserver location. |
| | PASS | All NS IPs public | OK. All of your NS records appear to use public IPs. If there were any private IPs, they would not be reachable, causing DNS delays. |
| | INFO | Nameservers versions | Your nameservers have the following versions:<br><br>207.46.245.230: No version info available (CHAOS not implemented).<br>64.4.25.30: No version info available (CHAOS not implemented).<br>213.199.144.151: No version info available (CHAOS not implemented).<br>207.46.66.75: No version info available (CHAOS not |

Case 3:08-cv-00465-WHA    Document 51-4    Filed 04/15/2008    Page 38 of 60

| | | | |
|---|---|---|---|
| | | | implemented).<br>207.46.138.20: No version info available (CHAOS not implemented). |
| | PASS | Stealth NS record leakage | Your DNS servers do not leak any stealth NS records (if any) in non-NS requests. |
| SOA | INFO | SOA record | Your SOA record [TTL=3600] is:<br><br>`Primary nameserver: dns.cp.msft.net.`<br>`Hostmaster E-mail address: msnhst.microsoft.com.`<br>`Serial #: 2005110701`<br>`Refresh: 300`<br>`Retry: 600`<br>`Expire: 2419200`<br>`Default TTL: 3600` |
| | PASS | NS agreement on SOA serial # | OK. All your nameservers agree that your SOA serial number is 2005110701. That means that all your nameservers are using the same data (unless you have different sets of data with the same serial number, which would be very bad)! Note that the DNS Report only checks the NS records listed at the parent servers (not any stealth servers). |
| | WARN | SOA MNAME Check | WARNING: Your SOA (Start of Authority) record states that your **master** (primary) name server is: **dns.cp.msft.net.**. However, that server is not listed at the parent servers as one of your NS records! This is probably legal, but you should be sure that you know what you are doing. |
| | PASS | SOA RNAME Check | OK. Your SOA (Start of Authority) record states that your DNS contact E-mail address is: **msnhst@microsoft.com.** (techie note: we have changed the initial '.' to an '@' for display purposes). |
| | PASS | SOA Serial Number | OK. Your SOA serial number is: **2005110701**. This appears to be in the recommended format of YYYYMMDDnn, where 'nn' is the revision. For example, if you are making the 3rd change on 02 May 2000, you would use 2000050203. This number **must** be incremented every time you make a DNS change. |
| | WARN | SOA REFRESH value | WARNING: Your SOA REFRESH interval is : **300 seconds**. This seems low. You should consider increasing this value to about 3600-7200 seconds. RFC1912 2.2 recommends a value between 1200 to 43200 seconds (20 minutes to 12 hours). A value that is too low will unncessarily increase Internet traffic. |
| | PASS | SOA RETRY | OK. Your SOA RETRY interval is : **600 seconds**. This seems normal (about 120-7200 seconds is good). The retry value is the amount of time your secondary/slave |

| | | | |
|---|---|---|---|
| | | value | nameservers will wait to contact the master nameserver again if the last attempt failed. |
| | **PASS** | SOA EXPIRE value | OK. Your SOA EXPIRE time: **2419200 seconds**. This seems normal (about 1209600 to 2419200 seconds (2-4 weeks) is good). RFC1912 recommends 2-4 weeks. This is how long a secondary/slave nameserver will wait before considering its DNS data stale if it can't reach the primary nameserver. |
| | **PASS** | SOA MINIMUM TTL value | OK. Your SOA MINIMUM TTL is: **3600 seconds**. This seems normal (about 3,600 to 86400 seconds or 1-24 hours is good). RFC2308 suggests a value of 1-3 hours. This value used to determine the default (technically, minimum) TTL (time-to-live) for DNS entries, but now is used for negative caching. |

| | | | |
|---|---|---|---|
| **MX** | **INFO** | MX Record | Your 3 MX records are: 10 mailc.microsoft.com. [TTL=3600] IP=205.248.102.79 [TTL=3600] [US] IP=205.248.102.78 [TTL=3600] [US] 10 maila.microsoft.com. [TTL=3600] IP=131.107.3.125 [TTL=3600] [US] IP=131.107.3.124 [TTL=3600] [US] 10 mailb.microsoft.com. [TTL=3600] IP=131.107.3.123 [TTL=3600] [US] IP=205.248.102.77 [TTL=3600] [US] |
| | **PASS** | Invalid characters | OK. All of your MX records appear to use valid hostnames, without any invalid characters. |
| | **PASS** | All MX IPs public | OK. All of your MX records appear to use public IPs. If there were any private IPs, they would not be reachable, causing slight mail delays, extra resource usage, and possibly bounced mail. |
| | **PASS** | MX records are not CNAMEs | OK. Looking up your MX record did not just return a CNAME. If an MX record query returns a CNAME, extra processing is required, and some mail servers may not be able to handle it. |
| | **PASS** | MX A lookups have no CNAMEs | OK. There appear to be no CNAMEs returned for A records lookups from your MX records (CNAMEs are prohibited in MX records, according to RFC974, RFC1034 3.6.2, RFC1912 2.4, and RFC2181 10.3). |
| | **PASS** | MX is host name, not IP | OK. All of your MX records are host names (as opposed to IP addresses, which are not allowed in MX records). |
| | **PASS** | Multiple MX records | OK. You have multiple MX records. This means that if one is down or unreachable, the other(s) will be able to accept mail for you. |
| | **PASS** | Differing MX-A | OK. I did not detect differing IPs for your MX records (this would happen if your DNS servers return different IPs than the DNS servers that are |

| | records | authoritative for the hostname in your MX records). |
|---|---|---|
| **PASS** | Duplicate MX records | OK. You do not have any duplicate MX records (pointing to the same IP). Although technically valid, duplicate MX records can cause a lot of confusion, and waste resources. |
| **PASS** | Reverse DNS entries for MX records | OK. The IPs of all of your mail server(s) have reverse DNS (PTR) entries. RFC1912 2.1 says you should have a reverse DNS for all your mail servers. It is strongly urged that you have them, as many mailservers will not accept mail from mailservers with no reverse DNS entry. Note that this information is *cached*, so if you changed it recently, it will not be reflected here (see the www.DNSstuff.com Reverse DNS Tool for the current data). The reverse DNS entries are:<br><br>`78.102.248.205.in-addr.arpa mail5.microsoft.com. [TTL=2460]`<br>`124.3.107.131.in-addr.arpa mail2.microsoft.com. [TTL=2460]`<br>`77.102.248.205.in-addr.arpa mailb.microsoft.com. [TTL=2460]` |

Case 2:08-cv-01465-RAW    Filed 04/15/2008    Page 40 of 60

| | | | |
|---|---|---|---|
| | **PASS** | Connect to mail servers | OK: I was able to connect to all of your mailservers. |
| | **PASS** | Mail server host name in greeting | OK: All of your mailservers have their host name in the greeting:<br><br>`mailb.microsoft.com:`<br>`    220 IGS-IMC-01.northamerica.corp.microsoft.com <Inbound SM`<br>`Virtual Server> Tue, 8 Nov 2005 08:12:10 -0800`<br>`mailc.microsoft.com:`<br>`    220 IGS-IMC-02.northamerica.corp.microsoft.com <Inbound SM`<br>`Virtual Server> Tue, 8 Nov 2005 08:12:10 -0800`<br>`maila.microsoft.com:`<br>`    220 IGR-IMC-02.redmond.corp.microsoft.com <Inbound SMTP`<br>`Virtual Server> Tue, 8 Nov 2005 08:12:11 -0800` |
| Mail | **PASS** | Acceptance of NULL <> sender | OK: All of your mailservers accept mail from "<>". You are required (RFC11 5.2.9) to receive this type of mail (which includes reject/bounce messages and return receipts). |
| | **PASS** | Acceptance of postmaster address | OK: All of your mailservers accept mail to postmaster@microsoft.com (as required by RFC822 6.3, RFC1123 5.2.7, and RFC2821 4.5.1). |
| | **PASS** | Acceptance of abuse address | OK: All of your mailservers accept mail to abuse@microsoft.com. |
| | **INFO** | Acceptance of domain | WARNING: One or more of your mailservers does not accept mail in the domain literal format (user@[0.0.0.0]). Mailservers are technically required RFC1123 5.2.17 to accept mail to domain literals for any of its IP addresses. I accepting domain literals can make it more difficult to test your mailserver, an can prevent you from receiving E-mail from people reporting problems with your mailserver. However, it is unlikely that any problems will occur if the domain literals are not accepted (mailservers at many common large domains have this problem). |

Case 3:08-cv-01465-VRW    Document 15    Filed 04/16/2008    Page 41 of 60

| | | | |
|---|---|---|---|
| | literals | | ```
mailb.microsoft.com's postmaster@[205.248.102.77] response:
   >>> RCPT TO:<postmaster@[205.248.102.77]>
   <<< 550 5.7.1 Unable to relay for postmaster@[205.248.102.
mailc.microsoft.com's postmaster@[205.248.102.78] response:
   >>> RCPT TO:<postmaster@[205.248.102.78]>
   <<< 550 5.7.1 Unable to relay for postmaster@[205.248.102.
maila.microsoft.com's postmaster@[131.107.3.124] response:
   >>> RCPT TO:<postmaster@[131.107.3.124]>
   <<< 550 5.7.1 Unable to relay for postmaster@[131.107.3.12
``` |
| **PASS** | Open relay test | | OK: All of your mailservers appear to be closed to relaying. This is *not* a thorough check, you can get a thorough one here.<br>mailb.microsoft.com OK: 550 5.7.1 Unable to relay for Not.abuse.see.www.DNSreport.com.from.IP.12.109.34.158@DNSreport.com<br>mailc.microsoft.com OK: 550 5.7.1 Unable to relay for Not.abuse.see.www.DNSreport.com.from.IP.12.109.34.158@DNSreport.com<br>maila.microsoft.com OK: 550 5.7.1 Unable to relay for Not.abuse.see.www.DNSreport.com.from.IP.12.109.34.158@DNSreport.com |
| **PASS** | SPF record | | You have an SPF record. This is very good, as it will help prevent spammers from abusing your domain. Your SPF record is:<br>`"v=spf1 mx redirect=_spf.microsoft.com" [TTL=3600]` |
| **WWW** | **INFO** | WWW Record | Your www.microsoft.com A record is:<br>`www.microsoft.com. CNAME toggle.www.ms.akadns.net.` |
| | **PASS** | All WWW IPs public | OK. All of your WWW IPs appear to be public IPs. If there were IPs, they would not be reachable, causing problems reaching you |
| | **WARN** * | CNAME Lookup | WARNING. Your web site (www.microsoft.com) has a CNAME pointing to toggle.www.ms.akadns.net.. That by itself is confusin acceptable. However, the CNAME record in this case causes an e lookup, which will slightly delay visitors to your website, and use bandwidth. |

Legend:

- Rows with a FAIL indicate a problem that in most cases really should be fixed.
- Rows with a WARN indicate a possible minor problem, which often is not worth pursuing.
- Note that all information is accessed in real-time (except where noted), so this is the freshest information about your domain.

(C) Copyright 2000-2005 R. Scott Perry

Find law 10



lh̶▓̶a̶▓̶▓̶▓̶▓̶Return-Path: <unit11bb@hotmail.com>
Received: from mx10.nyc.untd.com (mx10.nyc.untd.com [10.140.24.70])
        by maildeliver07.lax.untd.com with SMTP id AAA87W8DXAW9CH3A
        for <temptress2000@juno.com> (sender <unit11bb@hotmail.com>);
        Tue, 19 Nov 2002 09:44:25 -0800 (PST)
    Received: from hotmail.com (f122.law4.hotmail.com [216.33.149.122])
        by mx10.nyc.untd.com with SMTP id AAA87W8DDAQCNERJ
        for <temptress2000@juno.com> (sender <unit11bb@hotmail.com>);
        Tue, 19 Nov 2002 12:44:03 -0500 (EST)
    Received: from mail pickup service by hotmail.com with Microsoft
    SMTPSVC;
        Tue, 19 Nov 2002 09:44:02 -0800
    Received: from 12.218.155.165 by lw4fd.law4.hotmail.msn.com with HTTP;
        Tue, 19 Nov 2002 17:44:02 GMT

X-Originating-IP: [12.218.155.165]
From: "Butch Davis" <unit11bb@hotmail.com>
To: temptress2000@juno.com
Bcc:
Subject: Chemistry Test while swimming.
Date: Tue, 19 Nov 2002 09:44:01 -0800
Mime-Version: 1.0
Content-Type: multipart/mixed; boundary="-----_NextPart_000_1439_37b3_
1052"
Message-ID: <F122vHHNxE87diADJHF0000eaf4@hotmail.com>
X-OriginalArrivalTime: 19 Nov 2002 17:44:02.0305 (UTC) FILETIME=
[3F62A710:01C28FF3]

why does law 4 Show up?

now I have a match

showmyip.com Shortcuts...

Please support our advertisers if you can...

showmyip.com Featured Articles...

**Spyware Virus Remover**
PC Magazine Editor's Choice Winner Best Anti-Spyware. Download Now!
www.pctools.com

**Wireless Lan Sniffer**
Advanced network tools for IT professionals. Learn more here.
optiview.flukenetworks.com

Ads by Google                                                    Advertise on this site

Lookup IP Address:                              207.68.172.246

*Find other web sites (if any) being also hosted at this IP Address*

Lookup IP Address Long:                         3477384438

- *Do lookups with ?ipn=3477384438 rather than ?ip=207.68.172.246 if you wish*

Lookup Host Name:                               msn.com

- *Get DNSreport.com report*
- *Get Alexa Site Info*
- *Get whois.sc report*
- *Find similar domain names*
- *See ICANN list of accredited domain-name registrars*

Lookup Reverse Host Name (DNS lookup on 207.68.172.246) :     email.msn.com

- *Get DNSreport.com report*
- *Get Alexa Site Info*
- *Get whois.sc report*
- *find similar domain names*

Lookup Internet Service Provider (ISP):         Microsoft Corp **(verified)**

Lookup IP Address belongs to (Organization):    Microsoft Corp **(verified)**

Microsoft Corp IP Address Range(s)...

Lookup Domain Name Server(s):
- *ns1.msft.net (207.46.245.230) in Redmond, Washington, United States*
- *ns2.msft.net (64.4.25.30) in Redmond, Washington, United States*
- *ns3.msft.net (213.199.144.151) in London, Lambeth, United Kingdom*
- *ns4.msft.net (207.46.66.75) in Redmond, Washington, United States*
- *ns5.msft.net (207.46.138.20) in Redmond, Washington, United States*

Lookup Domain Mail Server(s):
- *5 mx2.hotmail.com (65.54.244.40) in Redmond, Washington, United States*
- *5 mx3.hotmail.com (65.54.244.72) in Redmond, Washington, United States*
- *5 mx4.hotmail.com (65.54.245.104) in Redmond, Washington, United States*
- *5 mx1.hotmail.com (64.4.50.50) in Redmond, Washington, United States*

Lookup Country:                                    US-United States (verified)

                                                   US-United States Country Web Sites

Lookup Country Code3:                              USA (verified)

Lookup Country Currency:                           USD-US Dollar (verified)

                                                   • Calculate currency exchanges at xe.com
                                                   • Conversions of Area, Capacity, Volume, Circular measure,
                                                   Computer storage, Distance, Length, Energy, Work, Fuel
                                                   Consumption, Power, Pressure, Speed, Temperature, Time,
                                                   Torque, Mass and Weight at convertplus.com

Lookup Continent:                                  North America (verified)

Lookup IP Address:

Lookup Nationality:                                American (verified)

Lookup Nationality Plural:                         Americans (verified)

Lookup State:                                      WA-Washington (verified)

                                                   Yahoo! State maps

                                                   Washington, United States best web sites...   Go...

Lookup City:                                       Redmond

                                                   Try Google Location Search in Redmond?

                                                   • Map of Redmond at Mapquest.com
                                                   • Map of Redmond at GlobeXplorer.com
                                                   • Map of Redmond at Terraserver-usa.com
                                                   • Map of Redmond at Maptech.com
                                                   • Map of Redmond at Multimap.com
                                                   • Map of Redmond at Google Maps

Lookup Latitude:                                   47.6738 (verified)

Lookup Longitude:                                  -122.089 (verified)

Lookup Timezone (relative to UTC):                 -08:00

                                                   Timezones near Latitude 47.6738, Longitude -122.089...

                                                   Timezones near Redmond WA...

Lookup Area Code:                                  provided to subscribers only

Lookup Postal/Zip Code:                            provided to subscribers only

Lookup DMA Code:                                   provided to subscribers only

Lookup Nmap scan of 207.68.172.246 port 80:        available only with &get=nmap parameter

Lookup Nmap scan of 207.68.172.246 port 25:        available only with &get=nmap parameter

Lookup msn.com in simple text at http://_____.showmyip.com/simple
or in xml format at http://www.showmyip.com/xml

## Address Lookup Form

IP Address:

or Host Name:

Lookup Subscription Key:

[ Lookup ]    95 more Lookups allowed today.

Check your Subscription status here.

Choose the lookup fields you want to see. Using our simple text or xml interface, you can specify with the &get= parameter any available field in any sequence. For example http://www.showmyip.com/simple/?host=yahoo.com&get=ip,country,state_name,city,timezone will get you a comma delimited list of only the lookup fields specified.

Multiple data sources are used for some lookup fields. You will see **(verified)** whenever and wherever we can get the same result from more than 1 data source. In some instances, though, this will only be available to subscribers.

## IP Address Lookup file to upload:                                   [ Browse... ]

Lookup Subscription Key:

Lookup data fields to retrieve:  ip,country_code,remaining_count

- For a complete list of available Lookup data fields, do your file upload from here.

[ Upload Lookup File ]

Need to purchase additional IP Address Lookups? Or get access to all returned data fields? Or need more consistent, faster lookup results? ⊕

showmyip.com Shortcuts...

XML Powered

sponsored in part by
Reseller Hosting

Anonymous Team Support

# Whois Source

Reverse IP - Bulk Check - Preferences - Remote Search - Shopping Cart - Login

Name Spinner Domain Explorer At Auction For Sale (new)

Search **Name Spinner:** msn          [ Search ]

Search **Domain Explorer:** msn          [ Search ] · advanced · preferences

| Block: | ☐ numbers | **Adult Filter:** | ◉ on  ○ off | |
|---|---|---|---|---|
| **Hyphens:** | ○ No | ○ Yes | ◉ Show both | |
| **Options:** | ☐ Left Anchor | ☐ Right Anchor | ☐ Ordered | |
| **Search:** | ○ Active only | ○ Deleted only | ◉ Both | |
| **Options:** | Results: 100 | Domain Length: 25 | | |

Search At Auction: msn          [ Search ] · advanced · preferences

Search For Sale: (new) msn          [ Search ]

**DomainSponsor.com**
Get paid to Park your domains.
Fastest Payout in the industry.
www.domainsponsor.com

**Spry VPS Hosting**
cPanel/Plesk | 100% Root | Pick OS
Unlimited Domains from $33.29/mo
www.spry.com

**Simply the best Whois**
Whois Source respects privacy.
We protect your email address.
www.whois.sc

Advertise on Whois Source

## ❦ MSN.COM

| | |
|---|---|
| **Website Title:** | MSN.com |
| **Response Code:** | 200 |
| **SSL Cert:** | No valid SSL on this Host, Get Secure |
| **Alexa Trend/Rank:** | 2 (1 Month)   2 (3 Month) |
| **DMOZ:** | 3514 listings |
| **Y! Directory:** | 461 listings |
| **Website Status:** | Active |
| **Reverse IP:** | Web server hosts 3 websites (reverse ip tool requires free login) |
| **Server Type:** | Microsoft-IIS/6.0 |
| **IP Address:** | 207.68.183.32 (ARIN & RIPE IP search) |
| **IP Location:** | 🇺🇸 - Washington - Redmond - Microsoft Corp |
| **Blacklist Status:** | Clear |
| **Cached Whois:** | Cached today |
| | 920 records stored |

/hois - msn.com [2006-01-11]

Image updated 2005-10-02

**Alexa Related Sites: 11**
altavista.com
netscape.com
microsoft.com
hotbot.com
google.com
go.com
geocities.com
excite.com
cnet.com
aol.com
yahoo.com

**Whois History:**   Oldest:  2002-06-01
Newest: 2006-01-11

**Record Type:**   Domain Name

**Monitor:**   Monitor or Backorder

**Wildcard search:**   'msn' in all domains.

.com .net .org .info .biz .us

**Other TLDs:**   ☐ ☒ ☒ ☐ [1 available domains]

**Name Server:**   NS3.MSFT.NET

**ICANN Registrar:**   TUCOWS INC.

**Created:**   1994-11-10

**Expires:**   2014-06-04

**Status:**   REGISTRAR-LOCK

---

Registrant:
Microsoft Corporation
One Microsoft Way
Redmond, WA 98052
US

Domain name: MSN.COM

Administrative Contact:
  Administrator, Domain  domains@microsoft.com
  One Microsoft Way
  Redmond, WA 98052
  US
  +1.4258828080
Technical Contact:
  Hostmaster, MSN  msnhst@microsoft.com
  One Microsoft Way
  Redmond, WA 98052
  US
  +1.4258828080


Registration Service Provider:
  DBMS VeriSign, dbms-support@verisign.com
  800-579-2848 x4
  Please contact DBMS VeriSign for domain updates, DNS/Nameserver
  changes, and general domain support questions.


Registrar of Record: TUCOWS, INC.
Record last updated on 28-Jan-2005.
Record expires on 04-Jun-2014.
Record created on 10-Nov-1994.

Domain servers in listed order:
  NS1.MSFT.NET  207.46.245.230

NS3.MSFT.NET  213.199.14
NS5.MSFT.NET  207.46.138.20
NS2.MSFT.NET  64.4.25.30
NS4.MSFT.NET  207.46.66.75

Domain status: REGISTRAR-LOCK

## Domains
## For Sale
by Name Intelligence

| Price | Domain | Price | Domain | Price | Domain |
|---|---|---|---|---|---|
| $10.00 | MsnBz.com | $699.00 | GayMsn.com | $499.00 | MsnGay.com |
| $60.00 | YesMsn.com | $200.00 | MsnNo.com | $200.00 | EzMsn.com |
| $300.00 | MsnBbs.com | $60.00 | 96Msn.com | $20.00 | YoMsn.com |
| $800.00 | Msn04.com | $60.00 | Msn55.com | $200.00 | Msn51.com |

## Domains at Auction
by Name Intelligence

LOlMetMsn.com          MsnWarez.com          CoMsnArt.com

MsnLawsuit.com         PoMsnGriffs.com       CoolMsn.net

NyMsn.com

SERVICE OF  ‖nameintelligence    Whois | About us | Reverse IP | Whois History | Mark Alert | XML Name Spinner | Holiday    Similiar: eNom's Domain Name    Copyright © 1998-2006 All rights reserved. Patents Pending.
Members | Silver Membership | Domain News | Web Hosting | Whois Privacy | Site Map

# DNS Report for msn.com

Generated by www.DNSreport.com at 20:42:42 GMT on 11 Jan 2006.

Case 3:08-cv-01465-VRW   Document 15   Filed 04/15/2008   Page 49 of 60

| Category | Status | Test Name | Information |
|---|---|---|---|
| Parent | PASS | Missing Direct Parent check | OK. Your direct parent zone exists, which is good. Some domains (usually third or fourth level domains, such as example.co.us) do not have a direct parent zone ('co.us' in this example), which is legal but can cause confusion. |
| | INFO | NS records at parent servers | Your NS records at the parent servers are:<br>ns1.msft.net. [207.46.245.230] [TTL=172800] [US]<br>ns2.msft.net. [64.4.25.30] [TTL=172800] [US]<br>ns3.msft.net. [213.199.144.151] [TTL=172800] [UK]<br>ns4.msft.net. [207.46.66.75] [TTL=172800] [US]<br>ns5.msft.net. [207.46.138.20] [TTL=172800] [US]<br>[These were obtained from g.gtld-servers.net] |
| | PASS | Parent nameservers have your nameservers listed | OK. When someone uses DNS to look up your domain, the first step (if it doesn't already know about your domain) is to go to the parent servers. If you aren't listed there, you can't be found. But you are listed there. |
| | PASS | Glue at parent nameservers | OK. The parent servers have glue for your nameservers. That means they send out the IP address of your nameservers, as well as their host names. |
| | PASS | DNS servers have A records | OK. All your DNS servers either have A records at the zone parent servers, or do not need them (if the DNS servers are on other TLDs). A records are required for your hostnames to ensure that other DNS servers can reach your DNS servers. Note that there will be problems if your DNS servers do not have these same A records. |
| NS | INFO | NS records at your | Your NS records at your nameservers are:<br>ns2.msft.net. [64.4.25.30] [TTL=172800] |

| | | nameservers | ns3.msft.net. [213.199.144.151] [TTL=172800] ns4.msft.net. [207.46.66.75] [TTL=172800] ns5.msft.net. [207.46.138.20] [TTL=172800] ns1.msft.net. [207.46.245.230] [TTL=172800] |
|---|---|---|---|
| | PASS | Mismatched glue | OK. The DNS report did not detect any discrepancies between the glue provided by the parent servers and that provided by your authoritative DNS servers. |
| | PASS | No NS A records at nameservers | OK. Your nameservers do include corresponding A records when asked for your NS records. This ensures that your DNS servers know the A records corresponding to all your NS records. |
| | PASS | All nameservers report identical NS records | OK. The NS records at all your nameservers are identical. |
| | PASS | All nameservers respond | OK. All of your nameservers listed at the parent nameservers responded. |
| | PASS | Nameserver name validity | OK. All of the NS records that your nameservers report seem valid (no IPs or partial domain names). |
| | PASS | Number of nameservers | OK. You have 5 nameservers. You must have at least 2 nameservers (RFC2182 section 5 recommends at least 3 nameservers), and preferably no more than 7. |
| | PASS | Lame nameservers | OK. All the nameservers listed at the parent servers answer authoritatively for your domain. |
| | PASS | Missing (stealth) nameservers | OK. All 5 of your nameservers (as reported by your nameservers) are also listed at the parent servers. |
| | PASS | Missing nameservers 2 | OK. All of the nameservers listed at the parent nameservers are also listed as NS records at your nameservers. |
| | PASS | No CNAMEs for domain | OK. There are no CNAMEs for msn.com. RFC1912 2.4 and RFC2181 10.3 state that there should be no CNAMEs if an NS (or any other) record is present. |

Case 3:08-cv-01465-VRW    Document 19    Filed 04/15/2008    Page 50 of 60

|  |  |  |  |
|---|---|---|---|
| | PASS | No NSs with CNAMEs | OK. There are no CNAMEs for your NS records. RFC1912 2.4 and RFC2181 10.3 state that there should be no CNAMEs if an NS (or any other) record is present. |
| | PASS | Nameservers on separate class C's | OK. You have nameservers on different Class C (technically, /24) IP ranges. You must have nameservers at geographically and topologically dispersed locations. RFC2182 3.1 goes into more detail about secondary nameserver location. |
| | PASS | All NS IPs public | OK. All of your NS records appear to use public IPs. If there were any private IPs, they would not be reachable, causing DNS delays. |
| | INFO | Nameservers versions | Your nameservers have the following versions:<br><br>207.46.245.230: No version info available (CHAOS not implemented).<br>64.4.25.30: No version info available (CHAOS not implemented).<br>213.199.144.151: No version info available (CHAOS not implemented).<br>207.46.66.75: No version info available (CHAOS not implemented).<br>207.46.138.20: No version info available (CHAOS not implemented). |
| | PASS | Stealth NS record leakage | Your DNS servers do not leak any stealth NS records (if any) in non-NS requests. |
| SOA | INFO | SOA record | Your SOA record [TTL=86400] is:<br>`Primary nameserver: dns.cp.msft.net.`<br>`Hostmaster E-mail address:`<br>`msnhst.microsoft.com.`<br>`Serial #: 2006010504`<br>`Refresh: 1800`<br>`Retry: 900`<br>`Expire: 2419200`<br>`Default TTL: 900` |
| | PASS | NS agreement on SOA serial # | OK. All your nameservers agree that your SOA serial number is 2006010504. That means that all your nameservers are using the same data (unless you have different sets of data with the same serial number, which would be very bad)! Note that the DNS Report only checks the NS records listed at the parent servers (not any stealth servers). |
| | WARN | SOA | WARNING: Your SOA (Start of Authority) |

Case 3:08-cv-01465-VRW    Document 51-4    Filed 07/17/2008    Page 51 of 60

| | MNAME Check | record states that your **master** (primary) name server is: **dns.cp.msft.net.**. However, that server is not listed at the parent servers as one of your NS records! This is probably legal, but you should be sure that you know what you are doing. |
|---|---|---|
| PASS | SOA RNAME Check | OK. Your SOA (Start of Authority) record states that your DNS contact E-mail address is: **msnhst@microsoft.com**. (techie note: we have changed the initial '.' to an '@' for display purposes) |

| | | |
|---|---|---|
| PASS | SOA Serial Number | OK. Your SOA serial number is: **2006010504**. This appears to be in the recommended format of YYYYMMDDnn, where 'nn' is the revision. For example, if you are making the 3rd change on 02 May 2000, you would use 2000050203. This number **must** be incremented every time you make a DNS change. |
| PASS | SOA REFRESH value | OK. Your SOA REFRESH interval is : **1800 seconds**. This seems normal (about 3600-7200 seconds is good if not using DNS NOTIFY; RFC1912 2.2 recommends a value between 1200 to 43200 seconds (20 minutes to 12 hours)). This value determines how often secondary/slave nameservers check with the master for updates. |
| PASS | SOA RETRY value | OK. Your SOA RETRY interval is : **900 seconds**. This seems normal (about 120-7200 seconds is good). The retry value is the amount of time your secondary/slave nameservers will wait to contact the master nameserver again if the last attempt failed. |
| PASS | SOA EXPIRE value | OK. Your SOA EXPIRE time: **2419200 seconds**. This seems normal (about 1209600 to 2419200 seconds (2-4 weeks) is good). RFC1912 recommends 2-4 weeks. This is how long a secondary/slave nameserver will wait before considering its DNS data stale if it can't reach the primary nameserver. |
| PASS | SOA MINIMUM TTL value | OK. Your SOA MINIMUM TTL is: **900 seconds**. This seems normal (about 3,600 to 86400 seconds or 1-24 hours is good). RFC2308 suggests a value of 1-3 hours. This value used to determine the default (technically, minimum) TTL (time-to-live) for DNS entries, but now is used for negative |

| | | | caching. |
|---|---|---|---|
| MX | INFO | MX Record | Your 4 MX records are:<br>5 mx4.hotmail.com. [TTL=900] IP=65.54.245.104 [TTL=3600] [US]<br>IP=65.54.190.179 [TTL=3600] [US]<br>IP=65.54.244.104 [TTL=3600] [US]<br>IP=65.54.244.232 [TTL=3600] [US]<br>5 mx1.hotmail.com. [TTL=900] IP=65.54.244.8 [TTL=3600] [US]<br>IP=64.4.50.50 [TTL=3600] [US]<br>IP=65.54.245.8 [TTL=3600] [US]<br>IP=65.54.244.136 [TTL=3600] [US]<br>5 mx2.hotmail.com. [TTL=900] IP=65.54.245.40 [TTL=3600] [US]<br>IP=65.54.244.168 [TTL=3600] [US]<br>IP=65.54.244.40 [TTL=3600] [US]<br>IP=65.54.190.50 [TTL=3600] [US]<br>5 mx3.hotmail.com. [TTL=900] IP=65.54.244.200 [TTL=3600] [US]<br>IP=64.4.50.179 [TTL=3600] [US]<br>IP=65.54.244.72 [TTL=3600] [US]<br>IP=65.54.245.72 [TTL=3600] [US] |
| | PASS | Invalid characters | OK. All of your MX records appear to use valid hostnames, without any invalid characters. |
| | PASS | All MX IPs public | OK. All of your MX records appear to use public IPs. If there were any private IPs, they would not be reachable, causing slight mail delays, extra resource usage, and possibly bounced mail. |
| | PASS | MX records are not CNAMEs | OK. Looking up your MX record did not just return a CNAME. If an MX record query returns a CNAME, extra processing is required, and some mail servers may not be able to handle it. |
| | PASS | MX A lookups have no CNAMEs | OK. There appear to be no CNAMEs returned for A records lookups from your MX records (CNAMEs are prohibited in MX records, according to RFC974, RFC1034 3.6.2, RFC1912 2.4, and RFC2181 10.3). |
| | PASS | MX is host name, not IP | OK. All of your MX records are host names (as opposed to IP addresses, which are not allowed in MX records). |
| | PASS | Multiple MX records | OK. You have multiple MX records. This means that if one is down or unreachable, the other(s) will be able to accept mail for you. |

Case 3:08-cv-01465-VRW     Document 18     Filed 04/18/2008     Page 53 of 60

| | | | |
|---|---|---|---|
| | PASS | Differing MX-A records | OK. I did not detect differing IPs for your MX records (this would happen if your DNS servers return different IPs than the DNS servers that are authoritative for the hostname in your MX records). |
| | PASS | Duplicate MX records | OK. You do not have any duplicate MX records (pointing to the same IP). Although technically valid, duplicate MX records can cause a lot of confusion, and waste resources. |
| | PASS | Reverse DNS entries for MX records | OK. The IPs of all of your mailservers have reverse DNS (PTR) entries. RFC1912 2.1 says you should have a reverse DNS for all your mail servers. It is strongly urged that you have them, as many mailservers will not accept mail from mailservers with no reverse DNS entry. Note that this information is *cached*, so if you changed it recently, it will not be reflected here (see the www.DNSstuff.com Reverse DNS Tool for the current data). The reverse DNS entries are: `232.244.54.65.in-addr.arpa mx4.hotmail.com. [TTL=2455] 136.244.54.65.in-addr.arpa mail.hotmail.com. [TTL=2698] 50.190.54.65.in-addr.arpa mail.hotmail.com. [TTL=2455] 72.245.54.65.in-addr.arpa bay0-mc11-f.bay0.hotmail.com. [TTL=3325]` |
| Mail ✳ | FAIL | Connect to mail servers | ERROR: I could not complete a connection to one or more of your mailservers: mx2.hotmail.com: Timed out [Last data sent: [Did not connect]] |
| ✳ | WARN | Mail server host name in greeting | WARNING: One or more of your mailservers is claiming to be a host other than what it really is (the SMTP greeting should be a 3-digit code, followed by a space or a dash, then the host name). This probably won't cause any harm, but is a technical violation of RFC821 4.3 (and RFC2821 4.3.1). Note that the hostname given in the SMTP greeting should have an A record pointing back to the same server. `mx4.hotmail.com claims to be host bay0-` |

| | | |
|---|---|---|
| | | `is at 65.54.244.143, not 65.54.244.136].` `mx3.hotmail.com claims to be host bay0-` `mc11-f2.bay0.hotmail.com [but that host` `is at 65.54.245.74, not 65.54.245.72].` |
| PASS | Acceptance of NULL <> sender | OK: All of your mailservers accept mail from "<>". You are required (RFC1123 5.2.9) to receive this type of mail (which includes reject/bounce messages and return receipts). |
| | **Acceptance of postmaster address** | ERROR: One or more of your mailservers does not accept mail to postmaster@msn.com. Mailservers are required (RFC821 4.5.1, RFC1123 5.2.7, and RFC2821 4.5.1) to accept mail to postmaster. `mx4.hotmail.com's postmaster response:` `>>> RCPT TO:<postmaster@msn.com> <<< 550` `Requested action not taken: mailbox` `unavailable mx1.hotmail.com's postmaster` `response: >>> RCPT` `TO:<postmaster@msn.com> <<< 550` `Requested action not taken: mailbox` `unavailable mx3.hotmail.com's postmaster` `response: >>> RCPT` `TO:<postmaster@msn.com> <<< 550` `Requested action not taken: mailbox` `unavailable` |
| PASS | Acceptance of abuse address | OK: All of your mailservers accept mail to abuse@msn.com. |
| INFO | Acceptance of domain literals | WARNING: One or more of your mailservers does not accept mail in the domain literal format (user@[0.0.0.0]). Mailservers are technically required RFC1123 5.2.17 to accept mail to domain literals for any of its IP addresses. Not accepting domain literals can make it more difficult to test your mailserver, and can prevent you from receiving E-mail from people reporting problems with your mailserver. However, it is unlikely that any problems will occur if the domain literals are not accepted (mailservers at many common large domains have this problem). `mx1.hotmail.com's` |

Case 3:08-cv-01465-VRW    Document 15    Filed 04/05/2008    Page 55 of 60

| | | | |
|---|---|---|---|
| | | | `<<< 501 Invalid Address`<br>`mx3.hotmail.com's`<br>`postmaster@[65.54.245.72] response:`<br>`>>> RCPT`<br>`TO:<postmaster@[65.54.245.72]>`<br>`<<< 501 Invalid Address` |
| **PASS** | Open relay test | OK: All of your mailservers appear to be closed to relaying. This is *not* a thorough check, you can get a thorough one <u>here</u>.<br>mx1.hotmail.com OK: 550 Requested action not taken: mailbox unavailable<br>mx4.hotmail.com OK: 550 Requested action not taken: mailbox unavailable<br>mx3.hotmail.com OK: 550 Requested action not taken: mailbox unavailable |
| **PASS** | SPF record | You have an <u>SPF record</u>. This is very good, as it will help prevent spammers from abusing your domain. Your SPF record is:<br>`"v=spf1 include:spf-a.hotmail.com`<br>`include:spf-b.hotmail.com include:spf-`<br>`c.hotmail.com include:spf-d.hotmail.com`<br>`-all" [TTL=900]` |

Case 3:08-cv-01465-VRW    Document 15    Filed 04/15/2008    Page 56 of 60

| | | | |
|---|---|---|---|
| WWW | **INFO** | WWW Record | Your www.msn.com A record is:<br>`www.msn.com.  CNAME`<br>`www.msn.com.nsatc.net. [TTL=900]` |
| | **PASS** | All WWW IPs public | OK. All of your WWW IPs appear to be public IPs. If there were any private IPs, they would not be reachable, causing problems reaching your web site. |
| | **WARN** | CNAME Lookup | WARNING. Your web site (www.msn.com) has a CNAME record pointing to www.msn.com.nsatc.net.. That by itself is confusing, but acceptable. However, the CNAME record in this case causes an extra DNS lookup, which will slightly delay visitors to your website, and use extra bandwidth. |



Received: from mx5.nyc.untd.com (mx5.nyc.untd.com [10.?.24.65]])
        by m24.bos.untd.com with SMTP id AAA848JJ6A6NDEJS
        for <Temptress2000@juno.com> (sender <dizzyd_213@hotmail.com>);
        Thu, 17 Oct 2002 16:44:15 -0400 (EST)
    Received: from hotmail.com (f53.law10.hotmail.com [64.4.15.53])
        by mx5.nyc.untd.com with SMTP id AAA848JJYA29CD?J
        for <Temptress2000@juno.com> (sender <dizzyd_213@hotmail.com>);
        Thu, 17 Oct 2002 16:44:06 -0400 (EST)
    Received: from mail pickup service by hotmail.com with Microsoft
    SMTPSVC;
        Thu, 17 Oct 2002 13:44:06 -0700
    Received: from 216.127.163.43 by 1w10fd.law10.hotmail.msn.com with HTTP;
        Thu, 17 Oct 2002 20:44:05 GMT
    X-Originating-IP: [216.127.163.43]
    From: "Desiree Perry" <dizzyd_213@hotmail.com>
    To: Temptress2000@juno.com
    Subject: a new beginning
    Date: Thu, 17 Oct 2002 19:44:05 -0700
    Mime-Version: 1.0
    Content-Type: multipart/mixed; boundary="——_NextPart_000_5c6c_2f21_
    1fdb"
    Message-ID: <F53&tMVhEUsebmspH2q0000006e8hotmail.com>
    X-OriginalArrivalTime: 17 Oct 2002 20:44:06.0032 (UTC) FILETIME=
    [EF46D100:01C2761D]

Desree and I did exchange e-mails
(my co-worker at McClures)

what does law10 mean? Is this the trace file?

Is this why the phone wiring on the
side of my home was installed different
then it should have been?

Is there a file open at the DA's?, FBI?
CIA?

Does this have something todo with the
time and time zones?

what did I cut off of the side of my
house at the phone box?

6

*Tower Comp.*

*MSO2 acc*

*need file date.*

[illegible corrupted text]

Case 3:09-cv-01465-WHA    Document 1b-2    Filed 04/15/2008    Page 58 of 60

[illegible corrupted text]

HTTPMail Polling☐☐☐Domain is MSN.com☐☐HTTPMail Friendly Name☐☐HTTPMail Use Sicily☐HTTPMail Prompt for Password☐☐☐HTTPMail Password2☐☐HTTPMail User Name☐☐HTTPMail Server☐☐SMTP Prompt for Password☐☐☐SMTP Signature☐SMTP Certificate☐☐☐SMTP Split Message Size☐SMTP Split Messages☐SMTP Reply To Email Address☐☐SMTP Email Address☐☐SMTP Organization Name☐SMTP Display Name☐SMTP Timeout☐☐SMTP Secure Connection☐SMTP Port☐☐SMTP Use Sicily☐SMTP Password2☐☐SMTP User Name☐SMTP Server☐POP3 Prompt for Password☐☐☐Outlook Cache Name☐☐SMTP Skip☐Account☐☐Expire Days☐Remove When Expired☐Remove When Deleted☐Leave Mail On Server☐☐☐POP3 Timeout☐☐☐POP3 Secure Connection☐POP3 Port☐☐POP3 Use Sicily☐POP3 Password2☐☐POP3 User Name☐POP3 Server☐NNTP Prompt for Password☐☐NNTP Signature☐NNTP Posting☐☐☐NNTP Polling☐☐NNTP Data Directory☐Use Group Descriptions☐☐NNTP Split Message Size☐NNTP Split Messages☐NNTP Reply To Email Address☐NNTP Email Address☐☐NNTP Organization Name☐NNTP Display Name☐☐NNTP Timeout☐☐☐NNTP Secure Connection☐NNTP Port☐☐NNTP Use Sicily☐NNTP Password2☐☐NNTP User Name☐NNTP Server☐LDAP NTDS☐☐LDAP Paged Result Support☐☐LDAP Advanced Search Attributes☐LDAP Simple Search☐LDAP Bind DN☐☐LDAP Logo☐☐LDAP Secure Connection☐☐LDAP Port☐☐LDAP URL☐☐LDAP Resolve Flag☐☐☐LDAP Server ID☐LDAP Search Base☐☐LDAP Search Return☐☐LDAP Timeout☐☐LDAP Authentication☐LDAP Password2☐☐LDAP User Name☐LDAP Server☐IMAP Poll All Folders☐☐☐IMAP Dirty☐IMAP Prompt for Password☐☐☐IMAP Drafts Folder☐IMAP Sent Items Folder☐☐IMAP Svr-side Special Folders☐☐IMAP NOOP Interval☐☐IMAP Full List☐IMAP Polling☐☐☐IMAP Use LSUB☐☐IMAP Data Directory☐☐IMAP Root Folder☐☐IMAP Timeout☐☐IMAP Secure Connection☐IMAP Port☐☐IMAP Use Sicily☐IMAP Password2☐☐IMAP User Name☐☐IMAP Server☐Server Read Only☐☐☐IMAP Make Available Offline☐Service☐Backup Connectoid☐☐☐Account ID☐☐Unique ID☐☐☐Connection Type☐Last Updated☐☐☐Temporary Connection Flags☐☐Connectoid☐Connection Type☐Last Updated☐☐☐Temporary Account☐☐Account Name☐☐☐☐## Athena_Account_Manager_Notification_Message ##☐☐No modify accts☐Server

*why?*

*where does the other half of the email go ...*

## Motions

3:08-cv-01465-JCS Laskey v. Microsoft Corporation

ADRMOP, E-Filing, ProSe

U.S. District Court

Northern District of California

**Notice of Electronic Filing or Other Case Activity**

---

NOTE: Please read this entire notice before calling the Help Desk. If you have questions, please email the Help Desk by replying to this message; include your question or comment along with the original text.

Please note that these Notices are sent for all cases in the system when any case activity occurs, regardless of whether the case is designated for e-filing or not, or whether the activity is the filing of an electronic document or not.

---

If there are **two** hyperlinks below, the first will lead to the docket and the second will lead to an e-filed document. *If there is no second hyperlink, there is no electronic document available .*
See the FAQ posting 'I have a Notice of Electronic Filing that was e-mailed to me but there's no hyperlink...' on the ECF home page at https://ecf.cand.uscourts.gov for more information.

---

The following transaction was received from by Harvey, Leslie entered on 3/24/2008 4:58 PM and filed on 3/24/2008

| | |
|---|---|
| **Case Name:** | Laskey v. Microsoft Corporation |
| **Case Number:** | 3:08-cv-1465 |
| **Filer:** | Microsoft Corporation |
| **Document Number:** | 4 |

**Docket Text:**
**MOTION for More Definite Statement filed by Microsoft Corporation. Motion Hearing set for 5/2/2008 09:30 AM in Courtroom A, 15th Floor, San Francisco. (Attachments: # (1) Exhibit 1)(Harvey, Leslie) (Filed on 3/24/2008)**

**3:08-cv-1465 Notice has been electronically mailed to:**

Leslie Neeland Harvey      leslie.harvey@hellerehrman.com

**3:08-cv-1465 Notice has been delivered by other means to:**

Laurie Marie Laskey
120 Briar Hollow Drive
Jacksonville, NC 28540

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**T:\cases\36548\0130\Efiling\1450545_1.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=3/24/2008] [FileNumber=4244993-0]

[18052551599ca38f4d17234e8532a8dde8df8b9036c500b90fd4f3b5f75ebdaa632ba
08d3c2249ee637ed4e1a108a27196d9c4883188985b6c040c750450ad5d]]
**Document description:**Exhibit 1
**Original filename:**T:\cases\36548\0130\Efiling\Ex_1.PDF
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=3/24/2008] [FileNumber=4244993-1]

[941481db377e1874aecb4cabc0e7c53c047afc6a3f8dab660e4310d5baa405da08aff
739bd07de18b1aa1c2964857383592653eeb79b0d2062d00bf8e67fcfa6]]

Laurie Marie Laskey
120 Briar Hollow Drive
Jacksonville NC 28540
910-548-3345

Laurie Marie Laskey, IN PRO SE

In The United States District Court

For The Northern District Of California

| | |
|---|---|
| Laurie Marie Laskey | ) Case No.: CV-08-1465-WHA |
| Plaintiff, | ) |
| | ) More Defined Statement Rev#1 |
| vs. | ) |
| | ) Hon. William Alsup Court Room 9 on the |
| Microsoft Corporation | ) 19th floor; |
| | ) |
| Defendant | ) [  ]**Original** |
| | ) |
| | ) [  ]**Copy** |
| | |
| | [  ]**Chambers Copy** |

More Defined Statement Rev#1

1.  **Exhibit A:** Its not a person it's a virus. Someone and or others appear to be using a partition on my computer(s) which involves icw5. Is it a new virus? I found the same thing in regards to Laskey v Adobe. How many partitions would a computer be able to support? Exhibit A is a copy of my email attempt to contact icw5. icw5 is a what being used by whom?

2.  **Exhibit B:** The print out from my computer submitted with my first more definded statement is the **original** so please do not discard it. How is icw5 installed on the computers(s)? If I remember correctly I came across the file when I clicked on the header arrow in the "find files and folders" options. I thought it was odd that the location where you typed in the files and folders you are looking for is to the left on the side yet a header row is available at the top of the screen? When you go online you use the header row to type in your search requests. Since two options appear and only one is typically used why would that be? When I clicked on the arrow the file and or files presented themselves. I was told to keep a journal so each time I looked at something on my computer I wrote it down. I hope I did that correctly. Is this an indication of a hardware problem (product Liability)? Counsel

for the defendant confirms product liability in their disclosure statement for rule 26. I didn't know that icw5 was Microsoft's internet connection wizard version 5. I didn't know it could be used as a browser and or that it was one. I did uncover that the hackers were using the browser and or browsers to by pass the fire wall and hack. I also looked at the printer files on my computer(s) because they appeared to be attached to. Does icw5 run off of window's 95? The browser(s) the printer, support, Window's 95, I was right I just didn't understand it until I read Defendants rule 26 disclosures. Therefore based on the rule of discovery I just discovered this and it falls within the statue of limitations. That or I can file another claim because it is still on my computer and I have additional evidence that pertains. **Exhibit E** reflects additional information on icw5. Also my computer(s) reflect "internet explorer is not your default browser would you like to change it" something along those lines. Since it brought up this message I tried to find out what my browser was. So I poked around on the computer(s) and the browser is set at default? Internet explorer is the only browser I remember so I was wondering if information was changed on my computer to facilitate this. As noted in **exhibit F** Vision Infosoft is loading Material Express onto my computer and then removing it!? (This is a copy of the original document since I am going to use the original in my State Court Case Laskey v Vision Infosoft. I'm not sure how to turn my originals in? Federal or State? Or save them just in case I end up in the 9th district court or save them if I have to go public? I'm not willing to have my evidence all over the place anymore. Should all my cases be consolidated to Federal court?) Long story short – Since I have **lost the use of my property** I am unable to change the settings therefore it is still on my computer and I am still injured by it. Because the Microsoft browser appears to be being used for split tunneling on my property this created a **premises liability** for me and because Microsoft maintained faulty servers **it's a premises liability for Microsoft**. I was wondering if icw5 is preinstalled on every computer. If so would that be an indication of Class action? The day I unplugged my phone line something stopped working and that produced a strange man in my yard looking for the utility boxes? The phone company service technician said "all of Windsor had this problem". I hope I did my computer research correctly. Is this an indication of a hardware problem and or **product**

- 2 -

**liability?** ICWX25A is the name of the file that was printed from my lap top. Gateway on remote shows up = yes. Is that an indication of a remote connection? 3=waitfor "NAL",10 shows up. NAP backwards is LAN and or Local Area Network. Since the connector in the second phone box should be attached to the incoming wires fromt eh street yet is not, would that be an indication that my property was wired backwards? Is this an indication of reverse commands and or reverse IP? Entry-Name=Microsoft Internet Referral Service therefore it involves Microsoft. Microsoft's contract with IANA does not allow them to be involved in any scam and or sham. Would this be an indication of **Breach of Contract?** Does Microsoft have Internet Referral Service **Servers** or is that what a **Router** is called? User shows up which includes a name and a password, is this part of a computer program (virus) that allows other to hack?

**3.** **Exhibit C:**

**3a.** This is everything I was able to research online about icw5. I cannot afford to print out all 1-10 pf about 465.

**3b.** icw5 appears to link via Sprint to other online web sites for **shopping**. Defendant wanted to know if any laws within the United States pertain to my case. Last time I checked stealing was against the law, hacking, internet stalking, phone fraud, fraud, identity theft, energy theft, invasion of privacy, etc. all of these laws pertain.

**3c.** Sprint shows up on my computer print outs. Are they piggy backing lines over my phone line and or lines?

**3d.** In the ARIN "who is" data base when I looked up **gn** Sprint and **SBC** appear! Is gn being used as a link?

**3e.** If AT&T purchased SBC then why haven't the SBC IP Blocks been transferred over to AT&T? Shouldn't they reflect AT&T and not SBC? That's another part of my problem, unfair business practice. That or we need to read the contract purchase agreements.

**3f.** If you are shopping online via hacking and purchase something, where would you ship it? I asked RCN if that's what the abandon house in Springfield IL is being used for.

**3g.** Some of the other things that show up are odd in themselves. One of the things I was wondering about is how the hackers link. Icw5 appears to be a Microsoft email address except the gn isn't normal. Is it a bogus web site? The same thing happens with

headgames.com (see Laskey v Procter and Gamble). The icw5 web address simply links you to other sites but doesn't have a site of its own?

**3h**. The shopping web sites listed in relation to icw5 have the words **clone** and **worm** and **crack** and **hack**. Therefore I was wondering if the world wide web is part of the hackers programming. I have been asked about "my calendar" as in where were you? One of the documents I printed out says **clone** and or more than on of me and or Identity Theft. Since the operator couldn't do an emergency break through was my property always online even though I wasn't? Were the hackers able to know when I went online via a remote connection? If so how was that established? Intel Corporation? My friends husband told me I have a serious hacker problem. What better way to know all about me and impersonate me then to be directly connected to me via my phone wires? I had no way of knowing that. My documents reflect that even after I was told that everything was now "OK" at my property that something must be connected wrong at SBC! The consumer has no control over that. Neighborhood watch – who would suspect a phone company vehicle? Defendant asks for who's doing this; does 1 - 1000 **not inclusive**.

**3i**. New laws need to be put in place to protect the consumer some of which would include GPS tracking devices on service vehicles. Have your phone box and or boxes installed inside of your garage that way no one else has access to your phone wires and or phone lines. You would then have to be home when the service occurs and or when changes are made to your service. The consumer would need to be made aware that they should supervise what's going on and or be able to hire an independent contractor to do the work instead of the phone company because like me would the consumer know what the service technician was doing? In addition Landlords should be required to keep the phone closets locked. In 99% of the buildings I've ever been in they are but for some reason in the building I worked in it was not? In addition to having a network administrator for their building to supervise any changes being made. Not to mention operation and maintenance manuals **should always be provided to the consumer** at the time of installation. In my case I was never charged for the product it was just installed. The product installed exceeded the service requested so at the time of purchase does not apply. Charles Industries posts the information online in regards to the product therefore it is not proprietary therefore the operation and maintenance manuals should have been made available. I didn't know that the Charles Industries product had a DSL

unit. Let alone that it required power in order to operate. Is the power company (in my case PG&E) notified when this product is installed? Who double checks things like this? How are the audits performed? Has anyone ever gone out to the consumer's property and double checked an installation based on inventory? Billing? They should. The consumer is not made aware of all of this. It was not a pleasant thing to have to be exposed to. It was the most traumatizing thing you can ever imagine having to experience; you call the phone company because the operator can't do an emergency break through. The phone company sends out some to fix the problem. During the service call you suddenly realize that you are potentially standing next to the person who hacked into your computer and stole your identity and you don't know what to do about it or how to prove it. Should I have had the police department present at that time? **YES!** Can you please send a police officer out to my home while I have my phone line checked? That would not have been a normal request in hind sight that would have been a better way to go about it. How was I to know?

4. **Exhibit D:** In addition to people, businesses are also being affected by this. I have enclosed an article for your review. It's been a few years since this article was published I'm sure the numbers are much higher now. Possibly the FTC could provide us with information in regards to all of this. Like me, it would be on file. I have tried to provide the FTC with all of my information. I haven't been able to keep up with that and do all of this.

Split tunneling occurred. Microsoft's servers are being used and so is their browser. If the servers are not being maintained property that would establish negligence, premises liability, obstruction of justice, breach of contract and in general mass tort.

In my email dated 12-4-1997 (Laskey v RCV and Laskey v AOL) The email reflects the following "We would like to hire you to do a plan check" instead of a plan check I ended up doing an "Internet Check". I didn't know that my job mirrored my task. I gave my word. Is this the evidence you seek? Thank you for the opportunity to amend.

DATED: June 27, 2008

Laurie Marie Laskey
In Pro Se

EXHIBIT A



YAHOO! MAIL

Welcome, **c_u_in_seven** Sign Out All-New Mail Help

Search: Web Search

Mail Contacts Calendar Notepad What's New? Mobile Mail Options

Check Mail | Compose | Search Mail | Search the Web

Netflix Only $4.99/mo

**Folders** [Add - Edit]

- Inbox
- Drafts
- Sent
- Spam [Empty]
- Trash [Empty]

**Search Shortcuts**

- My Photos
- My Attachments

ADVERTISEMENT

Previous | Next | Back to Messages

Delete | Reply | Forward | Spam | Move...

failure notice

From: "MAILER-DAEMON@yahoo.com" <MAILER-DAEMON@yahoo.com>

To: c_u_in_seven@yahoo.com

```
Hi. This is the qmail-send program at [illegible].
I'm afraid I wasn't able to deliver your message to the following addresses.
This is a permanent error; I've given up. Sorry it didn't work out.

<[illegible]>:
Sorry, I couldn't find any host named [illegible]. (#5.1.2)

--- Below this line is a copy of the message.

Return-Path: <c_u_in_seven@yahoo.com>
Received: (qmail 17193 invoked by uid 60001); 3 Jun 2008 23:18:07 -0000
DomainKey-Signature: a=rsa-sha1; q=dns; c=nofws;
  s=s1024; d=yahoo.com;
  h=Received:X-Mailer:Date:From:Reply-To:Subject:To:MIME-Version:Content-Type:Message-ID;

b=rJE8FkuVOTwZDuh3Xc36/Wz/vmJ3eVhqDEVqen2rwomo2zSD5Ksb9v63ZUeCPrW3NLxtwFAIE5OQflMNmsLpDs8VigEJ93cDfwYJIB+x6mQukLLv
Received: from [198.102.103.18] by [illegible] via HTTP; Tue, 03 Jun 2008 16:18:06 PDT
X-Mailer: YahooMailWebService/0.7.199
Date: Tue, 3 Jun 2008 16:18:06 -0700 (PDT)
From: Laurie Laskey <c_u_in_seven@yahoo.com>
Reply-To: [illegible]
Subject: why do you show up on my computer?
To: [illegible]
MIME-Version: 1.0
Content-Type: multipart/alternative; boundary="0-514408710-1212535086=:16745"
Message-ID: <[illegible]>

--0-514408710-1212535086=:16745
Content-Type: text/plain; charset=us-ascii

your sign on name shows up on my computer? who are you and why do you have a password on my computer?

--0-514408710-1212535086=:16745
Content-Type: text/html; charset=us-ascii

<table cellspacing='0' cellpadding='0' border='0' background='none' style='font-family:arial;font-size:10pt;color:(
valign='top' style='font: inherit;'>your sign on name shows up on my computer? who are you and why do you have a p(

--0-514408710-1212535086=:16745--
```

Delete | Reply | Forward | Spam | Move...

Previous | Next | Back to Messages

Check Mail | Compose | Search Mail | Search the Web

Copyright © 1994-2008 Yahoo! Inc. All rights reserved. Terms of Service - Copyright/IP Policy - Guidelines
NOTICE: We collect personal information on this site.
To learn more about how we use your information, see our Privacy Policy

EXHIBIT B

```
[Phone]
Dial_As_Is=NO
Country_ID=1
Area_Code=206

[Entry]
Entry_Name=Microsoft Internet Referral Service

[Server]
Type=PPP
SW_Compress=YES
Negotiate_TCP/IP=YES
Disable_LCP=yes

[TCP/IP]
Specify_IP_Address=NO
Specify_Server_Address=NO
IP_Header_Compress=YES
Gateway_On_Remote=YES

[User]
Name=icw5@gn.microsoft.com
Password=icw5

[Scripting]
Name=R3sx25a.scp

[Script_File]
0=proc main
1=delay 2
2=transmit "@D<cr>"
3=waitfor "NAL=",10
4=transmit "D1<cr>"
5=waitfor "@",10
6=transmit "c 96011780<cr>"
7=waitfor "PPP"
8=endproc
```








# Whois Record for Monstermarketplace.com ( Monster Marketplace )

## Front Page Information

**Website Title:** The MonsterMarketplace Shopping Directory, an Easy-to-Use Comparison Shopping Website

**Title Relevancy** 37%

**Meta Description:** The MonsterMarketplace comparison shopping directory offers unique gift ideas and lets you save on quality electronics, auto parts, apparel, DVDs and more.

**Description Relevancy:** 38% relevant.

**AboutUs:** Wiki article on Monstermarketplace.com

**SEO Score:** 87%

**Terms:** 93 (Unique: 82, Linked: 39)

**Images:** 3 (Alt tags missing: 3)

**Links:** 22   (Internal: 22, Outbound: 0)

**Related Sites:** bizrate.com, dealtime.com, ebay.com, monstercommerce.com, monsterdomainregistration.com, monsterwebpromotion.com, mysimon.com, shopping.com, shopzilla.com

## Indexed Data

**Y! Directory:** 1 listings

**Alexa Trend/Rank:** #2,842 ⇧ 423 ranks over the last three months.

**Compete Rank:** #450 with 3,047,377 U.S. visitors per month

**Quantcast Rank:** #250

## Registry Data

**ICANN Registrar:** NETWORK SOLUTIONS, LLC.

**Created:** 2003-05-15

**Expires:** 2010-03-21

Thumbnail:

Historical Thumb



11-23-2007    07-1

View Thu

Queue this D

SEO Text Browse

Loading...    SEO T
false

| | |
|---|---|
| **Registrar Status:** | clientDeleteProhibited |
| **Registrar Status:** | clientTransferProhibited |
| **Name Server:** | DNS1.MONSTERCOMMERCE.COM (has 4,672 domains) |
| **Name Server:** | DNS2.MONSTERCOMMERCE.COM |
| **Whois Server:** | whois.networksolutions.com |

## Server Data

| | |
|---|---|
| **Server Type:** | Microsoft-IIS/5.0 |
| **IP Address:** | 207.97.194.227  [W] [R] [P] [D] [T] |
| **IP Location:** | - Illinois - Belleville - Monstercommerce Llc |
| **Response Code:** | 200 |
| **Blacklist Status:** | Clear |
| **Domain Status:** | Registered And Active Website |

## DomainTools Exclusive

| | |
|---|---|
| **Registrant Search:** | "Network Solutions, LLC" owns about 1,663 other domains |
| **Registrar History:** | 3 registrars |
| **NS History:** | 4 changes on 4 unique name servers over 5 years. |
| **IP History:** | 3 changes on 3 unique name servers over 4 years. |
| **Whois History:** | 211 records have been archived since 2003-11-24. |
| **Dedicated Hosting:** | monstermarketplace.com is hosted on a dedicated server. |
| **Monitor Domain:** | Set Free Alerts on monstermarketplace.com |
| **Free Tool:** | Download DomainTools for Windows |

## Whois Record

```
Registrant:
Network Solutions, LLC
   Network Solutions LLC
   13861 Sunrise Valley Drive, Suite 300
   HERNDON, VA 20171
   US

   Domain Name: MONSTERMARKETPLACE.COM

   Administrative Contact, Technical Contact:
     Network Solutions, LLC              nocsupervisor@networksolutions.com

     Network Solutions LLC
     13861 Sunrise Valley Drive, Suite 300
     HERNDON, VA 20171
     US
     570-708-8788 fax: 703-668-5817

   Record expires on 21-Mar-2010.
   Record created on 28-Mar-2006.
   Database last updated on 5-Jun-2008 11:07:53 EDT.

   Domain servers in listed order:

   NS.RACKSPACE.COM                 69.20.95.4
   NS2.RACKSPACE.COM                65.61.188.4
```

Browse, Compar
**MonsterMarketpl**
MonsterMarketpla
search engine fea
products from a v
provide our shopp
Product Details pa
comparison index
effectively compar
convenient locatio

**Shop by Catego**
Apparel & Books
http://www.mor

Disable SEO T

**Other TLDs**
.com   .net   .o

**Symbol Key**
Available
Available (Previo
Registered (Activ
Registered (Parke
Registered (No w
On-Hold (Generic
On-Hold (Redem
On-Hold (Pending
Monitor
Preview
No preview
Buy this (Availab
Buy this (Bid at

**Back Order**
Set a backorder so
monstermarketplace
available.

**PriceGrabber.com**
Merchants compete for
calculate lowest prices
www.PriceGrabber.com

**Online Store Owner**
Automate Your Online
Orders and Reduce Cc
www.OrderMotion.com

**Mediachase eCF**
A leading Mediachase
hosting\carbon offset
www.projectthunder.com

V V

**Customize This F**

Select the items y
on this page. Log

☑ Front Page
☑ Server Data
☑ Exclusive Data

Domains for Sale

**Domain**

LocalMonster.com

BugMonster.com

MonsterManager.co

MonsterBroker.com

HitMonster.com

FreeMonster.com

FogMonster.com

InfoMonster.com

AntiMonster.com

MugMonster.com

ValueMonster.com

Domains At Auc

**Domain**

GreatSpecialist.c

GreatFreeGift.co

GreatUsaCards.c

LochNetMonster.

GreatNewIdea.cc

GreatExplore.cor

OneGreatBargair

KidsGreatOutdoc

MuralsAtlarge.co

TheGreatHarlot.c

GreatControvers

GreatPhilAHomes

**Compare Similar**

**Domain**

Monster Markets

Monster Marketplac

Monster Marketing

Monster Marketplac

Monster Market Pac

Monster Market Pal

Monster Market Lac

Monster Market Lp

Monster Marketplac

Monster Marketpla

Monster Marketpla

Monster Market Pl (

Monster Market Pl (

Monster Marketing

Monster Marketpla



IP Address properties of monstermarketplace.com - showmyip.com

Thursday, June 05, 2008 8:07:12 AM

Shortcuts...

Sponsored Links...

showmyip.com is part of The Privacy Ecosystem (™ pending).
What is an IP Address? Check our IP Address Glossary.
Point your RSS reader to our RSS feed to learn when any of
your IP Address properties change.

**Change address**
Manage postal mail entirely online Like email! Drive & forward less.
EarthClassMail.com/remote-mail

V V                                                                    A

Lookup IP Address:                          216.105.60.75

                                            • Find other web sites (if any) besides
                                            monstermarketplace.com hosted at this IP Address

Lookup IP Address Long:                     3630775371

                                            • Do lookups with ?ipn=3630775371 rather than ?
                                            ip=216.105.60.75 if you wish

Lookup Host Name:                           https://www.monstermarketplace.com
                                            https://monstermarketplace.com
                                            http://www.monstermarketplace.com (NOT SSL SECURED)
                                            http://monstermarketplace.com (NOT SSL SECURED)

                                            • Get DNSreport data at dnsstuff.com (NOT SSL SECURED)
                                            • Get Netcraft site report at toolbar.netcraft.com (NOT SSL
                                            SECURED)
                                            • Get Netcraft SSL site report at toolbar.netcraft.com (NOT
                                            SSL SECURED)
                                            • Get Alexa Site Info at alexa.com
                                            • Get domaintools.com whois data
                                            • Find similar domain names at domaintools.com
                                            • Find other domains ending with
                                            monstermarketplace.com or containing
                                            monstermarketplace at searchdns.netcraft.com (NOT SSL
                                            SECURED)
                                            • Get multi-RBL/DNSBL data on 216.105.60.75 at
                                            completewhois.com (NOT SSL SECURED)
                                            • Get multi-RBL/DNSBL matches and "whois" data on
                                            216.105.60.75 at completewhois.com (NOT SSL SECURED)
                                            • Get Cisco/IronPort SenderBase data on 216.105.60.75 at
                                            senderbase.org (NOT SSL SECURED)
                                            • See ICANN list of accredited domain-name registrars (NOT
                                            SSL SECURED)
                                            • See IANA list of whois authorities for each ccTLD (Country
                                            Code Top Level Domain) (NOT SSL SECURED)

Lookup Internet Service Provider (ISP):     MonsterCommerce, LLC **(or possibly Monstercommerce
                                            Llc)**

Lookup IP Address belongs to               MonsterCommerce, LLC **(or possibly Monstercommerce**

| | |
|---|---|
| (Organization): | **Llc)** |
| Lookup Domain SOA (Start of Authority): | • *Primary Nameserver: dns1.monstercommerce.com (207.97.194.155) in Belleville, Illinois, United States* 🖼<br>• *Hostmaster Email Address: admin.monstercommerce.com*<br>• *Serial Number: 16*<br>• *Refresh: 900 seconds*<br>• *Retry: 600 seconds*<br>• *Expire: 86400 seconds*<br>• *Default TTL: 3600 seconds* |
| Lookup Domain Name Server(s): | • *dns1.monstercommerce.com (207.97.194.155) in Belleville, Illinois, United States* 🖼<br>• *dns2.monstercommerce.com (207.97.194.157) in Belleville, Illinois, United States* 🖼 |
| Lookup Domain Mail Server(s): | • *10 mail.monstermarketplace.com (69.20.126.203) in Belleville, Illinois, United States* 🖼 |
| Lookup Domain Zones (Sub-Domains): | • *admin.monstermarketplace.com (216.105.59.57) in Belleville, Illinois, United States* 🖼<br>• *adult.monstermarketplace.com (216.105.60.1) in Belleville, Illinois, United States* 🖼<br>• *apparel.monstermarketplace.com (216.105.60.33) in Belleville, Illinois, United States* 🖼<br>• *babies.monstermarketplace.com (216.105.60.33) in Belleville, Illinois, United States* 🖼<br>• *imageproc1.monstermarketplace.com (205.178.184.211) in Washington, District of Columbia, United States* 🖼 *(unused.networksolutions.com)*<br>• *images.monstermarketplace.com (216.105.59.138) in Belleville, Illinois, United States* 🖼<br>• *imgbridge.monstermarketplace.com (216.105.60.21) in Belleville, Illinois, United States* 🖼 *(10827.monstercommercesites.com)*<br>• *mail.monstermarketplace.com (69.20.126.203) in Belleville, Illinois, United States* 🖼 *(monstercommerce.com)*<br>• *merchants.monstermarketplace.com (216.105.59.58) in Belleville, Illinois, United States* 🖼<br>• *mmptest.monstermarketplace.com (216.105.60.33) in Belleville, Illinois, United States* 🖼<br>• *nichemmp.monstermarketplace.com (216.105.60.73) in Belleville, Illinois, United States* 🖼<br>• *wiki.monstermarketplace.com (207.97.194.240) in Belleville, Illinois, United States* 🖼<br>• *www.monstermarketplace.com (207.97.194.227) in Belleville, Illinois, United States* 🖼 *(monstermarketplace.com)*<br>• *1.5744 second(s) to get 13 "Zone Transfer" record(s) from dns1.monstercommerce.com* |
| Lookup IP Address RBL/DNSBL blocklist/blacklist status: | • *1.4887 second(s) to find 0 RBL/DNSBL blocklist/blacklist entries for IP Address 216.105.60.75* |
| Lookup Tor Network node: | no<br>• *Details about the Tor network can be found at https://www.torproject.org/*<br>• *List of all IP Addresses in the Tor network can be found at http://torstatus.kgprog.com*<br>• *Why you should use Tor.*<br>• *How to setup your own Tor network relay or server: https://www.torproject.org/docs/tor-doc-relay* |
| Lookup Country: | US-United States **(verified)** 🖼 |

US-United States Country Web Sites

| | |
|---|---|
| Lookup Country Code3: | USA |
| Lookup Country Currency: | USD-US Dollar **(verified)** |

- *Calculate currency exchanges at http://www.xe.com/ucc*
- *Conversions of Area, Capacity, Volume, Circular measure, Computer storage, Distance, Length, Energy, Work, Fuel Consumption, Power, Pressure, Speed, Temperature, Time, Torque, Mass and Weight at http://www.convertplus.com*
- *International Phone Dialing Codes by country at http://www.kropla.com/dialcode.htm#table*

| | |
|---|---|
| Lookup Continent: | North America **(verified)** |
| Lookup IP Address in EU: | no **(verified)** |
| Lookup Nationality: | American **(verified)** |
| Lookup Nationality Plural: | Americans **(verified)** |
| Lookup State: | IL-Illinois |

Yahoo! State maps

| | |
|---|---|
| Lookup City: | Belleville |

Try Google Location Search in Belleville?

- *Map of Belleville at Mapquest.com*
- *Map of Belleville at GlobeXplorer.com*
- *Map of Belleville at Terraserver-usa.com*
- *Map of Belleville at Maptech.com*
- *Map of Belleville at Multimap.com*
- *Map of Belleville at Google Maps*

| | |
|---|---|
| Lookup Latitude: | 38.5202 **(verified)** |
| Lookup Longitude: | -89.9877 **(verified)** |
| Lookup Timezone (relative to UTC): | -06:00 |

Timezones near Latitude 38.5202, Longitude -89.9877...

Timezones near Belleville IL...

| | |
|---|---|
| Lookup Area Code: | provided to subscribers only |
| Lookup Postal/Zip Code: | provided to subscribers only |
| Lookup DMA Code: | provided to subscribers only |

- Lookup monstermarketplace.com in simple text format at https://www.showmyip.com/simple or in XML format at https://www.showmyip.com/xml
- Lookup 216.105.60.75 in simple text format at https://www.showmyip.com/simple or in XML format at https://www.showmyip.com/xml

⊙ Web   ○ showmyip.com

Google Search

**IP Address Lookup Form**

IP Address:

or Host Name:

or "Long" IP Address:

or Tor node nickname:

or Tor node fingerprint:

Lookup Subscription Key:

Secure Lookup (using SSL) ...          4,998 more Lookups allowed today.

Check your Subscription status here.

Choose the lookup fields you want to see. Using our simple text or xml interface, you can specify with the &get= parameter any available field name, in any sequence. For example http://www.showmyip.com/simple/?host=yahoo.com&get=ip,country,state_name,city,timezone will get you a comma-delimited list of only the 5 lookup fields specified.

Multiple data sources are used for some lookup fields. You will see **(verified)** whenever and wherever we can get the same result from more than 1 data source. In some instances, though, this will only be available to subscribers.

---

**IP Address Lookup file to upload:**

                                                          Browse...

Lookup Subscription Key:

Lookup data fields to retrieve: ip,country_code,remaining_count

⊙  For a complete list of available Lookup data fields, do your file upload from here.

Secure Lookup File Upload (using SSL) ...

---

Need to purchase additional IP Address Lookups? Or get access to all returned data fields? Or need more consistent, faster lookup results? ⊕

showmyip.com script Version 4.01.001. Dynamically created in 4.1048 seconds with PHP 5, eAccelerator, MySQL 5, Javascript, MaxMind GeoIP, and Ip2Location running on 64-bit Fedora and LiteSpeed, hosted at 1and1.com. Maps and boundary data are copyrighted by FOTW Flags of the World.

Email... | Blog... | Print... | Close...

This work is licensed under a Creative Commons Licence

# ARIN WHOIS Database Search

Search ARIN WHOIS for: gn
```
GN Comtex (GNCOMT)
GN Navtel (GNNAVT)
GN NETCOM (GNNET-1)
GN NETCOM INC. (GNNET)
GN NETCOM UNEX INC (GNU-4)
GN NETCOM, INC. (GNNET-2)
GN PACKAGING EQUIPMENT (GPE-5)
GN RESOUND AS (GRA-6)
GN Comtex NETSATX-168 (NET-207-241-168-0-1) 207.241.168.0 - 207.241.168.255
GN Navtel NAVTEL-UUU1 (NET-207-139-237-160-1) 207.139.237.160 - 207.139.237.175
GN NETCOM SPRINTLINK (NET-65-173-0-0-1) 65.173.0.0 - 65.173.0.7
GN NETCOM INC. SPRINTLINK (NET-65-166-131-56-1) 65.166.131.56 - 65.166.131.63
GN NETCOM INC. SPRINTLINK (NET-65-166-186-168-1) 65.166.186.168 - 65.166.186.175
GN NETCOM INC. SPRINTLINK (NET-205-244-41-192-1) 205.244.41.192 - 205.244.41.255
GN NETCOM UNEX INC GN-NETCO109-149-96 (NET-12-146-149-96-1) 12.146.149.96 - 12.146.
GN NETCOM, INC. GN-NETCO743-84-64 (NET-12-105-84-64-1) 12.105.84.64 - 12.105.84.127
GN PACKAGING EQUIPMENT T-068179113064-061114 (NET-68-179-113-64-1) 68.179.113.64 - 6
GN RESOUND AS SPRINTLINK (NET-63-167-178-64-1) 63.167.178.64 - 63.167.178.95
GN RESOUND AS SPRINTLINK (NET-208-30-50-0-1) 208.30.50.0 - 208.30.50.15
GN RESOUND AS SPRINTLINK (NET-205-242-218-64-1) 205.242.218.64 - 205.242.218.95
GN RESOUND AS SPRINTLINK (NET-65-167-132-192-1) 65.167.132.192 - 65.167.132.223
GN RESOUND AS SPRINTLINK (NET-63-172-187-80-1) 63.172.187.80 - 63.172.187.87
Gn Carmack SBCIS-101331-20014 (NET-64-173-251-0-1) 64.173.251.0 - 64.173.251.7
GN COMPUTER CORP UU-65-208-132-D6 (NET-65-208-132-0-1) 65.208.132.0 - 65.208.132.25
GN DE HIDALGO S. A. DE C. V. TAC-66-181-60-176 (NET-66-181-60-176-1) 66.181.60.176 -
GN INVESTMENT INC DBA-061218222119 SBC076212096128290612 18222203 (NET-76-212-96-128-1)
GN Johnston Equipment GNJ20070627-CA (NET-207-164-179-40-1) 207.164.179.40 - 207.16
GN Johnston Equipment GNJE20070627-CA (NET-207-164-179-104-1) 207.164.179.104 - 207.
GN MORTGAGE-070407094430 SBC-76-206-226-240-29-0704074437 (NET-76-206-226-240-1) 76.2
GN MORTGAGE-070706204427 SBC-76-240-187-16-29-0707064436 (NET-76-240-187-16-1) 76.240
GN NETCOM, INC. GN-NETCO95-208-72 (NET-12-160-208-72-1) 12.160.208.72 - 12.160.208.
GN RESOUND NORTH AMERICA UU-65-245-103-56-D5 (NET-65-245-103-56-1) 65.245.103.56 - 6
GN RESOUND NORTH AMERICA UU-63-87-132-128-D8 (NET-63-87-132-128-1) 63.87.132.128 - 6
```

```
# ARIN WHOIS database, last updated 2008-06-04 19:10
# Enter ? for additional hints on searching ARIN's WHOIS database.
```

gn = Sprint link ?

# ARIN WHOIS Database Search

Search ARIN WHOIS for: 206.161.121.115

```
OrgName:     Beyond The Network America, Inc.
OrgID:       BNA-42
Address:     450 Springpark PL
Address:     Suite 100
City:        Herdon
StateProv:   VA
PostalCode:  20170
Country:     US

NetRange:    206.161.0.0 - 206.161.255.255
CIDR:        206.161.0.0/16
NetName:     BTN-CIDR2
NetHandle:   NET-206-161-0-0-1
Parent:      NET-206-0-0-0-0
NetType:     Direct Allocation
NameServer:  NS.CAIS.COM
NameServer:  NS2.CAIS.COM
Comment:     Rwhois information on assignments from this block available from
Comment:     rwhois.cais.net 4321
RegDate:     1995-10-09
Updated:     2004-11-12

OrgAbuseHandle: PAD13-ARIN
OrgAbuseName:   PCCW AUP Department
OrgAbusePhone:  +1-703-621-1637
OrgAbuseEmail:  probinson@pccwglobal.com

OrgNOCHandle: NOC1582-ARIN
OrgNOCName:   NOC
OrgNOCPhone:  +1-703-621-1637
OrgNOCEmail:  supportamerica@btnaccess.com

OrgTechHandle: CDO54-ARIN
OrgTechName:   Downes, Chris
OrgTechPhone:  +1-703-621-3195
OrgTechEmail:  cdownes@pccwglobal.com

# ARIN WHOIS database, last updated 2008-06-04 19:10
# Enter ? for additional hints on searching ARIN's WHOIS database.
```

# ARIN WHOIS Database Search

Search ARIN WHOIS for: ! NET-75-32-127-24-1
```
CustName:   ICW GROUP-060815074833
Address:    Private Address
City:       Plano
StateProv:  TX
PostalCode: 75075
Country:    US
RegDate:    2006-08-15
Updated:    2006-08-15

NetRange:   75.32.127.24 - 75.32.127.31
CIDR:       75.32.127.24/29
NetName:    SBC07503212702429060815074853
NetHandle:  NET-75-32-127-24-1
Parent:     NET-75-0-0-0-1
NetType:    Reassigned
Comment:
RegDate:    2006-08-15
Updated:    2006-08-15

OrgAbuseHandle: ABUSE6-ARIN
OrgAbuseName:   Abuse - Southwestern Bell Internet
OrgAbusePhone:  +1-800-648-1626
OrgAbuseEmail:  abuse@sbcglobal.net

OrgNOCHandle:  SUPPO-ARIN
OrgNOCName:    Support - Southwestern Bell Internet Services
OrgNOCPhone:   800-648-1626
OrgNOCEmail:   support@swbell.net

OrgTechHandle:  IPADM2-ARIN
OrgTechName:    IPAdmin-SBIS
OrgTechPhone:   800-648-1626
OrgTechEmail:   support@swbell.net

# ARIN WHOIS database, last updated 2008-06-04 19:10
# Enter ? for additional hints on searching ARIN's WHOIS database.
```

# ARIN WHOIS Database Search

Search ARIN WHOIS for: ! ICW
```
OrgName:    I Com World
OrgID:      ICW
Address:    23 Corporate Plaza
City:       Newport Beach
StateProv:  CA
PostalCode: 92660
Country:    US
Comment:
RegDate:    1999-03-08
Updated:    2003-05-29

AdminHandle: SS459-ARIN
AdminName:   Snider, Stewart
AdminPhone:  +1-949-760-3999
AdminEmail:  rstuart1@pacbell.net

TechHandle: SS459-ARIN
TechName:   Snider, Stewart
TechPhone:  +1-949-760-3999
TechEmail:  rstuart1@pacbell.net

# ARIN WHOIS database, last updated 2008-06-04 19:10
# Enter ? for additional hints on searching ARIN's WHOIS database.
```

# ARIN WHOIS Database Search

Search ARIN WHOIS for: icw
```
 I Com World (ICW)
 ICW (ICW-3)
 ICW ADN-ICW-NETBLK (NET-207-158-46-64-1) 207.158.46.64 - 207.158.46.127
 ICW ADN-ICW-NETBLK (NET-207-158-49-32-1) 207.158.49.32 - 207.158.49.39
 InterConnect West ICW (NET-199-104-64-0-1) 199.104.64.0 - 199.104.65.255
 ICW GROUP-060815074833 SBC07503212702429060815074853 (NET-75-32-127-24-1) 75.32.127.2
 ICW VALENCIA L P 200-060613005343 SBC07501425319229060613005425 (NET-75-14-253-192-1)
 ICW VALENCIA L.P. 200-050218235236 SBC06923803905629050218235305 (NET-69-238-39-56-1)

 # ARIN WHOIS database, last updated 2008-06-04 19:10
 # Enter ? for additional hints on searching ARIN's WHOIS database.
```

*Redirect   Jump!*



Search Results For : icw5

**SHOPPING SEARCH & DIRECTORY**

> Apparel   > Auto   > Babies   > Computers   > Electronics   > Gifts   > Home   > Health   > General   > Sport

icw5@gn.msn                                    All Departments ▾                  

Home > Search Results For : icw5@gn.msn                                          Recently Vie

## MonsterMarketplace results for icw5@gn.msn

**GN Netcom Headsets**
Lowest Price Guarantee Price Protection. Save up to 50%
www.telecomsuperstore.com

**2008 GM Discounts**
Save 35% off your monthly payment by using 13 car buying secrets
www.GM.CarBuyingDiscounts.com

**GN Netcom Headsets**
Lowest Price Guarantee Price Protection. Save up to 50%
www.telecomsuperstore.com

**2008 GM Discounts**
Save 35% off your monthly payment by using 13 car buying secrets
www.GM.CarBuyingDiscounts.com

Home > Search Results For : icw5@gn.msn

icw5@gn.msn                          SEARCH              Enter Email

Apparel & Clothing | Arts & Crafts | Automotive | Babies & Kids | Books & Movies | Business | Computers | Consumer Electronics | Flowers & Gifts |
Merchandise | Health & Beauty | Home & Garden | Sports & Fitness

Shopping Home | Merchant Info | Merchant of the Month | Shopping Help | About Marketplace | Site Map | Shopping Articles | Submit St

powered by MonsterCommerce® **Shopping Cart Software, Open Your Own Store! TRY IT FREE!**

© 2006-2008 MonsterMarketplace® All Rights Reserved - Please read our Terms of Service & Privacy Policy

MonsterMarketplace® does not represent or warrant the accuracy or reliability of the information, and will not be liable for any errors, omissions, o
information or any losses, injuries, or damages arising from its purchase or use. Information about products, prices, services and merchants is provide
for which MonsterMarketplace is not responsible.

*shopping   on line ?  - mailing   address ?*
*Link?*
*Bogus  website ?*



*use level3*

 **Наука
[Science ]**  **Хард
[Hardware]**  **Халява
[ Free ]**  **Креатив
[Creative ]** 

## Полезно знать! :)

**05.06.2008**

Prospero.ru **Реклама-двигатель торговли?
Просперо - двигатель рекламы!**

[ Реклама на TrueNET ]





**High Quality
эротические
сеты ..**



$=БЕГУН+LINK.RU



**Новый солдат
номер 178..**

: Ммм



## Санкт-Петербург: бесплатные тестовые входы в инет

**08.06.2006 ::: Re@ctor :::**  **::: комментов: 14 ::: просмотров: 770**

Вспомнил тут про списки старые бесплатных тестовых входов и
интернет, выложу, может кому-то пригодится.. Актуально только
для Питера.

[h3]Телеграф (ПТН)[/h3]
тел - 5953838

login: ppptest
password: test

доступны:
**www.telegraph.spb.ru**
**post.telegraph.spb.ru**
**post.telegraph.spb.ru/users**

**Метроком**

    7402211
    3039303
    3800121

    login:test
    password:test

    **www.metrocom.ru**
    **dialup.metrocom.ru**
    **support.metrocom.ru**
    **www.infostar.ru**
    **on-board.infostar.ru** (на **on-board.infostar.ru/pages/comp.asp** когда-
то собирались многие фринетчики)
    **test.infostar.ru**


**InfoStar**

    в общем-то тот же Метроком
    3039001
    1402177

    Login:test
    Password:test

    **www.metrocom.ru**
    **dialup.metrocom.ru**
    **support.metrocom.ru**
    **www.infostar.ru**
    **on-board.infostar.ru** - доска объявлений
    **test.infostar.ru**
    **www.infostar.ru/users/**


**Cityline**

    5953800

    Login:cityline
    Password:cityline

    непомню что доступно. Видимо cityline.ru..


**Sovintel**

    3468444
    3805995
    7031111
    7183737

← what are these #'s ?

: Мен

Поис
[sea

» Лента

:: Софт
:: Игры
:: Книг

:: Хумо
:: Халя
:: Безо

:: Меди
:: Желе
:: Наук

:: Рулё
:: Диза
:: Скри
:: Нью

» Статьи
» Галере

» О нас
:: Связ
:: Рекл
:: Линк

» RSS

: EntC

залоги
login

или п
[забыл
Регист
больше в

Дей
· НЬЮ
· КОМ

Login:test
Password:test

**www.sovintel.spb.ru**
**dialup.sovintel.spb.ru**
**internet.sovintel.spb.ru**
**support.sovintel.spb.ru**
**dialup2.sovintel.spb.ru**
один сеанс ограничен 5ю минутами!

**Peterstar**

3203370
3270202
3203372
3310331

Login:star
Password:peterstar

**www.peterstar.ru**
**bill.peterstar.ru**

**MATRIX**

3449044
3449144
4388418
4412030

Login:test
password:test

**www.mns.ru**
**active.mns.ru** - а отсюда можно качнуть свежие базы к антивирусам и
немножко софта
один сеанс ограничен 15ю минутами!

**CTInet**

4412002

Login:test
Password:test

**www.ctinet.ru**
**www.ctinet.ru/weather.htm** - погода
**www.menatepspb.com**

**Web+**

3334242
3262455
438-4242

Login:test
Password:test

**www.wplus.net**
**www.security.wplus.net**


**NasheRadio**

когда-то пахало, щас не знаю, влом звонить
3203370

Login:nashe
Password:nashe

**webmail.lanck.ru/**
**closed.lanck.net/**
**nashespb.ru/**
**feya.spb.ru** - Агентство "Фея"
**www.cards.lanck.net**
**lancksys.ru** - Lanck компьютеры и коммуникации (есть нормальный,
модерируемый форум)
**www.vaganova.ru** - официальный сайт Академии Русского балета им.
А.Я. Вагановой!
**www.sannavi.spb.ru** - "СантехНавигатор"
**www.oltelecom.ru** - OL Telecom - магазин PIN-кодов. (есть несколько
программ на скачку)
**www.rusjeep.spb.ru** - "ТПК Русский джип"
**www.mokik.spb.ru/** - Петербургский сайт любителей скутеров
**www.clinik.spb.ru** - временно приостановлен
**www.secret.spb.ru/** - Группа "Секрет"


**icw5 =))))**

Легендарное ICW5, в котором сидели люди на спринте и опщались. Щас
оно всё дохлое конечно, нет связи по ip между помпами в подсети, но пусть
болтается на вечную память. Про icw5 вы можете почитать набрав в
яндексе icw5 спринт.
8w8002009900

Login: icw5@gn.microsoft.com
Password: icw5

**cagle.slate.msn.com/news/BackToSchool2002/main.asp**
**register.passport.net/reg.srf**

www.slate.msn.com/
beta.cagle.msn.com/
207.46.152.21 dr3texreg.msn.com
207.46.152.25 sps-red.msn.com
207.46.152.36 sps.msn.com
207.46.152.43 migration.msn.com
207.46.152.78 icereg.msn.com
207.46.152.94 cpeconfig.dsl.msn.com
207.46.152.105 billing-maintenance.microsoft.com
207.46.152.115 memberservices.msn.com
207.46.152.121 xplorer.latam.yupimsn.com
207.46.152.26 billing.microsoft.com
207.46.152.78 icereg.msn.com
207.46.152.101 onstage.msn.com
207.46.152.103 msniagateway.msn.com

03,2
[L0phtCrac
+
05,1
[Full Ad
Sir

**Ланк**

когда-то на этом прове, по нерасторопности админов, был доступен
прямой инет, однако через где-то недельку они это дело просекли и
прикрыли %)
3310589

Login: lanck
Password: lanck

**www.lanck.ru**
**www.yol.ru**

Сессия - 15мин

**ROL**

Ну кудаж без рола то..
3804272

Login: rol
Password: rol

**services.rol.ru**
**try.rol.ru**

**Zebratelecom**

7401114

Login: test
Password: test

**www.key.ru**

**www.zebratelecom.ru**

Сессия - 5мин

**Key.ru через Westkall**

3229116
3229114

Login: key
Password: key

**www.key.ru**

Сессия - 10мин.

Тогда смотрите eTvnet.          Популярные каналы.          Все об электронной
Свежие новости, фильмы         Фильмы, мультики, теле-      коммерции: загляни в
и сериалы без рекламы.         шоу. Бесплатный кинозал.     самый центр Интернет
Архив.                                                       магазинов.

---

**Владимир** [ 08.06.2006 17:53:46 ]:
Вот по-мойму через тестовик Матрикса уже с год нельзя ничего скачивать... и
обновлять тоже, но мне вломак коннектиться. От себя добавлю тестовик
евросети:Тел. 4497779, Login: guest
Password: euroset

---

**ExclusivE** [ 08.06.2006 22:38:14 ]:
Шлепнул по линке фостара и увидел.. 3208080 украла у кея идею халявного
форума =)))

┌─────────────────────────────────────────────────────────────────┐
│  **http://forum.320-8080.ru/ - форум одной из компьютерных**      │
│  **фирм.Имеется отдельный раздел для некомпьютерных**             │
│  **тем.Логин:ppalpha Пароль:peterlink Телефон:4311212 С этого**   │
│  **же пароля доступен сайт КЕя.**                                 │
│  **Славыч**                                                       │
└─────────────────────────────────────────────────────────────────┘

---

**ExclusivE** [ 08.06.2006 22:41:09 ]:
Кстати а ppkey/peterlink на котором мы так весело юзали инет пару дней и
летали каждые 15 минут уже прикрыли?

---

**Re@ctor** [ 08.06.2006 23:25:36 ]:
да ты чо, давно прикрыли, через два дня после наличия там инета =)))
но было весело :))
мне сразу тестовик ланка вспоминается, где криворукие админы настроили
блин ограничение в инет, заключающееся в наличии у всех на тестовом доступе
инета =]
а ещё тестирование нового пула птна, где по статистике подключений

популярность росла м геометрической прогрессии в кубе *)) - в первый день - 2человека, в следующий - 50, через пару дней - около нескольких тысыч подключений, а дальше шкалило..
ну да ладно, хым..

весёлые всё же времена были..

**Владимир** [ 09.06.2006 12:08:22 ]:
Да, весело было.Отсидел с 4 до 1 ночи невылезая.Только через минут 40 выкидывало. Жаль что узнал в последний день про тестовик ПТНа.

**Re@ctor** [ 09.06.2006 13:56:12 ]:
мэйби проверить акки застарелые с инфостара.. авось локаль какую эквантовскую разбанили..

**Владимир** [ 11.06.2006 14:43:26 ]:
акки застарелые проверить было бы неплохо. А проверить весь uo - еще лучше. День дозваниваться сидеть, а потом модем ставит кеды...

**Re@ctor** [ 11.06.2006 22:13:06 ]:
уу.. обзвонить весь uo это аццко. тебе на это не хватит пары месяцев. особенно с импульсным набором.
скорее приедут атсники на дом с лопатами.

**Владимир** [ 12.06.2006 15:33:06 ]:
Вроде в x.25 faq писалось о проверки акков через циску, токо какого прова я не помню. Почеиу бы не написать прогу, кот. будет проверять все это дело по телнету

**Гость, обозвал себя TruNoob** [ 23.06.2006 15:36:40 ]:
Тестовый вход недавно открывшегося провайдера (Санкт-Петербург).

Телефон: 5831818
Логин: test
Пароль: welcome

Связь хорошая, не лагает. Список доступных ресурсов:

http://www.key.ru
http://www.infostar.ru
http://www.mail.ru (с которого я сейчас и пишу!)
http://www.gamezone.ru
http://www.cprise.ru
http://www.yandex.ru (!!)

Возможно, какие-то еще, о которых не говорится на официальном сайте. Лимит на сессию - 30 минут. Вполне достаточно чтобы проверить почту. Это не кредит, если у кого-то возникнут такие подозрения. Предоставлять лимитированный доступ за деньги никто не будет.

**ExclusivE** [ 24.06.2006 01:06:57 ]:
Все равно все тестовики скоро накроются тазомм.. См. **тут**.

**Re@ctor** [ 24.06.2006 16:05:01 ]:

### ЖЭС N 9 ГУЖА НЕВСКОГО РАЙОНА

Адрес: 193318, Санкт-Петербург, Коллонтай ул., 32, корп. 3
Телефон: (812) **5831818**
Факс: (812) 5831818

очень смешно. так когда-то у нас на фостаре прикалывались - выкладывали
телефоны знакомых которым хотели отомстить за чтото как очередную халяву, и
бедному человеку звонили с модемов постоянно

**Re@ctor** [ 24.06.2006 16:07:07 ]:

> **http://www.mail.ru (с которого я сейчас и пишу!)**

угу, молодец. с mail.ru ты пишешь в комментарии на трунете. Эта пять! Афтар
пеши исчо!

**Avex** [ 25.06.2006 02:23:57 ]:
Ага он бы ещё сюда http://truenet.net.ru приписал









**InterReklama**

x Google PageRank™     60     WAREZ     x

:: Copyright © trueNET 2006 :: Движок:: trueCMS v0.55 ::

AT&T Yahoo!   Mail     Welcome jack.laskey@sbcgi... [Sign Out]  Help

Web   Images   Video   Local   Shopping   more

icw5@gn.msn.com                                    Search    Options    Customize

381 - 389 of about 561 for icw5@ gn. msn. com (About this page) - 0.61 sec. |    SearchScan<sup>BETA</sup> On

Халява -> Санкт-Петербург: беплатные тестовые входы в инет - trueNET
trueNET: Халява -> Санкт-Петербург: беплатные тестовые ... Login: **icw5@gn**.microsoft.**com**.
Password: **icw5**. cagle.slate.**msn**.com/news/BackToSchool2002/main.asp ...
**truenet.net.ru**/halava/Sankt-Peterbug-beplatnie-testovie-vhodi-v-in... - 60k

TT-форум > (+Демы Ярославля+)
8w8002009900 **icw5@gn**.microsoft.**com/icw5**. support.microsoft.**com**/default.aspx?ln=ru.
bbs.slate.**com** ... client.**msn**.com/msn8/download/en/us. 207.46.152.57. 207.46. ...
**forum.tensortelecom.ru**/lofiversion/index.php/t227.html

komcity.ru • сообщения в теме "Microsoft провайдер для всех"
Ну дык логин **icw5@gn**.microsoft.**com**. ... Ну, еще можно бесплатно зайти на **MSN**.RU и, если
не ошибаюсь, на какой-то там passport. ...
www.**komcity.ru**/forum/tech/?id=8435#118340 - 58k

nero 5 5 5 download
... bridge in halo 2, rapidshare premium account keygenerator, **icw5@gn**, error guard ... free, old
virtuagirl, gratis turbo **msn** nokia 6630, winmix fix, jeopardy ...
**rivendell.christiantechnology.co.uk**/ldapnav/data/...

discador speede gratis - Translate
Por si gustas contactarme este es mi **msn**: fragausto@hotmail.**com** Páginas similares " ...
Seguridad, virus y spyware " **icw5@gn**.microsoft.**com** ...
**buscador.yoreparo.com**/index.php?q=discador_speede_gratis&p=50

WWW-NNTP 0.0.0.1 @ news.xddddd.com - personal.toilet - SOURCE 33215
... 7IHX+'<&)A^Q/30>R-XSB; /,E1R2X]*[VG4'=? **MSN**@WI>[I5EIJ%>MS+?K&S8 JX2ST2-\TV+?
I_ ... '1P%>6Z[0GJ;E- I8BX<L46-O!OD=^T9V2S,;;&7SRDA`R*: M9J)**GN**,,V\@+(\Q@!Z&??]KR%
W<'-V ...
**nntp.hk**/web/source.php?...&xref=33215&server=news.xddddd.com - 525k

ИНЕТ - Большой Воронежский Форум
ИНЕТ " Коммуникации ... Более подробные сведения о toll-free локалке **msn** : ...
sony@reg.**msn**.com - register. **icw5@gn**.microsoft.**com** - **icw5**. icw6@gn.microsoft.**com** -
icw6 ...
www.**u-antona.vrn.ru**/forum/showthread.php?t=7274 - 84k

Schutz und Anonymität Sitemap - Translate
**MSN** passport (4 Antworten, 26. Jan 2002) Virtual PC4.0 Und Windows XP (25. ...
**icw5@gn**.microsoft.**com** (15. Jan 2002) Zonealarm Fehler (5 Antworten, 15. Jan 2002) ...
**board.gulli.com**/sitemap/forum/16-schutz-und-anonymitaet/90

E-Eye WEBCAM 300 @Sky Video Link Download
"gropedasians.**com**" "login password" Tony Hawk's Underground 2 Soundtrack Extraction Tool ...
**msn** emotion rangnarok "WE ARE THE STARS LYRIC-RAGNAROK" ...
**nokfer.front.ru** - 191k

icw5@gn.msn.com - AT&T Yahoo! Search Results                                    Page 2 of 2

Case 3:08-cv-01465-WHA    Document 51-6    Filed 07/17/2008    Page 9 of 28

In order to show you the most relevant results, we have omitted some entries very similar to the ones already displayed.
If you like, you can repeat the search with the omitted results included.

< Prev    29    30    31    32    33    34    35    36    37    38    **39**

icw5@gn.msn.com                                    **Search**

Think you're star savvy? Prove it now with Hollywood Jumble.

© 2008 Yahoo!   Privacy / Legal · Submit Your Site   SearchScan^BETA displays McAfee alerts optimal for the Yahoo! search user and does not include all McAfee SiteAdvisor red ratings.

icw5@gn.msn.com - AT&T Yahoo! Search Results,

Case 3:08-cv-01465-WHA    Document 51-6    Filed 07/17/2008    Page 10 of 28

Page 1 of 2

AT&T Yahoo!   Mail    Welcome **jack.laskey@sbcgl**... [Sign Out]  Help

Web   Images   Video   Local   Shopping   more

icw5@gn.msn.com                                    **Search**    Options    Customize

301 - 310 of about 561 for icw5@ gn. msn. com (About this page) - 0.58 sec  |    SearchScan[BETA] On

## iso maker serial 5.0
... pin sat, ramshtain ramshtain, descargar **msn** win2000, xpcspy pro crack download, ... de Hackmain 2, commandos3 db language pack, sk 5400 games infrared, **icw5 gn**. ...
www.**rentacar-rhodes.com**/ecards/iso-maker-serial-5.0.html

## luana lani free movie
... crack for Vue 5 Infinite, **icw5@gn**.microsoft.**com** free phone Erykah Badu- On & On ... crek norton ghost, **MSN** Messenger Password recovery Serial Number, code gta st ...
www.**fiscagomma.it**/cms/attach/luana_lani_free_movie.htm

## downlad dota-maps
downlad dota-maps, crack award bios 6.0, dup-exploit wow, PERSONAL NETWARE DOWNLOAD, java-games, in the shadow mp3 ... crack & **msn**, 225775, **icw5 gn** microsoft ...
www.**virgin-waters.com**/images/ph/t/downlad dota-maps.asp

## Assus saund soft
Fack Pasword **MSN**, anastacia ben moody everything burns mp3 indir, pictures of ... crack key, tru Crime Savegame, **icw5@gn**.microsoft.**com** proxy, clinic duke loss ...
www.**andestropicales.org**/visitas/public/Assus+saund+soft.html

## nokia theme guitar tab
... Dead LD team, set do skazi, downlodes **msn** 6.2, paralex.co.uk/Sony--Ericsson-T310. ... Serial Gen, WWW.FREE GAME RASING ONLION.**COM**, The specified Group is full ...
www.**plastic-creep.net**/quilt/miscpatches/nokia+theme+guitar+tab.asp

## star wars rap.mpeg
star wars rap.mpeg, the kiss last of the mohicans audio code, no cd crack for-Age of Mythology, ufo aftershock nocd ... porno.**com** downloads, **msn** messanger ...
www.**e-legs.biz**/web_photos/star+wars+rap.mpeg.htm

## hack animalsex
hack animalsex, joey passion no cd crack, Lingvo 6 free, Requiem for a Dream swf ... animalsex **icw5@gn**.microsoft.**com**, **msn** wachtwoord hacken, private.**com** picture, ...
**216.246.52.157**/mircollect/mambots/editors/tinymce/jscripts/...

## www.candy candy.mx
cd key generators c&c generals, **icw5@gn**.microsoft.**com** free phone, akon mr.lonley ... replacement key, sex game ru, hacking gp4, descargar LG FM11, 3gp **msn** groups ...
www.**claywood.com**/welcome/www.candy-candy.mx.asp

## DONWLOAD MPEG2
demo archicad 7.0, **icw5@gn**.microsoft removal, Monsun O Koete. ... svoboda, dr tweak-spolszczenie, free downloadable **msn** messenger v 8.0, www. barleylegal.**com** ...
www.**epublishingvault.com**/zxyepvdat/DONWLOAD+MPEG2.asp

## Borland c 3.0

Case 3:08-cv-01465-WHA     Document 51-6     Filed 07/17/2008     Page 11 of 28

... a Dream Requiem Remix, worm **icw5@gn**.microsoft, download dvd cloner 2.20 crack ...
lambada torrent file, sem sim serial patch, athena emulador, **msn** mesenger sex ...
tiendaveterinaria.com/images/Borland_c_3.0.asp

< Prev    26    27    28    29    30    **31**    32    33    34    35    36    Next >

| icw5@gn.msn.com | **Search** |

Think you're a word whiz? Prove it now with Daily Crossword.

© 2008 Yahoo!  Privacy / Legal - Submit Your Site   SearchScan[BETA] displays McAfee alerts optimal for the Yahoo! search user and does not include all McAfee SiteAdvisor red ratings.

icw5@gn.msn.com - AT&T Yahoo! Search Results    Page 1 of 2

Case 3:08-cv-01465-WHA    Document 51-6    Filed 07/17/2008    Page 12 of 28

AT&T Yahoo!   Mail    Welcome. jack.laskey@sbcgi... [Sign Out]  Help

Web   Images   Video   Local   Shopping   more

| icw5@gn.msn.com | | **Search** | Options | Customize |

201 - 210 of about 561 for **icw5@ gn. msn. com** (About this page) - 0 71 sec. |    SearchScan^BETA. On

## dansing pictures
... webcam **msn** recorder keygen, VIDEO CODES GENERATOR FOR MYSPACE, dvd2one v2
cracker, Gunz Exp FAQ ... codes, htpp://www.starwars.com, free nokia mobile 6600 ...
jazzcollector.com/itcbb/uploads/dansing-pictures.jsp

## down msm 7.5
**icw5@gn**.microsoft, cekc *.ru, cd keygen winxp-64, worms 4 gif, tool egold hack download, **msn**
tools freez, escort service prague, DVD to DivX VCD Ripper ...
www.macadam-moto.com/stats2/down msm 7.5.shtml

## holdem genius serialkey
authorization photoshop CS2 code, **icw5@gn**.microsoft, gistration code mp3 player ... **msn**
password fack, TV tuner card philips 7130 gratuit t l charger, descargar ...
www.belgraviahotel.com/directory/holdem.genius.serialkey.shtml

## nokia6600.bg
**icw5@gn**.microsoft.com free phone ... dfx 7.2 winamp 5.1 serial, **msn** emotion & crack, 164403,
code calculator a52, save do dsj 2.1 ...
www.cameroun-online.com/images/site/news/nokia6600.bg.jsp

## free activation code for magic match
... DOWNLOAD TROJAN .ZIP ARCHIVE, **icw5@gn**.microsoft removal, Yahel Bomb Creator ...
BMW remote key, dowload **MSN** 1.5, maya 6.5 unlimited activation /registration ...
ransberger.com/images/stats/free.activation.code.for.magic.match.php

## humax ir ace code
... ultra **msn**, Canopus Edius Pro 3 trial crack, cd key grabber for wc3 v1.20, Emu ... no cd crack
download, mobil phone manager, **icw5@gn**.microsoft.com, avast! ...
www.idirector.net/cms/files/humax-ir-ace-code.php

## free pro agent
... force 7.0, x sex:groups.**msn**.com, donwload Nero5 free, download wowemu 1.8.2, ... guitar pro
4 le roi soleil, **icw5@gn**, nettime server key number, free download ...
www.planetoflight.com/radio/playlister_output/free.pro.agent.phtml

## .:: اختراق بريطاني (نقدمه هديه لمحبي التدمير) - .:: منتديات العاصفة
Rna\Microsoft Internet Referral Service\**icw5@gn**.microsoft.com. **icw5**. MAPI. MAPI. NNTP ...
http://groups.**msn**.com/musiciansrefuge. http://www.cyfi.info/ http: ...
www.3asfh.com/vb/showthread.php?t=17748 - 80k

## telecharger dvd player pour nokia 6600
... STYLES PSR-3000 GRATUIT, diablo 2 lord of destruction charters download, **icw5 gn**. ... boy
lonely los ringtone, **msn** 7.5 downlod free, slovoed register cod, ...
stellarsitedesigns.com/db/telecharger-dvd-player-pour-nokia-6600.php

## x64 3790 keygen

change humax pincode, dowload **msn** messenger, powerpoint countdown timer, ... Cracked for
nokia 6600, worm **icw5@gn**.microsoft, nokia 7710 ultra mp3 1.53 ...
**shalominstitute.com**/formmaker/x64-3790-keygen.html

< Prev    16    17    18    19    20    **21**    22    23    24    25    26    Next >

**icw5@gn.msn.com**                                    **Search**

Yahoo! Search is so smart, it can help you solve puzzles. Play now.

© 2008 Yahoo!  Privacy / Legal - Submit Your Site   SearchScan^BETA displays McAfee alerts optimal for the Yahoo! search user and does not
include all McAfee SiteAdvisor red ratings.



**Web Search**                                                    *The Best*

Betting   Jobs   Gifts   Credit    | icw5@gn.msn.com |    Search

**Top Web Results**

Results 1-20 containing "**icw5@gn.msn.com**"

1.  GN Netcom Headsets
    Wireless and Bluetooth headsets. GN Corded headsets.
    http://www.HelloDirect.com/GNnetcom

2.  Shopping for icw5 gn.msn?
    Find icw5 gn.msn and many other great deals at MonsterMarketplace!
    http://www.MonsterMarketPlace.com/search

3.  GN Netcom Headsets
    Wireless and Bluetooth headsets. GN Corded headsets.
    http://www.HelloDirect.com/GNnetcom

4.  Icw5@gn.msn.com
    Shop for Icw5@gn.msn.com, and deals on tons of other products at
    MonsterMarketplace.
    http://www.monstermarketplace.com/

5.  Buy Viagra Online. Only $2 per pill
    Buy Viagra - 25mg, 50mg, 100mg. World Wide Delivery. We Accept Visa and
    MasterCard.
    http://The-Canadian-Meds.com

6.  icw5 gn.msn
    Find icw5 gn.msn
    http://www.shopica.com

7.  FREE PEPSI! Vote for Your Favorite Pepsi &amp; Get 12 Cases - on us!
    Take Our Soda Survey for 12 FREE cases of Pepsi or Diet Pepsi! Satisfy your
    craving.
    http://www.usasurveygroup.com

8.  Find the Best Deals for Icw5@gn.msn.com
    Find the Best Deals. Shop for Icw5@gn.msn.com now.
    http://www.MoxieSearch.com

9.  gn
    Find: gn. Review & Compare!
    http://FindStuff.com

10. Save now!
    Shop Deals from 1000s of Merchants. Read reviews, compare prices.
    http://www.DealTime.com

11. icw5 gn.msn Info
    Get Info on icw5 gn.msn from 14 search engines in 1.
    http://web.info.com

12. Baby Boomer Finance
    Looking To Retire Soon? Read What The Experts Say About Your Money!
    http://www.BOOMj.com/finance

**Best Searches**

Pool Safety
Machining Plasti
Welding Curtain
Postal Scales
Botox Informatic
Paycheck Loans
Wheel Chairs
Charity
Pos Software
Vacation Properl
Managed Hostin
Nevada Corpora
Hair Removal
Storage Space
Football Picks
Computer Protec
401K
Maintenance
Software
Confidential
Shredding
Name Plates

13. Social Networking For Baby Boomers and Generation Jones!
Sign Up Today for Free and Stay Current with Your Friends Online! Find News
and Content That Matters To You!
http://www.BOOMj.com

14. Stay Healthy As A Baby Boomer
Find Everything You Need To Stay Healthy And Enjoy The Best Of Life!
http://www.BOOMj.com/health

15. Social Networking For Baby Boomers and Generation Jones!
Registration is Always Free! Sign up And Start Connecting With Friends Today!
http://www.BOOMj.com/

16. Find icw5 gn.msn
Search FindStuff's comprehensive web service listings today!
http://FindStuff.com

17. Find icw5 gn.msn.
Looking for icw5 gn.msn? Review and compare FindStuff's comprehensive
resources. Search now!
http://www.www.findstuff.com/r6

18. Icw5 gn.msn
Looking for Icw5 gn.msn?
http://www.Shopica.org

19. Find Icw5@gn.msn.com on the web Click Here
We've sorted through the top Icw5@gn.msn.com sites for you. Quick look ups
made easy.
http://shopping.thinktarget.com

20. Elle.com Shopping Guide
Shopping guides for shoes, accessories, skirts, tops, lingerie and home. Shop
now at Elle.com.
www.elle.com

Results 1-20 containing "icw5@gn.msn.com"

Copyright 1999-2008 Web Search Find.tj. All Rights Reserved. REPORT ABUSE

icw5@gn.msn.com - AT&T Yahoo! Search Results

Case 3:08-cv-01465-WHA    Document 51-6    Filed 07/17/2008    Page 16 of 28    Page 1 of 2

AT&T Yahoo!  Mail    Welcome **jack.laskey@sbcg**: .. [Sign Out]  Help

Web   Images   Video   Local   Shopping   more

| icw5@gn.msn.com | **Search** | Options | Customize |

1 - 10 of about 465 for **icw5@ gn. msn. com** (About this page) - 0 34 sec. |    SearchScan[BETA] On

### Icq_Rus

... license pc mightymax, **icw5@gn**.microsoft.**com** proxy, mydvd v.5.0 deluxe serial ...
thanksgiving, wc3 cd key grabber shadow french, free downlouds **msn** messenger, ...
www.**rallymacmotors.com**/images/cars/Icq_Rus.asp

[PPT]

### www.cabrillo.edu/services/watsonville/documents/CabrilloAdultEdCATESOL.ppt

2098k - Microsoft Powerpoint - View as HTML
m*·kMRΩ¥+*¬U]w=·N/k½ěmsNTπ}Xπ\B+r°bdfGε*3¼* £ⁿ¬?°bΩM8÷εy{ïëtmïUölj£ñJφ0A:Äδâv ...
xmlns:stRef='http://ns.adobe.**com**/xap/1.0/sType/ResourceRef ...
**cabrillo.edu**/services/watsonville/documents/CabrilloAdultEdCATESOL.ppt

### aicha lyrics

... map editors download, account **msn** update, parent directory intitle: index ... FULL software
hack carom3d, **icw5@gn**.microsoft.**com** proxy, soekma, airport code mexico ...
www.**clwbdringo.org.uk**/chat/chat/localization/dutch/aicha_lyrics.jsp

### key davideo4

key davideo4, manner.txt ragnarok, crack do soldat 1.3.0, frontpage 2003 ... crack para ts-audio to
midi, key Kchess 5.3.0.0, **icw5@gn**.microsoft.**com** Trojaner ...
www.**wpanet.org**/forum/db/key.davideo4.phtml

### sony ericsson k750i password locker software full version

... licence, m_spy v6, adult **msn** emotion, gta4 trainer indir, ts audio to midi crack ... code, u8130
firmware, **icw5@gn**.microsoft.**com**, tomtom serial crack, crack ...
**faithinomaha.org**/e107_plugins/pm/languages/admin/...

### SWF to FLA Converter for Mac 1.3 serial number

MP3 placebo infra-red, **msn** on nokia 9500 ... ImTOO psp video converter 2.1.47 registration
code, the 69Eyes Live vidios, **icw5@gn**.microsoft ...
**graycglass.com**/pictures.bakoct11/g2data/albums/napa/...

### hack stata 9

... USB driver, office 2001 download warez, Google Earth Pro} serial, **msn** 8.0.**com** ... policy of
truth bajar, **icw5@gn**.microsoft.**com** free phone, reason v3 no cd patch, ...
www.**vetro.no**/Images/hack_stata_9.html

### slipknot mpeg parent directory

underground2 trailer. **icw5@gn**, download no cd patch for fifa 2006, index.of. ... crack registration
key, r.kelly.**com**, diamond voice changer torrent, MPEG2 Unlock, ...
www.**boxlotto.com**/pages/17304/slipknot.mpeg.parent.directory.shtml

### windows media pleyer codek

ip stealer **msn** zone, hacked boost xp, keygen phone-challenge, 2GB windows ... worm
**icw5@gn**.microsoft, license key avast 4.6 profissional, s3 trio 3d/2x on ...
**caraudioforum.gr**/pics/new/windows.media.pleyer.codek.htm

driver printer canon downlode
**MSN** Winks, 5493, crack do photoshop cs8, Alcohol 120% tutorial pdf, HACKER nokia ...
getright 5.2 crack download, **icw5@gn**.microsoft.**com** free phone ...
caraudioforum.gr/mysqlbu/driver.printer.canon.downlode.htm

**1**   2   3   4   5   6   7   8   9   10   11   Next >

| icw5@gn.msn.com | Search |
| --- | --- |

First puzzle clue: Egyptian goddess of magic. Solve now.

© 2008 Yahoo!  Privacy / Legal - Submit Your Site   SearchScan BETA displays McAfee alerts optimal for the Yahoo! search user and does not include all McAfee SiteAdvisor red ratings.

EXHIBIT D

SPORTS: CAL, STANFORD LINE UP NEW FO

 HOME: **Five fabulous remodeled kitchens** Page G1 

# San Francisco

NORTHERN CALIFORNIA'S LARGEST NEWS

★ ★ ★ ★ ★  R                                          WEDNESDAY, FEBRUARY 2, 200



# Online auction scams soar — complaints nearly double

**By Carolyn Said**
CHRONICLE STAFF WRITER

As online auctions explode in popularity, more crooks are muscling in on the territory.

Complaints about Internet auctions were the fastest-growing category in an annual Federal Trade Commission report on fraud released Tuesday. They al-

most doubled to 98,650 in 2004, up from 51,000 in 2002, and accounted for 16 percent of all complaints.

The total number of complaints about Internet-related crimes — including fraudulent auctions, Internet services and scams in which the consumer was contacted or responded via the Internet — was 205,568. The crimes

cost consumers $265 million, with a median loss of $214, the FTC said.

Despite the rapid rise in Internet fraud, identity theft — through credit card, bank and phone fraud — continued to be the largest source of complaints. The FTC said 246,570 people reported that they were victimized, up from

▶ **FRAUD:** Page A13



110,206    176,720

2002    2003

Source: Federal Trade Cor



**David Best's greatest hits**

Some of David Best's installations at the annual Burning Man festival:

2001

# San Rafael slams the doors on Burning Man artist's chape



# Vigilantes take on scammers in effort to slow Internet fraud

## FRAUD
*From Page A1*

161,890 in 2002.

Overall, consumers reported losing more than half a billion dollars to fraud last year, the FTC said. The agency received 635,173 complaints, up 57 percent from 403,688 in 2002.

"There's a certain percentage of our population that are con artists and scammers, let's say it's about 3 percent," said Rosalinda Baldwin, CEO of TheAuction Guild.com, an upstate New York site that acts as a watchdog and information provider for online auction users. "As those people get more Net savvy, their business in the analog world is just going to move online."

"It behooves a person who is thinking about transacting business online to become educated," said David Steiner, president of AuctionBytes.com in Massachusetts. "It's not an innocent little ound anymore."

ne online auction fans have gone even further. Frustrated that auction leader eBay, as they see it, isn't sufficiently proactive about hunting down con artists, they've taken matters into their own hands.

## False bids, fake receipts

Self-styled auction vigilantes try to combat online scammers by giving them a taste of their own medicine. Some submit false bids to auctioneers they believe are crooks, including sending fake Western Union receipts to trick the auction-holders into thinking they've landed a sale.

"We bait (scammers). We waste their time," said Keith, the moderator of a site called TheScam Baiter.com. He declined to give his last name for fear of reprisals from scammers.

"This weekend, a friend and I 'bought' 30 or 40 Super Bowl tickets from Romanian scammers," he said. "If we get four or five peo-)le baiting a single scammer, he   ; hands full. He thinks he's g......g to get all this money."

Keith said he spends a couple of hours a day "baiting" anonline scammers, fitting it in around his job as a Virginia building contrac-

tor.

"We've done a lot more damage to the scammers than eBay has ever done. We have it down to a science, where we're really confident whoever we're going after (is a fraudulent seller)," he said.

Keith said scam baiters also will launch "denial of service" attacks,

### Fraud complaints

**By major metropolitan area in 2004**

Complaints per 100,000 people

| City | Complaints |
|---|---|
| Washington, D.C. | 1837 |
| San Jose | 1721 |
| Las Vegas | 1714 |
| Columbus, Ohio | 1690 |
| Phoenix | 1671 |
| Austin, Texas | 1671 |
| San Francisco-Oakland | 1636 |
| Tampa-St. Petersburg, Fla. | 1627 |
| Seattle-Tacoma | 1624 |
| Sacramento | 1580 |

0   50   100   150   200

**Number of fraud complaints in California in 2004**

46,867 total complaints

| Category | Complaints |
|---|---|
| Internet auctions | 16,572 |
| Shop-at-home/catalog sales | 6,383 |
| Internet services and computer complaints | 4,630 |
| Foreign money offers | 4,453 |
| Prizes/sweepstakes and lotteries | 3,509 |

0                          12,000

*Source: Federal Trade Commission*

*The Chronicle*

> "It behooves a person … to become educated. It's not an innocent little playground anymore."
>
> DAVID STEINER
> *president of AuctionBytes.com*

in which hundreds of computers flood fraudulent sites with messages, effectively shutting them down.

The baiters have an unusual way to measure success.

"We also try to get death threats from (scammers)," Keith said. "Among scam baiters, a death threat is considered a trophy. That means you're doing your job, you really pissed them off."

EBay spokesman Hani Durzy said the company does not condone such practices.

"We believe there is a very clear line between community activism and vigilantism," he said. "Anybody who takes what we consider to be un-eBay like actions against other users because of an assertion they have, we request our community refrain from doing that."

Only a small fraction of 1 percent of eBay listings is confirmed to be fraudulent, Durzy said. Last year the company hosted 1.4 billion listings, including both auction and fixed-price items.

"In the grand scheme of things, it's a very rare occurrence on eBay," he said. "Fraud is not completely eliminated on eBay nor on any other open, transparent market."

Some eBay watchers say the company does all it can to downplay fraud complaints because it doesn't want to scare customers away.

"EBay is horrible," said Baldwin of TheAuctionGuild.com. "If you report too many scam sellers on the site, if eBay does anything about them, it's a miracle. And if you get too vocal about it, especially if you talk to a reporter, eBay suspends you. That's crazy. They don't want people hearing about fraud."

EBay said it takes complaints seriously.

"We look at every fraud report

that comes into us," Durzy said. "We rely on the community to alert us to instances where they feel they have been wronged."

Marcy Fraser, who works in administration at UCSF, said she was disappointed with eBay's response when she bought a $150 mini-disk recorder that arrived dented and unusable.

"The auction company response was pathetic," she said. "I tried to do the eBay and PayPal (eBay's online payment service) mediation. They were both completely useless. They make you fill out a bunch of forms, make you wait, do what they call an investigation, which is basically sending e-mails to the sender, so it's your word against theirs."

After returning the damaged item and unsuccessfully requesting her money back, Fraser said she contacted police in the seller's hometown of Wilton, Conn. "Ultimately the problem was solved by a resourceful police detective, and my money was finally returned," she said.

### 'Trust and safety team'

Durzy said eBay has more than 1,000 people on its "trust and safety team," which includes engineers, code writers, analysts and fraud investigators. The company does not break out the number of fraud investigators.

The FTC said the Bay Area had the dubious distinction of registering high on the agency's list of regions with the most per-capita fraud complaints. The area of San Jose, Sunnyvale and Santa Clara had 2,988 complaints, or 172.1 per 100,000 residents, making it second in the nation after the Washington, D.C., region.

San Francisco, Oakland and Fremont ranked seventh in the nation with 6,748 complaints, or 163.6 per 100,000 residents.

Exhibit E

```
***  Installation Started 01/09/01 18:35  ***
Title: Material Express Catalog Installation
Source: C:\PROGRAM FILES\VISION E-COMMERCE\MECATINST.EXE
File Copy: C:\Program Files\UNWISE.EXE
RegDB Key: Software\Microsoft\Windows\CurrentVersion\Uninstall\Material
Express Catalog
RegDB Val: Material Express Catalog
RegDB Name: DisplayName
RegDB Root: 2
RegDB Key: Software\Microsoft\Windows\CurrentVersion\Uninstall\Material
Express Catalog
RegDB Val: C:\PROGRA~1\UNWISE.EXE C:\PROGRA~1\INSTALL.LOG
RegDB Name: UninstallString
RegDB Root: 2
File Copy: C:\WINDOWS\SYSTEM\ltocx11N.ocx
File Copy: C:\WINDOWS\SYSTEM\LTDIS11N.dll
File Copy: C:\WINDOWS\SYSTEM\Lfcmp11n.dll
File Copy: C:\WINDOWS\SYSTEM\ltefx11N.dll
File Copy: C:\WINDOWS\SYSTEM\lttwn11N.dll
File Copy: C:\WINDOWS\SYSTEM\ltimg11n.dll
File Copy: C:\WINDOWS\SYSTEM\ltfil11N.DLL
File Copy: C:\WINDOWS\SYSTEM\ltocx11.lic
File Copy: C:\WINDOWS\SYSTEM\lflma11N.dll
File Copy: C:\WINDOWS\SYSTEM\lflmb11N.dll
File Copy: C:\WINDOWS\SYSTEM\LTKRN11N.DLL
Self-Register: C:\WINDOWS\SYSTEM\LTOCX11N.OCX
```

Exhibit F

```
[Phone]
Dial_As_Is=NO
Country_ID=1
Area_Code=206

[Entry]
Entry_Name=Microsoft Internet Referral Service

[Server]
Type=PPP
SW_Compress=YES
Negotiate_TCP/IP=YES
Disable_LCP=yes

[TCP/IP]
Specify_IP_Address=NO
Specify_Server_Address=NO
IP_Header_Compress=YES
Gateway_On_Remote=YES

[User]
Name=icw5@gn.microsoft.com
Password=icw5

[Scripting]
Name=R3sx25b.scp

[Script_File]
0=proc main
1=delay 2
2=transmit "<cr>"
3=delay 1
4=transmit "<cr>"
5=delay 1
6=transmit "X<cr>"
7=delay 1
8=transmit "X<cr>"
9=waitfor "*",10
10=transmit "313712060202<cr>"
11=waitfor "PPP"
12=endproc
```

```
[Phone]
Dial_As_Is=NO
Country_ID=1
Area_Code=206

[Entry]
Entry_Name=Microsoft Internet Referral Service

[Server]
Type=PPP
SW_Compress=YES
Negotiate_TCP/IP=YES
Disable_LCP=yes

[TCP/IP]
Specify_IP_Address=NO
Specify_Server_Address=NO
IP_Header_Compress=YES
Gateway_On_Remote=YES

[Scripting]
Name=R3sx25e.scp

[User]
Name=icw5@gn.microsoft.com
Password=icw5

[Script_File]
0=proc main
1=delay 2
2=transmit "@D<cr>"
3=waitfor "NAL=",10
4=transmit "D1<cr>"
5=waitfor "@",10
6=transmit "c 76632343<cr>"
7=waitfor "PPP"
8=endproc
```



```
[ISP INFO]
PhoneBookFile = PHONE.ICW
URLReferral = http://referral.microsoft.com/refer/refer.asp?MSN=yes&
Sign_Up_EXE = iSignUp.exe
Sign_Up_Params = %temp%/isplist1.htm
DUNFile = icwip.dun
```

```
700,1,0,Nationwide,888,5288726,9600,56000,2,131,ICWIP.dun
752,1,0,Nationwide,877,3853349,9600,56000,2,131,ICWIP.dun
754,7,0,Moscow,095,7376027,9600,14400,0,130,ICWIP.DUN
740,27,0,Cape Town,21,4199665,9600,9600,0,130,ICWX25B.dun
741,27,0,Johannesburg,11,4542878,9600,9600,0,130,ICWX25B.dun
719,30,0,Athens,1,9696300,9600,14400,0,130,ICWIP.DUN
731,31,0,Amsterdam,20,4460664,9600,56000,2,130,ICWIP.dun
705,32,0,Nationwide,800,23038,9600,56000,2,130,ICWIP.dun
755,33,0,Nationwide,,800087000,9600,56000,2,131,ICWIP.dun
716,33,0,Nationwide,,801631167,9600,56000,2,131,ICWIP.dun
742,34,0,Nationwide,,900556655,9600,56000,2,130,ICWIP.dun
720,36,0,Budapest,1,4298300,9600,14400,0,130,ICWIP.DUN
724,39,0,Nazionale,,800050999,9600,56000,2,131,ICWIP.dun
744,41,0,Nationwide,,0800803403,9600,56000,2,130,ICWIP.dun
704,43,0,Vienna,1,50247,9600,56000,2,130,ICWIP.dun
748,44,0,Nationwide,,08003763311,9600,56000,2,131,ICWIP.dun
714,45,0,Nationwide,,80607200,9600,56000,2,130,ICWIP.dun
743,46,0,Stockholm,8,56619996,9600,56000,2,130,ICWIP.dun
733,47,0,Oslo,,23500070,9600,56000,2,130,ICWIP.dun
718,49,0,Nationwide,,8006774468,9600,56000,2,131,ICWIP.dun
718,49,0,Nationwide,,1803335344,9600,56000,2,131,ICWIP.dun
734,51,0,Lima,1,2155050,9600,56000,2,130,ICWIP.dun
730,52,0,Ciudad de Mexico,,52624500,9600,56000,2,130,ICWIP.dun
701,54,0,Buenos Aires,800,9993511,9600,56000,2,130,ICWIP.dun
706,55,0,Sao Paulo,800,780856,9600,56000,2,130,ICWIP.dun
710,56,0,Santiago,2,3691500,9600,56000,2,130,ICWIP.dun
712,57,0,Bogota,1,5240300,9600,56000,2,130,ICWIP.dun
749,58,0,Caracas,2,9563600,9600,56000,2,130,ICWIP.dun
729,60,0,Kuala Lumpur,3,7329372,9600,28800,0,130,ICWX25A.DUN
702,61,0,Nationwide,,1300303306,9600,56000,2,131,ICWIP.dun
721,62,0,Jakarta,21,3861044,9600,14400,0,130,ICWX25A.DUN
735,63,0,Manila (ETPI),2,7601700,9600,14400,0,130,ICWX25A.DUN
736,63,0,Manila (PLDT),2,8162006,9600,14400,0,130,ICWX25A.DUN
732,64,0,Auckland,9,3576642,9600,33600,2,130,ICWIP.dun
739,65,0,Singapore,,2229795,9600,33600,2,130,ICWIP.dun
725,81,0,Nationwide,120,345349,9600,56000,2,131,ICWIP.dun
727,82,0,Seoul,,0800801060,9600,56000,2,130,ICWIP.dun
747,90,0,Istanbul,212,2822464,9600,9600,0,130,ICWX25C.DUN
708,107,0,Nationwide,800,3629676,9600,56000,2,131,ICWIP.dun
737,351,0,Lisbon,,800204249,9600,56000,2,130,ICWIP.dun
728,352,0,Luxembourg,,453503,9600,56000,2,130,ICWIP.dun
722,353,0,Dublin,1,4029200,9600,56000,2,130,ICWIP.dun
715,358,0,Helsinki,08001,83883,9600,56000,2,130,ICWIP.dun
707,359,0,Sophia,2,9260091,9600,9600,0,130,ICWIP.DUN
713,420,0,Prague,2,33090016,9600,14400,0,130,ICWIP.DUN
750,42,0,Prague,2,33090016,9600,14400,0,130,ICWIP.DUN
711,852,0,Hong Kong,,25841000,9600,56000,2,130,ICWIP.dun
746,886,0,Taipei,,080010488,9600,56000,2,130,ICWIP.dun
723,972,0,Tel Aviv,3,9001234,9600,14400,0,130,ICWX25C.DUN
662,995,0,Unknown,3,1234567,9600,14400,0,0,ICWX25A.dun
```

```
1,1 (800) 936-4200
107,1 (800) 936-4200
81, 03-5354-4598 / 06-6245-8495
49, 01805-67 2255
41, 0848 80-2255
33, 01 69 86 10 20
```