WARREN J. RHEAUME (admitted *pro hac vice*)
HELLER EHRMAN LLP
701 Fifth Avenue, Suite 6100
Seattle, WA 98104-7098
Telephone: (206) 447-0900
Facsimile: (206) 447-0849
Email: Warren.Rheaume@hellerehrman.com

LESLIE N. HARVEY, State Bar No. 241203
HELLER EHRMAN LLP
333 Bush Street
San Francisco, California 94104-2878
Telephone:  (415) 772-6000
Facsimile:  (415) 772-6268
Email:  Leslie.Harvey@hellerehrman.com

Attorneys for Defendant
MICROSOFT CORPORATION

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURIE MARIE LASKEY,<br><br>                Plaintiff,<br><br>v.<br><br>MICROSOFT CORPORATION, and DOES 1 through 1000, inclusive,<br><br>                Defendants. | Case No. CV-08-1465-WHA<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT MICROSOFT CORPORATION'S MOTION TO DISMISS ACTION** |

1  The motion of Microsoft Corporation ("Microsoft") to dismiss came for hearing on
2  September 4, 2008, in the above-captioned court.  Microsoft was represented by counsel.
3  After full consideration of the evidence and points and authorities submitted by the
4  parties and oral argument of counsel, and good cause appearing therefor, the Court finds
5  that Plaintiff Laurie Marie Laskey has failed to comply with this Court's Order of June 10,
6  2008 granting Microsoft's Motion For a More Definite Statement.  Plaintiff has failed to file
7  an amended complaint.  The Court further finds that all of Plaintiff's potential claims are
8  barred by applicable statutes of limitations.  These defects cannot be remedied by further
9  amendment.
10  IT IS HEREBY ORDERED that Microsoft's Motion to Dismiss is GRANTED, and
11  that this action is hereby DISMISSED WITH PREJUDICE.

SO ORDERED.

_____, 2008                             _____
                                                          The Honorable William H. Alsup