LESLIE N. HARVEY, State Bar No. 241203
HELLER EHRMAN LLP
333 Bush Street
San Francisco, California 94104-2878
Telephone: (415) 772-6000
Facsimile: (415) 772-6268
Email: Leslie.Harvey@hellerehrman.com

Attorneys for Defendant
MICROSOFT CORPORATION

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURIE MARIE LASKEY, | Case No. CV-08-1465-WHA |
| Plaintiff, | **PROOF OF SERVICE** |
| v. | |
| MICROSOFT CORPORATION, and DOES 1 through 1000, inclusive, | |
| Defendants. | |

Heller
Ehrman LLP

1

# PROOF OF SERVICE BY FEDERAL EXPRESS
## CASE NO. CV-08-1465-WHA, N.D. CAL.

I, Rohna R. Holman, declare as follows:

I am and was at the time of the service mentioned in this certificate employed with Heller Ehrman LLP at 333 Bush Street, San Francisco, CA 94104. I am over the age of 18 years and not a party to the within action.

On July 17, 2008 I served the following documents:

**MICROSOFT'S NOTICE OF MOTION AND MOTION TO DISMISS OR, IN THE ALTERNATIVE, SECOND MOTION FOR A MORE DEFINITE STATEMENT; MEMORANDUM OF POINTS AND AUTHORITIES**

**[PROPOSED] ORDER GRANTING DEFENDANT MICROSOFT CORPORATION'S MOTION TO DISMISS ACTION**

**PROOF OF SERVICE**

on the party to this action by placing a true and correct copy in an envelope marked for delivery via Federal Express for next day delivery to the attention of:

Laurie Marie Laskey
120 Briar Hollow Drive
Jacksonville, NC 28540
(910) 548-3345

Laurie Marie Laskey
113 Del Webb Drive
Cloverdale, CA 95425
(910) 548-3345

I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct and that this proof of service was executed on this 17th day of July, 2008 at San Francisco, CA.

Rohna R. Holman

Heller Ehrman LLP

PROOF OF SERVICE
Case No. CV-08-1465-WHA

2