WARREN J. RHEAUME (admitted *pro hac vice*)
HELLER EHRMAN LLP
701 Fifth Avenue, Suite 6100
Seattle, WA 98104-7098
Telephone: (206) 447-0900
Facsimile: (206) 447-0849
Email: Warren.Rheaume@hellerehrman.com

LESLIE N. HARVEY, State Bar No. 241203
HELLER EHRMAN LLP
333 Bush Street
San Francisco, California 94104-2878
Telephone: (415) 772-6000
Facsimile: (415) 772-6268
Email: Leslie.Harvey@hellerehrman.com

Attorneys for Defendant
MICROSOFT CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURIE MARIE LASKEY,<br><br>           Plaintiff,<br><br>v.<br><br>MICROSOFT CORPORATION, and DOES 1 through 1000, inclusive,<br><br>           Defendants. | Case No. CV-08-1465-WHA (BZ)<br><br>**DECLARATION OF LESLIE N. HARVEY IN SUPPORT OF MICROSOFT'S MOTION FOR ADMINISTRATIVE RELIEF CONTINUING SETTLEMENT CONFERENCE BEFORE MAGISTRATE JUDGE ZIMMERMAN** |

1. I, Leslie N. Harvey, declare as follows:

2. I am an associate with the law firm of Heller Ehrman LLP ("Heller Ehrman"), counsel to Defendant Microsoft Corporation ("Microsoft"). The factual assertions herein are made on my personal knowledge and, if called upon to do so, I could and would testify competently thereto.

3. Counsel for Microsoft participated in two separate phone calls with the plaintiff, who is representing herself *pro se*, requesting that she agree to move this conference. In these calls, counsel explained the aforementioned procedural predicament to her. Plaintiff has indicated, however, that she does not want to move the settlement conference and is interested in getting this case over with quickly, and Microsoft indicated its intent to file this motion.

I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct of my own knowledge and that this declaration is executed on July 17, 2008 in San Francisco, California.

_____
LESLIE N. HARVEY

2   DECLARATION OF LESLIE N. HARVEY IN SUPPORT OF
MICROSOFT'S MOTION FOR ADMINISTRATIVE RELIEF
Case No. 08-CV-1465-WHA (BZ)