WARREN J. RHEAUME (admitted *pro hac vice*)
HELLER EHRMAN LLP
701 Fifth Avenue, Suite 6100
Seattle, WA 98104-7098
Telephone: (206) 447-0900
Facsimile: (206) 447-0849
Email: Warren.Rheaume@hellerehrman.com

LESLIE N. HARVEY, State Bar No. 241203
HELLER EHRMAN LLP
333 Bush Street
San Francisco, California 94104-2878
Telephone:  (415) 772-6000
Facsimile:  (415) 772-6268
Email:  Leslie.Harvey@hellerehrman.com

Attorneys for Defendant
MICROSOFT CORPORATION

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURIE MARIE LASKEY,<br><br>      Plaintiff,<br><br>v.<br><br>MICROSOFT CORPORATION, and DOES 1 through 1000, inclusive,<br><br>      Defendants. | Case No. CV-08-1465-WHA (BZ)<br><br>**[PROPOSED] ORDER GRANTING MICROSOFT'S MOTION FOR ADMINISTRATIVE RELIEF CONTINUING SETTLEMENT CONFERENCE BEFORE MAGISTRATE JUDGE ZIMMERMAN** |

Heller Ehrman LLP

1  IT IS HEREBY ORDERED that Microsoft's Motion for Administrative Relief
2 Continuing Settlement Conference from August 21, 2008 until October 23, 2008 is
3 GRANTED
4
5
6
7 SO ORDERED.
8
9
10 _____, 2008
11
12
13          Honorable Bernard Zimmerman
             United States Magistrate District Judge