1  WARREN J. RHEAUME (admitted *pro hac vice*)
   HELLER EHRMAN LLP
2  701 Fifth Avenue, Suite 6100
   Seattle, WA 98104-7098
3  Telephone: (206) 447-0900
   Facsimile: (206) 447-0849
4  Email: Warren.Rheaume@hellerehrman.com

5  LESLIE N. HARVEY (SBN. 241203)
   HELLER EHRMAN LLP
6  333 Bush Street
   San Francisco, California 94104-2878
7  Telephone: (415) 772-6000
   Facsimile: (415) 772-6268
8  Email: Leslie.Harvey@hellerehrman.com

9  Attorneys for Defendant
   MICROSOFT CORPORATION
10

11              UNITED STATES DISTRICT COURT
12             NORTHERN DISTRICT OF CALIFORNIA

13 LAURIE MARIE LASKEY,              | Case No. 3:08-CV-01465-WHA
14              Plaintiff,            | **PROOF OF SERVICE**
15 v.
16 MICROSOFT CORPORATION,
17              Defendant.

28                           1

**PROOF OF SERVICE BY FEDERAL EXPRESS**
CASE NO. 3:08-CV-01465-WHA, N.D. CAL.

I, Mark C. Williams, declare as follows:

I am and was at the time of the service mentioned in this certificate employed with Heller Ehrman LLP at 333 Bush Street, San Francisco, CA 94104. I am over the age of 18 years and not a party to the within action.

On June 17, 2008 I served the following document:

**MICROSOFT'S MOTION FOR ADMINSTRATIVE RELIEF CONTINUING SETTLEMENT CONFERENCE BEFORE MAGISTRATE JUDGE ZIMMERMAN**

**DECLARATION OF LESLIE N. HARVEY IN SUPPORT OF MICROSOFT'S MOTION FOR ADMINISTRATIVE RELIEF CONTINUING SETTLEMENT CONFERENCE BEFORE MAGISTRATE JUDGE ZIMMERMAN**

**[PROPOSED] ORDER GRANTING MICROSOFT'S MOTION FOR ADMINISTRATIVE RELIEF CONTINUING SETTLEMENT CONFERENCE BEFORE MAGISTRATE JUDGE ZIMMERMAN**

**PROOF OF SERVICE**

on the party to this action by placing a true and correct copy in an envelope marked for delivery via Federal Express for next day delivery to the attention of:

Ms. Laurie Marie Laskey
113 Del Webb Drive
Cloverdale, CA 95425
(910) 548-3345

Ms. Laurie Marie Laskey
120 Briar Hollow Drive
Jacksonville, NC 28540
(910) 548-3345

I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct and that this proof of service was executed on this 17th day of July, 2008 at San Francisco, CA.

_____
Mark C. Williams

Heller Ehrman LLP

3

PROOF OF SERVICE
Case No. 3:08-CV-01465-WHA