Laurie Marie Laskey
120 Briar Hollow Drive
Jacksonville NC 28540
910-548-3345

Laurie Marie Laskey, IN PRO SE



In The United States District Court

For The Northern District Of California

| | |
|---|---|
| Laurie Marie Laskey | ) Case No.: CV-08-1465-WHA |
| Plaintiff, | ) Response to Defendants Motion to Dismiss |
| vs. | ) Hon. William Alsup Court Room 9 on the 19th floor; |
| Microsoft Corporation | ) [ ⋈ ] Original |
| Defendant | ) [   ] Copy |
| | [   ] Chambers Copy |

Response to Defendants Motion to Dismiss

**RESPONSE:** I am not in agreement with Defendants Motion to Dismiss. Based on the evidence presented Defendant has disclosed that the printer browser ICW5 is Defendants product. Disclosure establishes product liability based on discovery. Defendant's product is being used for online identity theft. I have been injured because of it.

**FURTHER DISCOVERY:**

Further discovery is required based on **1)** Defendant's **employees** and or Defendants contract agreement and or agreements with others and or their employees "**who programmed**" ICW5. **2)** The programming in relation to and or for ICW5. **3)** The type of phone system and or

- 1 -
Response to Defendants Motion to Dismiss

systems Defendant utilizes. **4)** The internet "gateway" and or gateways Defendant utilizes. **5)** The type of system and or systems Defendant utilizes. **6)** Who designed Defendants system and or systems? **7)** Interrogatories. **8)** Request for document production. **9)** Discovery to remain open.

**Conclusion:** How can Plaintiffs case be dismissed now that Counsel for the Defendant has disclosed liability? I pray to the courts for justice.

DATED: July 22, 2008

Laurie Marie Laskey
In Pro Se

- 2 -
Response to Defendants Motion to Dismiss

PROOF OF SERVICE

Re:  Case Number CV-08-1465-WHA

   Case Title: Laurie Marie Laskey v **Microsoft Corporation**

I hereby declare that I am a citizen of the United States, am over 18 years of age, and am/am not a party in the above-entitled action. I am employed in/reside in the County of: **Onslow** and my residence address is 120 Briar Hollow Drive, Jacksonville NC 28540.

On 7-24 2008, I served the attached document(s) described as follows:

Response to motion to dismiss.

On the parties in the above named case. I did this by enclosing true copies of the document(s) in a sealed envelope with postage fully prepaid thereon. I then placed the envelope in a U.S. Postal Service mailbox in **Jacksonville, NC.**

Addressed as follows:

Heller Ehrman LLP

333 Bush Street

San Francisco CA 94104-2878

   I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on 7-24 2008 **at Jacksonville, NC.**

_____
Gerald Gavin

- 3 -
Response to Defendants Motion to Dismiss