WARREN J. RHEAUME (admitted *pro hac vice*)
HELLER EHRMAN LLP
701 Fifth Avenue, Suite 6100
Seattle, WA 98104-7098
Telephone: (206) 447-0900
Facsimile: (206) 447-0849
Email: Warren.Rheaume@hellerehrman.com

LESLIE N. HARVEY, State Bar No. 241203
HELLER EHRMAN LLP
333 Bush Street
San Francisco, California 94104-2878
Telephone: (415) 772-6000
Facsimile: (415) 772-6268
Email: Leslie.Harvey@hellerehrman.com

Attorneys for Defendant
MICROSOFT CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURIE MARIE LASKEY,<br><br>   Plaintiff,<br><br>v.<br><br>MICROSOFT CORPORATION, and DOES 1 through 1000, inclusive,<br><br>   Defendants. | Case No. CV-08-1465-WHA (BZ)<br><br>[PROPOSED] ORDER GRANTING MICROSOFT'S MOTION FOR ADMINISTRATIVE RELIEF CONTINUING SETTLEMENT CONFERENCE BEFORE MAGISTRATE JUDGE ZIMMERMAN |

Heller Ehrman LLP

1  IT IS HEREBY ORDERED that Microsoft's Motion for Administrative Relief
2  Continuing Settlement Conference from August 21, 2008 until ~~October 23, 2008~~ October 30, 2008 at 9:30 a.m. is
3  GRANTED , no opposition having been filed.  The Settlement Conference Order otherwise
4  remains in full force and effect.  Settlement Conference statements are due seven (7) days prior to the Settlement Conference and shall be lodged with chambers.

7  SO ORDERED.

10  ___ August 4, _____, 2008

12  _____
    Honorable Bernard Zimmerman
    United States Magistrate District Judge

