1  Laurie Marie Laskey
2  120 Briar Hollow Drive
   Jacksonville NC 28540
3  910-548-3345

4  Laurie Marie Laskey, IN PRO SE

5       In The United States District Court

6       For The Northern District Of California

7

8  Laurie Marie Laskey            ) Case No.: CV-08-1465-WHA
                                  )
9         Plaintiff,              ) Response to Defendants Motion
                                  ) to reschedule Settlement
10   vs.                          ) Conference
                                  )
11 Microsoft Corporation          ) Hon. William Alsup Court Room 9
                                  ) on the 19th floor;
12                                )
      Defendant                   ) [ ✓ ] Original
13                                
                                    [   ] Copy
14 _____
                                    [   ] Chambers Copy
15
  Response to Defendants Motion to reschedule Settlement Conference
16
  I am not in agreement with Defendants motion to reschedule the
17
  settlement conference. Defendant has disclosed ICW5 is being
18
  utilized for online identity theft. If it wasn't a problem
19
  Defendant wouldn't have disclosed. I am not here for anyone's
20
  entertainment, therapy or to waste the courts time. I was sent to
21
  Kaiser because I was traumatized by this and after 8 +/- years of
22
  therapy even I understand about disclosure. The date set by Judge
23
  Alsup for the settlement conference is appropriate.
24
25 DATED: July 27, 2008

26                                              *Laurie Marie Laskey*
27                                              Laurie Marie Laskey
                                                In Pro Se
28

- 1 -
Response to Defendants Motion to delay Settlement Conference

PROOF OF SERVICE

Re:  Case Number CV-08-1465-WHA

Case Title: Laurie Marie Laskey v **Microsoft Corporation**

I hereby declare that I am a citizen of the United States, am over 18 years of age, and am/am not a party in the above-entitled action. I am employed in/reside in the County of: **Onslow** and my residence address is 120 Briar Hollow Drive, Jacksonville NC 28540.

On  **7-28**  2008, I served the attached document(s) described as follows:

Response to Defendants Motion to reschedule Settlement Conference

On the parties in the above named case. I did this by enclosing true copies of the document(s) in a sealed envelope with postage fully prepaid thereon. I then placed the envelope in a U.S. Postal Service mailbox in **Jacksonville, NC.**

Addressed as follows:

Heller Ehrman LLP

333 Bush Street

San Francisco CA 94104-2878

   I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on **7-28** 2008 at **Jacksonville, NC.**

Gerald Gavin

- 2 -
Response to Defendants Motion to delay Settlement Conference




Luskey
120 Briar Hollow Dr
Jacksonville NC
28540

RECEIVED

AUG 1 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Clerks office
United States District Court
Northern District of CA
450 Golden Gate Ave 16th floor
San Francisco CA.
94102

CV-08-1465-WHA