1  WARREN J. RHEAUME (admitted *pro hac vice*)
   HELLER EHRMAN LLP
2  701 Fifth Avenue, Suite 6100
   Seattle, WA 98104-7098
3  Telephone: (206) 447-0900
   Facsimile: (206) 447-0849
4  Email: Warren.Rheaume@hellerehrman.com

5  LESLIE N. HARVEY, State Bar No. 241203
   HELLER EHRMAN LLP
6  333 Bush Street
   San Francisco, California 94104-2878
7  Telephone: (415) 772-6000
   Facsimile: (415) 772-6268
8  Email: Leslie.Harvey@hellerehrman.com

9  Attorneys for Defendant
   MICROSOFT CORPORATION

10

11                 UNITED STATES DISTRICT COURT
12                 NORTHERN DISTRICT OF CALIFORNIA

13  LAURIE MARIE LASKEY,                      Case No. CV-08-1465-WHA

14              Plaintiff,                    **REPLY DECLARATION OF LESLIE HARVEY IN SUPPORT OF MICROSOFT'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, SECOND MOTION FOR A MORE DEFINITE STATEMENT;**

15  v.

16  MICROSOFT CORPORATION, and DOES 1
    through 1000, inclusive,
17
                Defendants.
18                                            Date: September 4, 2008
                                              Time: 8:00 a.m.
19                                            Courtroom: 9, 19th floor
                                              Judge: William H. Alsup
20

21

22

23

24

25

26

27

28
                                      1
HARVEY REPLY DECLARATION ISO MICROSOFT'S MOTION TO DISMISS
Case No. CV-08-1465-WHA

I, Leslie N. Harvey, declare as follows:

1. I am an attorney with the law firm of Heller Ehrman LLP, counsel of record for defendant Microsoft Corporation ("Microsoft") in this action. I make this declaration in support of Microsoft's Motion to Dismiss Or, In the Alternative, Second Motion for a More Definite Statement. I have personal knowledge of the facts set forth herein, and I could and would testify competently to them if called as a witness.

2. Attached hereto as Exhibit 1 is a true and correct copy Defendant Microsoft's Initial Disclosures that mention "icw5," served on Plaintiff on June 12, 2008.

Dated: August 18, 2008

By: _____
LESLIE N. HARVEY

EXHIBIT 1

WARREN J. RHEAUME (admitted *pro hac vice*)
HELLER EHRMAN LLP
701 Fifth Avenue, Suite 6100
Seattle, WA 98104-7098
Telephone: (206) 447-0900
Facsimile: (206) 447-0849
Email: Warren.Rheaume@hellerehrman.com

LESLIE N. HARVEY, State Bar No. 241203
HELLER EHRMAN LLP
333 Bush Street
San Francisco, California 94104-2878
Telephone: (415) 772-6000
Facsimile: (415) 772-6268
Email: Leslie.Harvey@hellerehrman.com

Attorneys for Defendant
MICROSOFT CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURIE MARIE LASKEY,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>MICROSOFT CORPORATION, and DOES 1 through 1000, inclusive,<br><br>　　　　　　Defendants. | Case No. CV-08-1465-WHA<br><br>**DEFENDANT MICROSOFT'S INITIAL DISCLOSURES** |

## RULE 26 INITIAL DISCLOSURES

Defendant Microsoft Corporation ("Microsoft") makes the following initial disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure. These disclosures are based on information now reasonably available to Microsoft. Microsoft expressly reserves the right to rely on additional witnesses, documents, and other information as the case progresses and as further investigation and discovery reveal additional issues and information. Microsoft also expressly reserves the right to supplement

or correct these disclosures pursuant to FRCP 26(e). Microsoft further reserves any and all evidentiary objections to the information disclosed.

1.  **Rule 26(a)(1)(A): The name and, if known, the address and telephone number of each individual likely to have discoverable information—along with the subjects of that information— that the disclosing party may use to support its claims or defenses, unless the use would be solely for impeachment.**

Microsoft states that it does not fully understand the basis for Plaintiff's claim that Microsoft caused damage to Plaintiff. Furthermore, the Complaint is unclear as to the precise nature of Plaintiff's factual allegations and the legal theories upon which relief might be based. The Court has granted Microsoft's Motion for a More Definite Statement on these grounds. Microsoft therefore is unable at this time to determine what individuals are likely to have discoverable information that Defendant may use to support any claims or defenses, with the exception set forth below:

| Name | Contact Information | Subjects of Information |
| --- | --- | --- |
| Laurie Marie Laskey | (910) 548-3345 | All facts alleged in Plaintiff's Complaint |
| Daniel Williams | (252) 393-7760 | Facts and circumstances surrounding information appearing on Plaintiff's computer. |

In accordance with Rule 26(a)(1), Microsoft is making its initial disclosures based on information reasonably available to it at this time. Based on further discovery and developments in this case, Microsoft may identify additional individuals with relevant knowledge. In accordance with Rule 26(e), this disclosure will be supplemented as Microsoft identifies additional individuals it may use to support its defenses in this action.

2.  **Rule 26(a)(1)(B): A copy—or a description by category and location—of, all documents, electronically stored information, and tangible things that the disclosing**

Heller
Ehrman LLP

2

MICROSOFT'S INITIAL DISCLOSURES
Case No. CV-08-1465-WHA

party has in its possession, custody, or control and may use to support its claims or defenses, unless the use would be solely for impeachment.

Microsoft states that it does not fully understand the basis for Plaintiff's claim that Microsoft caused damage to Plaintiff. Furthermore, the Complaint is unclear as to the precise nature of Plaintiff's factual allegations and the legal theories upon which relief might be based. The Court has granted Microsoft's Motion for a More Definite Statement on these grounds. Microsoft therefore is unable at this time to determine what documents are likely to be relevant to this action, with the exception set forth below:

| Document Category | Location |
| --- | --- |
| Documents produced by Plaintiff to Microsoft | Originals in the possession of Plaintiff |
| Documents describing Microsoft's Internet Connection Wizard 5.0 (icw5) | Publicly available on websites such as: http://community.open.org/instructions/icw5_printer.htm |

In accordance with Rule 26(a)(1), Microsoft is making its initial disclosures based on information reasonably available to it at this time. Based on further discovery and developments in this case, Microsoft may identify additional categories of relevant documents and/or tangible objects. In accordance with Rule 26(e), this disclosure will be supplemented as Microsoft identifies additional individuals it may use to support its defenses in this action.

3.  **Rule 26(a)(1)(C): A computation of each category of damages claimed by the disclosing party—who must also make available for inspection and copying as under Rule 34 the documents or other evidentiary material, unless privileged or protected from disclosure, on which each computation is based, including materials bearing on the nature and extent of injuries suffered.**

1  Microsoft does not claim damages at this time. Microsoft may seek to recover its
2  reasonable attorneys' fees and expenses incurred in connection with its defense in this
3  lawsuit. Microsoft is unable to compute these damages at this time.
4  Microsoft reserves the right to modify and/or supplement its damage computation as
5  additional information becomes available.

7  **4.   Rule 26(a)(1)(D): For inspection and copying as under Rule 34, any insurance**
8  **agreement under which an insurance business may be liable to satisfy all or part of a**
9  **possible judgment in the action or to indemnify or reimburse for payments made to**
10 **satisfy the judgment.**
11  Microsoft is not aware of any insurance policy that may satisfy this claim.

14                                          Respectfully submitted,
    Dated: June 12, 2008
15

16                                          By:  *s/ Leslie N. Harvey*
                                                 LESLIE N. HARVEY
17                                               HELLER EHRMAN LLP
                                                 Attorneys for Defendant
18                                               MICROSOFT CORPORATION

Heller
Ehrman LLP                       4
MICROSOFT'S INITIAL DISCLOSURES
Case No. CV-08-1465-WHA

## PROOF OF SERVICE BY FEDERAL EXPRESS
### CASE NO. 08-CV-1465-WHA, N.D. CAL.

I, Mark C. Williams, declare as follows:

I am and was at the time of the service mentioned in this certificate employed with Heller Ehrman at 333 Bush Street, San Francisco, CA 94104. I am over the age of 18 years and not a party to the within action.

On June 12, 2008 I served the following document:

**DEFENDANT MICROSOFT'S INITIAL DISCLOSURES**

on the party to this action by placing a true and correct copy in an envelope marked for delivery via Federal Express for next day delivery to the attention of:

Ms. Laurie Marie Laskey
120 Briar Hollow Drive
Jacksonville, NC 28540
(910) 548-3345

I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct and that this proof of service was executed on this 12th day of June, 2008 at San Francisco, CA.

_____
Mark C. Williams

Heller Ehrman LLP