IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURIE M. LASKEY, | No. C 08-01465 WHA |
| Plaintiff, | |
| v. | **ORDER DISMISSING COMPLAINT** |
| MICROSOFT CORPORATION, and DOES 1 through 1000, inclusive | |
| Defendant. | |

Plaintiff *pro se* Laurie Marie Laskey filed this action on January 30, 2008, in state court. The case was removed on March 17, 2008. Defendant then moved for a more definite statement. The motion was granted on the ground that the complaint was "entirely vague, ambiguous, and incomprehensible" (Dkt. 39). Laskey then filed a document containing a list of numbered paragraphs attaching several exhibits taken from various screenshots of websites appearing on Laskey's computer. It did not contain any cause of action or prayer for relief. Defendants moved to dismiss, or in the alternative, for a more definite statement. The order granted defendants' motion for a definite statement stating (Dkt. 65):

> Allowing Laskey yet another opportunity to cure the many defects in her case is hard to justify. Nonetheless, Laskey will be given one more opportunity file a more definite pleading. Such pleading must be filed within ten calender days of this order. Failure to do so will result in dismissal of this action with prejudice.

Laskey subsequently filed a document entitled "More Definite Pleading" containing similar incomprehensible comments as made before. Laskey has been given ample time and

1   opportunity to file an appropriate pleading and has failed to do so.  Accordingly, her complaint
2   is **DISMISSED WITH PREJUDICE**.

4          **IT IS SO ORDERED.**

6   Dated: September 15, 2008.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2