IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURIE M. LASKEY,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MICROSOFT CORPORATION, and DOES 1 through 1000, inclusive<br><br>　　　　Defendant.<br>　　　　　　　　　　　　　　　　　　　／ | No. C 08-01465 WHA<br><br><br>**ORDER RE APPLICATION TO PROCEED IN FORMA PAUPERIS** |

　　　　Plaintiff Laurie M. Laskey, acting pro se, filed this lawsuit in state court. The lawsuit was removed to this Court in March 2008. On September 15, 2008, this Court granted defendant's motion to dismiss and entered judgment in the case. On October 1, 2008, plaintiff filed a notice of appeal. Plaintiff also filed an application to proceed with the appeal in forma pauperis. Good cause appearing for the application, plaintiff's application to proceed in forma pauperis is hereby **GRANTED**.

　　　　**IT IS SO ORDERED.**

Dated: October 31, 2008.

　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE