IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURIE M. LASKEY, | No. C 08-01465 WHA |
| Plaintiff, | |
| v. | **ORDER RE REFUND OF FILING FEES** |
| MICROSOFT CORPORATION, and DOES 1 through 1000, inclusive | |
| Defendant. / | |

The Clerk shall refund Ms. Laskey her filing fees relating to her appeal.

**IT IS SO ORDERED.**

Dated: October 31, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE